

1  Matthew D. Schelkopf (*pro hac vice* forthcoming)
   mds@sstriallawyers.com
2  Joseph B. Kenney
   jbk@sstriallawyers.com
3  **SAUDER SCHELKOPF LLC**
   1109 Lancaster Avenue
4  Berwyn, PA 19312

5  Bonner Walsh (*pro hac vice* forthcoming)
   bonner@walshpllc.com
6  **WALSH PLLC**
   1561 Long Haul Road
7  Grangeville, ID 83530

8  Adam Gonnelli (*pro hac vice* forthcoming)
   adam@arglawoffice.com
9  **LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
   707 Alexander Road
10 Building 2, Suite 108
   Princeton, NJ 08540
11
   Alison M. Bernal (Bar No. 264629)
12 alison@nshmlaw.com
   **NYE, STIRLING, HALE & MILLER, LLP**
13 33 West Mission Street, Suite 201
   Santa Barbara, CA  93101
14 Telephone: (805) 963-2345
   Facsimile: (805) 284-9590
15
16 *Attorneys for Plaintiffs and the Putative Class*

17 **UNITED STATES DISTRICT COURT**

18 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19 RYAN WILSON, KRISTEN              CASE NO.: 8-22-cv-00771
   LEANNE WILSON, BETHANY
20 DORSEL, MARK MEACHUM, and         **CLASS ACTION COMPLAINT**
   DIANE KOONTZ on behalf of
21 themselves and all others similarly
   situated,                        **DEMAND FOR JURY TRIAL**
22
   Plaintiffs,
23
   v.
24
   HYUNDAI MOTOR AMERICA,
25 HYUNDAI MOTOR COMPANY,
   KIA AMERICA, INC., and KIA
26 CORPORATION,

27 Defendants.

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

Plaintiffs Ryan Wilson, Kristen Leanne Wilson, Bethany Dorsel, Mark Meachum, and Diane Koontz bring this action against Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Kia America, Inc. ("Kia"), Kia Corporation ("KC") (collectively "Defendants"), by and through their attorneys, individually and on behalf of all others similarly situated, alleging the following causes of action against Defendants:

1. Violation of the California Consumer Legal Remedies Act (Cal. Civ. Code § 1750 et seq.);

2. Violation of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.);

3. Violation of the California False Advertising Law (Cal. Bus. & Prof. Code § 17500 et seq.);

4. Violation of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code § 1790 et seq.);

5. Violation of the Ohio Consumer Sales Practices Act (Ohio Rev. Code § 1345.01 et seq.);

6. Violation of the Ohio Deceptive Trade Practices Act (Ohio Rev. Code § 4165.01 et seq.);

7. Violation of the New Jersey Consumer Fraud Act (N.J. Stat. Ann. § 56:8-1 et seq.);

8. Violation of the Maryland Consumer Protection Act (Md. Code Ann., Com. Law §13-101 et seq.);

9. Breach of Express Warranty under the Laws of California, Ohio, New Jersey and Maryland;

10. Breach of Implied Warranty under the Laws of California, Ohio, New Jersey and Maryland;

11. Violation of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301 et seq.);

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

2

12.  Fraudulent Concealment under the Laws of California, Ohio, New Jersey and Maryland; and

13.  Breach of the Duty of Good Faith and Fair Dealing under the Laws of California, Ohio, New Jersey and Maryland.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                               Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

## Table of Contents

I.  INTRODUCTION ...................................................................7

II.  JURISDICTION .................................................................10

III.  VENUE .............................................................................11

IV.  PARTIES ..........................................................................11

    A.  PLAINTIFFS ..............................................................11

        1.  Ryan Wilson and Kristen Leanne Wilson ....................11

        2.  Bethany Dorsel ...........................................................13

        3.  Mark Meachum ...........................................................14

        4.  Diane Koontz ..............................................................15

    B.  DEFENDANTS ............................................................16

        1.  Hyundai Motor America and Hyundai Motor Company ......................................................................16

        2.  Kia America, Inc. and Kia Corporation ......................17

        3.  The Relationship Among the Defendants ...................18

V.  TOLLING OF STATUTES OF LIMITATIONS ............................19

VI.  FACTUAL ALLEGATIONS ................................................20

    A.  THE LAMBDA ENGINES ............................................20

    B.  ENGINE FAILURES WITHIN THE CLASS VEHICLES 26

    C.  DEFENDANTS' PREVIOUS ENGINE RECALLS INVOLVING CONNECTING ROD BEARING FAILURES ...................28

        1.  Hyundai's Chronology of Events ................................28

        2.  Kia's Chronology of Events ........................................30

    D.  DEFENDANTS' KNOWLEDGE OF THE DEFECT IN THE ENGINES ..................................................................31

        1.  Hyundai's Knowledge .................................................32

4

      2.    Kia's Knowledge ...................................................**195**

   3.    **Defendants knew or should have known about the Engine Failure Defect given Defendants' pre-sale durability testing.**.........370

   E.    **DEFENDANTS' WARRANTY-RELATED PRACTICES**375

      1.    **HMA**.........................................................................**375**

      2.    **Kia America, Inc.**..............................................**377**

VII.   **CLASS ALLEGATIONS**.................................................**380**

VIII.  **FIRST CAUSE OF ACTION** ........................................**383**

IX.    **SECOND CAUSE OF ACTION** ..................................**386**

X.     **THIRD CAUSE OF ACTION**.......................................**387**

XI.    **FOURTH CAUSE OF ACTION**...................................**390**

XII.   **FIFTH CAUSE OF ACTION** .......................................**391**

XIII.  **SIXTH CAUSE OF ACTION** .......................................**395**

XIV.   **SEVENTH CAUSE OF ACTION**..................................**398**

XV.    **EIGHTH CAUSE OF ACTION** ....................................**399**

XVI.   **NINTH CAUSE OF ACTION**.......................................**400**

XVII.  **TENTH CAUSE OF ACTION**.......................................**402**

XVIII. **ELEVENTH CAUSE OF ACTION** ..............................**404**

XIX.   **TWELFTH CAUSE OF ACTION**..................................**406**

XX.    **THIRTEENTH CAUSE OF ACTION**..........................**409**

XXI.   **FOURTEENTH CAUSE OF ACTION**.........................**410**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

5

**XXII. FIFTEENTH CAUSE OF ACTION**..............................................**412**

**XXIII. SIXTEENTH CAUSE OF ACTION**............................................**415**

**XXIV. SEVENTEENTH CAUSE OF ACTION** ....................................**417**

**XXV. PRAYER FOR RELIEF** ..........................................................**418**

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# I.    INTRODUCTION

1.    This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a national class of current and former owners and lessees with Lambda MPI and Lambda GDI engines (the "Lambda Engines") installed in Model Year ("MY") 2010-2020 Hyundai Santa Fe and Santa Fe Sport, 2008-2010 Hyundai Sonata, 2011-2015 Hyundai Equus, 2008-2016 Hyundai Genesis, 2009-2015 Hyundai Genesis Coupe, 2017-present Hyundai Genesis G70, 2016-2020 Hyundai Genesis G80, and 2015-2021 Hyundai Genesis G90 vehicles (the "Hyundai Class Vehicles"), as well as MY 2011-2020 Kia Sorento and 2017-present Kia Stinger vehicles (the "Kia Class Vehicles").[1] The Hyundai Class Vehicles and Kia Class Vehicles are referred to collectively herein as the "Class Vehicles."

2.    This action arises from Defendants' failure to disclose to Plaintiffs and similarly situated consumers, despite their longstanding knowledge, that the engines in the Class Vehicles contain, *inter alia*, a latent manufacturing defect that causes the engine's rotating assembly, inclusive of the connecting rod bearings and engine block, to prematurely wear to the point that the internal engine components become seized and/or pierce the engine block, which causes the engine to suddenly stop while the vehicles are being operated (the "Engine Failure Defect" or "Defect"). The Defect may cause the engines in the Class Vehicles to experience sudden and unexpected vehicle stalling during operation, as well as catastrophic engine failure. Moreover, as many consumers have reported, the Defect can also result in engine compartment fires.

3.    Significantly, the presence of this Defect poses an increased safety risk to the operator and passengers of the Class Vehicles, as well as to operators of other motor vehicles on shared highways, roads, and thoroughfares. The Defect results in

---

[1] Plaintiffs reserve the right to amend or add to the vehicle models and model years included in the definitions of the Class Vehicles after conducting discovery.

CLASS ACTION COMPLAINT                                                    Case No.

significant damage to the rotating assembly of the Lambda Engines, which can cause complete and catastrophic engine failure while the Class Vehicles are in operation at any time and under any driving conditions or speed. This exposes the driver and occupants of the Class Vehicles, as well as others who share the road with them, to an increased risk of accident, injury, or death. As discussed further herein, numerous owners and lessees of the Class Vehicles have experienced engine compartment fires and catastrophic engine failure as a result of the Defect, thus placing themselves and those around them in immediate danger.

4.     Defendants actively concealed (1) the fact that particular components within the Class Vehicles' engines are prone to failure, (2) that the existence of the Defect could result in, *inter alia*, puncture of the engine block, (3) that the existence of the Defect will result in stalling and unexpected engine failure, (4) that the Defect can cause a fire in the engine compartment, (5) that the existence of the Defect would diminish the intrinsic and resale value of the Class Vehicles, and (6) the safety concerns described herein.

5.     Defendants have long been aware of the Defect, yet have refused to repair the Class Vehicles without charge when the Defect manifests until recent recalls mandated by the National Highway Traffic Safety Administration ("NHTSA"). The recalls do not cover all of the Class Vehicles.[2] Indeed, Defendants

_____

[2] The following recalls deal with connecting rod bearings and/or fire hazards for Defendants' vehicles: 20V746000 [2015-2016 Veloster, 2012 Santa Fe, 2011-2013 Sonata Hybrid, and 2016 Sonata Hybrid]; 17V226000 [2013-2014 Sonata and Santa Fe Sport]; 17V578000 [2017 Santa Fe]; 20V750000 [2012-2013 Sorento, 2012-2015 Forte and Forte Koup, 2011-2013 Optima Hybrid, 2014-2015 Soul, and 2012 Sportage]; 17V2240000 [2011-2014 Optima, 2012-2014 Sorento and 2011-2013 Sportage]; and 17V5860000 [2017 Sorento].  None of the recalls provide for reimbursement for past vehicle repairs and at least the following vehicles subject to the same or similar issues and equipped with a Lambda engine have not been recalled or otherwise had the issue addressed: 2010-11 Santa Fe and Santa Fe Sport; 2013, 2015, 2016, 2018, 2019, 2020 Santa Fe; 2008-2010 Hyundai Sonata; 2011-

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                      Case No.

have even refused to disclose the existence of the Defect when Class Vehicles displaying symptoms consistent with the Defect were brought in for service, instead choosing to ignore the Defect until it has caused significant mechanical problems necessitating costly repairs.

6.    The NHTSA recalls of certain Class Vehicles also only cover engine repairs and replacements in the future and does not offer reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, any damages due to engine fires, diagnostic fees, and rental car and towing fees. Moreover, replacement engines are not readily available, meaning owners and lessees of the Class Vehicles are unable to safely use their Class Vehicles while awaiting repair, and Defendants have not announced compensation for the loss of the use of the Class Vehicles that cannot be safely operated until replacement engines are available.

7.    Many other owners and lessees of the Class Vehicles have communicated with Defendants and/or their agents to request that they remedy and/or address the Defect and/or resultant damage at no expense. Defendants have routinely failed to do so, even within the warranty period.

8.    Defendants have also routinely denied warranty claims related to this concealed Defect when it manifests in the Class Vehicles both inside and outside of the warranty period. Because the Defect can manifest shortly outside the warranty period for the Class Vehicles—and given Defendants' knowledge of this concealed, safety-related Defect—Defendants' attempts to limit the warranty with respect to the engine Defect are unconscionable and unenforceable here. Defendants also attempt to shirk their warranty obligations by requiring individuals to produce all

_____

2015 Equus; 2008-2016 Genesis and Genesis Coupe; 2017 to present Genesis G70; 2016-2020 Genesis G80; 2015-2021 Genesis G90; 2011, 2015, 2016, 2018, 2019, 2020 Sorento; and 2017-present Kia Stinger.

CLASS ACTION COMPLAINT                                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

maintenance records for the vehicle, and if even one is missing, denying warranty coverage.

9.    As a result of Defendants' unfair, deceptive, and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiffs, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendants caused Plaintiffs and Class Members to suffer damages, including but not limited to, loss of value, loss of use of the vehicles, and repair costs.

10.    Had Plaintiffs and other Class Members known of the Defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles, or would have paid substantially less for them.

11.    Plaintiffs are also informed and believe, and on that basis allege, that as the number of complaints increased, and Class Members grew dissatisfied with the performance of the Class Vehicles, Defendants were forced to acknowledge that the Class Vehicles suffer from an inherent Defect prior to the NHTSA recalls.

12.    As a result of the Defect and the monetary costs associated with attempting to repair the Defect, Plaintiffs and the Class Members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendants' conduct.

13.    Accordingly, Plaintiffs bring this action to redress Defendants' violations of the federal Magnuson-Moss Warranty Act, the consumer protection statutes of California, Ohio, Maryland, and New Jersey, and also seek recovery for Defendants' breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and common law fraudulent concealment

## II.    JURISDICTION

14.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding

10

$5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

15.    This Court has general personal jurisdiction over Defendants because they have corporate headquarters and offices located in this judicial district, conducted substantial business in this judicial district, and intentionally and purposefully placed Class Vehicles into the stream of commerce within the districts of California and throughout the United States.

### III.    VENUE

16.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because HMA and Kia maintain their corporate headquarters in this district, Defendants transact business in this district, are subject to personal jurisdiction in this district, and therefore are deemed to be citizens of this district. Additionally, there are one or more authorized Kia and Hyundai dealers within this district and Defendants have advertised in this district and have received substantial revenue and profits from their sales and/or leasing of Class Vehicles in this district. Therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this district.

### IV.    PARTIES

**A.    PLAINTIFFS**

**1.    Ryan Wilson and Kristen Leanne Wilson**

17.    Plaintiffs Ryan Wilson and Kristen Leanne Wilson (the "Wilson Plaintiffs") are residents and/or citizens of the State of California, and currently reside in Fresno, California.

18.    On or about February 1, 2021, the Wilson Plaintiffs purchased a 2014 Hyundai Santa Fe from a private seller in Fresno, California. Plaintiffs' Class Vehicle bears Vehicle Identification Number: KM8SNDHF8EU058654.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

19.     Prior to purchasing the Class Vehicle, the Wilson Plaintiffs test drove the Class Vehicle, viewed advertisements for the vehicle and conducted independent research on Hyundai's website about the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed the Wilson Plaintiffs of the Defect's existence at any time either prior to or following their purchase. The Wilson Plaintiffs relied on Defendants' misrepresentations and omissions in deciding to purchase their vehicle.

20.     The Wilson Plaintiffs purchased the vehicle, which was used for personal, family and/or household uses.

21.     On October 2, 2021, at approximately 94,000 miles, the Wilson Plaintiffs' vehicle made a knocking noise and the engine seized on the freeway.  At no time prior to the engine seizure did the vehicle's low oil light illuminate.

22.     Because the Wilson Plaintiffs were not the first owners of the vehicle, engine replacement was not covered by Hyundai's warranty. The Wilson Plaintiffs were given an estimate of $20,000 for the repair. Hyundai refused twice to cover or assist with the cost of the engine replacement.

23.     The vehicle is currently unrepaired and in the possession of Lithia Hyundai of Fresno.

24.     At all times relevant herein, the Wilson Plaintiffs adhered to Hyundai's recommended maintenance intervals as closely as possible.

25.     The Wilson Plaintiffs have suffered an ascertainable loss because of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses from the engine Defect, diminished value of his vehicle, increased risk to their safety, and other consequential damages.

26.     Neither Defendants, nor any of their agents, dealers, or other representatives informed the Wilson Plaintiffs of the existence of the Defect prior to, or any time after, their purchase.

12

CLASS ACTION COMPLAINT                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

### 2.    Bethany Dorsel

27.    Plaintiff Bethany Dorsel is a citizen of the State of Ohio, and currently resides in Cincinnati, Ohio.

28.    In 2017, Plaintiff Dorsel bought a used 2015 Kia Sorento SX. Plaintiff's Class Vehicle bears Vehicle Identification Number: 5XYKW4A7XFG636261.

29.    Prior to purchasing the Class Vehicle, Plaintiff Dorsel test drove the Class Vehicle, viewed advertisements for the vehicle and the vehicle's window sticker, and spoke with the sales representatives at Jeff Wyler Superior Kia concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Dorsel of the Defect's existence at any time either prior to or following her purchase, whether at the point of sale or otherwise. Plaintiff Dorsel relied on Defendants' misrepresentations and omissions in deciding to purchase her vehicle.

30.    Plaintiff Dorsel purchased this vehicle, which was used for personal, family and/or household uses.

31.    Plaintiff Dorsel's Class Vehicle experienced engine failure in February 2020, at approximately 56,000 miles.

32.    At the time of the engine failure, Plaintiff Dorsel's vehicle was still under the original powertrain warranty, but Kia did not honor the warranty because Plaintiff Dorsel did not have a record of an oil change.

33.    Superior Kia of Cincinnati, Ohio, attempted to clean the oil sludge from the engine, but in the process of so doing, the engine seized.  Kia declined to provide a new engine under warranty.  The estimate given for an engine replacement was $7,880.58.

34.    Plaintiff Dorsel then purchased a 2019 Kia Sorento.

35.    At all times relevant herein, Plaintiff Dorsel adhered to Kia's recommended maintenance intervals as closely as possible.

CLASS ACTION COMPLAINT                                                    Case No.

36.     Plaintiff Dorsel has suffered an ascertainable loss as a result of Defendant's' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, diminished value of her vehicle, increased risk to her safety, and other consequential damages.

37.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Dorsel of the existence of the Defect prior to, or any time after, her purchase.

**3.     Mark Meachum**

38.     Plaintiff Mark Meachum is a citizen of the State of New Jersey, and currently resides in East Orange, New Jersey.

39.     On or about August 20, 2014, Plaintiff Meachum purchased a 2014 Kia Sorento SX from Hudson Kia in Jersey City, New Jersey. Plaintiff's Class Vehicle bears Vehicle Identification Number: 5XYKW4A71EG523216.

40.     Prior to purchasing the Class Vehicle, Plaintiff Meachum test drove the Class Vehicle, viewed advertisements for the vehicle and spoke with Kia's sales representatives concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Meachum of the Defect's existence at any time either prior to or following his purchase, whether at the point of sale or otherwise. Plaintiff Meachum relied on Defendants' misrepresentations and omissions in deciding to purchase his vehicle.

41.     Plaintiff Meachum purchased the vehicle, which was used for personal, family and/or household uses.

42.     Plaintiff Meachum's Class Vehicle experienced engine knocking and the check engine light came on in March 2021 at approximately 101,175 miles.

43.     Plaintiff Meachum's Class Vehicle was diagnosed as needing a new engine, but, as the Class Vehicle was just out of warranty, Plaintiff Meachum was given an estimate of approximately $9,132 for the repair.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

44.    Plaintiff Meachum declined the repair and sold his vehicle at a loss.

45.    At all times relevant herein, Plaintiff Meachum adhered to Kia's recommended maintenance intervals as closely as possible.

46.    Plaintiff Meachum has suffered an ascertainable loss because of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses from the engine Defect, diminished value of his vehicle, increased risk to his safety, and other consequential damages.

47.    Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Meachum of the existence of the Defect prior to, or any time after, his purchase.

**4.    Diane Koontz**

48.    Plaintiff Diane Koontz is a citizen of the State of Maryland, and currently resides in Sykesville, Maryland.

49.    In April of 2020 Plaintiff Koontz purchased a used 2015 Hyundai Santa Fe, VIN: KM8SRDHF9FU115479 from Sheehy Ford of Gaithersburg in Maryland.

50.    Prior to purchasing the Class Vehicle, Plaintiff Koontz test drove the Class Vehicle, viewed advertisements for the vehicle and spoke with Hyundai's sales representatives concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Koontz of the Defect's existence at any time either prior to or following his purchase, whether at the point of sale or otherwise. Plaintiff Koontz relied on Defendants' misrepresentations and omissions in deciding to purchase his vehicle.

51.    Plaintiff Koontz purchased this vehicle and used it for personal, family and/or household uses.

52.    Plaintiff Koontz' Class Vehicle experienced engine failure in August of 2021 at approximately 57,665 miles.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                      Case No.

53.     The vehicle failed while driving down the road at speed.  The vehicle began knocking and then seconds later a piece of the connecting rod penetrated the side of the engine causing seizure and the oil to be evacuated from the vehicle.  The vehicle was then towed to the closest Hyundai dealership but any repairs were denied.

54.     At all times relevant herein, Plaintiff Koontz adhered to Hyundai's recommended maintenance intervals as closely as possible.

55.     Plaintiff Koontz has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses from the engine Defect, diminished value of her vehicle, increased risk to his safety, and other consequential damages.

56.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Koontz of the existence of the Defect prior to, or any time after, her purchase.

**B.      DEFENDANTS**

**1.      Hyundai Motor America and Hyundai Motor Company**

57.     Defendant Hyundai Motor Company ("HMC") is a multinational South Korean corporation with over 123,000 employees worldwide. HMC, through its various entities, designs, manufactures, markets, distributes and sells Hyundai automobiles in California and throughout the United States.

58.     Defendant Hyundai Motor America is incorporated and headquartered in the State of California with its principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708. HMA is HMC's U.S. sales and marketing division, which oversees sales and other operations across the United States. HMA distributes Hyundai vehicles and sells these vehicles through its network of dealerships. Money received from the purchase of a Hyundai vehicle from a dealership flows from the dealer to HMA.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

16

59.     There exists, and at all times herein existed, a unity of ownership between HMC, HMA and their agents such that any individuality or separateness between them has ceased and each of them is the alter ego of the others.

60.     Upon information and belief, Defendant HMC communicates with Defendant HMA concerning virtually all aspects of the Hyundai products it distributes within the United States.

61.     Upon information and belief, the design, manufacture, distribution, service, repair, modification, installation, and decisions regarding the engines as they relate to the Defect within the Hyundai Class Vehicles were performed by Defendants HMA and HMC.

62.     Upon information and belief, Defendants HMA and HMC developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Hyundai Class Vehicles.

63.     HMA and HMC are collectively referred to in this complaint as "Hyundai" or "Defendants" unless identified separately.

64.     Hyundai engages in continuous and substantial business in California.

**2.     Kia America, Inc. and Kia Corporation**

65.     Defendant Kia Corporation ("KC") is a multinational South Korean corporation with over 52,000 employees worldwide. Kia America, Inc., through its various entities, designs, manufactures, markets, distributes and sells Kia automobiles in California and throughout the United States.

66.     Defendant Kia is incorporated and headquartered in the state of California with its principal place of business at 111 Peters Canyon Road, Irvine, California 92606. KMC is the parent corporation of Kia America, Inc.. Kia is the U.S. sales and marketing division of its parent company, Kia Motors Corporation, which oversees sales and other operations across the United States. Kia America, Inc. distributes Kia vehicles and sells these vehicles through its network of

CLASS ACTION COMPLAINT                                              Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

dealerships. Money received from the purchase or lease of a Kia vehicle from a dealership flows from the dealer to Kia.

67.    As of December 31, 2020, Kia Corporation's largest shareholder is Hyundai Motor Company, which holds 33.88 percent of KMC's stock.[3]

68.    Upon information and belief, the distribution, service, repair, installation, and decisions regarding the Engines as they relate to the engine Defect within the Kia Class Vehicles were all performed by Defendant Kia.

69.    Upon information and belief, Defendant Kia developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Kia Class Vehicles.

70.    Kia engages in continuous and substantial business in California.

**3.    The Relationship Among the Defendants**

71.    HMA and Kia are both part of the South Korea-based Hyundai Motor Group conglomerate.

72.    Defendants share factories, parts, and intellectual property.

73.    The engines that are the subject of this litigation were manufactured by Hyundai and used in both Hyundai and Kia automobiles.

74.    On information and belief, Defendants jointly determined a response to the complaints of Class Members.

**V.  CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS**

75.    It is appropriate to apply California law to the nationwide claims because California's interest in this litigation exceeds that of any other state.

76.    Defendant HMA is located in Fountain Valley, California and is the sole entity in the United States responsible for distributing, selling, leasing, and

_____

[3]    https://worldwide.kia.com/int/company/ir/info/shareholders (last visited March 28, 2022).

18

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

warranting Hyundai vehicles.

77.     Defendant Kia is located in Irvine, California and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Kia vehicles.

78.     Kia and HMA both maintain their customer relations, engineering, marketing, and warranty departments at their corporate headquarters in this district. Kia's customer service complaint address is Kia America Consumer Affairs Department, P.O. Box 52410, Irvine, California 92619-2410. HMA's customer service complaint address is Hyundai Motor America, P.O. Box 20850, Fountain Valley, CA 92728-0850. Kia's and HMA's customer relations departments are responsible for fielding customer complaints and monitoring customer complaints posted to their respective websites or third-party websites.

79.     Kia's and HMA's warranty and engineering departments are both responsible for the decisions to conceal the engine Defect from Kia's and HMA's respective customers, and for neglecting to inform consumers of the Defect.

80.     Based on the foregoing, such policies, practices, acts, and omissions giving rise to this were developed in, and emanated from, Hyundai's headquarters in Fountain Valley, California and Kia's headquarters in Irvine, California. As detailed below, HMA and Kia also came to know, or should have come to know, of the engine Defect through the activities of their divisions and affiliated entities located within California. Accordingly, the State of California has the most significant relationship to this litigation and its law should govern.

## V.     TOLLING OF STATUTES OF LIMITATIONS

81.     Any applicable statute(s) of limitations has been tolled by Defendants' knowing and active concealment and denial of the facts alleged herein. Plaintiffs and the members of the Class could not have reasonably discovered the true, latent nature of the engine Defect until shortly before this class action litigation was commenced.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

19

82.     In addition, even after Plaintiffs and Class Members contacted Defendants and/or their authorized dealers for vehicle repairs concerning the engine Defect, they were routinely told by Defendants and/or through their dealers that the Class Vehicles were not defective. As described below, the true cause of the premature and catastrophic failure in the Class Vehicles is the Defect.

83.     Defendants were and remain under a continuing duty to disclose to Plaintiffs and the Members of the Class the true character, quality, and nature of the Class Vehicles, that the manufacturing Defect can result in an engine compartment fire, that the Defect will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Defendants, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VI.    FACTUAL ALLEGATIONS

## A.    THE LAMBDA ENGINES

84.     The Lambda engines contained in the Class Vehicles use a gasoline multi-point injection ("MPI") as well as gasoline direct injection ("GDI") fuel delivery systems.  All of the Lambda engines are V6 engines and, aside from some differences in the top end of the engine (including the heads, fuel system components, and intake system components), share many common parts.  The lower portions of the engines, where the defect described below occurs, are common among both the GDI and MPI engines.

85.     In an MPI system, fuel is injected at each cylinder, directly inside the cylinder's intake port, allowing much greater control over how much fuel the engine burns and thereby increasing overall fuel efficiency.

86.     The GDI system is similar in theory, but operates slightly differently. As explained by Kia:

> [i]t's the Gasoline Direct Injection engine that helps a Kia deliver outstanding performance—in both power and fuel

20

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

use. GDI injects highly-pressurized fuel directly into the cylinders during the engine's combustion cycle. The result is an increased quality of combustion and efficiency. By making smarter use of fuel, GDI also reduces emissions. What the driver experiences is still the most critical element of any powertrain technology. And with GDI, the driver enjoys smooth, powerful acceleration and a longer time between refueling.

87.    Hyundai manufactured the Class Vehicles' engines in at least two locations including the Hyundai Motor Manufacturing Alabama facility in Montgomery, Alabama and in Hyundai's manufacturing facility in Asan, South Korea.

88.    Upon information and belief (other than the differences listed above), the engines in the Class Vehicles were built with the same parts, on the same assembly lines, and using the same manufacturing processes. Both the GDI and MPI engines will be referred to as the "Engines" when used conjunctively.

89.    The engines in the Class Vehicles use six reciprocating pistons to convert pressure into a rotating motion. Gasoline is mixed with air in the



21

combustion chambers of the engine. To generate such rotating motion, a four-stroke sequence is used (the "Combustion Cycle"). First, the intake stroke begins with the inlet valve opening and a vaporized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the fuel mixture in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel mixture, expanding the gases and generating power that is transmitted to the crankshaft. And fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving back up, forcing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself. A diagram of Combustion Cycle is below:

90.    The pistons are connected to the crankshaft via the connecting rod. As the connecting rod moves up and down during the Combustion Cycle, this causes the crankshaft to rotate, ultimately resulting in power to the drive wheels of the vehicle. During this cycle, the crankshaft rotates many thousands of times per minute within each connecting rod. In order to reduce friction and prolong longevity, this design utilizes a bearing placed between the connecting rod and crankshaft surfaces. As a result, the connecting rod bearings allow the crankshaft to rotate within the connecting rods during the Combustion Cycle. An exemplar diagram of the piston, connecting rod, connecting rod bearing and crankshaft is shown below:

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



CLASS ACTION COMPLAINT                                            Case No.



Figure 3-70.—Connecting rod bearings.

91.    When the Class Vehicles are in operation, engine oil is used to lubricate the pistons, cylinder walls, connecting rod bearings and other rotating and moving components as the pistons move up and down through the four-stroke sequence. Engine oil is necessary to reduce wear on moving parts throughout the engine, improve sealing, and cool the engine by carrying away heat from the moving parts. Engine oil also cleans and transports contaminants away from the engine to the engine oil filter. Oil is pumped and pressurized throughout the engine by the oil pump. The oil pump draws oil from the oil pan, located underneath the piston and crankshaft. The oil pump forces engine oil through the oil filter and then through passages in the engine to properly lubricate and reduce friction in internal moving engine components. The oil then returns to the oil pan through small drainage holes located throughout the engine where it will be recirculated by the oil pump. Below is a diagram illustrating the typical path and channels of engine oil lubrication in an overhead cam engine:

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



92.    The connecting rod bearings are also lubricated with engine oil in order to allow the crankshaft to rotate within the connecting rods. A close-up picture of a functional connecting rod bearing is below:



CLASS ACTION COMPLAINT                                                    Case No.

## B.    ENGINE FAILURES WITHIN THE CLASS VEHICLES

93.    Upon information and belief, the rotating assembly is destined to fail due to an improper manufacturing and machining process. As a result, the connecting rod bearings in the Lambda Engines undergo prolonged failure as the crankshaft rotates within the connecting rod bearings and metal debris circulates throughout the engine via the engine oil. Over time, and as a result of the manufacturing Defect within the rotating assembly and these contaminants within the oiling system, the connecting rod bearings begin to fracture. Once the connecting rod bearings fracture, large amounts of metal debris begin to accumulate in the engine oil. As a result, the oil becomes so contaminated with metal debris that the oil filter can no longer remove the plethora of contaminants and maintain the necessary oil pressure within the engine. This contaminated engine oil is recirculated throughout the engine by the oil pump, causing and accelerating further damage to the various engine components and eventually resulting in sudden and unexpected catastrophic engine failure. If the vehicle is being operated on the highway at the time of the engine failure, it will ultimately result in a high-speed stalling event.

94.    Additionally, as the connecting rod bearings continue to fracture, the acceptable tolerances between the bearings, the connecting rod, and the crankshaft rapidly deteriorate. Eventually, the Class Vehicles begin producing a "knocking" sound originating from the engine as a result of the deteriorating bearings. In some instances, the defective connecting rod bearings may eventually cause the piston and/or connecting rod to break through the engine block as a result of the deterioration.

95.    Once the connecting rod breaks through the engine block, it can result in an engine compartment fire as engine oil spills throughout the broken cylinder wall and throughout the exterior of the engine.

96.    A photograph of a fractured connecting rod bearing is included

26

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                                    Case No.

below. As shown in the photograph, the bearing has fractured and worn away to the point of laying flush along the inside of the connecting rod cap. A large fracture is also plainly visible along the bottom left side of the bearing.



97.    After the connecting rod bearings fail and metal debris is circulated throughout the engine via the engine oil, damage is caused to other key engine components. For example, the main cap – which fastens the crankshaft to the engine – can also become damaged by the metal debris in the engine oil. After the main cap is damaged, play between the main cap and engine develops, which also leads to catastrophic engine failure.

98.    As a result of the Defect, the Class Vehicles suffer from restricted and inadequate engine oil lubrication. As explained above, engines are designed to have oil distributed throughout the engine through lubrication channels. When operating properly, the engine oil is distributed throughout the engine by the oil pump and then flows back to the oil pan where it is redistributed throughout the engine.

99.    In the Class Vehicles, the lubrication channels become clogged and restricted as a result of the Defect, even under normal use and proper maintenance. When the lubrication channels clog, engine oil is unable to be pumped throughout

CLASS ACTION COMPLAINT                                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the engine (through the oil pump) and is also unable to adequately return to the oil pan, causing a condition known as oil starvation. This results in insufficient lubrication throughout the Class Vehicle's engine, which in turn causes premature wear of the engine components and catastrophic engine failure.

100.   The engine Defect poses serious safety and security issues for operators and occupants of the Class Vehicles. By way of example, the California Department of Motor Vehicles asserts that stalled engines pose a significant safety risk and, as part of its safety curriculum, instructs how to properly respond to a stalled action in order to avoid further risk of injury.

101.   NHTSA takes a similar view of engine failure during vehicle operation. For instance, according to *Forbes*, in 2011 NHTSA recalled certain Chrysler and Dodge vehicles due to "engine seizure because of connecting rod bearing failure . . . Engine seizure could increase the risk of a crash."[4]

102.   Defendants failed to adequately research, design, test, and/or manufacture the Class Vehicles before warranting, advertising, promoting, marketing, and selling the Class Vehicles as suitable and safe for use in an intended and/or reasonably foreseeable manner.

## C.   DEFENDANTS' PREVIOUS ENGINE RECALLS INVOLVING CONNECTING ROD BEARING FAILURES

### 1.   Hyundai's Chronology of Events

103.   The following relevant chronology delineates Hyundai's knowledge of the defective engines.

104.   In or around March 2019, NHTSA opened Preliminary Evaluation No. 19-003 ("the Evaluation") "to assess the scope, frequency, and potential safety-related consequences of alleged defects relating to non-collision vehicle

---

[4]  http://www.forbes.com/sites/altheachang/2011/09/30/engine-problems-prompt-chrysler-recalls/ (last visited March 31, 2022).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

fires in the MY 2011–2014 Sonata and MY 2011–2014 Santa Fe."[5]

105.    In or around April 2019, in connection with the Evaluation, NHTSA issued an Information Request ("the Request") to HMA seeking data and information regarding non-collision fire incidents in an expanded range of vehicles including all MY vehicles in which the Lambda engines[6] had been installed. The Request sought information about non-collision vehicle fire incidents pursuant to 48 CFR § 579.4, or "thermal events and fire-related phenomena such as smoke and melt."[7] HMA was compelled to search for, collect, and produce a significant volume of documents related to fire-related phenomena standing alone, without any evidence of flame, burning, or combustion.

106.    In or around August 2019, HMA responded to NHTSA's Request. At this point, HMA understood that certain vehicles already subject to recall had an arguably higher incidence of non-collision fires but claimed the concerns were being addressed by the ongoing vehicle recalls.

107.    In or around April 2020 through June 2020, HMA shared information with NHTSA regarding the effectiveness of a Knock Sensor Detection System ("KSDS") aimed at enhancing detection of engine damage and mitigating non-collision fires.

108.    In or around July 2020 through November 2020, NHTSA shared its views on the data produced by HMA in response to the Request alongside data shared by competitor automakers. HMA commenced to update and re-analyze occurrences of non-collision fire incidents in the included vehicles. HMA also

---

[5] RMISC-20V746-4680, available at https://static.nhtsa.gov/odi/rcl/2020/RMISC-20V746-4680.pdf (last visited March 31, 2022).

[6] The full scope of the Request encompassed all vehicles of all model years equipped with Theta II, Lambda II, Gamma, and Nu engines—a wide range of Hyundai vehicles.

[7] Id.

CLASS ACTION COMPLAINT                                        Case No.

agreed, in discussions with NHTSA's Office of Defects Investigation ("ODI"), that the vehicles appeared to experience above average rates of hole-in-block engine fires that ordinarily result from engine stall caused by worn and/or broken connecting rods that have punctured the engine block. HMA and ODI agreed that a seized engine that causes a connecting rod to break and puncture the engine block potentially releases oil which may come in contact with other hot surface within the engine compartment and produce smoke or fire, and further, that engine seizure in this context most often results from manufacturing variances.

109.   On November 23, 2020, HMA conducted a safety recall to address the condition in certain of the Class Vehicles.

110.   The NHTSA recalls of certain Class Vehicles only cover engine repairs and replacements in the future and do not offer reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, amounts due to losses due to engine fires, diagnostic fees, and rental car and towing fees.

2.     **Kia's Chronology of Events**

111.   The following relevant chronology delineates Kia's knowledge of the defective engines.

112.   On March 29, 2019, NHTSA opened a Preliminary Evaluation (PE19-004) to investigate non-crash fires involving 2011-2014 MY Kia Optima and Sorento and 2010-2015 Kia Soul vehicles.

113.   On June 28, 2019, Kia submitted a response to information request letter which includes all Kia models (13 models spanning 12 model years) equipped with Theta II, Lambda, Gamma and Nu engines. Kia concluded that other than recalls already announced, there is no information indicating any fire related safety defect trends. Kia continued to monitor.

114.   Between August 2019 and June 2020, Kia shared its fire inspection results with NHTSA during its weekly telephone conferences and continued to

30

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

monitor for potential fire-related defect trends that may require further field action.

115.   On July 27, 2020, NHTSA presented analysis of PE19-004 fire investigation data submitted by Kia. ODI recommended Kia conduct recalls on certain models with a higher fire complaint rate.

116.   On September 10, 2020, Kia presented a detailed analysis of engine compartment fire complaints identified by NHTSA and proposed a field action for certain models with a higher complaint rate. NHTSA took Kia's proposal under consideration.

117.   On November 12, 2020, NHTSA provided its feedback regarding Kia's proposal. Kia advised KC of NHTSA's feedback.

118.   On November 24, 2020, based on NHTSA's recommendation, KC recalled certain Kia vehicles as a preventative measure to mitigate any potential fire risk.

119.   On December 1, 2020, KC included the MY 2013 Optima Hybrid and MY 2012 Sportage vehicles in its recall.

120.   The NHTSA recalls of certain Class Vehicles only cover engine repairs and replacements in the future and do not offer reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, amounts due to losses due to engine fires, diagnostic fees, and rental car and towing fees.

## D.   DEFENDANTS' KNOWLEDGE OF THE DEFECT IN THE ENGINES

121.   Upon information and belief, Defendants regularly monitor the NHTSA databases as part of their ongoing obligation to identify potential defects in their vehicles. Examples of the complaints about Class Vehicles can be found in Sections (b) and (d) below. NHTSA complaints establish that both HMA and Kia knew, or should have known, of the Defect *at least* as early as September 29, 2013, based on

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

31

publicly available information,[8] through (1) Defendants' own records of customers' complaints, (2) dealership repair records, (3) records from NHTSA, (4) warranty and post-warranty claims, (5) pre-sale durability testing and part sales, and (6) other various sources.

1.    **Hyundai's Knowledge**

122.    The experiences of the Hyundai Plaintiffs are by no means isolated or outlying occurrences. Indeed, the internet is replete with examples of blogs and other websites where consumers have complained of the exact same engine Defect in the Hyundai Class Vehicles and complaints from earlier model year Hyundai owners and lessees with the same engines. Upon information and belief, Defendant HMA, through (1) their own records of customers' complaints, (2) dealership repair records, (3) records from NHTSA, (4) warranty and post-warranty claims, (5) internal pre-sale durability testing, and (6) other various sources, were well aware of the engine Defect but failed to notify consumers of the nature and extent of the problems with the Engines or provide any adequate remedy.

123.    HMA routinely monitors the internet for complaints similar in substance to those quoted below. HMA's customer relations department routinely monitors the internet for customer complaints, and HMA has retained the services of third parties to do the same. Further, the customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, HMA was made aware of the engine Defect. The complaints also indicate HMA's knowledge of the Defect and its potential danger.

124.    All vehicle manufacturers, including Defendants, are required by law (which is backed by criminal penalties) to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[8] NHTSA ID No. 10537110, *supra* at p. 109.

1  be recalled due to safety concerns. Thus, Defendants have knowledge of any and all

2  NHTSA complaints. *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000).

3      125.  HMA is experienced in the design and manufacture of consumer

4  vehicles. As an experienced manufacturer, HMA likely conducts testing on

5  incoming batches of components, including the Lambda Engines, to verify that the

6  parts are free from defects and comply with HMA's specifications. Accordingly,

7  HMA knew or should have known that the engines used in the Class Vehicles were

8  defective and likely to fail prematurely, costing Plaintiffs and Class Members

9  thousands of dollars in expenses.

10      126.  Moreover, HMA also should have known of the rotating assembly

11  Defect and risk of engine block puncture because of the sheer number of reports of

12  engine problems relating to the connecting rod bearings and/or lubrication channels.

13  For instance, HMA's customer relations department, which interacts with Hyundai-

14  authorized service technicians in order to identify potentially widespread vehicle

15  problems and assist in the diagnosis of vehicle issues, has received numerous reports

16  of engine problems relating to the connecting rod bearings and lubrication channels.

17  Customer relations also collects and analyzes field data including, but not limited to,

18  repair requests made at dealerships and service centers, technical reports prepared

19  by engineers that have reviewed vehicles for which warranty coverage is requested,

20  parts sales reports, and warranty claims data.

21      127.  HMA's warranty department similarly reviews and analyzes warranty

22  data submitted by its dealerships and authorized technicians in order to identify

23  defect trends in its vehicles. HMA dictates that when a repair is made under

24  warranty (or warranty coverage is requested), service centers must provide HMA

25  with detailed documentation of the problem and the fix that describes the complaint,

26  cause, and correction, and also save the broken part in case HMA later determines to

27  audit the dealership or otherwise verify the warranty repair. For their part, service

28  centers are meticulous about providing this detailed information about in-warranty

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

33

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

repairs to HMA because HMA will not pay the service centers for the repair if the complaint, cause, and correction are not sufficiently described.

128.   HMA knew or should have known about the engine Defect because of the high number of replacement parts likely ordered from HMA. All Hyundai service centers are required to order replacement parts, including engines, piston assemblies, and connecting rod bearings directly from HMA. Other independent vehicle repair shops that service Class Vehicles also order replacement parts directly from HMA. HMA routinely monitors part sales reports, and they are responsible for actually shipping parts requested by dealerships and technicians. Thus, HMA has detailed, accurate, and real-time data regarding the number and frequency of replacement part orders. The sudden increase in orders for the Engines and engine components used in the Hyundai Class Vehicles was known to HMA, and should have alerted it to the scope and severity of the engine Defect.

### a.     *Complaints by other class members*

129.   Representative examples of complaints on the NHTSA website regarding the Class Vehicles are included below:[9]

## **MY 2010-2018 Hyundai Santa Fe and Santa Fe Sport**

**NHTSA ID Number: 11454510**

**Incident Date May 1, 2021**

**Consumer Location OAK PARK, IL**

**Vehicle Identification Number 5NMSG3AB2AH\*\*\*\***

**Summary of Complaint**

On April 22,2021 I took my Hyundai Santa Fe to McGrath Hyundai Serv Ctr for routine oil change. I paid for this oil chge and was given a MultiPoint Inspection rpt

---

[9] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.

detailing my car was in good condition needing only routine maintenance updates. Mileage was documented 46,008 mi. My car was in excellent condition, regularly maintained at Hyundai service centers. 9 days later my engine failed without any warning. I had only driven about 30 mi after service.This is a safety issue as the failure could've occurred while I was driving. I towed the car back to the serv ctr where I was told I would need a new engine. There was no reason ever given for the sudden failure other than that this was a bad engine. I called Hyundai Corp Care to ask for help. I was told my 100,000/10yr warranty had expired 6 mos. earlier and there was NO recall. I later found this not to be true as NHTSA had done an investigation earlier causing Hyundai to recall 1000's of Santa Fe's for the EXACT reason that my engine failed. My VIN is not included in this recall but the problem was exactly the same. I read in the NHTSA report this recall applied to engines manufactured before 2011. After many phone calls/emails, Hyundai Corp agreed to a "good will" offer to replace the engine for 80%. I was told they would remove the bad engine and drop in a new one. However, there was faulty communication between Hyundai Corp and Hyundai service center. My hands were tied. 175 days later I was returned my car with a remanufactured short block. Approximately 2 mos later my oil light began to flicker. I returned to serv ctr where I was told I now need to manually check my oil regularly. The service engine light no longer works as it should. The warning light no longer works for other safety issues also. Hyundai was not truthful in owning up to the existence of the engine safety issue. They should have owned my problem and repaired as part of the recall. I no longer feel safe driving my car.

**NHTSA ID Number:** 11426632

**Incident Date** July 3, 2021

**Consumer Location** SHAWNEE MISSION, KS

**Vehicle Identification Number** 5NMSGDAB7AH****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

The contact owned a 2010 Hyundai Santa Fe. The contact was calling from an insurance company and stated that while the driver was driving at an undisclosed speed, the vehicle started to lose motive power and decelerated inadvertently. There was smoke coming from the air vents and flames were seen coming from the front wheel wells. After exiting the vehicle, flames engulfed the vehicle and the vehicle was destroyed. The fire department was called to the scene and a report was taken before the vehicle was towed away. No injuries were reported. The cause of the failure was not determined. Later the insurance company concluded that the fire was caused by a faulty engine. The manufacturer and local dealer were not yet notified of the failure. The failure mileage was 100,000.

**NHTSA ID Number:** 11415953

**Incident Date** February 4, 2020

**Consumer Location** BOSQUE FARMS, NM

**Vehicle Identification Number** 5NMSG3AB8AH****

**Summary of Complaint**

DRIVING THE VEHICLE WHEN IT JUST SHUT OFF. TOOK VEHICLE TO A SHOP AND THEY TOLD ME ENGINE HAD A HOLE IN THE BLOCK FROM A CONNECTING ROD. THAT CAME OFF THE CRANKSHAFT .VEHICLE ONLY HAS 104358 MILES ON IT AND HAS ALWAYS BEEN MAINTAINED WITH FREQUENT OIL CHANGES.

**NHTSA ID Number:** 11378305

**Incident Date** June 15, 2018

**Consumer Location** SAN ANTONIO, TX

**Vehicle Identification Number** 5NMSG3AB3AH****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT

Case No.

ENGINE SEIZED.

**NHTSA ID Number:** 11193558

**Incident Date** March 3, 2019

**Consumer Location** DOBSON, NC

**Vehicle Identification Number** 5NMSG3AB4AH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2010 HYUNDAI SANTA FE. THE CONTACT STATED THAT THE MOTOR STARTED KNOCKING AND SPUTTERING, AND THE VEHICLE LOST POWER WHILE DRIVING 55 MPH. BOB KING HYUNDAI (1601 SILAS CREEK PKWY, WINSTON-SALEM, NC 27127, (336) 724-2861) STATED THAT THERE WAS NO RECALL AND ADVISED THE CONTACT TO BRING THE VEHICLE IN FOR DIAGNOSTIC TESTING. THE CONTACT ALSO TOOK THE VEHICLE TO AN INDEPENDENT MECHANIC AND WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 115,000.

**NHTSA ID Number:** 11155264

**Incident Date** November 5, 2016

**Consumer Location** CARY, NC

**Vehicle Identification Number** 5NMSG3AB1AH****

**Summary of Complaint**

ENGINE STOPPED AND ROD KNOCKING STARTED WHILE I WAS DRIVING ON A HIGHWAY

**NHTSA ID Number:** 10871010

**Incident Date** May 9, 2016

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

37

**Consumer Location** DELTONA, FL

**Vehicle Identification Number** 5NMSK4AG5AH****

**Summary of Complaint**

THE ENGINE THREW A ROD AND IT IS THE SAME PROBLEM THEY HAVE IN THEIR 2.4L ENGINE THAT WAS RECALLED. 470,000 OF THEM. NOW THEY WON'T FIX MY ENGINE.


**NHTSA ID Number:** 11434273

**Incident Date** September 21, 2021

**Consumer Location** EMIGRANT, MT

**Vehicle Identification Number** 5XYZGDAB2BG****

**Summary of Complaint**

We have (had) a 2011 Hyundai Sante Fe. On 9/21/21, driving to Bozeman, just west of Livingston MT, on I-90, the car had a sudden stalling, loss of power (check engine light, oil light came on), then knocking sound that increased in volume and frequency. Smoke began pouring from under the hood as we pulled to the side of the highway, then very quickly accompanied by flames. We exited the vehicle. I opened the hood, the flames shot into the air. We moved away from the car. 911 had been called and the local fire department arrived within 10-15 minutes. Fire extinguished after about 20-30 minutes, but engulfed (destroyed) the entire engine compartment. Flames did not spread to passenger area of the vehicle. No one injured from the fire (although possible smoke inhalation before and as we exited vehicle). Car totaled, towed from highway. 1. Component: engine, all components in engine compartment (available for inspection, see photos uploaded); 2. Safety threat: smoke, fire quickly engulfed engine compartment, threat of spread to passenger area of vehicle; 3. Not yet confirmed by dealer or independent service center; 4. Inspection: by police/fire department that responded to the incident indicating mechanical malfunction, without further detail; 5. Warnings: check engine light and oil light occurred prior to

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                                 Case No.

or at time of incident and before severe knocking sounds began, but at same time as stalling/power loss.

**NHTSA ID Number:** 11322428

**Incident Date** April 27, 2020

**Consumer Location** TERREBONNE, OR

**Vehicle Identification Number** 5XYZKDAGXBG****

**Summary of Complaint**

ENGINE BLOWN SHORTLY AFTER 'SERVICE ENGINE' LIGHT CAME ON

**NHTSA ID Number:** 11228497

**Incident Date** June 30, 2019

**Consumer Location** STOW, OH

**Vehicle Identification Number** 5XYZGDAB2BG****

**Summary of Complaint**

THE VEHICLE DEVELOPED A LOW END ENGINE RATTLE DURING IDLE. THE NOISE WOULD GO AWAY ON ACCELERATION. TODAY THE ENGINE FAILED. IT WON'T TURN OVER AT ALL. IT'S SEIZED UP. I CHECKED THE OIL AND THE OIL IS FULL. I BOUGHT THIS VEHICLE WHEN IT WAS 2 YEARS OLD. I'VE USED SYNTHETIC OIL AND CHANGED THE OIL EVERY 3 - 4,000 MILES. THE SYMPTOMS ARE IDENTICAL TO THE ONES ON THE SONATA AND OTHER VARIOUS MODELS. MY VEHICLE WAS MANUFACTURED HERE IN THE STATES. AN ENGINE IS A HUGE EXPENSE. ESPECIALLY IF IT'S DUE TO MANUFACTURER NEGLIGENCE. I WILL NEVER BUY ANOTHER HYUNDAI OR KIA AGAIN AT THIS POINT.

**NHTSA ID Number:** 11207901

**Incident Date** April 27, 2019

CLASS ACTION COMPLAINT                                                    Case No.

**Consumer Location** PEARLAND, TX

**Vehicle Identification Number** 5XYZG3ABXBG****

**Summary of Complaint**

MY 2011 HYUNDAI SANTA FE WAS BEING DRIVEN ON THE CITY STREETS AT A SPEED OF APPROX. 30MPH WHEN THE ENGINE STARTING MAKING A LOUD NOISE IN THE ENGINE. FOUND THE ENGINE HAS A BENT ROD. THE CAR HAS 110,000 MILES AND HAS HAD A REGULAR OIL CHANGE EVER SINCE WE BOUGHT THE CAR. HAS ANYONE ELSE HAD THIS PROBLEM. ALL OTHER VEHICLES I HAVE OWNED OR OWN NOW LAST WELL OVER 200,000 MILES. HAD TO TOW THE VEHICLE HOME 80 MILES. HOPE THIS DOESN'T HAPPEN TO ANYONE ELSE. NEVER HAD A WARNING THIS WAS ABOUT TO HAPPEN. THANK GOODNESS HE WAS ON A CITY STREET..

**NHTSA ID Number:** 11181449

**Incident Date** February 8, 2019

**Consumer Location** MOUNT POCONO, PA

**Vehicle Identification Number** 5XYZGDAB8BG****

**Summary of Complaint**

WHILE DRIVING THE VEHICLE THE ENGINE STOPPED RUNNING WITHOUT WARNING OR SYMPTOMS. IT WOULD NOT RESTART. IT NEEDED TO BE TOWED. FURTHER INVESTIGATION FOUND THE ENGINE HAD SEIZED.


**NHTSA ID Number:** 11169989

**Incident Date** January 8, 2019

**Consumer Location** PINOLE, CA

**Vehicle Identification Number** 5XYZHDAG6BG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

40

CLASS ACTION COMPLAINT                                    Case No.

MY 2011 HYUNDAI SANTA FE BEGAN TO DRIVE ROUGH ON THE FREEWAY, SLIGHT TUGGING, RATTLING SOUND UNDER THE HOOD AND WOULD NOT ACCELERATE ABOVE 60MPH, CHECK ENGINE AND OIL LIGHT CAME ON. I EXITED THE FREEWAY AND IT STALLED AT RED LIGHT. STARTED IT UP AND THEN STALLED 3 MORE TIMES AT EVERY RED LIGHT ON THE WAY HOME. I ADDED OIL AND MADE SERVICE APPT. BROUGHT IN FOR SERVICE DIED ONCE ON THE WAY AND AGAIN AT THE SERVICE CENTER BUT DID NOT START BACK UP. MECHANIC SAID ENGINE FAILED DUE TO CRANK SHAFT SPUN BEARING. SENSORS DID NOT APPEAR IN ADVANCE SENSORS APPEARED TOO LATE CAUSING DAMAGE TO ENGINE. MY CAR IS ONLY 7 YEARS BOUGHT BRAND NEW OUT OF SHOW ROOM NO PREVIOUS MAJOR ISSUES. MULTIPLE COMPLAINTS ON LINE SHOWING SAME PROBLEM WITH OTHERS. UNACCEPTABLE AND DANGEROUS

**NHTSA ID Number:** 11161289

**Incident Date** December 12, 2018

**Consumer Location** ALBUQUERQUE, NM

**Vehicle Identification Number** NUMBER5XYZK****

**Summary of Complaint**

WHILE DRIVING HOME ON WEDNESDAY DECEMBER 12 2018 MY HYUNDAI SANTA FE ENGINE CAUGHT ON FIRE AND BURNED UP THE WHOLE FRONT END.

**NHTSA ID Number:** 10994011

**Incident Date** June 3, 2017

**Consumer Location** KALAMAZOO, MI

**Vehicle Identification Number** 5XYZHDAG9BG****

41

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

ON SATURDAY 6/3/17 I WAS DRIVING HOME FROM A BABY SHOWER WHEN I HEARD A METAL SOUNDING NOISE TOWARDS THE FRONT OF MY CAR AFTER HITTING A BUMP. THE NOISE ONLY HAPPENED ONCE AND WHEN I PULLED IN THE DRIVEWAY AND TURNED MY CAR OFF IT SOUNDED LIKE METAL PARTS FALLING OUT UNDER MY CAR BUT WHEN I CRAWLED UNDER MY CAR NOTHING LOOKED ABNORMAL, SO I GOT BACK IN THE CAR TO START IT AND IT WOULD NOT START. MONDAY 6/5/17 I HAD MY CAR TOWED TO KELLEY RADIATOR TO BE LOOKED AT, AFTER THEM CHECKING EVERYTHING THEY TOLD ME MY ENGINE IS SEIZED. THE OWNER OF KELLEY RADIATOR CANNOT FIGURE OUT WHY MY ENGINE SEIZED, HE HAS CHECKED EVERYTHING SUCH AS FLUIDS TO MECHANICAL PARTS AND EVERYTHING CHECKS OUT GOOD. I DID SOME RESEARCH AND FOUND ENGINE FAILURE IS A COMMON PROBLEM WITH CERTAIN HYUNDAI CARS. I HAVE CONTACTED HYUNDAI BUT NO RESPONSE . I HAVE HAD THIS CAR FOR 2 YEARS ,FAITHFULLY GETTING OIL CHANGES AND I STILL OWE $12,366.67 ON THIS CAR. I CANNOT AFFORD A NEW ENGINE WITHOUT APPLYING FOR A LOAN AND REALLY CANNOT AFFORD A LAWYER SO ANY HELP YOU CAN GIVE ME WOULD BE GREATLY APPRECIATED

**NHTSA ID Number:** 10785369

**Incident Date** October 1, 2015

**Consumer Location** WELLSVILLE, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

WHILE DRIVING THE MOTOR LOCKED UP WITH NO WARNING. NO OIL LEFT IN THE PAN BUT NO LIGHTS CAME ON.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11445312

**Incident Date** May 1, 2021

**Consumer Location** HUBERT, NC

**Vehicle Identification Number** 5XYZK3AB8CG****

**Summary of Complaint**

We were told by a mechanic that the engine needs to be replaced because the rod bearings wore out and are now inside the engine. This is similar to a current recall by Hyundai except our VIN is not included. Hyundai is unwilling to help us and the cost of an engine is more than the car. The car is not driveable and could have cause serious injury if the engine had blown up. It is currently being stored and is available to inspect. The check engine light came on initially which is when we brought it to the mechanic.

**NHTSA ID Number:** 11443510

**Incident Date** October 15, 2021

**Consumer Location** SARTELL, MN

**Vehicle Identification Number** 5XYZG3AB5CG****

**Summary of Complaint**

I have a 2012 Hyundai Santa fe the engine started making knocking sounds and had loss of power. Did some research on the safety recall for the engine and found it on there site. Vehicle was taken to local Hyundai dealer like there site stated for inspection on 10/15/21. Dealership then called 3 hours later and said it was not covered and found noise coming from lower engine crank as stated on the receipt. I then filed a case file with Hyundai #18907069 and phone number 8334628722 ext 65091. After numerous calls and leaving messages I never once spoke to my Case manager. She said in a email that salvage title voids warranty, I sent evidence Hyundai calling it a safety recall witch is still covered. I received the email on November 24 haven't heard a thing since. There site said the engine can start on fire

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

43

and could lock up at high speed causing a accident they called it a safety recall.

**NHTSA ID Number:** 11442695

**Incident Date** December 1, 2021

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5xyzgdab3cg****

**Summary of Complaint**

On Aug. 9 2021 I took my vehicle into the dealer in Phoenix, Az. for recalls that were given to me from emissions testing. One recall was for engine knocking and premature wear of piston rods/bearings. The software update was done so the vehicle could warn me of engine failure. On or about Dec 1st 2021 my vehicle was making noise under the hood and slowing in power to safety mode. It stalled at a major intersection near my home and I slowly made it back to safety. The software that was installed failed to warn me in time to not cause engine damage. The are metal shavings in the engine oil and it will not run. If it does you can hear knocking very loudly. This recall was supposed to have the engine replaced by the dealer and no such repair was done. The dealer on Aug 9 only notified me of a leak from the radiator that was never seen before. They tried to charge me 1203.00 dollars for a new radiator and upper and lower hoses. The leak was never there before and when I got home i inspected the garage floor and the floor was clean and dry. Now 4 months later my engine is having problems from this recall not being corrected. The dealer also has no loaner vehicle for me and I am a disabled man with one leg. Im being told I will be without a car for up to 2 months with no guarantee that the engine will be replaced at no cost to me.

**NHTSA ID Number:** 11440484

**Incident Date** October 29, 2021

**Consumer Location** MULLICA HILL, NJ

CLASS ACTION COMPLAINT                                                Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5xyzgdab6cg****

**Summary of Complaint**

In July, I took my 2012 Hyundai to Hyundai Service Department for Recall over defective connecting rod bearings that can wear out prematurely and damage engine. The service department inspected the engine and closed our case. no damage was found. In November 2021 just three months later our car engine completely gave out and we broke down on the road. the service department said it was the connecting rod bearings which caused the damage. but Hyundai refuses to cover the engine under the recall. They say we no longer have an open case. They also say it is not a recall but a Service Campaign and we are over the 150,000 miles warranty. Is this true or should they be honoring the recall? Also they put our safety at risk by not replacing the rod bearings back in July.

**NHTSA ID Number:** 11439383

**Incident Date** June 25, 2021

**Consumer Location** LEESBURG, FL

**Vehicle Identification Number** 5XYZG3ABXCG****

**Summary of Complaint**

The contact owns a 2012 Hyundai Santa Fe. The contact stated while driving at 40-45 MPH, she heard an abnormal ticking sound, and the vehicle inadvertently stalled. The contact stated she saw black smoke coming from underneath the hood of the vehicle. The contact did not recall whether a warning light illuminated. The contact and her husband exited the vehicle. The contact stated as they walked back to the vehicle, they notice that the smoke has stopped. The contact and her husband did not sustain any injuries. A police report was not filed. The vehicle was towed to the dealer who diagnosed that the engine needed to be replaced. The contact stated the vehicle had been waiting to be repaired under NHTSA Campaign Number: 20V746000 (ENGINE) for five months as the parts for recall repair were not yet

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

45

available. The contact stated that the manufacturer had exceeded a reasonable amount of time for the recall repair. The manufacturer was notified of the failure and a case was opened. The vehicle was not repaired. The approximate failure mileage was 70,000.

**NHTSA ID Number:** 11438491

**Incident Date** October 27, 2021

**Consumer Location** MOUNT AIRY, GA

**Vehicle Identification Number** 5XYZK3AB0CG****

**Summary of Complaint**

On the way to get the recall fixed on this vehicle the car caught fire under the hood and was a total loss. This was a safety hazard to not only my family, but to the public passing by on the road. The fire service had to come put out the massive flames and the car was then towed to the dealer in Athens GA.

**NHTSA ID Number:** 11435688

**Incident Date** August 11, 2021

**Consumer Location** PETERSBURG, VA

**Vehicle Identification Number** 5XYZG3AB7CG****

**Summary of Complaint**

The engine on my 2012 Hyundai Santa Fe is locked up right now due to the engine recall with the rod bearings. I have had this vehicle at my local Hyundai dealership in Colonial Heights, Virginia for 2 months now. The dealership is not providing service in a timely manor to fix this issue. My car has been sitting up there for 2 months and they keep telling me they need to take more pictures and videos of the engine to send to corporate. I think two months is plenty of time to get the required information up to corporate for them to accept this recall. I am very frustrated with this dealership because they will not even provide me with a time frame as to how

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

46

1 | long this process will take.

2

3 | **NHTSA ID Number:** 11432565

4 | **Incident Date** August 5, 2021

5 | **Consumer Location** CONCORD, NC

6 | **Vehicle Identification Number** 5XYZGDAB9CG****

7 | **Summary of Complaint**

8 | I received a engine recall notice and quickly went into Hyundai in April 2021 to

9 | have it inspected for thus recall. They performed the diagnostic testing and they

10 | informed me that my car does have the recall but passed the inspection so it's fine. I

11 | didn't feel comfortable knowing my car might fail but had no choice but to listen to

12 | the dealership. Fast forward to August, my husband and I were driving down to my

13 | parents on I-95 going 70 miles an hour when we suddenly heard a loud strange

14 | noise, then within seconds a loud bang. Smoke pouring out the back of the car, the

15 | car shuts down, engine light comes on, and we now have a potential deadly

16 | situation. Thank God my husband was driving, he used all his power to turn the

17 | wheel and safely get us off the hwy. I am upset that Hyundai knows ppl have bad

18 | engines and sends us off after an apparent awful diagnostic test to potentially die in

19 | an accident. If I was driving I know we wouldn't be here today. Tow truck driver

20 | says he sees it all the time and we are lucky to be alive. I will attach a picture of the

21 | engine that we took when we pulled off the hwy. I pray no one has to go thru this

22 | but I know many people are. It's just not right.

23

24 | **NHTSA ID Number:** 11431268

25 | **Incident Date** August 23, 2021

26 | **Consumer Location** TORRANCE, CA

27 | **Vehicle Identification Number** 5xyzg3ab2cg****

28 | **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

47

ns a 2012 Hyundai Santa Fe. The contact stated while driving at an undisclosed speed, there was a loud knocking and screeching noise coming from the engine and the vehicle struggled to accelerate and then stalled. The vehicle was taken to the dealer. The dealer and the manufacturer's insurance agent diagnosed that metal shavings from the ball bearings had gotten into the engine, causing engine failure. The vehicle was not repaired and remained at the dealer waiting for a complete engine tear down to verify the failure. The contact related the failure to NHTSA Campaign Number: 20V746000 (Engine). The manufacturer was not made aware of the failure. The failure mileage was 64,268.

**NHTSA ID Number:** 11426073

**Incident Date** July 18, 2021

**Consumer Location** HUMBLE, TX

**Vehicle Identification Number** 5xyzg3ab4cg****

**Summary of Complaint**

A connecting rod bearings in the engine wore out prematurely and damaged the engine while driving with my family. The car was not responding almost causing a catastrophe, I experienced mental distress and triggered my PTSD. When taken to the mechanic for inspection the damage showed a connecting rod cause a hole in the engine spilling and burning oil. There was no sound or warning lights until after the car's engine was damaged by this manufacturer fail. I did my research and I found others with the same engine issue. What's Hyundai next step in this case?

**NHTSA ID Number:** 11423713

**Incident Date** July 4, 2021

**Consumer Location** ELKHORN, WI

**Vehicle Identification Number** 5XYZG3AB2CG****

**Summary of Complaint**

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The contact's sister-in-law owns a 2012 HYUNDAI Santa Fe. The contact stated while driving at various speeds, there was an abnormal knocking sound coming from the engine. The contact also stated that the vehicle would shut-off intermittently while driving at various speeds without warning. Neither the contact nor his sister-in-law had taken the vehicle to be serviced or diagnosed for the failure. Upon investigation, the contact discovered NHTSA Campaign Number: 20V746000 (Engine) which he linked to the failure. The contact called a local dealer who informed him that her vehicle was not included in the recall due to the date the engine was manufactured. The manufacturer was not notified of the failure. The vehicle was not repaired. The failure mileage was approximately 202,000

**NHTSA ID Number:** 11416502

**Incident Date** February 27, 2021

**Consumer Location** LAKELAND, FL

**Vehicle Identification Number** 5XYZK3AB5CG****

**Summary of Complaint**

THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT STATED HIS SON WAS DRIVING 55 MPH WHEN HE HEARD A KNOCKING SOUND COMING FROM THE VEHICLE. THE DRIVER PULLED THE VEHICLE OVER TO THE SIDE OF THE ROADWAY AND HAD THE VEHICLE TOWED TO FINDLAY HYUNDAI ST. GEORGE (1405 SOUTH, SUNLAND DR, ST. GEORGE, UT 84790, (435) 688-7272) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE CONNECTING ROD FAILURE CAUSED THE ENGINE TO BE DAMAGED. THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT YET REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 106,000.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11413590

**Incident Date** February 17, 2021

**Consumer Location** KANNAPOLIS, NC

**Vehicle Identification Number** 5XYZK3AB3CG****

**Summary of Complaint**

RIDING ON A 6 LANE VERY BUSY HIGHWAY WHEN ENGINE ON MY 2012 HYUNDAI SANTA FE JUST QUIT. ONLY VERY LUCKY WE WERE ABLE TO MOVE OVER TO THE RIGHT LANE. CARS WERE FLYING PAST, AND RIGHT LANE TRAFFIC HAD TO STOP TO KEEP FROM REAR ENDING US. I CALLED POLICE DEPT TO SEND A CAR WITH BLUE LIGHT TO HELP KEEP US FROM BEING HIT. ALSO CALLED TOW TRUCK TO MOVE US TO DEALERSHIP. RECEIVED A LETTER FROM HYUNDAI CORP. STATING MY CAR WAS IN THE RECALL FOR BEARING DAMAGE. INFORMED THE HYUNDAI DEALERSHIP, MODERN HYUNDAI OF CONCORD ,N.C. OF RECEIVING THIS LETTER. THAT WAS (10 )WEEKS AGO. STILL WAITING ON MODERN HYUNDAI TO SERVICE MY CAR. THEY KEEP TELLING ME THE CORP OFFICE IS REQUESTING MOR E PHOTOS OF THE DAMAGE. BEEN HEARING THAT SAME LINE FOR OVER 3 WEEKS NOW. JUST KEEP GIVING US THE RUNAROUND. THEY SHOULD HAVE ENOUGH PICTURES TO MAKE A MOVIE BY NOW. THIS HAS BEEN THE MOST SCARIEST SITUATION, AND THE MOST DISPARAGING I HAVE EVER DEALT WITH.


**NHTSA ID Number:** 11408122

**Incident Date** February 28, 2021

**Consumer Location** WEST CHICAGO, IL

**Vehicle Identification Number** 5XYZG3AB2CG****

**Summary of Complaint**

CLASS ACTION COMPLAINT                                Case No.

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS THERE WAS AN ABNORMAL CLICKING NOISE DETECTED. THERE WERE NO WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO STATED THAT THE FAILURE WAS DUE TO THE ENGINE AND REFERRED CONTACT TO A LOCAL DEALER. THE VEHICLE WAS TOWED TO ROSEN HYUNDAI OF ALGONQUIN (771 S RANDALL RD, ALGONQUIN, IL 60102, (847) 854-6700) BUT WAS NOT DIAGNOSED NOR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 100,000.

**NHTSA ID Number:** 11406596

**Incident Date** December 27, 2020

**Consumer Location** GREEN BAY, WI

**Vehicle Identification Number** 5XYZGDAB0CG****

**Summary of Complaint**

2012 HYUNDAI SANTA FE. CONSUMER WRITES IN REGARDS TO ENGINE MALFUNCTION. *AS THE CONSUMER STATED THE ENGINE FAILED WHILE DRIVING. THE CONSUMER WERE STRANDED OUT OF STATE. THE MANUFACTURER WAS CONTACTED BUT, DID NOT OFFER ANY ASSISTANCE. *JS

**NHTSA ID Number:** 11406718

**Incident Date** February 18, 2021

**Consumer Location** BLOOMINGTON, MN

**Vehicle Identification Number** 5XYZK3AB0CG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

51

MY DAUGHTER WAS TRAVELING ON THE FREEWAY I-80 AND 60 MILES OUTSIDE OF LARAMIE WYOMING, THE ENGINE MADE CLUNKING NOISES THE THE CAR SLOWED DOWN AND SHE PULLED OVER TO SIDE OF I 80 THIS WAS 18 FEB 2021. SHE WAS TOWED TO LARAMIE TIRE AND AUTO REPAIR. THEY LET US KNOW THEY FOUND METAL SHAVING IN THE OIL AND OIL FILTER AND THOUGHT IT WAS THE LOWER ENGINE BERRING THAT FAILED. AND THE ENGINE WOULD NEED TO REPLACED OR REBUILT AT A COST OF $5500 TO $45000. WE HAD THE OIL CHANGED BEFORE SHE LEFT ON THE TRIP TO CA. AFTER I COMPLAINED TO HYUNDAI BY EMAIL THEN THEY SENT ME A NOTICE OF SAFETY RECALL FOR HER CAR. WHICH I GOT ON THE 3 APRIL 2021. WE OWNED THE CAR SINCE MAY OF 2019 AND DID NOT GET THIS NOTICE IN THE 2 YEARS WE OWNED IT. NOW AFTER A TOTAL LOSS OF THE CAR WE PAID 7,000.00 IN MAY 2019, SHE TRADED IT IN, THEY WOULD ONLY GIVE HER $65.00 TRADE IN TO GET ANOTHER USED CAR. IF WE WOULD HAVE HAD THIS SAFETY RECALL BEFORE THE ENGINE FAILED ALL THIS COULD HAVE BEEN AVOIDED. I AM VERY DISAPOINTED IN HYUNDAI AND THEIR NOTIFICATION OF THE SAFETY RECALL.

**NHTSA ID Number:** 11404297

**Incident Date** March 16, 2021

**Consumer Location** DEVON, PA

**Vehicle Identification Number** 5XYZGDAB5CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

52

YET AVAILABLE. THE CONTACT STATED WHILE DRIVING 30 MPH, THE VEHICLE STALLED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC, WHERE IT WAS DIAGNOSED THAT A ROD HAD GONE THROUGH THE ENGINE BLOCK AND THE ENGINE NEEDED TO BE REPLACED. THE CONTACT NOTIFIED THE MANUFACTURER OF THE FAILURE AND WAS INFORMED TO TAKE THE VEHICLE TO A HYUNDAI DEALER AS THE VEHICLE WAS IMPACTED BY THE RECALL. THE CONTACT CONTACTED CONICELLI HYUNDAI (1208 RIDGE PIKE, CONSHOHOCKEN, PA 19428) AND WAS INFORMED THAT THE REMEDY WAS NOT YET AVAILABLE. THE FAILURE MILEAGE WAS 90,000.

**NHTSA ID Number:** 11403362

**Incident Date** December 29, 2020

**Consumer Location** VIRGINIA BEACH, VA

**Vehicle Identification Number** 5XYZH4AG9CG****

**Summary of Complaint**

WAS DRIVING AROUND 20MPH ON A SERVICE ROAD, WHEN I HEARD A LOUD NOISE FROM UNDER THE HOOD. ALL THE DASH LIGHTS TURNED ON AND THE TRUCK SHUT OFF. NO POWER STEERING AND NO POWER BRAKES. I PUT TRANSMISSION IN NEUTRAL AND COASTED TOWARDS SIDE OF THE ROAD. TRIED TO START, BUT NOTHING HAPPENED WHEN I TURNED THE KEY. HAD TOWED TO DEALERSHIP. THEY SAID TOTAL ENGINE FAILURE. 2012 HYUNDAI SANTA FE 3.5 LITER 2WD. 69,900 MILES. 10YEAR/100K MILE WARRANTY. ORIGINAL OWNER. ALL MAINT. HAS BEEN PERFORMED. THEY ARE DECLINING WARRANTY DUE TO "EXCEPTIONAL MAINTENANCE NEGLECT". WE HAVE PROVIDED THEM WITH ALL THE DOCUMATION. THEY DECLINED IT TWICE. NOW I'M BEING SHOVED OFF TO HYUNDAI LAWYERS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11403089

**Incident Date** January 26, 2021

**Consumer Location** OMAHA, NE

**Vehicle Identification Number** 5XYZK3AB4CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT YET AVAILABLE. THE CONTACT STATED THAT THE MANUFACTURER HAD EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE CONTACT EXPERIENCED A KNOCKING SOUND AND OIL LEAKING FROM THE ENGINE. THE VEHICLE WAS NOT REPAIRED. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

**NHTSA ID Number:** 11399263

**Incident Date** March 2, 2021

**Consumer Location** LARGO, FL

**Vehicle Identification Number** 5XYZG3AB6CG****

**Summary of Complaint**

THE ROD BEARING WENT OUT IN MY 2012 HYUNDAI SANTA FE WITH NO WARNING.

**NHTSA ID Number:** 11398139

**Incident Date** February 17, 2021

**Consumer Location** KANNAPOLIS, NC

**Vehicle Identification Number** 5XYZK3AB3CG****

54

**Summary of Complaint**

DRIVING MY 2012 HYUNDAI SANTA FE,ON HARRIS BLVD. IN CHARLOTTE A MULTI 6 LANE ROAD. TRIED TO SPEED UP TO MOVE INTO THE CENTER LANE WHEN EVERYTHING DIED. MOTOR SHUT DOWN WITH TRAFFIC ZOOMING BY. NO WARNING OF ANY KIND. WAS ABLE TO COAST INTO FAR RIGHT LANE,WHERE WE SAT SCARED TO DEATH SOMEONE WAS GOING TO PLOW INTO US. CAR WOULD NOT RESTART. CALLED POLICE TO SIT BEHIND US WITH BLUE LIGHT,AND CALLED TOW TRUCK. HAD CAR TOWED TO HYUNDAI DEALER, WHO LATER REPORTED ENGINE WAS SEIZED, AND WOULD COST $7600 FOR A USED ENGINE. I HAD RECEIVED A RECALL CAMPAIGN 198, ID 20V746000 NOTICE JUST DAYS BEFORE THIS MISHAP, BUT DEALER KNEW NOTHING ABOUT A RECALL. EVEN THOUGH IT IS ALL OVER THE INTERNET. MY WIFE AND I CAME VERY CLOSE TO A DISASTER THAT DAY BECAUSE OF A KNOWN MOTOR DEFECT FOR THIS MODEL AND HYUNDAI CONTINUES TO STATE REMEDY NOT AVAILLABLE. GUESS THEY'RE WAITING ON SOMEONE TO GET KILLED, WHICH IS GOING TO HAPPEN.

**NHTSA ID Number:** 11397903

**Incident Date** January 11, 2021

**Consumer Location** BETHPAGE, NY

**Vehicle Identification Number** 5XYZGDAB6CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT STATED WHILE DRIVING 65 MPH, THERE WAS AN ABNORMALLY LOUD KNOCKING COMING FROM THE VEHICLE. THE CONTACT PULLED OVER TO THE SIDE OF THE ROADWAY AND WAITED A LITTLE WHILE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BEFORE RESTARTING THE VEHICLE AND CONTINUED DRIVING TO HER DESTINATION. THE CONTACT ARRIVED HER DESTINATION AND THEN DECIDED TO HAVE THE VEHICLE TOWED BACK TO HER RESIDENCE. THE CONTACT LATER DROVE THE VEHICLE TO THE LOCAL DEALER ADVANTAGE HYUNDAI (440 PLAINVIEW RD, HICKSVILLE, NY 11801) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT YET AVAILABLE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 98,000.*DT*JB

**NHTSA ID Number:** 11397904

**Incident Date** December 15, 2020

**Consumer Location** APOPKA, FL

**Vehicle Identification Number** 5XYZG3AB4CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT STATED THAT WHILE DRIVING 55 MPH, THE VEHICLE STALLED WITHOUT WARNING AND COULD NOT BE RESTARTED. DUE TO THE FAILURE, THE CONTACT HAD THE VEHICLE TOWED TO AN INDEPENDENT MECHANIC WHO INFORMED HIM THAT THE ENGINE HAD THROWN A ROD. THE MECHANIC IMMEDIATELY LINKED THE FAILURE TO NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE). THE CONTACT CALLED LAKELAND HYUNDAI (1500 W. MEMORIAL BLVD, LAKELAND, FL 33815) AND HOLLER HYUNDAI (1150 ORLANDO AVE, WINTER PARK, FL 32789) AND WAS INFORMED THAT THE VIN WAS NOT UNDER RECALL. THE CONTACT WAS THEN REFERRED TO THE MANUFACTURER WHO ALSO INFORMED HIM THAT THE VEHICLE WAS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

56

NOT UNDER RECALL. THE CONTACT WAS THEN REFERRED TO NHTSA
FOR ASSISTANCE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE
MILEAGE WAS 116,125.*DT

**NHTSA ID Number:** 11394845

**Incident Date** September 13, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZG3AB6CG****

**Summary of Complaint**

TL* THE CONTACT OWNED A 2012 HYUNDAI SANTA FE. THE CONTACT
STATED WHILE DRIVING 50 MPH, THE VEHICLE START TO MAKE AN
ABNORMALLY LOUD SOUND COMING FROM THE ENGINE. THE
VEHICLE STARTED SHAKING. THE CONTACT PULLED THE VEHICLE TO
SIDE OF THE ROADWAY, TURNED OFF AND RESTARTED THE VEHICLE
HOWEVER, THE FAILURE PERSISTED. THERE WAS NO WARNING LIGHT
ILLUMINATED. THE CONTACT DROVE THE VEHICLE TO AN
INDEPENDENT MECHANIC WHO DIAGNOSED THE VEHICLE WITH
ENGINE FAILURE, AND STATED THAT THE ENGINE NEEDED TO BE
REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURE
WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE
FAILURE MILEAGE WAS 120,000.

**NHTSA ID Number:** 11394271

**Incident Date** August 1, 2020

**Consumer Location** ESCONDIDO, CA

**Vehicle Identification Number** 5XYZG3AB9CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

STATED THAT WHILE PULLING INTO A PARKING SPACE, SHE HEARD AN ABNORMAL BANGING SOUND COMING FROM THE ENGINE WITH THE CHECK ENGINE WARNING LIGHT ILLUMINATED. UPON INSPECTION, THE CONTACT BECAME AWARE THAT THE ROD BEARING FRACTURED AND PIERCED THROUGH THE ENGINE BLOCK. THE CONTACT HAD THE VEHICLE TOWED TO AN INDEPENDENT MECHANIC WHERE THE VEHICLE WAS LEFT IN THE POSSESSION OF THE MECHANIC. THE MANUFACTURER HAD BEEN NOTIFIED OF THE FAILURE AND OFFERED NO ASSISTANCE. RECENTLY, THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) WHICH SHE LINKED TO THE FAILURE. A DEALER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 180,000. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

**NHTSA ID Number:** 11388238

**Incident Date** December 20, 2020

**Consumer Location** CYPRESS, TX

**Vehicle Identification Number** 5XYZG3ABXCG****

**Summary of Complaint**

I WAS DRIVING IN COLORADO ON I-70 AND AS I SLOWED DOWN TO EXIT, HEARD A CLICKING SOUND. THE SOUND GOT LOUDER/QUICKER WHEN I ACCELERATED. I PULLED OVER AND CHECKED BUT SAW NOTHING. I CHECKED THE OIL AND HAD A SERVICE GUY AT A SUPERSTORE CHECK IT TOO. HE SAW NO METAL PARTS IN THE OIL. NO INDICATOR LIGHTS WERE ON. IT WAS A SUNDAY AND NOTHING WAS OPEN. I TRIED TO DRIVE FARTHER AND WAS GOING 35 MILES PER HOUR UP A HILL BEHIND A TRUCK BUT AS SOON AS I TRIED TO

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ACCELERATE TO PASS, I HEARD A POP. THE ENGINE LIGHT AND THE
OIL LIGHT CAME UP. I PULLED OVER AND TRIED TO AT LEAST
ACCELERATE TO THE FREEWAY EXIT, BUT HAD AN IMMEDIATE LOSS
OF POWER. I HAD TO HAVE THE CAR TOWED TWICE - ONCE TO THE
CLOSEST TOWN AND THEN BACK TO DENVER TO THE DEALERSHIP
(WHICH WAS AGAIN CLOSED ON SUNDAY). THE TOW TRUCK DRIVER
TOLD ME THERE WAS OIL EVERYWHERE UNDER THE ENGINE. THE
DEALERSHIP LOOKED AT IT A WEEK LATER AND SAID THERE WAS A
HOLE IN THE SIDE OF THE ENGINE BLOCK.

**NHTSA ID Number:** 11386493
**Incident Date** December 30, 2020
**Consumer Location** WILLACOOCHEE, GA
**Vehicle Identification Number** 5XYZK4AG4CG****
**Summary of Complaint**
DRIVING ON THE HIGHWAY HEARD ABNORMAL KNOCKING COMING
FROM ENGINE. ENGINE STARTED TO OVER HEAT PULLED OVER
IMMEDIATELY. TOOK IT TO THE MECHANIC, HE SAID SOUNDS LIKE A
BEARING GOING OUT. NOT DRIVEABLE

**NHTSA ID Number:** 11385608
**Incident Date** December 23, 2020
**Consumer Location** HUNTINGTON BEACH, CA
**Vehicle Identification Number** 5XYZG3AB5CG****
**Summary of Complaint**
MY 2012 HYUNDAI SANTA FE I WAS DRIVING HOME ON THE FREEWAY,
ALL OF A SUDDEN THE OIL LIGHT WENT ON. SO I IMMEDIATELY
CHANGED LANES TO GET OFF THE FREEWAY. I THOUGHT I NEED TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

GET OIL, THAN THE ENGINE LIGHT CAME ON! I REALIZED THAT I WAS LOSING POWER SO GOT TO THE SIDE OF THE ROAD OUT OF HARMS WAY. I TRIED TO TURN ON THE ENGINE. THERE WAS NOTHING. I GOT TOWED TO A AUTO REPAIR SHOP. AND LEFT THE CAR OVER NIGHT. IT WAS SO LATE TO LOOK AT CAR. IN THE MORNING I CALLED TWO DIFFERENT HYUNDAI DEALERSHIPS TO GET HELP ON PERHAPS AN ENGINE RECALL. AT BOTH PLACES THE FORWARD ME TO SOMEONE TO HELP ME, BUT BOTH LOCATION HUNG UP ON ME. SO I PAID A $500 FEE TO THE REPAIR SHOP TO LOOK AT MY CAR. THEY HAD TO REMOVE THE ENGINE AND FINALLY SAID IT WOULD NEED A REBUILT ENGINE AND LABOR AT A COST OF $6000. SO I COULD AFFORD THAT. A FRIEND LOOKED UP MY VIN NUMBER AND THAT THERE WAS A RECALL ON MY CAR. NOW I HAVE TO FIND A HYUNDAI SERVICE WHO WILL FIX MY RECALL PROBLEM. I NEED TO KNOW WHAT TO DO NEXT. I'M 75 AN MY HUSBAND IS 85. LOOKING TO RENT A CAR TODAY.

**NHTSA ID Number:** 11384566

**Incident Date** August 27, 2020

**Consumer Location** LAKE STEVENS, WA

**Vehicle Identification Number** 5XYZGDAB9CG****

**Summary of Complaint**

I WAS DRIVING MY VEHICLE ON THE HIGHWAY AT 60MPH. I WAS ON A SLIGHT INCLINE AND PROCEEDED TO PASS THE VEHICLE IN FRONT OF ME. UPON ARRIVING TO THE UPCOMING TOWN I NOTICED A DISTINCT LOUD KNOCK IN THE ENGINE COMPARTMENT AND LOSS OF POWER, I IMMEDIATELY PULLED IN TO A SERVICE STATION. THE MECHANIC INFORMED ME THAT IS SOUNDED LIKE A CONNECTING ROD AND DRIVING IT ANY FURTHER WOULD NOT BE RECOMMENDED. I WAS

60

1    QUITE A DISTANCE FROM HOME AND SO WITH A TOW SERVICE AND

2    RENTAL CAR I PAID ALMOST $700.00 TO GET HOME WITH THE

3    VEHICLE.

4

5    **NHTSA ID Number:** 11366163

6    **Incident Date** October 23, 2020

7    **Consumer Location** FORT COLLINS, CO

8    **Vehicle Identification Number** 5XYZGDAB4CG****

9    **Summary of Complaint**

10   WE WERE TRAVELING ON I-70 WEST ACCELERATING UPHILL WHEN

11   WE HEARD A SOUND FROM THE ENGINE. WE STOPPED TO CHECK AND

12   THEN CONTINUED OUR TRAVEL WHEN A PART CAME OFF THE

13   ENGINE. WE WERE ON THE EAST SIDE OF THE EISENHOWER TUNNEL

14   AND HAD TO BE TOWED TO OUR DESTINATION IN FRISCO. THE ENGINE

15   IS BLOWN AND WILL BE COSTLY TO REPLACE. WE HAVE 149,465 MILES

16   ON THE ENGINE. THS IS AWD.10

17

18   **NHTSA ID Number:** 11363994

19   **Incident Date** September 14, 2020

20   **Consumer Location** NEW FAIRFIELD, CT

21   **Vehicle Identification Number** 5XYZKDAG8CG****

22   **Summary of Complaint**

23   WHILE DRIVING ON THE HIGHWAY, WITHOUT ANY WARNING, AN

24   INTERNAL PIECE OF MY ENGINE SHOT A HOLE THROUGH MY ENGINE

25   BLOCK. FIRE STARTED SHOOTING OUT OF MY ENGINE AND

26   THANKFULLY I WAS ABLE TO PULL OVER AND GET OUT WITHOUT

27   THE FIRE GETTING WORSE. THE DRIVER BEHIND ME PULLED OVER

28   AND TOLD ME THAT HE COULD SEE THE FIRE UNDER THE CAR WHILE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                         Case No.

DRIVING BEHIND ME. HE STOPPED TRAFFIC UNTIL WE CONFIRMED
THAT THE FIRE WAS OUT. THE FIRE WAS STILL VISIBLE FROM THE
UNDERSIDE OF MY VEHICLE FOR A COUPLE MINUTES BUT IT STOPPED
WITHOUT THE WHOLE CAR IGNITING. I REPORTED THIS INCIDENT TO
HYUNDAI USA. THEY ASSIGNED A CASE NUMBER TO ME BUT TOLD ME
THAT THE HYUNDAI DEALERSHIP, THAT MY CAR WAS TOWED TO, DID
NOT SEE EVIDENCE OF FIRE SO THEY DROPPED THE CASE. I TOLD
THEM THAT I HAD A WITNESS, THE DRIVER BEHIND ME FROM THE
NATIONAL GUARD, AND THEY TOLD ME THAT IT DIDN'T MATTER
BECAUSE THEY DIDN'T SEE FIRE DAMAGE AND THEREFORE COULDN'T
VALIDATE MY CLAIM REGARDLESS OF THE WITNESS. THE CAR HAD
NO CHECK ENGINE LIGHT ON, THE OIL WAS CHANGED REGULARLY,
AND THERE WAS NO REASON FOR THE ENGINE TO SUDDENLY,
WITHOUT WARNING, BLOW OUT THE BLOCK AND SHOOT FIRE. I CAN
ONLY ASSUME THAT THIS WAS A VERY DANGEROUS AND
POTENTIALLY DEADLY MANUFACTURING DEFECT. MY ATTEMPTS TO
PRESSURE HYUNDAI TO CHECK MY ENGINE AGAIN HAS ONLY LED TO
THEM TO TELLING ME THAT IN 30 DAYS THEY COULD GET SOMEONE
ELSE TO LOOK AT THE ENGINE TO VALIDATE MY CLAIM.

**NHTSA ID Number:** 11352510

**Incident Date** August 26, 2020

**Consumer Location** WEST WARWICK, RI

**Vehicle Identification Number** 5XYZG3ABXCG****

**Summary of Complaint**

WHILE DRIVING DOWN THE HIGHWAY WEDNESDAY AFTERNOON I
HEARD A LOUD BANG AND I ASSUMED THAT A ROCK HAD HIT THE
SIDE OF MY CAR. WHEN I GOT HOME I CHECKED BUT DID NOT SEE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

ANY DENTS OR SCRATCHES ON THAT SIDE. THAT EVENING I DROVE MY CAR AGAIN ON THE HIGHWAY AND IT STALLED OUT WHILE I WAS DRIVING. I PULLED OVER TO THE BREAK DOWN LANE AND TURNED IT OFF. AFTER ABOUT A MINUTE I TURNED IT BACK ON AND IT STARTED UP FINE AND DROVE JUST FINE THE REST OF THE NIGHT AND THE NEXT DAY. ON FRIDAY WHEN I STARTED DRIVING DOWN THE ROAD IT MADE A VERY LOUD NOISE, WHICH WAS A CONSTANT LOUD NOISE. I TURNED AROUND AND BROUGHT IT HOME AND CALLED MY MECHANIC. HE CHECKED THE CAR AND SAID THAT THE ENGINE NEEDED TO BE REPLACED, WHICH WOULD COST MORE THAN WHAT THE CAR IS CURRENTLY WORTH. THE CAR HAS LESS THAN 130,000 MILES ON IT. I BRING IT IN EVERY 3 MONTHS FOR OIL CHANGES AND MAKE SURE TO DO ALL OF THE RECOMMENDED REPAIRS.

**NHTSA ID Number:** 11352269

**Incident Date** August 23, 2020

**Consumer Location** BAXTER SPRINGS, KS

**Vehicle Identification Number** 5XYZGDAB5CG****

**Summary of Complaint**

WHILE DRIVING ON THE HYWAY AT 65 THE ENGINE SEIZED AND BROKE THE ENGINE BLOCK SPRAYING OIL ONTO THE HOT EXHAUST ALMOST CATCHING FIRE. THIS ENGINE HAS BEEN VERY WELL MAINTAINED AND GAVE NO WARNING SIGNS OF HAVEING A PROBLEM. A CONNECTING ROD BEARING STARVED FOR OIL AND BROKE THE ROD. HYUNDAI WAS CONTACTED AND DECLINED TO INSPECT OR INVESTIGATE THIS ENGINE FAILURE AND ALMOST CATCHING FIRE. THEY ALSO DECLINED TO HELP WITH THE REPAIRS OR COSTS I SPOKE TO MARIA AT HYUNDAI CORPORATE AND MY CASE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

63

NUMBER WITH HYUNDAI WAS 17260696 ALSO THE AVALIABILLITY OF THE REPLACEMENT ENGINE IS LIMITED TO A SHORT BLOCK BECAUSE HYUNDAI DOES NOT HAVE ENOUGH ENGINES TO REPLACE THEM ALL THAT ARE GOING BAD SADLY MY CAR IS ONE YEAR OFF FROM FALLING UNDER THE ENGINE RECALL SO IM STUCK FOOTING THE BILL

**NHTSA ID Number:** 11342924

**Incident Date** March 7, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZK3AB6CG****

**Summary of Complaint**

ENGINE RATTLE ONE DAY, ENGINE SEIZE UP DURING DOWNSHIFT GETTING OFF EXPRESSWAY THE NEXT DAY. CRANKSHAFT BOLT WILL NOT ROTATE.

**NHTSA ID Number:** 11329065

**Incident Date** June 11, 2020

**Consumer Location** SUSSEX, NJ

**Vehicle Identification Number** 5XYZGDAB6CG****

**Summary of Complaint**

WAS DRIVING MY 2012 SANTA FE ON RT 565 WHEN THE CAR STARTED MAKING A LOUD BANGING SOUND IN THE ENGINE AND THE CAR JUST DIED. I WAS ABLE TO ROLL THE CAR OFF TO THE SHOULDER BEFORE CAUSING AN ACCIDENT. I HAD THE CAR TOWED TO MY HOUSE WHERE A MECHANIC LOOKED AT IT AND INFORMED ME THE ENGINE WAS SHOT AND TOLD ME ABOUT THIS WEB SITE SO I COULD SEE THAT THERE ARE MULTIPLE INCIDENTS SIMILAR TO THE ONE I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

EXPERIENCED. I PURCHASED THIS VEHICLE NEW FROM SUSSEX HYUNDAI IT CURRENTLY HAS 108,000 MILES I PLAN ON GOING IN TOMORROW AND SPEAKING WITH THEM. WITH ALL THE ENGINE COMPLAINTS AND SCENARIOS THAT COULD HAVE RESULTED IN ACCIDENTS LISTED ON THIS WEB SITE YOU WOULD THINK THAT NHTSA OR HYUNDAI WOULD IMPLEMENT AN ENGINE RECALL. HOPING THE DEALER WILL GO TO BAT FOR ME AND CONTACT HYUNDAI AMERICA TO FIX MY ENGINE. *TR

**NHTSA ID Number:** 11324430

**Incident Date** April 2, 2020

**Consumer Location** TULSA, OK

**Vehicle Identification Number** 5XYZG3AB8CG****

**Summary of Complaint**

ENGINE KNOCK THAT CAUSED ENGINE TO FAIL WITH LESS THAN 95,000 MILES DESPITE DEFAULTS MAINTENANCE. *TR

**NHTSA ID Number:** 11321200

**Incident Date** April 8, 2020

**Consumer Location** WASHOE VALLEY, NV

**Vehicle Identification Number** 5XYZGDAB0CG****

**Summary of Complaint**

THE ENGINE WENT OUT AT 50,000 MILES AND WAS REPLACED AND THEN WENT OUT AGAIN AT 105,000 MILES. SAME ISSUE. HAVE CONTACTED HYUNDAI AND THEY WILL NOT DO ANYTHING TO HELP ME. ENGINE STALLED ON FREEWAY FIRST TIME AND ALMOST CAUSED A COLLISION, 2ND TIME ON FREEWAY STALLED AT FREEWAY SPEED AND ALMOST CAUSED ANOTHER COLLISION. *TR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

65

1

2    **NHTSA ID Number:** 11319778

3    **Incident Date** March 17, 2020

4    **Consumer Location** PALMETTO BAY, FL

5    **Vehicle Identification Number** 5XYZK3ABXCG****

6    **Summary of Complaint**

7    WAS DRIVING 65 MPH HEADING SOUTH TO KEY LARGO. THE CAR

8    STARTED VIBRATING AND KNOCKING. THE CAR BEGAN TO LABOR, I

9    WAS ABLE TO PULL IT OFF THE ROAD BEFORE IT QUIT COMPLETELY.

10   THE MOTOR DIED AND WOULDN'T TURN OVER. THE BATTERY

11   APPEARED FINE AS RADIO, LIGHTS ETC., WERE STILL WORKING.

12   THERE WAS NO INDICATION THAT THE CAR OVERHEATED. I POPPED

13   THE, HOOD, CHECKED MY FLUIDS WHICH ALL SEEMED TO BE FINE. I

14   DID NOTE SOME OIL ON THE GROUND AND IT APPEARED TO HAVE A

15   DRIP FROM ABOVE. I TOWED THE CAR TO MY MECHANIC. AFTER

16   LOOKING IT OVER, HE TOLD ME TO TOW IT TO THE DEALER. I'M AT

17   JUST OVER 119,000 MILES; HE FELT THIS MAY BE COVERED. UPON

18   INITIAL DIAGNOSIS, THE DEALER DETERMINED THAT I HAVE A HOLE

19   IN MY ENGINE BLOCK AND IT LOOKS LIKE THE ROD SHOT OUT OF THE

20   BLOCK. THE MANUFACTURER SAID THEY ARE WILLING TO PICK UP

21   60% OF THE REPAIR WHICH WOULD LEAVE ME WITH A REPAIR BILL

22   OVER THE VALUE OF THE VEHICLE. MY INSURANCE COMPANY DID AN

23   INVESTIGATION, TODAY, AND DETERMINED THAT THE DAMAGE WAS

24   MECHANICAL AND NOTED THE CRANKSHAFT WAS BROKEN.

25   MECHANICAL FAILURE IS NOT COVERED BY MY INSURANCE. THE 2012

26   SANTA FE WITH THE THETA II ENGINES SHOULD HAVE BEEN

27   INCLUDED IN THE THETA II RECALL REGARDLESS OF WHERE IT WAS

28   MANUFACTURED. I FEEL FOR THE HYUNDAI AND KIA OWNERS WHO

CLASS ACTION COMPLAINT                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CONTINUE TO SUFFER THROUGH THESE CONTINUED ENGINE PROBLEMS MAKING THE CAR WORTHLESS.

**NHTSA ID Number:** 11309321

**Incident Date** December 13, 2019

**Consumer Location** ATTLEBORO, MA

**Vehicle Identification Number** 5XYZGDAB7CG****

**Summary of Complaint**

I WAS DRIVING 65 MPH ON THE HIGHWAY. I HEARD A CLUNK IN THE ENGINE AND MY OIL LIGHT AND CHECK ENGINE LIGHT CAME ON. THE CAR LOST ALL POWER AND NOW I'M TOLD I NEED A NEW ENGINE. CAR ONLY HAS 108,000 MILES ON IT.

**NHTSA ID Number:** 11301108

**Incident Date** November 25, 2019

**Consumer Location** TAMARAC, FL

**Vehicle Identification Number** 5XYZG3AB8CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 45 MPH THERE WAS A LOUD KNOCKING SOUND COMING FROM THE ENGINE. ADDITIONALLY, THE VEHICLE DECELERATED WITHOUT WARNING. THE VEHICLE WAS TOWED TO TWO INDEPENDENT MECHANICS WHO STATED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS TOWED TO COCONUT CREEK HYUNDAI 4960 NORTH, FL-7, COCONUT CREEK, FL 33073 (888) 441-7737 WHERE IT WAS DIAGNOSED THAT METAL SHAVING WERE IN THE ENGINE AND THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED THE MANUFACTURER WAS CONTACTED AND INFORMED OF

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 90,000.

2

3  **NHTSA ID Number:** 11270477

4  **Incident Date** October 15, 2019

5  **Consumer Location** ELLINGTON, CT

6  **Vehicle Identification Number** 5XYZGDAB0CG****

7  **Summary of Complaint**

8  WAS DRIVING ON THE HIGHWAY AND HEARD A LOUD KNOCKING.

9  PULLED OFF EXIT RAMP AND CONTINUED TO FIND A SAFE PLACE TO

10  PULL OVER. AFTER PULLING OVER INTO A PARKING LOT, THE

11  KNOCKING IN THE ENGINE WAS MUCH WORSE. CALLED FOR A TOW

12  AND WAS TOWED TO A GARAGE. THE REPAIR GARAGE STATED THE

13  MOTOR HAD SPUN A MAIN BEARING. ( THE OIL FILTER WAS SAFED).

14  AFTER THEY DID THERE WORK I DECIDED TO ATTEMPT TO DRIVE IT

15  TO A DEALER SHIP. ON MY THERE THE PISTON ARM BROKE AND WENT

16  THROUGH THE SIDE OF THE BLOCK. NOW THE VEHICLE IS NO GOOD.

17

18  **NHTSA ID Number:** 11258229

19  **Incident Date** September 24, 2019

20  **Consumer Location** CASTRO VALLEY, CA

21  **Vehicle Identification Number** 5XYZG3AB5CG****

22  **Summary of Complaint**

23  DRIVING CA I580 WESTBOUND, BRIGHT SUNNY DAY (2:45PM 9/24/19) IN

24  2012 SANTA FE WITH 111K MILES ON IT. GOING HIGHWAY SPEED,

25  WITHOUT WARNING (NO KNOCKING, NO ACCELERATION ISSUES) THE

26  ENGINE SHUT DOWN: OIL, BATTERY AND ENGINE LIGHTS

27  ILLUMINATED. HAVING NO POWER STEERING, I MUSCLED THE CAR

28  DOWN THE NEAREST OFF-RAMP (COASTING 3/4 MILE, I WAS LUCKY TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

68

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  BE IN THE FAR RIGHT LANE). I HAD ALSO OWNED A 2011 SONATA

2  THAT WENT THRU 3 ENGINE FAILURES WITH SYMPTOMS (EACH TIME,

3  ACCELERATION ISSUES, GEARING HESITATION AND KNOCKING

4  OCCURRED). WITH THE SANTA FE, NO SUCH SYMPTOMS, IT JUST SHUT

5  DOWN AFTER RUNNING PERFECTLY. I CALLED ROADSIDE ASSISTANCE

6  AND THEY TRIED TO JUMP START THE CAR -- NO LUCK. A TOW TRUCK

7  TOOK THE CAR TO A LOCAL HYUNDAI DEALERSHIP IN DUBLIN, CA.

8  THEY DETERMINED THAT THE CRANKSHAFT WAS FROZEN CAUSING

9  AN ENGINE SEIZURE. I ASKED IF THIS CAR WAS COVERED UNDER THE

10  VARIOUS ENGINE RECALLS THAT HAVE PLAGUED NUMEROUS OTHER

11  HYUNDAI MODELS AND THEY SAID "NO". SO IT SEEMS I AM ANOTHER

12  VICTIM (4 TIMES OVER; THE SONATA WAS LEMON LAWED) OF

13  HYUNDAI'S ENGINE SHODDY MANUFACTURING ISSUES. I AM

14  AWAITING THE HYUNDAI SERVICE DEPARTMENT'S OFFICIAL REPORT

15  AND COST ANALYSIS. I WILL BE CONTACTING HYUNDAI AMERICA'S

16  CUSTOMER SERVICE TOMORROW.

17

18  **NHTSA ID Number:** 11256350

19  **Incident Date** September 15, 2019

20  **Consumer Location** HUNTLEY, MT

21  **Vehicle Identification Number** 5XYZGDAB2CG****

22  **Summary of Complaint**

23  I WAS DRIVING DOWN THE INTERSTATE WITH CRUISE CONTROL SET

24  AT 80 MPH, WHEN THE ENGINE STARTED MAKING A HORRIBLE SOUND.

25  A SOUND AS THOUGH IT HAD NO OIL. I PULLED OFF THE INTERSTATE

26  AND HAD TO HAVE VEHICLE TOWED TO THE MECHANIC. I LEARNED

27  THE ENGINE BLEW A ROD AND NEEDS TO BE REPLACED. 114,000 MILES

28  ON IT.

69

**NHTSA ID Number:** 11255819

**Incident Date** September 13, 2019

**Consumer Location** HAWTHORN WOODS, IL

**Vehicle Identification Number** 5XYZGDAB9CG****

**Summary of Complaint**

TL* THE CONTACT CALLED ON BEHALF OF HER MOTHER WHO OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 55 MPH, AN ABNORMAL NOISE WAS DETECTED FROM THE VEHICLE AND THE ENGINE STALLED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHERE THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER AND DEALER WERE NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 96,000.

**NHTSA ID Number:** 11252288

**Incident Date** August 28, 2019

**Consumer Location** NEWARK, DE

**Vehicle Identification Number** 5XYZG3AB8CG****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY WHEN THE ENGINE BEGAN TO MAKE A NOISE. IT IS AN ENGINE FAILURE AND HAS TO BE REPLACED.

**NHTSA ID Number:** 11245110

**Incident Date** August 17, 2019

**Consumer Location** TOLLEY, ND

**Vehicle Identification Number** 5XYZGDAB1CG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

CAR HAD 79000 MILES. WHEN DRIVING, MOTOR STARTED MAKING TICKING SOUND. I STOPPED THE CAR AND CHECKED THE OIL. IT WAS FULL. 2 MILES LATER, THE ENGINE STARTED KNOCKING, NO WARNING LIGHTS OF ANY KIND CAME ON ON THE DASH. BEFORE I COULD PARK IT OFF THE ROAD, A ROD WENT THROUGH THE BLOCK. THE BROKE ROD HAD A NUMBER 4 STAMPED ON IT.

**NHTSA ID Number:** 11228838

**Incident Date** May 28, 2019

**Consumer Location** ARLINGTON, WA

**Vehicle Identification Number** 5XYZGDAB1CG****

**Summary of Complaint**

BOUGHT THE CAR WITH 139,000 MILES ON IT. HAD A CLEAN CAR VIN REPORT. DROVE IT FOR 3 MONTHS WITH NO ISSUES. SLOWED DOWN ON A DANGEROUS 2 LANE HIGHWAY FOR A CAR TURNING LEFT IN FRONT OF ME AND SUDDENLY COULDN'T ACCELERATE AND THE ENGINE LOST ALL POWER, MAKING A LOUD GRINDING NOISE. I WAS STUCK WITH NO STEERING, NO POWER AND NO HAZARD LIGHTS HALF WAY OFF OF THE HIGHWAY. LUCKILY A TRUCK PULLED IN BEHIND ME FOR SAFETY AND 2 PASSENGERS HELPED ME GET IT OFF THE HIGHWAY. HAD IT TOWED TO THE AUTO SHOP TO FUND THE ENGINE NEEDED TO BE COMPLETELY REPLACED. THE DEALERSHIP WAS KIND ENOUGH TO EAT THE COSTS OF LABOR, BUT WE ARE OUT ANOTHER $3,500 FOR AN ENGINE REPLACEMENT ON A CAR WE'VE ONLY HAD FOR 3 MONTHS. FURTHER RESEARCH SHOWS MULTIPLE DANGEROUS SITUATIONS OF ENGINE FAILURES ON THIS SPECIFIC MODEL YET NO RECALL HAS OCCURRED. WILL IT TAKE DEATH'S FOR HYUNDAI TO TAKE RESPONSIBILITY FOR KNOWINGLY KEEPING CARS ON THE

71

1 ROAD WHERE ENGINES CAN COMPLETELY FAIL WITH ZERO

2 WARNING?

3

4 **NHTSA ID Number:** 11219421

5 **Incident Date** June 1, 2019

6 **Consumer Location** ORLANDO, FL

7 **Vehicle Identification Number** 5XYZG3AB1CG****

8 **Summary of Complaint**

9 DROVE THE VEHICLE TO AN EVEN WITH NO ISSUES. PARKED IN THE

10 EVENT VENUE GARAGE. CAR RAN PERFECTLY UP TO THIS POINT.

11 AFTER THE EVENT AS WE WHERE LEAVING THE GARAGE WE HEARD

12 KNOCKING IN THE ENGINE AND HAD TROUBLE ACCELERATING. WE

13 THOUGHT WE MAY HAVE GOTTEN A BAD BATCH OF GASOLINE AS WE

14 FILLED THE CAR UP ON OUR WAY TO THE EVENT. WE DROVE THE

15 VEHICLE HOME WITH VERY CAREFULLY AND HAD THE VEHICLE

16 TOWED TO THE DEALER THE NEXT MONDAY. WE WHERE TOLD THE

17 ENGINE NEEDED TO BE REPLACED TO HE TUNE OF $10,000. AS STATED

18 BEFORE THE CAR RAN PERFECTLY ON OUR WAY TO OUR EVENT AND

19 THE ENGINE WAS KNOCKING WHEN WE STARTED IT BACK UP. THE

20 CAR HAS 104000 MILES AND HAS HAD VERY MINOR ISSUES UP TO THIS

21 POINT. THE CAR IS STILL AT THE DEALER SO I DO NOT HAVE ANY

22 DOCUMENTATION AS OF YET.

23

24 **NHTSA ID Number:** 11218097

25 **Incident Date** April 10, 2019

26 **Consumer Location** DOWNERS GROVE, IL

27 **Vehicle Identification Number** 5XYZGDAB3CG****

28 **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

1    NHTSA REPRESENTATIVE, I AM WRITING TO INFORM THE NHTSA THAT

2    OTHER HYUNDAI'S ENGINES OUTSIDE OF HYUNDAI'S 2012 AND 2013

3    ENGINE RECALL ARE EXPERIENCING THE SAME ENGINE FAILURE DUE

4    TO ROD KNOCK, WHICH POSES A SEVERE SAFETY RISK AND THAT

5    HYUNDAI IS NOT HELPFUL IN ANY WAY WHEN REPORTING THIS. OUR

6    VEHICLE WHICH FAILED ON US 40 IN THE SMOKY MOUNTAINS IS A

7    2012 HYUNDAI SANTA FE VIN # #[XXX]. ON APRIL 10TH AT 6 PM WHILE

8    TRAVELING ON US 40 IN THE SMOKY MOUNTAINS NEAR CHANDLER,

9    NORTH CAROLINA IN OUR 2012 HYUNDAI SANTA FE TOWARDS OUR

10   HOME IN DOWNERS GROVE, IL., WE BEGAN TO HEAR A KNOCKING IN

11   THE ENGINE AT ANY SPEED GREATER THAN 65 MPH. SINCE WE WERE

12   TRAVELING ON THE HIGHWAY WITH NO PLACE TO SAFELY PULL OFF

13   SO WE SLOWED THE VEHICLE TO 60MPH HOWEVER THE KNOCKING

14   SOUND BECAME WORST AND THEN THE CAR WOULD NOT GO ABOVE

15   55 MPH WITHOUT A TERRIBLE LOUD KNOCKING. THIS WAS OF COURSE

16   VERY SCARY AND UNSAFE. WITH HAZARD LIGHTS ON, WE WERE ABLE

17   TO EXIT US 40 IN CHANDLER NC ONLY ABLE TO DO <30 MPH AND THE

18   VEHICLE DIED IN ENTRANCE OF THE SUNOCO GAS STATION IN

19   CHANDLER NORTH CAROLINA. DURING THIS WHOLE TIME NO CHECK

20   ENGINE OR ANY EMERGENCY LIGHT WARNED US OF THE ENGINE

21   MALFUNCTIONING AND THE SAFETY RISK WE HAD ENCOUNTERED

22   WITH THE ENGINE DYING. THE SANTA FE WAS TOWED TO THE

23   HYUNDAI DEALERSHIP OF ASHEVILLE, NC AND DROPPED OFF AT 11PM

24   WHERE IT WAS FOUND TO HAVE BAD ROD KNOCK AND NEEDING A

25   NEW ENGINE. HYUNDAI SHOULD BE HELD RESPONSIBLE FOR THEIR

26   ENGINES THAT PUT THEIR CUSTOMERS AT RISK AND 2012 SANTA FE

27   ENGINE SHOULD BE ON THE CURRENT ENGINE RECALL FOR ENGINE

28   FAILURE DUE TO ROD KNOCK. SEVERAL MECHANICS AT VARIOUS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                              Case No.

SHOPS HAVE STATED THIS IS HAPPENING REGULARLY TO HYUNDAI'S ENGINES. PLEASE ASSIST US IN HOLDING HYUNDAI RESPONSIBLE AND MODIFYING THE ENGINE RECALL TO CORRECTLY ENCOMPASS OUR MODEL (2012 SANTA FE ENGINES) BEFORE SERIOUS HARM COMES TO SOMEONE. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

**NHTSA ID Number:** 11191341

**Incident Date** March 15, 2019

**Consumer Location** SLINGERLANDS, NY

**Vehicle Identification Number** 5XYZGDAB7CG****

**Summary of Complaint**

MERGED ONTO THE INTERSTATE I-90 AT RUSH HOUR, AT ABOUT 55-60 MPH WHEN THE STEERING FROZE AND THE CAR TOTALLY STOPPED. FORTUNATELY I WAS ABLE TO GET THE CAR INTO THE BREAKDOWN LANE AND GET OUT OF TRAFFIC. THE CAR WAS TOWED TO THE DEALER WHERE I PURCHASED IT & MAINTAINED IT REGULARLY. THEIR MECHANICS CHECKED IT OUT. I WAS TOLD THE PROBLEM WAS THE BEARING MATERIAL WENT FIRST, CAUSING A SEIZED CRANKSHAFT. NEED A NEW ENGINE AT 105,000 MILES !!! DEALER COST OF NEW ENGINE WAS STATED AT $8000. THEY ALSO GAVE ME THE ALTERNATIVE OF BUYING A USED ENGINE FOR $6000 BUT ONLY WITH A 3 YR WARRANTY. AT MY NORMAL USAGE, ASSUMING I CONTINUE TO DRIVE ABOUT 17,500 MI/YEAR, IT WILL COST ME $8000 PLUS REGULAR MAINTENANCE TO GET ANOTHER 52,500 MILES OUT OF THIS CAR. THIS IS A TOTALLY UNACCEPTABLE ISSUE THAT THE MANUFACTURER IS NOT HANDLING IN A PRO-ACTIVE MANNER. AT LEAST HYUNDAI COULD EXTEND THE WARRANTY FOR MY CAR TO

1  ALLOW THIS FIX TO BE DONE AT NO COST TO ME. THEY OBVIOUSLY

2  KEPT THE SCOPE OF THEIR RECALL TOO NARROW BECAUSE PAGES

3  AND PAGES OF COMPLAINTS EXIST ON NHTSA WEBSITE ARE

4  DESCRIBING THE SAME PROBLEM THAT I HAD. THIS IS A DANGEROUS

5  PROBLEM THAT NEEDS TO BE ADDRESSED.

6

7  **NHTSA ID Number:** 11160738

8  **Incident Date** December 9, 2018

9  **Consumer Location** Unknown

10  **Vehicle Identification Number** 5XYZG3AB9CG****

11  **Summary of Complaint**

12  MOTOR STARTED KNOCKING WHILE DRIVING, TOOK TO SHOP AND

13  WAS TOLD MOTOR IS NO GOOD. NEEDS TO BE REPLACED. COST 6100.00

14

15  **NHTSA ID Number:** 11152556

16  **Incident Date** November 12, 2018

17  **Consumer Location** WILLIAMSBURG, VA

18  **Vehicle Identification Number** 5XYZK3ABXCG****

19  **Summary of Complaint**

20  ON MONDAY, NOVEMBER 12, 2018 I WAS DRIVING AT 60 MPH ON

21  INTERSTATE 64 IN NEWPORT NEWS, VA. I STARTED HEARING A

22  CLANGING NOISE FROM THE FRONT OF THE CAR. I THOUGHT A

23  FENDER HAD COME LOOSE. THE NOISE PERSISTED AND I REALIZED IT

24  WAS COMING FROM THE ENGINE COMPARTMENT. MY VEHICLE, WITH

25  140,527 MILES ALSO HAD A BURNING SMELL ALTHOUGH THERE WAS

26  NO FIRE. I PULLED OVER TO THE SIDE OF THE ROAD AND WAS TOWED

27  TO WILLIAMSBURG HYUNDAI DEALERSHIP IN WILLIAMSBURG, VA.

28  THEY CALLED ME LATER THAT DAY AND TOLD ME THAT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

75

"SOMETHING HAD COME LOOSE IN THE ENGINE AND MADE A HOLE IN THE ENGINE BLOCK". I WAS TOLD I NEEDED A REPLACEMENT ENGINE AT A COST OF $7,200 WHEN THE VEHICLE IS ONLY WORTH ABOUT THAT ON THE PRIVATE MARKET. THE DEALER DID NOT INFORM ME ABOUT THE ISSUES WITH THE THETA II ENGINES IN THE 2011-2014 HYUNDAI SONATAS WHICH HAS THE SAME ENGINE AND HAS BEEN RECALLED. I CALLED HYUNDAI CUSTOMER CARE AND OPENED A CASE WITH THEM ON NOVEMBER 15, 2018. THEY ADVISED ME TO HAVE THE DEALER SUBMIT A CLAIM REQUEST FORM CONCERNING THE INCIDENT AND THEY WOULD DETERMINE WHAT TO DO. NHTSA NEEDS TO RECALL ALL 2012 SANTA FE'S WITH THE THETA II ENGINE NOW BEFORE SOMEONE IS KILLED FROM A CRASH CAUSED BY AN ENGINE MALFUNCTION AT HIGH SPEED. MY HYUNDAI CASE NUMBER IS 12401191.

**NHTSA ID Number:** 11150343

**Incident Date** June 1, 2018

**Consumer Location** EAST POINT, GA

**Vehicle Identification Number** 5XYZK3AB9CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 55 MPH, THE VEHICLE STALLED AND SMOKE CAME FROM THE ENGINE COMPARTMENT. THE CONTACT ALSO MENTIONED THAT THE ENGINE MADE AN ABNORMAL NOISE. THE VEHICLE WAS TAKEN TO SOUTHTOWNE HYUNDAI (7665 US HWY 85, RIVERDALE, GA 30274, (770) 471-1000) WHERE THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE

76

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILEAGE WAS 121,000. *TT CONSUMER STATED CAR IS UNDRIVABLE,
ENGINE FAILURE OR SMOKE COMING OUT OF THE TAIL PIPE. IT
SHOULD BE RECALLED. *JB

**NHTSA ID Number:** 11141534
**Incident Date** April 27, 2018
**Consumer Location** ATLANTA, GA
**Vehicle Identification Number** 5XYZK3AB9CG****
**Summary of Complaint**
WHILE DRIVING THE 2012 HYUNDAI SANTA FE TO TENNESSEE FROM
ATLANTA, WITH MY WIFE AND DAUGHTER AS PASSENGERS, I FELT A
HEAVY BUMP ON THE INTERSTATE, AND WONDERED IF A TIRE HAD
GONE FLAT. SHORTLY AFTER THIS, I SAW HEAVY SMOKE IN MY
REARVIEW MIRROR, LETTING ME KNOW THAT THERE WAS A
PROBLEM WITH MY CAR. A PERSON DRIVING IN A LANE TO MY LEFT
TOLD ME THE CAR WAS ON FIRE, SO I PULLED OVER IMMEDIATELY. I
GOT MY WIFE AND DAUGHTER OUT OF THE CAR, AND WALKED THEM
TO A SAFE DISTANCE ABOUT 150 FEET FROM THE CAR. I HAD THE CAR
TOWED TO A REPAIR SHOP. THE MECHANIC TOLD ME THAT A PISTON
(OR PISTONS) HAD BLOWN THROUGH THE BOTTOM OF THE ENGINE,
AND I WOULD NEED TO REPLACE THE ENTIRE ENGINE. IT WAS TOWED
BACK TO MY HOUSE, AND WILL NO LONGER START. THIS WAS THE
FINAL FRIDAY IN APRIL 2018. THE VEHICLE WAS IN MOTION, AT A
SPEED NEAR 60 MPH, ON I-75 NORTH FROM ATLANTA, DRIVING
STRAIGHT AHEAD.

**NHTSA ID Number:** 11140752
**Incident Date** October 13, 2018

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** WICHITA, KS

**Vehicle Identification Number** 5XYZG3AB2CG****

**Summary of Complaint**

DRIVING ON INTERSTATE HIGHWAY THE ENGINE HAD A FAILURE AND A ROD WENT THROUGH THE ENGINE BLOCK AND THE OIL DUMP STARTED A FIRE.

**NHTSA ID Number:** 11139181

**Incident Date** September 30, 2018

**Consumer Location** FARGO, ND

**Vehicle Identification Number** 5XYZGDAB1CG****

**Summary of Complaint**

WAS DRIVING ON THE HIGHWAY AND HEARD A RATTLING/CLUNKING, MY RPM'S SHOT UP AND I COULDN'T ACCELERATE PAST 60. THE CHECK ENGINE LIGHT CAME ON AND THEN SHUT OFF BRIEFLY. THEN ALL OF THE LIGHTS ON MY DASHBOARD CAME ON AND I PULLED OVER BUT HAD NO POWER STEERING. ONCE I PULLED OVER THE CAR BEGAN TO SMOKE SO I TURNED IT OFF. I THEN HEARD A LOUD POP AND SAW A THICK BLACK SMOKE COMING FROM THE HOOD AND WITHIN 30 SECONDS THE FRONT OF MY CAR WAS IN FLAMES. IT IS BELIEVED TO BE AN ISSUE WITH THE ENGINE AND THERE IS THE START OF A CLASS ACTION LAW SUIT ON THIS ENGINE.

**NHTSA ID Number:** 11130796

**Incident Date** August 27, 2018

**Consumer Location** MAYS LANDING, NJ

**Vehicle Identification Number** 5XYZGDAB5CG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

IT STARTING SLOWING DOWN WHILE DRIVING AND A REALLY LOUD NOISE AND THEN SHUT DOWN.. HAD TO HAVE IT TOWED TO AUTO LENDERS THAT WHERE I PURCHASE THE TRUCK AND THEY SAID THE ENGINE WAS DONE... SECOND OPINION AND THE MECHANIC INDICATED THE SAME "NEEDS A NEW ENGINE"

**NHTSA ID Number:** 11112314

**Incident Date** July 10, 2018

**Consumer Location** MOORESVILLE, IN

**Vehicle Identification Number** 5XYZGDAB8CG****

**Summary of Complaint**

CATASTROPHIC ENGINE FAILURE ON THE HIGHWAY AT 112K MILES. CONNECTING ROD THROUGH THE BLOCK. THIS SAME ENGINE HAS BEEN RECALLED IN SONATAS AND KIA SORENTOS OF THE SAME YEAR, BUT FOR SOME REASON NOT THE SANTA FE. THE SONATA AND SORENTOS WERE RECALLED DUE TO MANUFACTURING PROCESSES LEAVING METAL DEBRIS IN OIL PASSAGES, WHICH EVENTUALLY BLOCKS OIL FROM REACHING THE ROD BEARINGS LEADING TO THE SAME FAILURE OUR SANTA FE EXPERIENCED. HYUNDAI NEEDS TO EXPAND THE RECALL TO ALL EFFECTED MODELS.

**NHTSA ID Number:** 11104590

**Incident Date** May 8, 2018

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5XYZGDABXCG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 65 MPH, THE CONTACT HEARD AN ABNORMAL NOISE AND NOTICED

79

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BLACK SMOKE COMING FROM THE HOOD. THE CONTACT PULLED OVER, LIFTED THE HOOD, AND NOTICED FLAMES. THE CONTACT WAS ABLE TO EXTINGUISH THE FLAMES. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE DEALER (MCGRATH CITY HYUNDAI, 6750 W GRAND AVE, CHICAGO, IL 60707) WAS CONTACTED AND STATED THAT NO OIL WAS GOING TO THE ENGINE. THE MANUFACTURER WAS ALSO CONTACTED AND UNABLE TO ASSIST. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 120,000.

**NHTSA ID Number:** 11099929
**Incident Date** May 31, 2018
**Consumer Location** COPPELL, TX
**Vehicle Identification Number** 5XYZG3AB7CG****
**Summary of Complaint**
DRIVING DOWN THE TOLLWAY AT 75 MPH THE ENGINE MADE A KNOCKING SOUND AND THEN COMPLETELY SHUT DOWN. MY HUSBAND WAS ABLE TO COAST IF OFF THE TOLLWAY . IT WAS TOWED TO THE DEALERSHIP WHERE THEY CAME TO THE CONCLUSION THAT THE ENGINE BLEW AND RECOMMENDED GETTING A NEW ENGINE. HOWEVER, WITH IT BEING JUST AT 102K MILES ITS RIGHT OUTSIDE OF WARRANTY. THE DEALERSHIP IS TELLING ME CORPORATE WONT COVER IT BUT I HAVE FILED A FORMAL COMPLAINT WITH HYUNDAI CORPORATE AND THEY ARE IN THE PROCESS OF REVIEWING THE CLAIM. AFTER READING ALL OF THE OTHER HORROR STORIES, I BELIEVE THEY WILL COME BACK WITH SOME EXCUSE. THIS HAS GOT TO STOP. THEY SAID IT WOULD BE 3-5K JUST FOR A NEW ENGINE ALONE... THIS IS OUTRAGEOUS.

CLASS ACTION COMPLAINT                                         Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

2  **NHTSA ID Number:** 11092732

3  **Incident Date** May 5, 2018

4  **Consumer Location** Unknown

5  **Vehicle Identification Number** 5XYZG3AB1CG****

6  **Summary of Complaint**

7  MY ISSUE IS THAT MY 2012 SANTA FE DIED WHILE I WAS DRIVING AT

8  ABOUT 55 MILES PER HOUR. I WAS SOMEHOW ABLE TO MUSCLE THE

9  STEERING WHEEL A BIT TO THE RIGHT TO GET OUT OF HEAVY

10  TRAFFIC AND GET TO THE SIDE OF THE ROAD. THIS TOOK PLACE ON

11  SATURDAY, MAY 5TH, 2018. I CAME VERY CLOSE TO SUFFERING

12  PHYSICAL HARM AND EVEN DEATH. I HAD THE CAR TOWED TO A

13  MECHANIC. THE CHARGE WAS $800 AND THEY THEN TOLD ME MY

14  ENGINE WAS BLOWN DUE TO A ROD LODGING OR GOING THROUGH

15  THE ENGINE. I ALSO INCURRED ABOUT $50 IN UBER FEES TO GO BACK

16  AND FORTH. I KNOW THAT THERE IS NOT A RECALL FOR THE SANTA

17  FE IN 2012 THOUGH I ALSO KNOW THAT HYUNDAI LOST A CLASS

18  ACTION SUIT COVERING THIS SAME ISSUE AMONG OTHERS FOR THE

19  2012 SANTA FE. I WAS ADVISED TO HAVE THE CAR TAKEN TO THE

20  DEALER FOR EVALUATION AND THEN THE DEALER WILL CONTACT

21  HYUNDAI. I WILL HAVE TO HAVE THE CAR TOWED AGAIN. THIS WILL

22  BE THE 3RD TOW. EACH TOW COST ABOUT $50. I AM CONFIDENT THAT

23  THE ISSUE WAS A TIMING CHAIN BEING LOOSE OR MALFUNCTIONING

24  CAUSING THE DESTRUCTION OF THE ENGINE. I WOULD LIKE HYUNDAI

25  TO PROVIDE ME WITH A REPLACEMENT ENGINE FREE OF CHARGE

26  AND REIMBURSE ME FOR MY EXPENSES. I WOULD ALSO LIKE TO

27  EXPRESS THAT THIS EVENT HAS BEEN VERY UPSETTING AND THAT IT

28  WAS JUST GOOD FORTUNE THAT MY WIFE OR 2 DAUGHTERS WERE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

81

CLASS ACTION COMPLAINT                                          Case No.

NOT DRIVING THE VEHICLE AT THE TIME.

**NHTSA ID Number:** 11055307

**Incident Date** December 15, 2017

**Consumer Location** FORT SMITH, AR

**Vehicle Identification Number** 5XYZG3AB4CG****

**Summary of Complaint**

VEHICLE BEGAN PRODUCING A LOUD KNOCKING SOUND WHILE ACCELERATING. MECHANIC ADVISED THAT CONNECTING ROD BEARING WAS DAMAGED. VEHICLE HAD APPROXIMATELY 100,000 MILES AND HAD RECEIVED REGULAR OIL CHANGES. MECHANIC RECOMMENDED REPLACING ENGINE.

**NHTSA ID Number:** 11048744

**Incident Date** November 24, 2017

**Consumer Location** MOORESTOWN, NJ

**Vehicle Identification Number** 5XYZGDAB7CG****

**Summary of Complaint**

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). DRIVING CAR AT 25 MPH - LOUD BANG IN ENGINE AREA FOLLOWED BY SHORT BURST OF BANGING. CAR THRU A CONNECTING ROD THRU THE MOTOR BLOCK. THIS IS A 2012 AWD SANTE FE MODEL - HERE IS THE CONNECTION THIS ENGINE WAS MADE IN ALABAMA THE 2.4 LTR FOUR CYLINDER AND WAS RECALLED DUE TO DEBRIS IN ENGINE CRANKCASES.....THE SONATA WAS THE RECALL. THIS SAME ENGINE IS IN MY SANTE FE. MY MILEAGE IS ONLY 59+ K MILES. THEY WONT REPLACE IT. YOUR NHTSA REPORTED THIS ON SEPTEMBER 25, 2015, A REPORT WRITTEN BY [XXX]

82

OF CONSUMER REPORTS, THIS SAME ENGINE WAS PRODUCED FOR SANTE FE, KIA OPTIMA, KIA SORRENTO ETC. DON'T YOU THINK THAT THIS 2.0 LTR AND 2.4 LTR "THETA II" ENGINE, WHICH IN SONATAS ALONE WAS A 470,000 CAR RECALL... IS THE VERY SAME ENGINE THAT IS FAILING IN OTHER MODELS OF KIA AND HYUNDAI. THIS CATASTROPHIC ENGINE FAILURE AT ONLY 59K MILES COULD HAVE KILLED MY DAUGHTER IF SHE WAS ON THE FREEWAY. YOUR REPORT STATES THIS ENGINE IS THE SAME ENGINE BUILT IN THE SAME US MFGR PLANT IN ALABAMA AND THAT IT WAS ALSO USED IN THE HYUNDAI SANTE FE MY VEHICLE- BETWEEN THEIR PRODUCTION OF 2009 AND 2012 - STILL A COINCIDENCE --- I DON'T THINK SO. THERE ARE NUMEROUS REPORTS OF THIS ENGINE FAILURE IN THE INTERNET AND THE PRICING GAUGING OF THE CONSUMER FROM $4,500 TO OVER $8,000 WHEN THIS DEFECTIVE ENGINE SHOULD BE REPLACED FROM HYUNDAI FOR FREE. THEY ARE HIDING THE TRUTH HERE LOOK AT THIS NHTSA WRITTEN REPORT. I DON'T HAVE SPECIFIC PHOTOS BUT CAN GET THEM. TODAY THE HYUNDAI DEALERSHIP ON RT 130 BURLINGTON LOOKED AT MY VEHICLE AND DECLARED THAT I NEED A NEW ENGINE AND THEN SUGGESTED A USED LOW MILEAGE ENGINE. I WANT A NEW REPLACEMENT JUST LIKE THEY REPLACED IN THE SONATAS WITH THE VERY SAME ENGINE, IF YOU CAN HELP ME AT ALL OR REOPEN THIS CAN OF WORMS THAT HYUNDAI IS LEAVING UNDER THE RUG IT WOULD HELP OTHER PEOPLE WHO HAVE BEEN HURT BY HYUNDAI. MY CONTACT [XXX]- CELL [XXX] *DL

**NHTSA ID Number:** 11044183

**Incident Date** October 2, 2017

**Consumer Location** WESTPHALIA, MO

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYZGDAB1CG****

**Summary of Complaint**

MILEAGE AROUND 82,000 MILES | ALWAYS HAD ROUTINE, ON TIME, MAINTENANCE | NO ENGINE LIGHT ON (OR ANY OTHERS) | ON A TRIP DRIVING DOWN THE HIGHWAY GOING AROUND 65MPH WITH CRUISE CONTROL SET (2 ADULTS AND 1 CHILD IN THE CAR, NOT TOWING ANYTHING), OUR SUV STARTED MAKING A STRANGE NOISE WHEN ACCELERATING, THEN PROGRESSED TO A CONSISTENT NOISE WHETHER ACCELERATING OR NOT. WE DECIDED WE NEEDED TO STOP IN THE NEXT TOWN (ABOUT 20 MILES AWAY) TO TAKE A LOOK, BUT BEFORE WE COULD REACH THE NEXT TOWN THE CAR WITHOUT WARNING SHUT DOWN, STARTED SMOKING, AND PIECES OF THE CAR FELL FROM BELOW THE CAR. MY HUSBAND RAISED THE HOOD AND NOTICED THE ENGINE WAS ON FIRE, AND QUICKLY PUT IT OUT. WE HAD THE CAR TOWED TO A HYUNDAI DEALERSHIP AND JUST BY RAISING THE HOOD THE MECHANIC KNEW THE ENGINE EXPLODED, AND INFORMED US IT WOULD BE AROUND $6500 FOR A USED ENGINE. FROM THE TIME THE NOISE FIRST STARTED UNTIL THE ENGINE BLEW UP WE DROVE 12 MILES. WE HAVE TRIED CONTACTING HYUNDAI TO NOTIFY THEM OF THE ISSUE, AFTER WAITING ON HOLD FOR 30+MINUTES ALL THEY CAN SAY IS THERE IS NOTHING THEY CAN DO SINCE WE ARE OUT OF WARRANTY, WHEN WE ASK TO SPEAK TO A MANAGER ONE IS NEVER THERE AND THEY PROMISE THAT WILL HAVE THE MANAGER CALL US BACK, BUT WE HAVE NOT RECEIVED A PHONE CALL. AFTER RESEARCHING THIS ISSUE, IT SEEMS WE ARE NOT THE ONLY ONES HAVING ISSUES WITH THE ENGINE. MY HUSBAND USED TO SELL HYUNDAI'S AND KNOWS FOR A FACT THAT THE SANTA FE AND SONATA'S HAVE THE SAME ENGINE - THE 2011-12 SONATA

84

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE HAD A RECALL, WHY DIDN'T THE SANTA FE HAVE A RECALL?
THE SANTA FE IS MY SECOND HYUNDAI TO OWN, I WILL NOT BUY
ANOTHER DUE TO THE ISSUES WITH MY SANTA FE AND LACK OF
CUSTOMER SERVICE. SIDE NOTE, WHY WOULD I SPEND $6500 ON
ANOTHER ENGINE, WHEN THERE SEEMS TO BE AN EXPLODING
PATTERN.

**NHTSA ID Number:** 11040638

**Incident Date** October 21, 2017

**Consumer Location** WAKE FOREST, NC

**Vehicle Identification Number** 5XYZG3ABXCG****

**Summary of Complaint**

ENGINE FAILURE ON INTERSTATE WHILE TRAVELLING 70 MPH.
KNOCKING NOISE AND COMPLETE LOSS OF POWER. WOULD NOT
RESTART. DEALERSHIP ADVISED THE MOTOR LOCKED UP.

**NHTSA ID Number:** 11030293

**Incident Date** June 5, 2017

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5XYZG4AG0CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING
APPROXIMATELY 25 MPH, THERE WAS A TAPPING NOISE OCCURRING
FROM THE ENGINE. THERE WERE NO WARNING INDICATORS
ILLUMINATED. THE VEHICLE WAS DRIVEN TO THE CONTACT'S
RESIDENCE AND THEN LATER TAKEN TO ETTLESON HYUNDAI (6420
JOLIET RD, COUNTRYSIDE, IL 60525, PHONE NUMBER: (708) 231-4586)
WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED AND NEEDED

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER INFORMED THE CONTACT THAT THE DEALER
PLACED A TITLE BRAND ON THE VEHICLE AND WOULD NOT REPAIR
THE VEHICLE DUE TO THE EXPIRATION OF THE WARRANTY. THE
APPROXIMATE FAILURE MILEAGE WAS 65,000.

**NHTSA ID Number:** 11023874

**Incident Date** June 7, 2017

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5XYZG4AG0CG****

**Summary of Complaint**

PURCHASED VEHICLE NEW 6/15/12. WE CHANGED OIL AT PROPER
INTERVALS. I NOTICED WHEN WE FIRST STARTED CAR A TAPPET
NOISE COMING FROM ENGINE. NO LIGHTS SHOWN ON DASH. I
IMMEDIATELY TOOK IT TO THE NEAREST HYUNDAI DEALER IN FEAR
OF CAUSING DAMAGE TO ENGINE. THEY KEPT CAR FOR ABOUT 4
HOURS . THEY CALLED AND TOLD US ENGINE WAS GONE. WE
PURCHASED EXTENDED WARRANTY AT TIME OF PURCHASE. THEY
TOLD US SLUDGE WAS IN ENGINE. THIS WAS CAUSED BY OWNER
NEGLECT. FOUND NUMEROUS OWNER TESTIMONIES ON LINE WHICH
THE SAME THING. HYUNDAI HAS NUMEROUS CLASS ACTIONS SUITS
ON THEM. THEY HAVE MAJOR MANUFACTURING PROBLEMS WITH
THE CLEANING PROCESS WITH METAL FILINGS LEFT IN ENGINE. LOOK
ON LINE UNDER HYUNDAI ENGINE FAILURES THERE ARE NUMEROUS
WEBSITES REGARDING THIS ISSUE. CONSUMER NEEDS TO BE MADE
AWARE OF THIS IF THEY DON'T ALREADY. WORD OF ADVICE , STAY
FAR AWAY FROM HYUNDAI. THEY DON'T STAND BEHIND THEIR SO
CALLED WARRANTY. THE EXTENDED WARRANTY IS NOT EVEN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

86

WORTH THE PAPER ITS PRINTED ON. THE BEST THING THEY COULD DO IS TAKE CARE OF ALL COMPLAINTS AGAINST THEM AND THEN GO BANKRUPT.

**NHTSA ID Number:** 11020707

**Incident Date** August 19, 2017

**Consumer Location** WALLINGFORD, CT

**Vehicle Identification Number** 5XYZGDAB1CG****

**Summary of Complaint**

WE BOUGHT OUR 2012 SANTA FE WITH 68K ON 8/29/16 FROM THE HYUNDAI DEALER. ON SATURDAY (8/19/17) THE VEHICLE COMPLETLY SHUT OFF WHILE DRIVING ONTO THE HIGHWAY (92K). THIS EXPERIENCE WAS TERRIFYING. ONCE THE VEHICLE CAME TO A COMPLETE STOP, I PUT IT IN PARK AND MANAGED TO START THE VEHICLE AGAIN (THE DASH BOARD DIDN'T DISPLAY ANY LIGHT) AND DRIVE IT HOME WITHOUT ANY FURTHER ISSUES. ON SUNDAY 8/20, THE VEHICLE SHUT OFF WHEN ACCELERATING FROM A COMPLETE STOP, AGAIN THE VEHICLE STARTED AND WE WERE ABLE TO TAKE IT HOME. FIRST THING MONDAY 8/21, I DROVE THE VEHICLE TO THE HYUNDAI DEALER FOR TROUBLESHOOTING. THEY SPENT 2 HOURS AND WEREN'T ABLE TO TO FIND ANYTHING WRONG WITH THE VEHICLE. AS I WAS DRIVE OFF FROM THE DEALER, THE VEHICLE SHUT OFF ONCE AGAIN. I WENT BACK TO THE SERVICE AREA AND STATED THAT THIS VEHICLE WAS NOT SAFE TO DRIVE. THEY PROPOSED THAT THE CRANKSHAFT WOULD BE A GOOD STARTING POINT FOR THE SHUTTING OFF ISSUES. THEY KEPT THE VEHICLE FROM 8/21 THRU 8/24. THEY WANTED TO TEST THE VEHICLE AFTER DOING THE REPAIRS. I PICKED UP THE VEHICLE ON 8/24 AT 4:30PM. I WAS TOLD THE VEHICLE

87

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  WAS ALL SET AND SAFE TO DRIVE. I WAS CHARGED $357 FOR PARTS

2  AND LABOR. ON FRIDAY AUGUST 25TH ABOUT 6AM, I WAS DRIVING

3  THIS VEHICLE TO WORK, WHILE THE CAR WAS ON THE FREEWAY

4  (ABOUT 50MPH) I HEARD A LOUD NOISE COMING FROM THE ENGINE

5  COMPARTMENT AND THE VEHICLE LOST POWER AND I PULLED OVER

6  TO THE SIDE OF THE FREEWAY. THE VEHICLE WAS MAKING A LOT OF

7  NOISE AND DID NOT WANTED TO MOVE AT ALL. I TURNED IT OFF AND

8  HAD THE VEHICLE TOWED BACK TO THE DEALER ONCE AGAIN THAT

9  MORNING. I JUST RECIEVED A PHONE CALL TODAY (8/29) THAT THE

10 ENGINE WAS BLOWN ON A PERFECTLY WELL MAINTAINED VEHICLE.

11 THERE IS NO WARRANTY COVERAGE FROM NEITHER THE

12 MANUFACTURER OR DEALER AND WE ARE BEING ASK TO PAY 5.5K

13 PLUS TAXES FOR A REPLACEMENT ENGINE IN NEED. THIS BAD ENGINE

14 SHOULD BE COVER BY THE DEALER OR MANUFACTURING.

15

16 **NHTSA ID Number:** 11012674

17 **Incident Date** August 3, 2017

18 **Consumer Location** BEAVERTON, OR

19 **Vehicle Identification Number** 5XYZGDAB0CG****

20 **Summary of Complaint**

21 ENGINE STARTED MAKING A POPPING SOUND CLOW TO FAST

22 CONTINGENT ON THROTTLE. ENGINE THREW A ROD. NEEDS NEW

23 ENGINE AT 77,000

24

25 **NHTSA ID Number:** 10982987

26 **Incident Date** April 5, 2017

27 **Consumer Location** AUSTIN, TX

28 **Vehicle Identification Number** N/A

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

**Summary of Complaint**

AFTER 104,000 MILES, MY SANTA FE 2012 ENGINE DIED ON THE ROAD. HEARD A KNOCKING SOUND, AND THEN THE GEARS LOCKED, AND I WAS STUCK IN THE MIDDLE OF A BUSY STREET. THE SANTA FE WAS TOWED TO THE DEALERSHIP, AND TOLD THERE WAS A HUGE HOLE IN THE ENGINE. TOLD I WOULD NEED A NEW ENGINE. PRICE $8,000 FOR THE REPAIR. WENT TO MY LOCAL MECHANIC, AND PAID $5,000 FOR A NEW ENGINE. I NEED TO KNOW WHERE I CAN FILE WITH HYUNDAI, FOR I HEARD OF A POSSIBLE RECALL ON 2012 SANTA FE'S IN THE NEAR FUTURE. ANY SUGGESTIONS?

**NHTSA ID Number:** 10978946

**Incident Date** April 16, 2017

**Consumer Location** JOPLIN, MO

**Vehicle Identification Number** 5XYZG3ABXCG****

**Summary of Complaint**

I HAVE A 2012 HYUNDAI SANTA FE I PURCHASED USED 2 MONTHS AGO. YESTERDAY ON EASTER HALF WAY BACK FROM FAMILY GATHERING ALL THE SUDDEN THE MOTOR STARTS MAKING VERY LOUD TICKING SOUND. I WAS TERRIFIED AS WAS MY 3 CHILDREN. I SLOW TO A COAST ANDCONTACT DEALER. THE OFFICE WAS CLOSED I TRIED MANY NUMBERS. THEN WHILE COASTING ON SIDE OF ROAD WITHIN ONLY MINUTES MY CAR MAKESVERY LOUD N JULTING POP SOUND STARTS SMOKING N METAL FLIES FROM UNDER THE VEHICLE. THE VEHICLE STOPS COMPLETELY N HAS TO BE TOWED. I PICK UP PIECES AFTER THEY COOL. THEY WAS SMOKING HOT BUT NO ENGINE LIGHT WARNING OR OVERHEAT WARNING WHAT SO EVER. AT DEALERS TODAY I WAS ABLE TO LOOK UNDER MY CAR AND A CHUNK

OF THE BOTTOM.OF MOTOR HAD COMPLETELY BLOWN OUT PUTTING MY 3 BABIES MY BOYFRIEND N I IN SERIOUS DANGER. I JUST FOUND OUT THERE WAS A RECALL FOR SOME OF THESE MOTORS AND I THINK ITS CLEAR THAT THIS WAS A HUGE DEFECT AS WELL. CARS DON'T RUN FINE THEN BLOW HOLES IN BOTTOM OF MOTORS IN MINUTES OUT OF THE BLUE. PLS CONTACT ME. I HAVE LESS THAN 100,000 ON THIS CAR AND EVERYTHING IN IT. PLS HELP MY FAMILY. I WAS SIMPLY TURNING OFF A CITY STREET ON HH HWY ONLY GOT UP TO 20 TO 25 WHEN TICKING BEGAN. (I HAVE VIDEO SO YOU CAN HEAR NOISE BUT WOULDNTLET ME SEND)

**NHTSA ID Number:** 10971452

**Incident Date** July 4, 2016

**Consumer Location** COSTA MESA, CA

**Vehicle Identification Number** 5XYZG3AB0CG****

**Summary of Complaint**

WAS DRIVING ON I 5 IN CALIFORNIA WHEN ENGINE BEGAN TO KNOCK LOUDLY. PULLED OVER AND HAD THE CAR TOWED TO THE DEALER. DEALER COULD NOT VISUALLY FIND ANY REASON FOR ENGINE MALFUNCTION & SAID HYUNDAI SHOULD COVER IT DUE TO IT ONLY HAD 63,000 MILES. THEY SUBMITTED MY CLAIM AND IT WAS DENIED. I TRIED TO APPEAL BUT WAS TOLD THEIR DECISION WAS FINALE. THE DEALERSHIP WAS ASTONISHED AS WAS I. I WAS TOLD AT THE DEALER IT WAS AN OIL ISSUE AND WAS TOLD IT WAS NOT A LACK OF OIL BUT CLEARLY A MANUFACTURER DEFECT, AND YET HYUNDAI REFUSED TO HELP.

**NHTSA ID Number:** 10859861

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** April 15, 2016

**Consumer Location** CRESCENT, PA

**Vehicle Identification Number** 5XYZG3AB7CG****

**Summary of Complaint**

WELL MAINTAINED ENGINE WITH 128,000 MILES FAILED CATASTROPHICALLY WITHOUT WARNING AT HIGHWAY SPEED. OIL PRESSURE, RPM AND TEMPERATURE GAUGES DID NOT INDICATE A PROBLEM. PISTON APPARENTLY SHATTERED AND BLEW THROUGH THE BOTTOM OF THE ENGINE.

**NHTSA ID Number:** 11449712

**Incident Date** January 13, 2022

**Consumer Location** CONCORD TOWNSHIP, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

The contact owns a 2013 Hyundai Santa Fe. The contact stated while driving approximately 55 MPH, the vehicle inadvertently stalled. There was no warning light illuminated. The vehicle was towed to a local dealer where an oil consumption test was performed. The contact was informed that the engine was blown and needed to be replaced. The vehicle was not repaired. The manufacturer was informed of the failure and informed the contact that they were unable to assist. The failure mileage was approximately 123,000. The VIN was unavailable.

**NHTSA ID Number:** 11440320

**Incident Date** November 11, 2021

**Consumer Location** TULSA, OK

**Vehicle Identification Number** Km8sn4hf7du****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The engine has a Knock. As if the rod or bearing are lose. The connecting Rod bearings sound loose. It started in my way to Dance class for my daughter.

**NHTSA ID Number:** 11437685

**Incident Date** July 5, 2021

**Consumer Location** BROWNSVILLE, TX

**Vehicle Identification Number** KM8SN4HF1DU****

**Summary of Complaint**

Engine seized up while driving. How many complaints before NHTSA investigates?

**NHTSA ID Number:** 11433046

**Incident Date** September 11, 2021

**Consumer Location** GOTHA, FL

**Vehicle Identification Number** 5XYZUDLB5DG****

**Summary of Complaint**

On Saturday, September 11, 2021 while driving, the engine light came on and the car started to to hesitate a little. We were able to make it home and to a mechanic. The mechanic said the engine seized up and now needs to be replaced. There was a recall on this model due to this very thing but my car was not part of the recall. Hyundai is now saying the 10year/100,000 mile power train warranty only applies to the original owner. I have never missed an oil change, I'm up do date on all the manufacturers recommendation for service for the mileage, which is just under 94,000. I feel they should be responsible. Thank you.

**NHTSA ID Number:** 11427508

**Incident Date** July 31, 2021

**Consumer Location** WATERVILLE VALLEY, NH

**Vehicle Identification Number** 5XYZUDLA6DG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

A hole developed in the bottom of the engine while driving, after a popping noise. Smoke started, and fluid leaked. Why was this VIN not part of the engine recall for Sante Fe Sport SUVs that was announced in May 2021? I just bought this car from a dealer in July, and they said there were no open recalls. Now the car is useless, and not sure if it is still covered by the limited used car warranty.

**NHTSA ID Number:** 11422363

**Incident Date** November 2, 2020

**Consumer Location** MERIDIANVILLE, AL

**Vehicle Identification Number** 5xyzu3la1dg****

**Summary of Complaint**

driving down the road. was told by hyundai mechanic said to report matter possibly was missed by manufacturer metal debris that caused lock up no recall for my vin as of yet

**NHTSA ID Number:** 11415218

**Incident Date** April 17, 2021

**Consumer Location** TRUJILLO ALTO, PR

**Vehicle Identification Number** 5XYZU3LB6DG****

**Summary of Complaint**

ON A COMMON DAY TWO WEEKS AGO, I WAS DRIVING MY 2013 SANTA FE AND I ACCELERATED TO PASS A VEHICLE WHEN IT INSTANTLY TURNED OFF AND BEGAN TO EMIT SMOKE FROM THE ENGINE. I PARKED AND WAITED FOR THE SMOKE TO FINISH COMING OUT WITH THE SMELL OF BURNING PLASTIC. I PROCEEDED TO CALL A TOW TRUCK AND THEN A MECHANIC. THE MECHANIC CHECKED IT AND TOLD ME THAT THE ENGINE WAS STUCK AND HAD TO BE REPLACED.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11414911

**Incident Date** April 24, 2021

**Consumer Location** CHARLESTON, SC

**Vehicle Identification Number** KM8SMDHF3DU****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. THE CONTACT STATED WHILE DRIVING 50 MPH, THE VEHICLE STALLED WITH SEVERAL UNKNOWN WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS TAKEN TO HYUNDAI OF NORTH CHARLESTON (8485 RIVERS AVE, NORTH CHARLESTON, SC 29406) WHERE IT WAS DIAGNOSED WITH THE ENGINE NEEDING TO BE REPLACED. THE CONTACT ALSO STATED THAT METAL SHAVINGS WERE FOUND IN THE OIL PAN. THE VEHICLE WAS NOT YET REPAIRED. THE MANUFACTURER WAS INFORMED OF THE FAILURE AND AGREED TO PAY A PARTIAL AMOUNT FOR THE ENGINE REPLACEMENT. THE FAILURE MILEAGE WAS APPROXIMATELY 74,374.

**NHTSA ID Number:** 11406429

**Incident Date** April 1, 2021

**Consumer Location** BROWNSVILLE, TX

**Vehicle Identification Number** KM8SN4HF1DU****

**Summary of Complaint**

UPON DRIVING THE ENGINE STARTING RATTLING THERE WERE NO LIGHTS OR CHECK ENGINE CODES THAT CAME ON. AFTER THAT THE ENGINE LOCKED UP

**NHTSA ID Number:** 11403826

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** December 18, 2020

**Consumer Location** NOTTINGHAM, MD

**Vehicle Identification Number** KM8SNDHF3DU****

**Summary of Complaint**

AT ONLY 78,754 MILES THE ENGINE EXHIBITED A LOUD KNOCKING SOUND THAT INCREASED IN FREQUENCY AS THE ENGINE RPMS AND DECREASED IN FREQUENCY AS ENGINE RPMS DECREASED. HYUNDAI SAID THE ENTIRE ENGINE NEEDS REPLACEMENT. IT SOUNDS JUST LIKE THE PROBLEM REPORTED IN THE 2012 SANTA FE RECALL. SINCE I'M CONSIDERED THE SECOND OWNER (VEHICLE WAS ORIGINALLY LEASED BY SOMEONE ELSE), THE WARRANTY WAS NOT HONORED.

**NHTSA ID Number:** 11388425

**Incident Date** January 14, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZTDLB5DG****

**Summary of Complaint**

1) RADIO STOPPED WORKING ABOUT 1 YEAR AGO. 2) ABOUT 6 MONTHS AGO, THE DOOR AND TRUCK OPEN LIGHT ON THE DASH APPEARED AND NEVER WENT OFF. 3) ON 1/14/21, THE CAR STARTED MAKING A RATTLING SOUND, AND STOPPED ACCELARATING; AUTO SHOP DETERMINED THE ENGINE WAS RUINED AND NEEDS TO BE REPLACED. WITH THE 1ST 2 ISSUES, I WAS STILL ABLE TO USE THE VEHICLE. HOWEVER, NOW THAT THE ENGINE IS RUINED, I AM NO LONGER ABLE TO USE THE VEHICLE.

**NHTSA ID Number:** 11384602

**Incident Date** December 21, 2020

CLASS ACTION COMPLAINT                                   Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** PRINCETON, TX

**Vehicle Identification Number** 5XYZU3LB2DG****

**Summary of Complaint**

I WAS DRIVING DOWN A VERY BUSY HIGHWAY ON 12/21/20 AND MY ENGINE COMPLETELY SEIZED, NO WARNING AND INCREDIBLY TERRIFYING. THE CAR CAME TO A VERY SUDDEN STOP, AND WE WERE VERY LUCKY THAT WE WERE NOT KILLED IN AN ACCIDENT. MY CAR BEGAN SMOKING AND IT SMELLED AS IF IT WERE BURNING, WE CALLED THE FIRE DEPARTMENT IMMEDIATELY. I WAS UNABLE TO START THE CAR AGAIN, AND I WAS ALSO UNABLE TO SWITCH IT TO NEUTRAL SO THAT I COULD GET OUT OF THE BUSY TRAFFIC. HAD TO CALL 911 AND PRAY THAT I WAS NOT HIT WHILE WAITING FOR THEM. I TRIED CONTINUOUSLY TO START MY CAR SO THAT I COULD MOVE OUT OF THE TRAFFIC, BUT ENGINE COMPLETELY SEIZED, GEAR WOULD NOT SHIFT TO NEUTRAL, AND WE WERE STRANDED IN A VERY DANGEROUS SITUATION. ONCE COPS CAME WE HAD TO HAVE THE CAR TOWED 40 MILES AWAY AND IT IS NOW SITTING USELESSLY IN THE DRIVEWAY.

**NHTSA ID Number:** 11382747

**Incident Date** November 19, 2020

**Consumer Location** EDMOND, OK

**Vehicle Identification Number** 5XYZW3LA1DG****

**Summary of Complaint**

ORIGINALLY I DROVE THIS VEHICLE WHICH IS MOSTLY DRIVEN BY MY WIFE ON THE WEEK OF 27OCT20. I NOTICED A FEW TIMES SOMETHING SMELT LIKE IT WAS BURNING, I COULDN'T DECIPHER IF IT WAS A BURNT OIL OR ELECTRICAL SMELL. WHILE DRIVING DOWN

96

THE ROAD WITH MY KIDS IN THE VEHICLE THE ENGINE JUST SHUT OFF, I WAS ABLE TO THROW IT INTO NEUTRAL AND PRESS THE START BUTTON AND IT STARTED RIGHT BACK UP AS I WAS ROLLING DOWN THE STREET. IT DID THIS TWO MORE TIMES BEFORE I GOT TO MY DESTINATION. I BROUGHT IT TO THE DEALERSHIP THAT FRIDAY, 30OCT20 FOR AN OIL CHANGE AND FOR THEM TO LOOK INTO IT. IT WAS AT THE END OF THE DAY SO THEY HAD NO UPPER TECHNICIANS TO CHECK IT OUT BUT THEY DID PERFORM AN OIL AND CABIN AIR FILTER CHANGE AND ASKED THAT I BRING IT BACK. 3 WEEKS LATER ON 19NOV20 I WAS DRIVING MY KIDS AGAIN WHEN THE ENGINE STARTED TO KNOCK AND SHUT OFF AGAIN. I HAD THE VEHICLE TOWED TO THE DEALER ON 28NOV20 AFTER LOOKING INTO THIS ISSUE AND READING A BUNCH OF ARTICLES ABOUT HYUNDAI & KIA BEING FINED FOR NOT RESPONDING TO A RECALL WHICH STATED DEBRIS FROM MANUFACTURING COULD RESTRICT OIL FLOW TO CONNECTING ROD BEARINGS, WHICH IS EXACTLY WHAT THE KNOCKING IN MY ENGINE SOUNDS LIKE, POTENTIALLY CAUSING THE FOUR-CYLINDER ENGINES TO STALL OR CATCH FIRE. I HAVE HAD ALL OF THIS MINUS THE FIRE THANK GOD! BUT, NOW THE IT MAKES SENSE ABOUT THE BURNING SMELL I WAS SMELLING. I BELIEVE ALL THESE ISSUES ARE TIED INTO CAMPAIGN#/RECALL 162. FOR THIS RECALL A SENSOR SHOULD'VE BEEN INSTALLED IN MY VEHICLE BACK IN 2017 ACCORDING TO SERVICE RECORDS THAT SHOULD'VE INDICATED THIS ISSUE AND ALERTED ME. EVEN TO THE DAY IT WAS TOWED TO THE DEALERSHIP THE ENGINE WOULD RUN, KNOCK BUT NOT ONE SERVICE LIGHT WOULD LIGHT UP ON MY DASHBOARD. I'M STILL WAITING FOR A HYUNDAI REPRESENTATIVE TO COME AND INSPECT MY VEHICLE AS IT HAS NOT MOVED SINCE IT WAS DROPPED OFF WITH THE DEALER.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11378204

**Incident Date** November 14, 2020

**Consumer Location** MIDDLE ISLAND, NY

**Vehicle Identification Number** KM8SMDHF5DU****

**Summary of Complaint**

THE ENGINE JUST SEIZED UP WITH NO WARNING WHILE DRIVING. CAR WAS WELL MAINTAINED WITH ONLY 95 THOUSAND MILES. THEY HAVE A RECALL ON THE OTHER ENGINES BUT NOT THE 3.3 ENGINE. THE SHOULD RECALL ALL OF THE ENGINES

**NHTSA ID Number:** 11344327

**Incident Date** August 6, 2020

**Consumer Location** DAVIDSON, NC

**Vehicle Identification Number** KM8SNDHF9DU****

**Summary of Complaint**

MY HYUNDAI SANTA FE GLS RECENTLY SEIZED MID DRIVE. THERE WAS NO PRIOR WARNING, NO LIGHTS INCLUDING OIL LIGHT OR ENGINE LIGHT. THE CAR, WHICH HAS BEEN SERVICED THROUGH THIS DEALERSHIP AND PURCHASED THROUGH THIS DEALERSHIP IS UNDRIVEABLE AND ACCORDING TO THE DEALERSHIP, THEY DO NOT KNOW WHY AND HYUNDAI IS "NOW TIGHT IN THE PURSE" AND WON'T FIX ISSUES WITH THEIR CARS SINCE COVID. I WAS TOLD THAT THIS TYPE OF CIRCUMSTANCE WAS SEEN WITH THE ELANTRA, BUT NOT THE SANTA FE BEFORE. I AM ADVISED THAT THIS VEHICLE, WHICH IS THE THIRD HYUNDAI I HAVE PURCHASED AND STILL MAKE LOAN PAYMENTS ON IS NOW A LEMON AND I WOULD BE BETTER SUITED TO GET A NEW MOTOR FROM A JUNK YARD. I AM A FAMILY OF SIX

CLASS ACTION COMPLAINT                                                                 Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

PEOPLE AND JUST RECENTLY MOVED INTO A NEW HOME, SO HAVING AN UNUSABLE VEHICLE AND BEING ABLE TO FUND A NEW MOTOR IN WHAT WAS TOLD TO ME IS A QUALITY CAR IS NOT OK. DESPITE THIS, IT IS STILL UNDER NO CIRCUMSTANCES OK THAT A VEHICLE LIKE THIS SHOULD HAVE A MOTOR JUST QUIT. ACCORDING TO ARTICLES ONLINE, I SEE THAT THIS HAS BEEN A PROBLEM WITH THIS YEAR/MAKE/MODEL. THE MAN AT THE DEALERSHIP WILL NOT DISCUSS ANY FURTHER AND WILL OFFER VERY LITTLE INFORMATION. I AM AT AN UTTER LOSS. I HAVE BEEN A GOOD CUSTOMER. I HAVE A FAMILY. PLEASE, PLEASE HELP. PLEASE.

**NHTSA ID Number:** 11339141

**Incident Date** July 11, 2020

**Consumer Location** KENTWOOD, LA

**Vehicle Identification Number** 5XYZTDLB3DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. THE CONTACT STATED THAT WHILE DRIVING AT AN UNDISCLOSED SPEED, THE VEHICLE STALLED WITH THE CHECK ENGINE WARNING LIGHT AND SEVERAL OTHER UNKNOWN WARNING LIGHTS ILLUMINATED. THE CONTACT PULLED THE VEHICLE OVER TO THE SHOULDER AND INSPECTED THE VEHICLE. THE CONTACT STATED THAT THERE WAS A LARGE QUANTITY OF OIL UNDERNEATH THE VEHICLE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS TOWED TO THE BILL HOOD FORD LOCATED AT 1500 N MORRISON BLVD, HAMMOND, LA 70401 WHERE IT WAS DIAGNOSED THAT THE ENGINE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

99

FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT

REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 168,000.

**NHTSA ID Number:** 11298162

**Incident Date** December 29, 2019

**Consumer Location** SAINT AUGUSTINE, FL

**Vehicle Identification Number** 5XYZU3LA7DG****

**Summary of Complaint**

THE CHECK ENGINE CAME ON AND A FEW MINUTES LATER, BEGAN

FLASHING. THE CAR BROKE DOWN ON THE SIDE OF I-95. WE HAD IT

TOWED TO A MECHANIC WHO SAID THE "ENGINE IS BLOWN"

**NHTSA ID Number:** 11279763

**Incident Date** November 8, 2019

**Consumer Location** VIRGINIA BEACH, VA

**Vehicle Identification Number** 5XYZTDLB5DG****

**Summary of Complaint**

VEHICLE WAS IN THE DEALERSHIP FOR SAFETY RECALL CAMPAIGN

162 ON 11/6/19. DEALERSHIP INSTRUCTED ME TO GET AN OIL CHANGE,

DRIVE MY VEHICLE, AND RETURN EVERY 700-1000 MILES TO HAVE OIL

LEVELS CHECKED. I COMPLIED AND DROVE MY VEHICLE ON A SHORT

TRIP ON 11/8/19. AT APPROXIMATELY 8:30 PM, AS I WAS DRIVING

DOWN THE HIGHWAY, MY VEHICLE'S ENGINE SEIZED AND I LOST ALL

POWER TO MY VEHICLE. MY WIFE AND 2 CHILDREN (4 AND 6) WERE IN

THE VEHICLE. WE WERE ABLE TO COAST OFF OF THE ROAD AND INTO

A GAS STATION PARKING LOT. I CONTACTED THE MANUFACTURER

AND WAS TOLD THAT IT WOULD BE MY RESPONSIBILITY TO TOW THE

VEHICLE, FIND IMMEDIATE TRANSPORTATION, AND PAY FOR A

RENTAL VEHICLE UNTIL IT HAD BEEN DETERMINED THAT THE ENGINE FAILURE WAS DUE TO HYUNDAI SAFETY RECALL 162. I FEEL THAT MY FAMILY'S SAFETY WAS UNNECESSARILY PUT AT RISK AS I HAD MY VEHICLE AT THE DEALERSHIP TWO DAYS PRIOR FOR THIS EXACT RECALL. THE ORIGINAL DEALERSHIP EXAMINING THE VEHICLE IS CHECKERED FLAG HYUNDAI. BECAUSE I WAS OUT OF TOWN, MY VEHICLE WAS TOWED TO TYSINGER HYUNDAI WHERE IT IS CURRENTLY LOCATED AWAITING AN ENGINE REPLACEMENT.

**NHTSA ID Number:** 11267259

**Incident Date** June 22, 2019

**Consumer Location** HONOLULU, HI

**Vehicle Identification Number** KM8SN4HF7DU****

**Summary of Complaint**

AT LESS THAN 73,000 MILES, MY ENGINE STARTED "KNOCKING" ON MY 2013 HYUNDAI SANTA FE. BROUGHT IT IN TO TONY HYUNDAI WAPAIO FOR A DIAGNOSTIC. METAL SHAVINGS WERE FOUND IN THE OIL. OFFICIAL ASSESSMENT: PREMATURE BEARING WEAR WITHIN THE ENGINE.

**NHTSA ID Number:** 11256260

**Incident Date** September 16, 2019

**Consumer Location** CANTON, OH

**Vehicle Identification Number** 5XYZU3LB2DG****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY AROUND 65MPH WITH MY WIFE AND 6 MONTH OLD WHEN I REALIZED THAT APPLYING THE GAS PEDAL WAS HAVING NO EFFECT. THE TACHOMETER SHOWED 0 RPM. I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

APPLIED THE BRAKES BUT THEY WERE VERY HARD TO PRESS. I WAS ABLE TO SAFELY PULL OVER. WE THEN NOTICED A BURNING SMELL AND A LITTLE SMOKE AND GOT OUT OF THE CAR. THE VEHICLE WOULD MAKE NO ATTEMPT TO START AND HAD TO BE TOWED. THE HYUNDAI DEALERSHIP HAS TOLD ME THE CRANKSHAFT SEIZED. THEY ARE SUBMITTING DOCUMENTATION TO HYUNDAI FOR WARRANTY AUTHORIZATION RELATED TO THE RECALLS INVOLVING ENGINE FIRES. THE VEHICLE GAVE NO WARNING THAT ANYTHING WAS WRONG UNTIL AFTER THE ENGINE STOPPED.

**NHTSA ID Number:** 11255718

**Incident Date** September 10, 2019

**Consumer Location** BATESVILLE, IN

**Vehicle Identification Number** 5XYZUDLA4DG****

**Summary of Complaint**

TAKATA RECALL. WE WERE DRIVING ON A STATE HWY AT 55MPH AND STARTING TO HEAR A KNOCK FROM THE ENGINE. IN THE YEAR AND A HALF OF OWNING THE VEHICLE THERE WERE NO ISSUES. NO INDICATOR OF ISSUES OR ANYTHING. WE EVEN HAD IT SERVICED 2 WEEKS PRIOR AND THERE WERE NO PROBLEMS. WITHIN A 2 MILE SPAN OF THE KNOCK STARTING THE VEHICLE ENGINE SEIZED AND SHUT DOWN. FORTUNATELY, NO ONE WAS BEHIND US BECAUSE THERE WAS NOWHERE SAFE TO PULL OVER TO FOR ABOUT 1/8MILE SO WE COASTED AND CREPT AT ABOUT 5MPH TO A DRIVEWAY WHERE WE THEN WERE TOWED TO A SAFER LOCATION. NO LIGHTS OR INDICATORS CAME ON UNTIL THE MOMENT THE VEHICLE SHUT DOWN. APPARENTLY, THIS IS COMMON WITH 2013 MODEL HYUNDAI SANTA FE SPORT ENGINES AFTER DISCUSSING IT WITH THEIR

102

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CUSTOMER SERVICE REPRESENTATIVE.

**NHTSA ID Number:** 11254688

**Incident Date** September 9, 2019

**Consumer Location** CUMMING, GA

**Vehicle Identification Number** KM8SR4HF3DU****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING 45 MPH, THE VEHICLE HESITATED AND SEIZED IN THE MIDDLE OF THE ROAD. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT WAS ABLE TO RESTART THE VEHICLE, BUT IT CONTINUED TO HESITATE WHILE DRIVING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE BEARING NEEDED TO BE REPLACED. THE CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING). THE CONTACT CALLED HYUNDAI OF CUMMING (LOCATED AT 750 PEACHTREE PKWY, CUMMING, GA 30041, (470) 281-9228) AND INFORMED THEM OF THE FAILURE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 110,000.

**NHTSA ID Number:** 11254054

**Incident Date** September 4, 2019

**Consumer Location** WESTMORELAND, TN

**Vehicle Identification Number** 5XYZU3LB3DG****

**Summary of Complaint**

HAD OIL CHANGED 1,100 MILES AGO. THREW A ROD, RUINED ENGINE. MECHANIC SAID MY DIPSTICK WAS 'BONE DRY'. IT WASN'T EVEN

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TOUCHING THE OIL. MY OIL WAS CHANGED AT THE DEALERSHIP. I'VE

BEEN TOLD BY ENGINE PARTS SUPPLIER THAT THIS IS A KNOWN

ISSUE WITH MY YEAR, MAKE, AND MODEL. HE DIDN'T KNOW THE

DETAILS OF MY ISSUE AT ALL. YET DESCRIBED IT PERFECTLY . I WAS

DRIVING ON A BUSY HIGHWAY WHEN ENGINE FAILED. I WAS

TRAVELING 65 MPH WHICH WAS THE SPEED LIMIT. I WAS ABLE TO

MAKE IT TO SIDE OF ROAD.

**NHTSA ID Number:** 11246446

**Incident Date** July 30, 2019

**Consumer Location** STATEN ISLAND, NY

**Vehicle Identification Number** 5XYZT3LB5DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING

30 MPH, THE VEHICLE EMITTED A LOUD SOUND COMING FROM THE

ENGINE, THE VEHICLE SEIZED, AND WOULD NOT RESTART. THERE

WERE NO WARNING INDICATORS ILLUMINATED PRIOR TO THE

FAILURE. THE VEHICLE WAS PUSHED TO AN INDEPENDENT MECHANIC

WHO DIAGNOSED THAT THERE WAS ENGINE FAILURE. THE CONTACT

STATED THAT SHE RECEIVED A RECALL NOTICE FOR NHTSA

CAMPAIGN NUMBER: 17V226000 (ENGINE), BUT NEVER HAD THE

VEHICLE REPAIRED. THE VIN TOOL DID NOT SHOW AN OPEN RECALL.

THE DEALER AND MANUFACTURER WERE NOT NOTIFIED. THE

VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 78,500.

**NHTSA ID Number:** 11219958

**Incident Date** June 12, 2019

**Consumer Location** CABOT, PA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYZWDLA4DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING UP A HILL, THE VEHICLE STARTED SHAKING. THE CONTACT PULLED OVER AND THE VEHICLE SHUT OFF. THE VEHICLE DID NOT RESTART AND THE OIL LEVEL WAS ON EMPTY. THERE WAS NO WARNING INDICATOR ILLUMINATED ON THE INSTRUMENT PANEL REGARDING AN OIL SHORTAGE. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO CONFIRMED THAT THE ENGINE SEIZED. THERE WAS NO DAMAGE TO THE OIL TANK OR ANY EVIDENCE OF AN OIL LEAK. THE DEALER AND MANUFACTURER WERE NOT CONTACTED. THE FAILURE MILEAGE WAS 109,500.

**NHTSA ID Number:** 11218794

**Incident Date** June 4, 2019

**Consumer Location** MAGNOLIA, DE

**Vehicle Identification Number** KM8SN4HF9DU****

**Summary of Complaint**

DRIVING DOWN THE ROAD AND THE ENGINE COMPLETELY SHUT OFF WITHOUT WARNING AND THERE WAS NO WARNING LIGHTS ON THE DASHBOARD. FIGURED IT WAS THE ALTERNATOR, CHANGED IT OUT AND NOW THE CAR MAKES A VERY LOUD CLICKING NOISE. HAD IT DIAGNOSED AND IT NEEDS NEW LIFTERS ALONG WITH POSSIBLE MACHINING OF THE PISTONS/HEAD TO GET THEM SMOOTH AND THE MECHANIC STATED THE CAR WAS A FEW HUNDRED REVOLUTIONS FROM SEIZING. ADDITIONALLY THERE WERE SMALL METAL SHAVINGS IN THE OIL WHEN CHANGED, WAS TOLD IT WAS A TOP END PROBLEM (HENCE THE LIFTERS). I CALLED THE HYUNDAI DEALERSHIP

105

IN DOVER DE AND THEY STATED THIS WAS A KNOWN ISSUE BUT NO
RECALL SO THEY'RE NOT RESPONSIBLE FOR FIXING IT!!

**NHTSA ID Number:** 11195855

**Incident Date** July 10, 2018

**Consumer Location** VERMILION, OH

**Vehicle Identification Number** 5XYZW3LA0DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING,
THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT HAD TO
EXIT THE VEHICLE AND PUSH IT OFF THE RAILROAD TRACK. THE
CONTACT POWERED OFF THE ENGINE AND THE VEHICLE FAILED TO
RESTART. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE.
AN INDEPENDENT MECHANIC CAME TO THE CONTACT'S HOME AND
DIAGNOSED THAT THE ENGINE SEIZED. THE CONTACT CALLED
ELYRIA HYUNDAI (LOCATED AT 845 LEONA ST, ELYRIA, OH, 44035,
(440) 324-770) AND WAS INFORMED THAT ALL THE RECALLS ON THE
VEHICLE WERE COMPLETED. THE VEHICLE WAS NOT TAKEN TO A
DEALER AND WAS NOT REPAIRED. THE MANUFACTURER WAS
NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE
VEHICLE WAS NOT INCLUDED IN A RECALL. THE APPROXIMATE
FAILURE MILEAGE WAS 144,000.

**NHTSA ID Number:** 11170331

**Incident Date** January 13, 2019

**Consumer Location** INEZ, TX

**Vehicle Identification Number** 5XYZU3LB7DG****

**Summary of Complaint**

106

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE SHUT OFF WITHOUT WARNING. THE CONTACT CALLED MAC HAIK HYUNDAI AT 361-576-1221 (LOCATED AT 4404 N NAVARRO ST, VICTORIA, TX 77904) AND WAS INFORMED THAT THE VEHICLE COULD NOT BE INSPECTED RIGHT AWAY. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED AND NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 128,000.

**NHTSA ID Number:** 11155446

**Incident Date** December 1, 2018

**Consumer Location** SHARPSBURG, GA

**Vehicle Identification Number** 5XYZWDLA7DG****

**Summary of Complaint**

WHILE DRIVING DOWN A 4 LANE DIVIDED STATE HIGHWAY I STARTED TO HEAR A CLICKING NOISE COMING FROM FRONT OF CAR; BUT CAR WAS STILL RUNNING. GOT WORSE AND STARTED HESITATING A LITTLE AS I PRESSED THE GAS PEDAL. I GOT STOPPED AT A RED LIGHT. WHEN I STARTED OFF FROM BEING STOPPED IT WOULD BARELY GO, THEN IT DIED. WITHIN A FEW MINUTES I NOTICED SMOKE COMING FROM THE ENGINE, GOT OUT AND SAW FLAMES COMING OUT OF GRILL AREA AND UNDERNEATH THE ENGINE AREA. CALLED 911, CAR WAS ON FIRE! I HAVE MANY VIDEOS OF THE INCIDENT. I HAD NO PREVIOUS PROBLEMS WITH THE CAR BEFORE NOW.

**NHTSA ID Number:** 11120581

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** May 7, 2018

**Consumer Location** MONROVIA, MD

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING 55 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO IDEAL BUICK GMC (5871 URBANA PIKE, FREDERICK, MD 21704, (240) 575-1847) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VIN WAS UNKNOWN. THE APPROXIMATE FAILURE MILEAGE WAS 72,000.

**NHTSA ID Number:** 10994748

**Incident Date** March 16, 2017

**Consumer Location** CARLSBAD, CA

**Vehicle Identification Number** 5XYZU3LB2DG****

**Summary of Complaint**

2013 HYUNDAI SANTA FE. CONSUMER WRITES IN REGARDS TO METAL DEBRIS GENERATED FROM MACHINING OPERATIONS RECALL INTERIM NOTICE. *LD *JS

**NHTSA ID Number:** 11029823

**Incident Date** February 12, 2017

**Consumer Location** SUNRISE, FL

**Vehicle Identification Number** 5XYZW3LA8DG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

2013 HYUNDAI SANTA FE. CONSUMER WRITES IN REGARDS TO ENGINE SHUTTING OFF WHILE DRIVING. *LD THE CONSUMER STATED METAL SHAVINGS WERE FOUND IN THE OIL PAN AND CYLINDER HEAD. THE ENGINE NEEDED TO BE REPAIRED. THE CONSUMER SOLD THE VEHICLE DUE TO NOT BEING ABLE TO PAY FOR THE REPAIR COST. THE MANUFACTURER WAS NOTIFIED, BUT DID NOT OFFER ANY ASSISTANCE. THE CONSUMER REQUESTED TO BE REIMBURSED $14,674.27 FOR DAMAGES AND LOSSES. *JS

**NHTSA ID Number:** 11000027

**Incident Date** March 1, 2017

**Consumer Location** MIDLOTHIAN, VA

**Vehicle Identification Number** 5XYZU3LBXDF****

**Summary of Complaint**

2013 HYUNDAI SANTE FE ENGINE STALL INCREASING THE RISK OF A CRASH. MACHINING ERRORS DURING HE ENGINE MANUFACTURING PROCESS CAUSES PREMATURE BEARING WEAR. CAR HAS STALLED A NUMBER OF TIMES WHEN STARTING OFF.VEHICLE HAS WORN CONNECTING ROD BEARING INCREASING THE RISK OF A CRASH.

**NHTSA ID Number:** 10991049

**Incident Date** December 15, 2016

**Consumer Location** UNIONTOWN, PA

**Vehicle Identification Number** 5XYZTDLB4DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE STALLED WITHOUT

109

WARNING. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED WITH A BLOWN ENGINE. THE VEHICLE WAS REPAIRED BY AN INDEPENDENT MECHANIC. THE MANUFACTURER STATED THAT NO RECALLS WERE ISSUED; HOWEVER, THE CONTACT RECEIVED A RECALL NOTIFICATION FOR NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE) AFTER THE VEHICLE WAS REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 34,000.

**NHTSA ID Number:** 10981324

**Incident Date** April 26, 2017

**Consumer Location** HOLYOKE, MA

**Vehicle Identification Number** 5XYZU3LB9DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING); HOWEVER, THE PART FOR THE RECALL REPAIR WAS UNAVAILABLE. THE CONTACT STATED THAT THE MANUFACTURER EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. WHILE DRIVING APPROXIMATELY 65 MPH, THE SPEED REDUCED SIGNIFICANTLY AND THE CHECK ENGINE AND ENGINE COOLING WARNING INDICATORS ILLUMINATED. SMOKE APPEARED FROM THE REAR OF THE VEHICLE. THE CONTACT PULLED OVER AND TURNED OFF THE VEHICLE. THE CONTACT RESTARTED THE VEHICLE A COUPLE OF TIMES; HOWEVER, THE WARNING INDICATORS REMAINED ILLUMINATED AND THE ENGINE MADE A KICKING NOISE. THE VEHICLE SHUT DOWN AND WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES AND OPENED CASE NUMBER:

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                          Case No.

10192460. THE APPROXIMATE FAILURE MILEAGE WAS 65,109. PARTS DISTRIBUTION DISCONNECT.

**NHTSA ID Number:** 10980471

**Incident Date** April 21, 2017

**Consumer Location** COLORADO SPRINGS, CO

**Vehicle Identification Number** 5XYZTDLB5DG****

**Summary of Complaint**

WEDNESDAY MY CAR STALLED AT THE STOP LIGHT WHILE IN DRIVE WITH THE BRAKE ON. THEN 2 DAYS LATER DOWN THE INTERSTATE MY ENGINE STARTED KNOCKING VERY LOUDLY SO I PULLED OVER AND GOT IT TOWED TO THE NEAREST HYUNDAI DEALERSHIP. THEY REPORTED THE ENGINE HAS FAILED AND WILL SEE WHAT THEY CAN DO ABOUT THE RECALL.

**NHTSA ID Number:** 10979310

**Incident Date** March 28, 2017

**Consumer Location** RANCHO CUCAMONGA, CA

**Vehicle Identification Number** 5XYZW3LA9DG****

**Summary of Complaint**

ENGINE SEIZED, THANKFULLY I WAS BARELY LEAVING MY HOME. ENGINE TOTALLY FAILED WITH NO WARNING. NO CHECK ENGINE LIGHTS WENT ON UNTIL AFTER THE ENGINE FAILED. ENGINE ALSO BEGAN SMOKING. HYUNDAI CONCLUDED THE CAR HAD TOTAL ENGINE FAILURE. THE CAR RECEIVED REGULAR MAINTENANCE/ OIL CHANGES AND TAKEN CARE OF. BEING A 2013 SHOULD NOT HAVE HAD ENGINE FAILURE.

**NHTSA ID Number:** 10971859

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** March 9, 2017

**Consumer Location** EDMOND, OK

**Vehicle Identification Number** 5XYZU3LB6DG****

**Summary of Complaint**

ENGINE SEIZED WITH NO WARNING

**NHTSA ID Number:** 10971529

**Incident Date** March 29, 2017

**Consumer Location** TEMPLE, TX

**Vehicle Identification Number** 5XYZW3LA3DG****

**Summary of Complaint**

AS I WAS DRIVING THE VEHICLE STARTED MAKING A STRANGE NOISE AND THEN I SAW SMOKE COME OUT OF THE BACK OF THE CAR, I WAS ABLE TO GET OVER 2 LANES IN THE HWY TO GET TO THE SHOULDER. DEALER SAID THE ENGINE BLEW UP. ENGINE ONLY HAD 62K MILES ON IT. AND MAINTENANCE WAS DONE AT DEALERSHIP

**NHTSA ID Number:** 10970000

**Incident Date** April 1, 2017

**Consumer Location** CARMICHAEL, CA

**Vehicle Identification Number** 5XYZTDLB7DG****

**Summary of Complaint**

ENGINE FAILURE. WE WERE DRIVING ON FREE WAY AND HEARD A KNOCKING SOUND, THAN CAR JUST STOPED AND REFUSED TO START. WHEN TRYING TO START IT MAKES VERY LOUD KNOCKING SOUND INSIDE THE ENGINE AND DOESNT START UP.

**NHTSA ID Number:** 10969350

**Incident Date** March 28, 2017

**Consumer Location** DURHAM, NC

**Vehicle Identification Number** 5XYZW3LA5DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING 40 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 127,000.

**NHTSA ID Number:** 10955621

**Incident Date** November 13, 2016

**Consumer Location** WISCONSIN RAPIDS, WI

**Vehicle Identification Number** 5XYZWDLA8DG****

**Summary of Complaint**

I WAS DRIVING ON THE INTERSTATE AT 70 MPH AND STARTED A FAINT RATTLING NOISE COMING FROM THE MOTOR COMPARTMENT. I THOUGHT IT MIGHT BE A WHEEL BEARING.TRAVELED 3-4 MORE MILES, THEN WITH WHAT I WOULD DESCRIBE AS COMPLETE MOTOR FAILURE, ALOUD CLATTERING NOISE FROM THE ENGINE COMPARTMENT AND LOSE OF POWER HAPPENED. I IMMEDIETLY PULLED OVER TO THE SIDE OF THE HIGHWAY A AND SND LOOKED UNDER THE HOOD. I CHECKED THE OIL LEVEL AND IT WAS FINE, BUT IT WAS VERY BLACK AND SMELLED BURNT. I CALLED FOR ROADSIDE ASSISTANCE AND THE VEHICLE WAS HAULED TO THE NEAREST HYUNDAI DEALER. 1ST THING THE SERVICE

113

DEPT. PERSON DID WAS CHECK THE OIL AND SAID THAT IT WAS FINE ALSO. THEY THEN TOOK THE VEHICLE INSIDE, THEY DROP THE OIL PAN AND FOUND PIECES OF METAL THEY THOUGHT TO BE FROM BEARINGS FROM THE BOTTOM END OF THE MOTOR. I HAD JUST BOUGHT THIS USED VEHICLE IN SEPTEMBER 2016 AND THE MOTOR FAILED IN NOVEMBER 2016 ALMOST 2 MONTHS TO THE DAY I BOUGHT IT. IT WAS PURCHASED FROM A HYUNDAI DEALER SO THE VEHICLE WAS INSPECTED AND CERTIFIED. THE MOTOR AND THE TURBO BOTH HAD TO BE REPLACED AT THE COST OF $6364.11 OUT OF MY POCKET. THE SERVICE MANAGER TRIED TO GET SOME SORT OF GOODWILL HELP FROM HYUNDAI AND THEY REFUSED. TO SAY I'M NOT HAPPY IS AN UNDERSTATEMENT, I DID FILE A COMPLAINT WITH HYUNDAI MOTORS USA. I'VE BEEN DOING INVESTIGATING ON THE INTERNET AND I'M FINDING OTHER PEOPLE WITH SIMILAR PROBLEMS WITH THEIR 2013 2.0T SANTA FE'S.

**NHTSA ID Number:** 10954439

**Incident Date** February 10, 2017

**Consumer Location** MOORESVILLE, NC

**Vehicle Identification Number** 5XYZU3LB5DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING 65 MPH, AN ABNORMAL NOISE EMITTED FROM THE ENGINE. THE CONTACT PULLED OVER TO THE SHOULDER AND THE ENGINE STALLED. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.

114

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE FAILURE MILEAGE WAS 123,271. UPDATED 05/10/17*LJ

**NHTSA ID Number:** 10936649

**Incident Date** December 7, 2016

**Consumer Location** GURLEY, AL

**Vehicle Identification Number** 5XYZU3LB5DG****

**Summary of Complaint**

WHILE ACCELERATING TO MERGE WITH TRAFFIC THE ENGINE BEGAN MAKING A RATTLING SOUND. AS I LET OFF THE ACCELERATOR PEDAL TO JOIN THE TRAFFIC FLOW THE ENGINE NOISE STOPPED. IT CAME BACK A FEW MORE TIMES BEFORE WE MADE IT HOME. THE NEXT DAY WHILE DESCENDING A HILL THE ENGINE QUIT. SINCE IT WAS DOWN HILL MY WIFE WAS ABLE TO COAST ONTO A EXIT RAMP AND PULL ONTO THE SHOULDER. I WAS ABLE TO GET THE ENGINE RESTARTED AND DROVE TO THE DEALER. THEY DETERMINED THERE WAS METAL DEBRIS IN THE OIL AND THE ENGINE NEEDED REPLACEMENT.

**NHTSA ID Number:** 10930151

**Incident Date** December 5, 2016

**Consumer Location** FLOWERY BRANCH, GA

**Vehicle Identification Number** 5XYZW3LA9DG****

**Summary of Complaint**

2013 HYUNDAI SANTA FE SPORT 2.0T TURBO WITH COMPLETE ENGINE FAILURE AT 75000 MILES. ON 12/5/16 AT AROUND 7:00 PM, WHILE DRIVING ON THE HIGHWAY, SMOKE STARTED TO COME OUT OF THE CAR. AFTER PULLING OVER, LARGE AMOUNTS OF SMOKE WAS COMING OUT OF THE TAILPIPE. WE CUT OFF THE ENGINE AND HAD THE CAR TOWED TO AUTONATION HYUNDAI MALL OF GEORGIA IN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                      Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  BUFORD GEORGIA. ON 12/6/16, WE RECEIVED A CALL FROM THE
2  SERVICE ADVISOR STATING THE ENGINE WAS BLOWN, AND THAT A
3  REPLACEMENT WAS NEEDED, BUT THAT IT WILL NOT BE COVERED
4  UNDER WARRANTY. A CALL TO HYUNDAI NATIONAL CUSTOMER CAR
5  (S/W [XXX]) AT 8006335151-CASE 9790795, PRODUCED NO RESULTS AS
6  [XXX] STATED THAT THE REPAIR WILL NOT BE COVERED BY HYUNDAI
7  IN ANY WAY, SHAPE, FORM, OR AMOUNT. INFORMATION REDACTED
8  PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C.
9  552(B)(6). *TR

10

11  **NHTSA ID Number:** 10914375
12  **Incident Date** October 2, 2016
13  **Consumer Location** STOCKTON, CA
14  **Vehicle Identification Number** 5XYTZ3LBXDG****
15  **Summary of Complaint**
16  MY CHECK ENGINE LIGHT CAME ON IN MY HYUNDAI ON SATURDAY.
17  THE NEXT DAY, SUNDAY, I TOOK MY HYUNDAI SANTA FE SPORT 2013
18  TO THE CAR REPAIR FOR A DIAGNOSTIC. THE TECH SAID THE CODES
19  WERE RELATED TO A TIMING BELT AND THAT WE COULD DRIVE IT
20  SHORT DISTANCES AND BRING IT BACK LATER BEFORE CLOSING
21  (5PM) BECAUSE THE REPAIR MECHANIC WOULD NOT BE IN UNTIL
22  MONDAY. ON THE SAME DAY, SUNDAY, WE DROVE TO PICK UP A
23  RENTAL CAR SO THAT MY HUYNDAI COULD GO BACK TO THE SHOP
24  FOR THE MECHANIC ON MONDAY. WHILE DRIVING TO THE CAR
25  RENTAL, WE PULLED INTO THE CAR RENTAL PARKING LOT AND MY
26  HYUNDAI JUST STOPPED/SHUT DOWN WHILE DRIVING. IT WOULD NOT
27  TURN BACK OVER. I CALLED A TOW TRUCK TO HAVE IT TOWED BACK
28  TO THE CAR REPAIR. THE NEXT DAY, MONDAY, THE CAR REPAIR

CALLED AND TOLD ME THAT MY ENGINE HAD SEIZED AND THAT A NEW ENGINE WOULD HAVE TO BE PURCHASED. I HAD MY HYUNDAI TOWED AGAIN ON THAT SAME DAY TO HYUNDAI SERVICE CENTER FOR A SECOND OPINION AND THEY SAID SOMETHING ABOUT MY CAMSHAFT AND THAT THE ENGINE HAD SEIZED AND THAT A NEW ENGINE WOULD HAVE TO BE PURCHASED. MY HYUNDAI HAD JUST HAD A TUNE-UP AND IT HAD OIL IN IT. WE CHECKED THE OIL ON SATURDAY. A BRAND NEW CAR WITH REGULAR OIL CHANGES AND MAINTENANCE DOES NOT JUST DECIDE TO GO KAPUT! I AM THANKFUL THAT WE WERE NOT DRIVING ON A HIGHWAY AND THAT WE DID NOT LOSE OUR LIVES ON THAT SUNDAY.

**NHTSA ID Number:** 10748982

**Incident Date** August 13, 2015

**Consumer Location** OREGON CITY, OR

**Vehicle Identification Number** 5XYZWDLA4DG****

**Summary of Complaint**

WHEN DRIVING ON THE FREEWAY, VEHICLE LOST POWER AND SHUT OFF, SMELLED AND SAW SMOKE COMING FROM THE VENTS. PULLED TO SIDE OF ROAD AND OPENED HOOD TO CHECK ENGINE AND FLAMES SHOT OUT, CLOSED HOOD AND TRUCKERS RAN OVER WITH FIRE EXTINGUISHERS AND CALLED FIRE DEPARTMENT. WITHIN 5 MINUTES VEHICLE WAS TOTALLY ENGULFED AND FIRE DEPARTMENT HAD ARRIVED AND COULD ONLY PREVENT FLAMES FROM SPREADING TO SURROUNDING ENVIRONMENT. VEHICLE WAS TOTALLY CONSUMED BY THIS CATASTROPHIC FIRE. CALLED HYUNDAI CORPORATE OFFICES IN CALIFORNIA TO REPORT IT AS THE VEHICLE IS UNDER WARRANTY AND WAS ASKED 'WHAT DO YOU WANT US TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

DO?'. RECEIVED THE IMPRESSION THAT THEY WERE NOT GOING TO DO ANYTHING ABOUT THIS.

**NHTSA ID Number:** 10680116

**Incident Date** January 25, 2015

**Consumer Location** GALLOWAY, OH

**Vehicle Identification Number** 5XYZU3LB3DG****

**Summary of Complaint**

ING ON AN INTERSTATE AT 75 MILES AN HOUR, MY ENGINE STARTED TO MAKE A KNOCKING SOUND AND WAS LOSING ACCELERATION. I TRIED ACCELERATING BUT THE CAR DID NOT ACCELERATE. THE ENGINE THEN SEIZED UP AND I COASTED TO THE SIDE OF THE INTERSTATE. CAR WAS TOWED TO DEALERSHIP. THE DEALERSHIP STATED THE SECOND CYLINDER BROKE UP INSIDE THE ENGINE CAUSING THE ENGINE TO SEIZE. THEY ARE REPLACING THE ENGINE. *TR

**NHTSA ID Number:** 10629066

**Incident Date** August 14, 2014

**Consumer Location** MIDDLETOWN, NY

**Vehicle Identification Number** 5XYZU3LB0DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING 65 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE DEALER STATED THAT THE ENGINE SEIZED AND NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE VEHICLE WAS REPAIRED. THE FAILURE MILEAGE WAS 2,137.

**NHTSA ID Number:** 10627091

CLASS ACTION COMPLAINT                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** August 12, 2014

**Consumer Location** KANSAS CITY, MO

**Vehicle Identification Number** 5XYZUDLA2DG****

**Summary of Complaint**

AT 7606 MILES I TOOK MY 2013 SANTA FE SPORT 2.0T IN FOR AN OIL CHANGE. THE DEALER INSPECTED THE VEHICLE AND NOTICED A KNOCKING NOISE COMING FROM THE ENGINE. THE MANAGER AND LINE TECH CONFIRMED THE KNOCKING AND INDICATED TO ME THAT I WOULD NEED A NEW ENGINE. I WAS TRAVELING AND HAD A 13 HOUR DRIVE AHEAD OF ME TO GET BACK HOME. HAVING TO WORRY ABOUT THIS EVERY TIME I TRAVEL IS A CONCERN. I DO NOT WANT TO END UP ON THE SIDE OF THE ROAD. *TR

**NHTSA ID Number:** 10615816

**Incident Date** May 5, 2014

**Consumer Location** INGLEWOOD, CA

**Vehicle Identification Number** 5XYZWDLA4DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. WHILE DRIVING AT AN UNKNOWN SPEED, THE VEHICLE STALLED. THE DEALER STATED THAT THE ENGINE LOCKED. THE VEHICLE WAS REPAIRED; HOWEVER, THE CHECK ENGINE INDICATOR ILLUMINATED AND THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED. THE FAILURE MILEAGE WAS 18,000.

**NHTSA ID Number:** 10576577

**Incident Date** April 1, 2014

**Consumer Location** EDMOND, OK

119

**Vehicle Identification Number** 5XYZUDLA3DG****

**Summary of Complaint**

TOOK 2013 SANTA FE SPORT 2.0T AWD IN FOR ROUTINE APPOINTMENT AT LOCAL HYUNDAI DEALER TO HAVE WARRANTY SERVICE ON FUEL FILLER DOOR (WHICH WAS NOT OPERATING DUE TO FAILURE TO RE-CONNECT SOLENOID DURING PRIOR RECALL - BEFORE DELIVERY - FOR DOOR LOCKS) AND ALSO TO CHECK ON "TAPPET NOISE" IN ENGINE. CONFIRMED THESE WOULD BE WARRANTY ITEMS BEFORE LEAVING. STUNNED TO RECEIVE CALL LATER THAT AFTERNOON INFORMING ME THAT METAL WAS FOUND IN ENGINE OIL AND HYUNDAI WOULD REPLACE ENGINE, AND WANTED OLD ENGINE FOR INSPECTION. APPROXIMATELY 1,000 MILES ON ODOMETER. VEHICLE WAS OPERATING NORMALLY. TAPPET NOISE TYPICALLY SUBSIDED AFTER "COLD" (I.E. GARAGED) START-UPS. EXPERIENCED ONE ENGINE "BACKFIRE" AT LOW SPEED ON SERVICE ROAD JUST AFTER LEAVING DEALER LOT ..... DAY OF PURCHASE. ALSO EXPERIENCED SOME VERY MINOR HESITATION / STUMBLE ON OCCASION WHEN ACCELERATING AFTER FULL STOP. OTHERWISE ENGINE PERFORMING NORMALLY AT CITY AND HIGHWAY SPEEDS. NOW SUSPECT THAT "TAPPET NOISE" MIGHT HAVE BEEN PISTON SLAP! NOISE WAS WORST AFTER RELEASING GAS PEDAL AT ABOUT 1,000 RPM, WITH RPM FALLING. SOUNDED LIKE AN OLD FARM TRACTOR. DEALER SAYS THEY JUST FINISHED REPLACING ENGINE ON ANOTHER 2013 SANTA FE TODAY. LOUSY FEELING TO HAVE LEMON LAW AS THE ONLY SAFETY NET AFTER TRADING IN A PERFECTLY GOOD 4WD TRUCK, AND THEN PAY THOUSANDS MORE! *TR

**NHTSA ID Number:** 10547921

120

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Incident Date** October 13, 2013

2  **Consumer Location** COOKEVILLE, TN

3  **Vehicle Identification Number** N/A

4  **Summary of Complaint**

5  TL* THE CONTACT OWNS A 2013 HYUNDAI SANTA FE. THE CONTACT

6  STATED THAT WHILE DRIVING APPROXIMATELY 65 MPH, THE ENGINE

7  STALLED WITHOUT WARNING. THE ENGINE FAILED TO RESTART. THE

8  VEHICLE WAS TOWED TO AN AUTHORIZED DEALER FOR DIAGNOSIS

9  HOWEVER, A TROUBLE CODE WAS NOT DETECTED FOR THE

10  MALFUNCTION. THE TECHNICIAN INFORMED THE CONTACT THAT THE

11  ENGINE HAD SEIZED AND WOULD NEED TO BE REPLACED. THE

12  VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED

13  OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 47,000.

14  THE VIN WAS UNAVAILABLE.

15

16  **NHTSA ID Number:** 10537110

17  **Incident Date** August 21, 2013

18  **Consumer Location** LIVERMORE, CA

19  **Vehicle Identification Number** KM8SR4HF4DU****

20  **Summary of Complaint**

21  I WAS AT A LIGHT, AS I LET GO OF THE BRAKE, I HEARD A LOUD

22  CLANKING SOUND AND THE FRONT OF THE CAR SHOOK AND THE CAR

23  IMMEDIATELY DIED. I TRIED TO RESTART, MADE THE SAME SOUND

24  AND DIED. CALLED ROADSIDE AND HAD VEHICLE TOWED TO

25  DEALERSHIP AFTER AN HOUR AND A HALF BEING STUCK AT A

26  LIGHT/INTERSECTION. I WAS TOLD THE NEXT DAY THAT MY CAR

27  SUFFERED A "CATASTROPHIC ENGINE FAILURE". NO CODES CAME UP.

28  THEY DROPPED THE PAN AND SAID METAL PIECES FELL OUT! I WAS

121

LIVID! I'VE ONLY HAD THE CAR LESS THAN A MONTH, ONLY ABOUT 1500 MILES AND THE ENGINE WENT OUT! THANK GOD, I JUST DROPPED THE KIDS OFF TO SCHOOL AND THE ROAD WASN'T SO BUSY AS TO CAUSE AN ACCIDENT. I HAD NO WARNINGS FROM STARTING THE CAR, NO MESSAGES FROM BLUE LINK. SERVICE MANAGER AT DEALERSHIP STATES I WOULD NOT HAVE RECEIVED ANY WARNING, BECAUSE IT HAPPENED QUICK WHICH IS WHY IT IS LABELED AS "CATASTROPHIC FAILURE". WHAT IF THIS HAPPENED WITH MY KIDS IN THE CAR, ON THE FREEWAY, OR TRAVELING? SO A REPLACEMENT ENGINE IS BEING ORDERED FROM SOUTHERN CALIFORNIA. I DON'T TRUST IT. I REPORTED IT TO CORPORATE, WHICH SENT TO REGIONAL OFFICE. AND I AM AWAITING A RESPONSE. I ORIGINALLY REQUESTED A REPLACEMENT VEHICLE BUT AFTER READING THE COMPLAINTS ON NHTSA, I WANT MY MONEY BACK. I DON'T TRUST THIS CAR ANYMORE, I DON'T FEEL SAFE AND I DON'T WANT THE THOUGHT IN THE BACK OF MY MIND THAT THERE COULD BE A CHANCE OF SOMETHING ELSE HAPPENING! MY HUSBAND IS DEPLOYED RIGHT NOW, AND WHAT I DESERVE IS SOME PEACE OF MIND AND NOT PUT MYSELF OR MY CHILDREN AT JEOPARDY OF A POSSIBLE REPEAT ENGINE FAILURE, CRACKED FRONT AXLE, ISSUES WITH ACCELERATION OR WHATEVER ELSE THAT CAN OCCUR THAT I'VE READ ON THIS SITE. THIS IS A DEFINITE SAFETY ISSUE AND SHOULD NOT HAVE TO WAIT FOR MORE COMPLAINTS TO DO SOMETHING ABOUT IT! PLEASE HELP ME RESOLVE THIS WITH GETTING MY MONEY BACK! A BRAND NEW CAR SHOULD NOT HAVE SUFFERED A CATASTROPHIC ENGINE FAILURE! *TR

**NHTSA ID Number:** 11417479

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** May 14, 2021

**Consumer Location** PORT CRANE, NY

**Vehicle Identification Number** 5xyztdlb4eg****

**Summary of Complaint**

THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. THE
CONTACT STATED THAT WHILE HIS WIFE WAS DRIVING
APPROXIMATELY 50 MPH, THE CHECK ENGINE AND BATTERY
WARNING LIGHTS SUDDENLY ILLUMINATED, AND THE VEHICLE LOSS
MOTIVE POWER AND STALLED. THE VEHICLE WAS TOWED TO THE
LOCAL MECHANIC WHO DIAGNOSED THAT THE ENGINE HAD SEIZED
AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT YET
REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE
LOCAL DEALER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS
82,500.

**NHTSA ID Number:** 11406011

**Incident Date** March 30, 2021

**Consumer Location** MARLTON, NJ

**Vehicle Identification Number** 5XYZU3LB4EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. THE
CONTACT STATED WHILE DRIVING AT 50 MPH, THE ENGINE STALLED.
THE VEHICLE STARTED TO SMOKE AND THE CONTACT HAD THE
VEHICLE TOWED TO AN INDEPENDENT MECHANIC. THE CONTACT
STATED ALL OF THE WARNING LIGHTS ILLUMINATED. THE VEHICLE
WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS
DIAGNOSED WITH THE ENGINE NEEDED TO BE REPLACED. THE
CONTACT WAS RELATING THE ISSUE TO NHTSA CAMPAIGN NUMBER:

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

17V226000 (ENGINE AND ENGINE COOLING). THE VEHICLE HAD NOT

BEEN REPAIRED. THE MANUFACTURER HAD NOT BEEN INFORMED OF

THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 105,000.

**NHTSA ID Number:** 11153078

**Incident Date** May 25, 2018

**Consumer Location** ALPHARETTA, GA

**Vehicle Identification Number** 5XYZW3LA8EG****

**Summary of Complaint**

HYUNDAI REPLACED ENGINE CLAIMING IT WAS A NEW ENGINE EVEN

THOUGH IT WAS ACTUALLY A REFURBISHED ENGINE. THIS ENGINE

WAS PUT IN BECAUSE THE ORIGINAL ENGINE FROM MY 2014 HYUNDAI

SANATE FE SPORT 2.0T HAS SEIZED AND COMPLETELY LOCKED UP

WHILE DRIVING ON THE HIGHWAY. A COUPLE THOUSAND MILES

AFTER THIS 'REFURBISHED' ENGINE HAD BEEN OUT IN AFTER DRIVING

DOWN THE HIGHWAY I STARTED TO HEAR SOME RATTLING

FOLLOWED BY A LOUD POP (SOUNDED LIKE A SMALL BOMB GOING

OFF), I LOOK OUT MY REAR VIEW WINDOW BECAUSE SOMETHING

HAD CUT MY EYE AND I PROCEED TO SEE SMOKE COMING OUT THE

REAR VIEW WINDOW. I OBVIOUSLY NEED TO PULL OFF THE SIDE OF

THE HIGHWAY, SO I GO TO GIVE THE CAR SOME GAS TO MERGE OVER

A COUPLE OF LANES TO PULL OVER TO THE SIDE AND THE SAME

THING HAPPENS AS BEFORE WHEN THEY PUT THE 'REFURBISHED'

ENGINE IN (CAR ENGINE LOCKS UP AND I HAVE NO POWER SO I HAVE

TO GLIDE ON OVER TO THE SIDE OF THE HIGHWAY). ONCE I DO THAT, I

CALL THE SERVICE ADVISOR AT HYUNDAI OF FLORENCE (WHERE THE

'REFURBISHED' ENGINE WAS PUT IN) AND MENTION TO HIM I'M STUCK

ON THE SIDE OF THE ROAD AGAIN. AS I CO TO HE SPEAKING TO HIM I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NOTICE THE HOOD OF MY CAR IS STARTING TO MELT. I QUICKLY GET OUT AND START TAKING PICTURES/VIDEOS (FOR PROOF TO SHOW HYUNDAI/INSURANCE) AND WITHIN A SHORT AMOUNT OF TIME, MY CAR IS COMPLETELY ENGULFED IN FLAMES!

**NHTSA ID Number:** 11150666

**Incident Date** October 21, 2018

**Consumer Location** PENSACOLA, FL

**Vehicle Identification Number** 5XYZU3LB1EG****

**Summary of Complaint**

INCIDENT OCCURRED ON I-65. MY HUSBAND AND I WERE TRAVELING HOME FROM A QUICK ROAD TRIP. WHILE PASSING ANOTHER VEHICLE AT 75MPH, OUR SANTE MADE A WEIRD NOISE, THEN LOUD SOUND AND WENT DEAD. MY HUSBAND FOUGHT TO CONTROL THE CAR, BARELY AVOIDED A POSSIBLE FATAL CRASH. WE CALLED HYUNDAI ROADSIDE ASSISTANCE AND WAS TOLD THEY ONLY TOW 47 MILES. THE NEAREST DEALER WAS 50 MILES AWAY. WE WERE LEFT STRANDED, NO SERVICE OR TOW TRUCK FROM HYUNDAI SHOWED UP. HAD TO CALL FAMILY TO COME GET US (NEARLY 3 HOURS AWAY). WE HAD TO RENT A UHAUL AUTO TRANSPORT AND TRUCK TO RECOVER OUR CAR ON THE SIDE OF I-65, HEADING TO OUR HOMETOWN, WE WERE STRANDED IN VERBENA, AL. HYUNDAI FINALLY TOWED CAR TO DEALERSHIP ONCE IN HOMETOWN, WAS TOLD BY SERVICE TECH THAT OUR CAR HAD "CATASTROPHIC ENGINE DAMAGE AND A NEW ENGINE HAS BEEN ORDERED, AT NO CHARGE, DUE TO OUR CAR WAS PART OF THE RECALL. WAS TOLD WE "MIGHT" BE REIMBURSED FOR OUR INCURRED EXPENSE OF HAVING TO TOW THE CAR OURSELVES. WE PURCHASED THE CAR BRAND NEW, WITH AN ADDED ROADSIDE

125

ASSISTANCE PACKAGE, WHICH WE WERE ASSURED WE'D NEVER BE STRANDED, WHICH PROVED A USELESS SALES PLOY. 3 DISABLED PERSONS AND A HIGHWAY PATROL OFFICER HAD TO MANUALLY LOAD THE CAR ONTO THE AUTO TRANSPORT, ONE OF WHICH FELL ON THE ROAD AND CUT THEIR KNEE. WHY IS ADDITIONAL ROADSIDE ASSISTANCE OFFERED WHEN THE DEALERSHIP NEGLECTED TO INFORM US THAT THERE WAS ONLY A 47 MILE TOWING RADIUS. WE WERE ASSURED THAT "WE'D BE COVERED NO MATTER WHERE WE MIGHT TRAVEL. WE HAVE A RENTAL, WHICH RESULTED IN US PAYING A DEPOSIT OUT OF OUR OWN POCKET, "THAT SHOULD BE REFUNDED UPON RETURN OF THE RENTAL". FULL REIMBURSEMENT AND OR A NEW CAR SHOULD BE OFFERED, DUE TO THE CATASTROPHIC ENGINE DAMAGE (THE TERM THE HYUNDAI SERVICE TECH USED) THAT OCCURRED TO OUR 2014 SANTA FE SPORT WITH LESS THAN 53,000 MILES. THANKS HYUNDAI ROADSIDE ASSISTANCE FOR LEAVING US STRANDED.

**NHTSA ID Number:** 11141015

**Incident Date** October 12, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZTDLBXEG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. WHILE DRIVING APPROXIMATELY 45 MPH ON A RAMP TO ENTER A TURNPIKE, THE ENGINE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE VEHICLE WAS ABLE TO RESTART. WHEN THE CONTACT SLOWLY DEPRESSED THE BRAKE PEDAL TO COME TO A COMPLETE STOP, THE FAILURE RECURRED AND THE VEHICLE STALLED WITHOUT

126

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WARNING. THE VEHICLE WAS ABLE TO BE DRIVEN TO A SERVICE STATION AND WAS TOWED TO SUSSMAN HYUNDAI & GENESIS (1645 EASTON ROAD, WILLOW GROVE, PENNSYLVANIA 19090, (215) 392-9020). THE DEALER DIAGNOSED THAT THE FAILURE WAS RELATED TO A TIMING JUMP AND AN EXCESS OF SLUDGE IN THE ENGINE. THE DEALER SUGGESTED THAT THE ENGINE SLUDGE CAUSED THE FAILURES. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURES. THE FAILURE MILEAGE WAS APPROXIMATELY 80,000.

**NHTSA ID Number:** 11130280

**Incident Date** September 17, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZU3LB3EG****

**Summary of Complaint**

MY CAR STARTED MAKING A WEIRD HUMMING SCREECHING NOISE AND THEN THE NEXT DAY IT WOULD NOT START. FOUND OUT THE BEARINGS HAVE FAILED AND CAUSED COMPLETE ENGINE FAILURE. ITS THE SAME PROBLEM WITH YOUR 2011-2013 MODELS SO THE 2014 SHOULD BE INCLUDED IN THAT RECALL. WE HAVE SPENT TONS OF MONEY KEEPING THE CAR UPDATED ON MAINTENANCE FOR COLLEGE AND THIS IS COMPLETELY INAPPROPRIATE FOR A 2014 TO HAVE THIS HAPPEN. THE VEHICLE WAS IN MOTION WHEN THE FIRST NOISE WAS NOTICED THEN PARKED IMMEDIATELY THANK GOODNESS AT HER DORM WHERE THE CAR, THEN WOULD NOT START THE NEXT DAY AND WAS TOWED.

**NHTSA ID Number:** 11115741

127

**Incident Date** July 10, 2018

**Consumer Location** MONSON, MA

**Vehicle Identification Number** N/A

**Summary of Complaint**

I PURCHASED USED 2014 HYUNDAI SANTA FE SPORT ON 8/31/2016 WITH CASH. IN FEBRUARY 2018 WHILE DRIVING IN HIGH SPEED LANE ACCELERATING TO PASS THE RPMS WENT RED AND LOUD BANG, WITH SMOKE FILLING CABIN THROUGH VENTS. I WAS ABLE TO CROSS 3 LANES OF TRAFFIC RUN AWAY FROM CAR CALLED HYUNDAI 24HR TOWING. THEY QUICKLY PICKED ME UP AND CAR GAVE ME KEYS TO LOANER NO QUESTIONS ASKED, THEN IN1 WEEK THEY GAVE CAR BACK WITH BRAND NEW 2017 ENGINE. I WAS THRILLED. THEN ON JULY 10 DRIVING UP HILL SAW SMOKE IN REAR VIEW MIRROR GOING ABOUT 35 MPH. I WENT TO PULL OVER AND HEAD HOME BUT BRAKES WENT TO FLOOR AND POWER STEERING WAS SHOT. I WHIPPED IT INTO PARK AND LOOKED UP TO ENTIRE WINDSHIELD BLOCKED WITH BLACK SMOKE AND ORANGE FLAMES. I GRABBED MY PURSE AND COULDN'T GET OUT BECAUSE I HAD FORGOTTEN ABOUT SEATBELT. UNDID THAT GRABBED PHONE AND SPRINTED FOR MY LIFE AS THERE WERE NUMEROUS EXPLOSIONS. VEHICLE BURNED TO FRAME. IT WAS STILL UNDER BUMPER TO BUMPER WARRANTY BUT THE BUMPERS WERE GONE! THANKS BE TO GOD THAT MY HANDICAPPED HUSBAND HAD DECLINED TO COME WITH ME. I HAD A RENTAL FROM INSURANCE AT NO COST, HYUNDAI WANTS ALL PAPERWORK ON CAR WHICH BURNED WITH IT.

**NHTSA ID Number:** 11105401

**Incident Date** June 28, 2018

CLASS ACTION COMPLAINT                                                    Case No.

**Consumer Location** ARROYO GRANDE, CA

**Vehicle Identification Number** 5XYZU3LA7EG****

**Summary of Complaint**

AFTER DRIVING THE VEHICLE 15 MILES ON THE HIGHWAY, WE DROVE ON RESIDENTIAL STREET FOR ABOUT 1.5 MILES. AS I WAS TURNING INTO A PARKING STRUCTURE THE ENGINE STOPPED AND THE VEHICLE LOST POWER. I GLIDED THE VEHICLE TO A RED ZONE NO PARKING AREA ON THE STREET AND STOPPED THE VEHICLE. BLACK SMOKE QUICKLY APPEARED FROM UNDER THE HOOD AND FLAMES QUICKLY APPEARED. THE FRONT OF THE VEHICLE SOON BECAME ENGULFED IN FLAMES SHOOTING 4-6 FEET HIGH. THE FIRE DEPARTMENT ARRIVED AND SPRAYED THE FRONT OF THE VEHICLE WITH A FOAM FIRE RETARDANT. THEN THEY CUT THE HOOD LATCH AND OPEN THE HOOD. THE ENTIRE ENGINE COMPARTMENT, WINDSHIELD AND THE FRONT PASSENGER AREA WERE COMPLETELY DESTROYED. THE VEHICLE WAS MELTED TO THE STREET AND THE TOW DRIVER HAD TO SMASH IT LOOSE.

**NHTSA ID Number:** 11075510

**Incident Date** September 22, 2017

**Consumer Location** COLUMBUS, OH

**Vehicle Identification Number** 5XYZT3LBXEG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. WHILE DRIVING APPROXIMATELY 70 MPH, THE ENGINE SEIZED WITHOUT WARNING. THE VEHICLE WAS TOWED TO RICART HYUNDAI IN COLUMBUS, OHIO WHERE IT WAS DIAGNOSED THAT METAL SHAVINGS WERE DEPOSITED INTO THE ENGINE, WHICH CAUSED THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

129

CLASS ACTION COMPLAINT                                          Case No.

FAILURE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING). THE FAILURE MILEAGE WAS 82,000.

**NHTSA ID Number:** 11047961

**Incident Date** November 12, 2017

**Consumer Location** PONTE VEDRA BEACH, FL

**Vehicle Identification Number** 5XYZT3LB3EG****

**Summary of Complaint**

ON 11/13/17 I DROPPED MY VEHICLE OFF AT A LOCAL MECHANIC FOR A ROUTINE OIL CHANGE AND TO ASK HIM TO TRY AND DIAGNOSES THE KNOCKING NOISE. THE MECHANIC REPORTED BACK THAT HE THOUGHT IT WAS A BEARING WITHIN THE MOTOR DID NOT RECOMMEND ME DRIVING THE VEHICLE AS IT COULD POTENTIALLY BLOW OUT THE SIDE OF THE ENGINE BLOCK AND SEIZE THE MOTOR COMPLETELY. AT THIS POINT I HAD THE VEHICLE TOWED TO A LOCAL HYUNDAI DEALER FOR A DIAGNOSTIC. THE DIAGNOSTIC RESULTED IN THE DEALERSHIP INFORMING US THAT THAT MY ENTIRE ENGINE NEEDED TO BE REPLACED. THE DEALERSHIP REACHED OUT TO HYUNDAI MOTOR AMERICA IN AN ATTEMPT TO TRY AND HAVE THE ENGINE COVERED UNDER WARRANTY OR RECALL NOTICE. THIS REQUEST WAS ULTIMATELY DENIED BECAUSE I WAS NOT THE ORIGINAL OWNER AND THEREFORE WAS NOT ENTITLED TO THE 100,000 MILE WARRANTY BUT WAS ALSO INFORMED THAT MY VIN DID NOT QUALIFY FOR THE RECALL FROM EARLIER IN 2017 FOR THIS ISSUE. THE RECALL WAS RELEASED EARLIER IN 2017 FOR THE 2.4 MOTOR IN 2013 AND 2014 SONATA AND SANTA FE SPORT VEHICLES.

130

THEY WERE BEING RECALLED DUE TO ENGINE FAILURES CAUSED BY A MACHINING ISSUE THAT CAUSED BEARING WEAR AND THEN PREMATURE ENGINE FAILURE. I WAS TOLD THAT MY VIN NUMBER WAS NOT ON THE RECALLED LIST AND THEREFORE WOULD NOT BE COVERED AND THAT WAS ALL THE INFORMATION ANYONE COULD PROVIDE TO ME. UPON ATTEMPTING TO ESCALATING MY CONCERNS AT THE DEALERSHIP LEVEL WAS WAS TOLD THAT THERE WAS NOTHING ELSE THAT COULD BE DONE AND I WAS INSTRUCTED TO REACH OUT TO HYUNDAI MOTOR AMERICA AND FILE A CASE AND REPORT BACK TO THE DEALERSHIP.I WAS INFORMED BY THE AGENT AT HYUNDAI MOTOR AMERICA THAT MY CASE WAS ALREADY MARKED AS A FINAL DECISION AND THAT NOTHING COULD BE DONE. THE ONLY THING I COULD DO WAS REACH OUT TO HYUNDAI MOTOR AMERICA VIA EMAIL OR WRITTEN LETTER. THE ESTIMATE TO REPAIR MY VEHICLE WITH A REFURBISHED MOTOR IS $7,867.66 OR A TRADE IN VALUE OF $3000.

**NHTSA ID Number:** 11033095

**Incident Date** August 14, 2017

**Consumer Location** GRETNA, LA

**Vehicle Identification Number** 5XYZU3LBXEG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. WHILE DRIVING APPROXIMATELY 70 MPH, THE VEHICLE MADE A SHRIEKING NOISE AND SHUT OFF WITHOUT WARNING. THE VEHICLE WAS COASTED TO THE SIDE OF THE ROAD AND TOWED TO HYUNDAI OF SLIDELL IN SLIDELL, LA, 985-641-0671. THE DEALER DIAGNOSED THAT A PIECE OF METAL WAS IN THE OIL AND CLOGGED THE ENGINE. THE

CLASS ACTION COMPLAINT                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THERE WAS NO RECALL. THE VEHICLE WAS REPAIRED. ADDITIONALLY, THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 17V358000 (LATCHES/LOCKS/LINKAGES); HOWEVER, THE PART TO DO THE REPAIR WAS UNAVAILABLE. THE FAILURE MILEAGE WAS APPROXIMATELY 35,000. *BF UPDATED 7/27/18*JB *AS

**NHTSA ID Number:** 11032575

**Incident Date** September 22, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYZT3LBXEG****

**Summary of Complaint**

I WAS DRIVING MY CAR ON THE HIGHWAY GOING 75 MILES AN HOUR WHEN MY ENGINE JUST SEIZED UP AND SHUT DOWN. IT WOULDN'T START BACK UP. I HAD IT TOWED TO THE DEALER AND I HAVE METAL SHAVINGS IN MY OIL PAN AND MY ENGINE IS SEIZED UP. THERE IS A RECALL ON THIS MAKE, MODEL AND ENGINE FOR THE EXACT SAME PROBLEM BUT THE RECALL DATES ARE FROM 6/28/2012- 6/31/2014 AND MY CAR WAS PRODUCED ON 6/9/2014. 9 DAYS OUTSIDE THE RECALL WINDOW AND THEY ARE NOT COVERING MY CAR OR MY CLAIM. THE DEALER EVEN SAID I HAD THE PROBLEM THAT WAS IN THE RECALL AND THEY DO NOT UNDERSTAND WHY HYUNDAI ISN'T COVERING IT. MY CAR CLEARLY HAS THE SAME PROBLEM AS IN THE RECALL CAMPAIGN 162 AND HYUNDAI ISN'T COVERING IT.

**NHTSA ID Number:** 11014580

**Incident Date** June 3, 2017

CLASS ACTION COMPLAINT                                          Case No.

**Consumer Location** HAMPTON, CT

**Vehicle Identification Number** N/A

**Summary of Complaint**

WHILE ON A FAMILY ROAD TRIP, MY SANTA FE STARTED CLATTERING AND MAKING NOISE. IT HAD BEEN RUNNING FINE AND NO INDICATOR LIGHTS WERE ON. THE CAR JUST QUIT IN THE MIDDLE AND WE HAD TO COAST TO SAFETY ON THE SIDE OF THE ROAD WHERE WE WAITED FOR HOURS FOR HYUNDAI ROADSIDE ASSISTANCE TO TOW US TO THE LOCAL DEALERSHIP. THE ENGINE IS BLOWN DUE TO A RECALL. IT HAS NOW BEEN LONGER THAN 60 DAYS AND HYUNDAI DOES NOT HAVE AN ENGINE TO REPLACE IT. I HAVE LEARNED THAT THERE IS NOW A SECOND RECALL INVOLVING A FAULTY HOOD LATCH WHICH IS ALSO A SAFETY HAZARD.

**NHTSA ID Number:** 11014264

**Incident Date** August 9, 2017

**Consumer Location** WEST COVINA, CA

**Vehicle Identification Number** 5XYZU3LB1EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 HYUNDAI SANTA FE SPORT. WHILE DRIVING 55 MPH, THE VEHICLE STALLED WITHOUT WARNING. PRIOR TO THE FAILURE, THE VEHICLE MADE A CLICKING SOUND COMING FROM THE ENGINE. FURTHERMORE, THE VEHICLE LOST POWER COMPLETELY AND THE CONTACT COASTED THE VEHICLE TO THE RIGHT SIDE OF THE ROAD. THE VEHICLE WAS TOWED TO PUENTE HILLS HYUNDAI LOCATED IN INDUSTRY, CALIFORNIA. THE DEALER STATED THAT THE ENGINE BLOCK MOTOR NEEDED TO BE REPLACED AND THAT THE CONTACT WOULD BE FINANCIALLY RESPONSIBLE FOR

133

THE REPAIR. THE MANUFACTURER WAS NOT MADE AWARE OF THE

ISSUE. THE CONTACT RECEIVED NHTSA CAMPAIGN NUMBER:

17V226000 (ENGINE AND ENGINE COOLING), WHICH HE STATED WAS

DIRECTLY RELATED TO THE FAILURE AS OUTLINED IN THE RECALL.

THE FAILURE MILEAGE WAS 65,879.


**NHTSA ID Number:** 11452470

**Incident Date** February 10, 2022

**Consumer Location** MIAMI GARDENS, FL

**Vehicle Identification Number** 5XYZT3LB8FG****

**Summary of Complaint**

The contact's mother owns a 2015 Hyundai Santa Fe Sport. The contact stated that while her mother was driving at an undisclosed speed, the vehicle made an abnormal sound. The contact's mother was able to drive to her residence; however, the vehicle was not able to restart. The vehicle was towed to the dealer and diagnosed with engine failure. The contact was informed that the engine needed to be replaced and that there was a Service Campaign Number: 953 (ECM & Cluster Update - Engine Monitoring Logic Product Improvement) associated with the VIN that was unrepaired. The contact's mother did not receive notification of the Service Campaign. The vehicle was not repaired and remained at the dealer. The manufacturer was made aware of the failure but informed the contact that the vehicle was out of warranty. The failure mileage was 90,088.


**NHTSA ID Number:** 11437546

**Incident Date** October 16, 2021

**Consumer Location** FAIRFIELD, CA

**Vehicle Identification Number** 5xyzt3lb5fg****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The contact's sister owns a 2015 Hyundai Santa Fe Sport. The contact stated that while his sister was driving and following him on the highway at 60 MPH, the vehicle shut off without warning. His sister managed to pull the vehicle off to the side of the road and had the vehicle towed to the residence. Prior to the failure, the contact had taken the vehicle to a dealer where she had the vehicle serviced under an unknown recall. The manufacturer had yet to be notified of the failure. The vehicle had yet to be repaired. The failure mileage was approximately 71,000.

**NHTSA ID Number:** 11428836

**Incident Date** August 10, 2021

**Consumer Location** HAMPTON, VA

**Vehicle Identification Number** 5XYZTDLB9FG****

**Summary of Complaint**

The contact owns a 2015 Hyundai Santa Fe Sport. The contact stated while driving 60 mph, the accelerator pedal was depressed however, the vehicle would not exceed 60 mph. The check engine warning light was illuminated. The vehicle was taken to Pepboys who diagnosed that the engine had failed due to vibrations caused by the damaged connecting rod bearing. The dealer was made aware of the failure. The manufacturer was not made aware of the failure. The vehicle was not repaired. The approximate failure mileage was 147,000.

**NHTSA ID Number:** 11397725

**Incident Date** January 6, 2021

**Consumer Location** CARSON, CA

**Vehicle Identification Number** 5XYZU3LB6FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 HYUNDAI SANTA FE SPORT. THE CONTACT STATED WHILE DRIVING 15 MPH, THE VEHICLE LOSS

135

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MOTIVE POWER AND STALLED. THE CONTACT STATED THAT THE OIL WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO THE LOCAL DEALER WIN HYUNDAI CARSON (2205 E. 223RD ST, CARSON, CA 90810, (310) 971-2114) WHERE IT WAS DIAGNOSED WITH SLUDGE IN THE ENGINE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS INFORMED OF THE FAILURE AND THE CONTACT WAS STILL AWAITING A RESPONSE. THE FAILURE MILEAGE WAS APPROXIMATELY 38,496.

**NHTSA ID Number:** 11229436

**Incident Date** July 1, 2019

**Consumer Location** WEST POINT, CA

**Vehicle Identification Number** 5XYZTDLB6FG****

**Summary of Complaint**

WHILE ACCELERATING THE ENGINE STARTED TO MAKE NOISE. THE NOISE ALMOST SOUNDED LIKE METAL STUCK SPINNING AROUND IN A METAL FAN. IT STOPPED WHEN I LET OFF THE GAS AND WAS FINE FOR ANOTHER MILE. IT THEN STARTED SOUNDING AGAIN BUT DID NOT STOP WHEN I LET OFF THE GAS. I BARELY MADE IT INTO A PARKING LOT THEN HAD TO CALL TO HAVE IT TOWED. YOU CAN HEAR THE NOISE WHEN THE CAR IS TURNED ON AND ESPECIALLY WHEN IT IS ACCELERATING. THE VEHICLE MOVES VERY SLOWLY AND THE NOISE BECOMES VERY LOUD WHEN ACCELERATING. I HAVE A VIDEO OF THE SOUND BUT CANNOT ATTACH TO THIS. IT KIND OF SOUNDS LIKE THE MARBLE IN A SPRAY PAINT CAN WHEN SHAKING IT. I WAS DRIVING UP A HILL ON A RURAL 1 LANE HYWAY.

**NHTSA ID Number:** 11205067

136

**Incident Date** April 24, 2019

**Consumer Location** HENDERSON, NV

**Vehicle Identification Number** 5XYZU3LB8FG****

**Summary of Complaint**

MAJOR ENGINE FAILURE. DEALER IS REPLACING THE ENGINE PER POWERTRAIN WARRANTY.

**NHTSA ID Number:** 11173872

**Incident Date** January 10, 2019

**Consumer Location** ROSCOE, PA

**Vehicle Identification Number** 5XYZTDLBXFG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 HYUNDAI SANTA FE SPORT. WHILE THE CONTACT'S DAUGHTER WAS DRIVING AT AN UNKNOWN SPEED, A KNOCKING SOUND WAS HEARD FROM THE ENGINE AND THE VEHICLE STALLED. IN ADDITION, SMOKE WAS SEEN FROM THE ENGINE COMPARTMENT. THE CONTACT WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO AUTO LAND HYUNDAI (20 E FAYETTE ST, UNIONTOWN, PA 15401, (724) 437-9999) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 50,000. *TT CONSUMER STATED ENGINE BLEW OUT AND HAD TO BE REPLACED.*JB

**NHTSA ID Number:** 11173619

**Incident Date** January 27, 2019

**Consumer Location** FLORENCE, SC

137

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYZWDLAXFG****

**Summary of Complaint**

HYUNDAI SANTA FE SPORT 2.0 ENGINE 2015 AS I WAS DRIVING DOWN THE HIGHWAY GOING ABOUT 75-80MPH I STARTED TO HEAR A WEIRD NOISE. WHEN I DECREASED MY SPEED THE NOISE DISAPPEARED AS I BEGAN TO INCREASE MY SPEED THE NOISE STARTED AGAIN. IT SOUNDED LIKE TICKING/RATTLING NOISE. THERE WAS NO INDICATION LIGHTS THAT SOMETHING WAS WRONG. NOTHING! I HAD TO SPEND MONEY TO HAVE THE SUV TOWED TO THE DEALERSHIP AND FOR THE DEALERSHIP TO TELL ME THAT THE MOTOR IS GONE AND THAT IT WILL COST ME $5,500.00 TO HAVE IT FIXED. I AM NOT A HAPPY CAMPER.

**NHTSA ID Number:** 11120118

**Incident Date** August 5, 2018

**Consumer Location** AUBREY, TX

**Vehicle Identification Number** 5XYZT3LB6FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 HYUNDAI SANTA FE SPORT. WHILE DRIVING APPROXIMATELY 70 MPH, A METAL NOISE WAS HEARD FROM THE ENGINE COMPARTMENT. THE VEHICLE WAS PULLED OVER TO THE SIDE OF THE ROAD AND THE ENGINE SHUT OFF WITHOUT WARNING. THE DEALER WAS NOT CONTACTED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THERE WAS NO RECALL. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 85,000.

**NHTSA ID Number:** 11103485

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**Incident Date** June 15, 2018

**Consumer Location** ROCK HILL, SC

**Vehicle Identification Number** 5XYZT3LB9FG****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY WHEN THE ENGINE SEIZED AND TURNED OFF. LUCKILY I WAS ABLE TO PULL OFF TO THE SIDE OF THE ROAD. THE CAR HAD TO BE TOWED TO THE HYUNDAI DEALERSHIP. THEY TOLD US THAT THE MOTOR IS LOCKED AND WILL NOT TURN OVER BECAUSE OF INTERNAL ENGINE FAILURE AND THERE WAS SLUDGE AND METAL IN THE OIL PAN. THE ASSISTANT MANAGER THEN TOLD US THAT THIS WAS ALSO A PROBLEM FOUND WITHIN THE 2013-2014 MODELS THAT HAD GOTTEN RECALLED, BUT THERE WAS NOTHING THEY COULD DO FOR US AND WE HAVE TO PAY OUT OF POCKET FOR A NEW ENGINE.

**NHTSA ID Number:** 11081581

**Incident Date** March 18, 2018

**Consumer Location** ATLANTA, GA

**Vehicle Identification Number** 5XYZW4LA7FG****

**Summary of Complaint**

PURCHASED A CPO CAR FROM DEALERSHIP. 32K MILES. DROVE APPROXIMATELY 150 MILES WHEN DRIVING UP A MAJOR HIGHWAY AT 60MPH, ENGINE STARTING SEVERE KNOCKING, IN LESS THEN 1/2 MILE, ENGINE FAILED. ELECTRICAL WORKED, PUT ON HAZARD LIGHTS. BRAKES WERE UNUSABLE. COASTED TO EMERGENCY LANE AND PUSHED INTO PARK. CAR WAS TOWED BACK TO DEALERSHIP WHERE IT WAS DETERMINED THAT THE CAR ENGINE THREW A ROD. ENTIRE ENGINE NEEDED TO BE REPLACED. THIS CAR WAS

139

"CERTIFIED". CAR WAS RETURNED TO DEALERSHIP WHERE A FULL REFUND WAS OBTAINED. I HAVE VIDEO OF THE ENGINE SOUND.

**NHTSA ID Number:** 11453366

**Incident Date** February 9, 2022

**Consumer Location** GARNER, NC

**Vehicle Identification Number** KM8SR4HF2FU****

**Summary of Complaint**

Motor seized no warning no lights no previous issues while driving

**NHTSA ID Number:** 11451020

**Incident Date** November 3, 2020

**Consumer Location** HILO, HI

**Vehicle Identification Number** Km8smdhf0fu****

**Summary of Complaint**

No warning lights. Had started making a small noise that morning but nothing of concern, sounded like a rock in my tire. Was driving up hill, started struggling, then lost all power, had no brakes, Parts went flying out from under car. Smoke came out from hood. Had no brakes or power. Cars behind me could have been hit by flying parts, left a trail of parts on road. I had my kids in car and if we would have been going down hill I wouldn't have been able to stop. Had entire engine replaced. Hole in engine block. Piston and and valve pieces on road

**NHTSA ID Number:** 11447135

**Incident Date** January 2, 2022

**Consumer Location** FAIRPORT HARBOR, OH

**Vehicle Identification Number** 5XYZT3LB6FG****

**Summary of Complaint**

140

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

My car shut down while traveling at a normal speed on a freeway and I had to pull over as it slowed down. This was unsafe on a busy highway while I waited 3 hours to be towed. The car dealer service center stated a faulty connecting rod bearing failure caused the problem and requires a new engine to be installed. There were no warning lights or sounds prior to the problem. Regular maintenance was done including an oil change and filter within the 6month recommendation. The dealership said there was no oil and the engine seized.

**NHTSA ID Number:** 11446316

**Incident Date** December 30, 2021

**Consumer Location** SAINT LOUIS, MO

**Vehicle Identification Number** KM8SNDHF3FU****

**Summary of Complaint**

The engine completely failed while driving on the highway. The check engine light appeared approximately 20 minutes prior to event. Vehicle was serviced regularly, Including at a hyundai dealership in July. Per our independent mechanic the engine seized up. The engine is available upon request.

**NHTSA ID Number:** 11443461

**Incident Date** December 1, 2021

**Consumer Location** BUENA PARK, CA

**Vehicle Identification Number** 5xyzu3lb9fg****

**Summary of Complaint**

Shortly after getting on the freeway the car suddenly decelerated and came to a complete stop. I was able to pull onto the shoulder just in time. The engine died and would not restart. My daughter and I were in a very dangerous situation that could have been tragic. The car was towed to a mechanic that confirmed the engine had seized and a whole new motor is needed.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

**NHTSA ID Number:** 11432922

**Incident Date** August 12, 2021

**Consumer Location** SYKESVILLE, MD

**Vehicle Identification Number** km8srdhf9fu****

**Summary of Complaint**

On August 12th 2021, I was driving the engine started making a knocking/tapping sound. As I accelerated it sounded like something broke off, bounced around then shot out the bottom of my vehicle. My vehicle then started to smoke and leak oil all over the road. I pulled over and turned the engine off. We found the part that flew out of the engine, it was the connector rod. It had snapped off into two pieces and shot through the oil pan after passing through the engine causing irreparable damage. There were no warning signs, no check engine or oil lights, nothing. This happened out of the blue. Our safety as well as the safety of others were put at risk not only when the part flew out of the car and could have hit another vehicle, but it almost caught fire and it could have caused an accident had we nowhere to pull off the road, as traffic was heavy that day. This vehicle has been at the Hyundai dealership since August 13th 2021. It has been inspected and determined it in deed needs a new engine, the cause was connector rod failure.

**NHTSA ID Number:** 11425679

**Incident Date** July 15, 2021

**Consumer Location** MORENO VALLEY, CA

**Vehicle Identification Number** KM8SR4HF1FU****

**Summary of Complaint**

I was driving on the highway with my 3 children (I am 9 months pregnant) when we heard a loud pop from the engine, the car gave a sudden jolt and then a loud ticking sound started. The car had a hard time accelerating as I tried to pull over to a safe

142

location. I felt my life and my family's life was in danger. The car was taken first to a mechanic where I was informed that they had several cases with the same issue from the same vehicles recently and recommended us tow it immediately to a Hyundai dealership as it was a recall issue and it was not safe to drive. We towed it to a Hyundai dealership and they informed us that it was a rod barring failure. They informed us that there was indeed an open recall for this particular issue however it was on the Santa fe 2.4 liter models and not our 3.3 liter model. They did tell us that they tried to contact Hyundai consumer affairs since it is the same issue but that Hyundai refused to extend the recall to us. I called consumer affairs directly after and explained my concerns and situation and was told there was nothing they could do about it since there was no recall on my 3.3 liter vehicle. I was given an estimate of $9-10K as a quote to fix the issue. There were no warning lights, no prior symptoms to the failure, this simply happened unexpectedly and put my family at risk.

**NHTSA ID Number:** 11389546

**Incident Date** January 17, 2021

**Consumer Location** NICEVILLE, FL

**Vehicle Identification Number** KM8SNDHF3FU****

**Summary of Complaint**

2015 HYUNDAI SANT FE LIMITED 3.3L AWD, PURCHASED NEW FROM DEALERSHIP, 129,280 MILES. ROUTINE OIL SERVICE WITH MOBIL 1 SYNTHETIC AND WIX FILTERS SINCE PURCHASED. TRAVELING 75MPH ON I-10 (FLORIDA) WITH CRUISE CONTROL ON. NOT TOWING, TRAVELING STRAIGHT. AS THE VEHICLE STARTED UP A SMALL GRADE IN THE ROAD, THE CRUISE CONTROL SURGED (AS NORMAL TO MAINTAIN VEHICLE SPEED) I HEARD A BANG, CHECK ENGINE LIGHT CAME ON, OIL LIGHT CAME ON, ENGINE DIED IMMEDIATELY. I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

143

IMMEDIATELY SHIFTED INTO NEUTRAL AND LOOKED OUT THE PASSENGER WINDOW TO MERGE ONTO THE SHOULDER AND NOTICED AN ORANGE GLOW OUTSIDE (IT WAS NIGHT). ONCE STOPPED, OPENED HOOD AND NOTICED SMELL OF OIL, OIL POOLED IN THE UNDERBODY FAIRING. CHECKED OIL DRAIN PLUG AND FILTER, AS I HAD AN OIL CHANGE 700 MILES PRIOR. BOTH WERE STILL PROPERLY INSTALLED. TOWED TO LOCAL MECHANIC, DIAGNOSIS WAS SEIZED ENGINE. INSPECTED ENGINE BLOCK AND NOTICED FIST SIZED HOLE IN BLOCK (SEE PHOTOS). TOWED TO DEALERSHIP, WAS INFORMED THEY HADN'T SEEN THIS BEFORE ON THIS ENGINE. I INFORMED THEM I CURRENTLY DRIVE A 2001 HYUNDAI ELANTRA WITH 220K MILES ON IT AND HAVE BEEN DRIVING/MAINTAINING CARS FOR 30 YEARS AND I'VE NEVER SEEN THIS BEFORE EITHER. WAS INFORMED THAT THEY SUSPECT IMPROPER OIL MAINTENANCE. OIL AND FILTER BOTH REPLACED EVERY 5000 MILES. ALWAYS MOBILE 1 SYNTHETIC AND WIX (GOOD QUALITY FILTERS/OIL). I SUSPECT HYUNDAI HAS ENGINE RELIABILITY ISSUES. NO PRIOR ENGINE ISSUES NOTICED. NO CHECK ENGINE LIGHTS PRIOR. NO OIL LIGHTS ON PRIOR. WE JUST COMPLETED A TRIP TO NASHVILLE, TN (860 MILES ROUND TRIP) AND WERE RETURNING FROM JASPER, FL (460 MILES ROUND TRIP). OIL AND FILTER REPLACED RIGHT BEFORE TRIP. TIRES BALANCED AND ROTATED. IN OTHER WORDS, I MAINTAIN MY CAR.

**NHTSA ID Number:** 11365634

**Incident Date** October 20, 2020

**Consumer Location** LOCUST GROVE, VA

**Vehicle Identification Number** KM8SMDHF9FU****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TL* THE CONTACT OWNS A 2015 HYUNDAI SANTA FE. THE CONTACT STATED WHILE DRIVING 40 MPH, SHE HAD HEARD AN ABNORMAL KNOCKING SOUND COMING FROM THE ENGINE. AS THE CONTACT ATTEMPTED TO PULL OVER, THE VEHICLE BEGAN TO LOSE POWER WITH SEVERAL WARNING LIGHTS ILLUMINATED. THE CONTACT WAS PULLED OVER TO SHOULDER AND BLACK SMOKE STARTED COMING FROM THE ENGINE. DUE TO THE FAILURE, THE CONTACT HAD THE VEHICLE TOWED TO POHANKA HYUNDAI OF FREDERICKSBURG (5200 JEFFERSON DAVIS HWY A, FREDERICKSBURG, VA 22408). THE NEXT DAY, THE CONTACT WAS INFORMED THAT A CONNECTING ROD BECAME DEFECTIVE AND LED TO COMPLETE ENGINE FAILURE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 108,818.*DT CONSUMER STATED VEHICLE IS CURRENTLY AT POHANKA HYUNDAI OF FREDERICKSBURG.*JB

**NHTSA ID Number:** 11351714

**Incident Date** December 20, 2017

**Consumer Location** CANAL FULTON, OH

**Vehicle Identification Number** KM8SM4HF7FU****

**Summary of Complaint**

ENGINE SEIZED-NEEDED COMPLETE REPLACEMENT; $3,344 PAID TO WAIKEM HYUNDAI CANTON, OH- ENGINE LIGHT CAME WHILE DRIVING AND CAR STALLED. NEVER STARTED AGAIN, TOWED TO WAIKEM HYUNDAI, DENIED WARRANTY COVERAGE STATING NO PROOF OF ADEQUATE OIL CHANGES, EVEN THOUGH MANY PUBLISHED REPORTS OF HYUNDAI SANTA FE ENGINE FAILURES. I BELIEVE ENGINE RECALLS EXIST FOR 2014, ONE YEAR AWAY FROM

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OUR 2015- BELIEVE ISSUES OBVIOUSLY WEREN'T FIXED AND HYUNDAI NOT BEING ACCOUNTABLE FOR THEIR MISTAKES. OWNED MANY, MANY VEHICLES OVER MANY YEARS...NONE EVER HAD COMPLETE ENGINE FAILURE LIKE THIS HYUNDAI. REPAIR RECEIPT AVAILABLE UPON REQUEST.

**NHTSA ID Number:** 11290927

**Incident Date** December 15, 2019

**Consumer Location** OWENSBORO, KY

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNED A 2015 HYUNDAI SANTA FE. WHILE DRIVING 5-10 MPH, SMOKE AND FLAMES APPEARED FROM THE FRONT OF THE VEHICLE. THE CONTACT EXITED THE VEHICLE AND CONTACTED THE FIRE DEPARTMENT. THE FIRE DEPARTMENT WAS ABLE TO EXTINGUISH THE FIRE. A FIRE REPORT WAS NOT FILED. THE VEHICLE WAS DESTROYED AND TOWED TO A POLICE TOW YARD. THE CONTACT WAS UNAWARE IF THE VEHICLE WAS INSPECTED. DON MOORE HYUNDAI (3200 VILLA POINT, OWENSBORO, KY 42303, (270) 685-5555) AND THE MANUFACTURER WERE INFORMED OF THE FAILURE. THE FAILURE MILEAGE AND VIN WERE UNKNOWN.

**NHTSA ID Number:** 11179857

**Incident Date** January 25, 2019

**Consumer Location** FRANKLIN, TN

**Vehicle Identification Number** KM8SR4HF1FU****

**Summary of Complaint**

WHILE DRIVING ON CITY STREET AT ABOUT 40 MPH, A KNOCKING

146

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SOUND WAS HEARD FROM THE ENGINE. AFTER DRIVING ANOTHER 5 MILES THE NOISE BECAME LOADER AND THE ENGINE CHECK LIGHT CAME ON. TOOK THE VEHICLE TO THE DEALERSHIP (HYUNDAI OF COOL SPRINGS, FRANKLIN, TN) FOR SERVICE. AFTER SEVERAL DAYS WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THEY FOUND SLUDGE AND METAL SHAVINGS INSIDE THE ENGINE AND OIL PAN. HYUNDAI WAS NOTIFIED OF THE PROBLEM AND DENIED THE CLAIM. THE DEALERSHIP CHANGED THE OIL AND TOLD ME I WOULD HAVE TO PAY FOR A NEW ENGINE. VEHICLE HAS APPROXIMATELY 68,000 MILES. STILL UNDER WARRANTY. CAN NO LONGER DRIVE THE CAR.

**NHTSA ID Number:** 11089163

**Incident Date** April 16, 2018

**Consumer Location** RANDALLSTOWN, MD

**Vehicle Identification Number** 5XYZTDLB0FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 HYUNDAI SANTA FE. WHILE DRIVING 75 MPH, THE VEHICLE STALLED AND THE CHECK ENGINE AND OTHER WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS ABLE TO COAST TO THE SIDE OF THE ROAD. THE CONTACT POWERED OFF THE VEHICLE, RESTARTED IT, AND WAS ABLE TO DRIVE. THE VEHICLE WAS TAKEN TO LEN STOLER HYUNDAI (1906, 11275 REISTERSTOWN RD, OWINGS MILLS, MD 21117, (443) 249-8884) WHERE IT WAS DIAGNOSED THAT METAL WAS FOUND THROUGHOUT THE ENGINE AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND CASE NUMBER: 11185417 WAS OPENED. THE APPROXIMATE FAILURE

CLASS ACTION COMPLAINT                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILEAGE WAS 76,000.

**NHTSA ID Number:** 11013824

**Incident Date** July 14, 2017

**Consumer Location** PARAGOULD, AR

**Vehicle Identification Number** 5XYZUDLB1FG****

**Summary of Complaint**

ENGINE SEIZED ON THE VEHICLE AFTER 32000 MILES. SERVICE DEPARTMENT CLAIMS THIS IS DUE TO POOR MAINTENANCE DESPITE ADEQUATE OIL CHANGES OCCUR DURING WITH THE MOST RECENT 1 DAY PRIOR TO VEHICLE BREAK DOWN. WE HAD DROVE THE VEHICLE LESS THAN 20 MILES FOLLOWING THE OIL CHANGE AND WAS LEAVING FOR A FAMILY VACATION AND WAS LESS THAN A MILE FROM OUR HOUSE WHEN IT BROOKE DOWN ON A CITY STREET WHEN THE BREAKDOWN OCCURRED. AFTER TOWING THE VEHICLE TO A LOCAL DEALERSHIP IT WAS FOUND TO HAVE A SEIZED ENGINE.

**NHTSA ID Number:** 11453959

**Incident Date** December 20, 2021

**Consumer Location** MONROE, NC

**Vehicle Identification Number** KM8SM4HF5GU****

**Summary of Complaint**

While driving car would slow speed unexpectedly. In addition to this issue the heat in the car stopped working. After having several system flushes and parts replaced by our mechanic we took it to the dealership for evaluation and was advised the car has complete engine failure. No check engine light ever came on!! Was advised by dealership that several complaints have been made about this particular engine but no recalls have been made. The transmission for this car was already replaced less

148

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

than a month after purchasing at 66,000+ miles due to a defect, and it has been continuous issues since then. Car has been regularly maintained and despite these preventative maintenance steps the engine still failed. Hyundai I am sure is aware of these engine issues and should address them immediately. Consumer would like to add that after speaking with the salvage yard about a replacement engine the gentleman advised that he received 1000+ inquires for a engine for this make and model year.

**NHTSA ID Number:** 11452495

**Incident Date** February 12, 2022

**Consumer Location** RAMONA, CA

**Vehicle Identification Number** km8sr4hf3gu****

**Summary of Complaint**

The contact owns a 2016 Hyundai Santa Fe. The contact stated that while driving at 60 MPH, an abnormal knocking noise had emitted from the engine. As the contact began to pull over, the vehicle stalled without warning. The contact was able to pull over and upon inspection of the vehicle saw that large pieces of the engine had scattered over the highway. Due to the failure, the contact had the vehicle towed to the dealer where a diagnostic was performed; it was later determined that the engine rod had punctured the engine block causing the engine failure. The manufacturer had yet to be notified of the failure. The contact was given an estimate for the repair. The vehicle had yet to be repaired. The failure mileage was approximately 120,000.

**NHTSA ID Number:** 11451662

**Incident Date** December 9, 2021

**Consumer Location** VIRGINIA BEACH, VA

**Vehicle Identification Number** KM8SMDHF9GU****

**Summary of Complaint**

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I was driving on I-64 (eastbound), east of Richmond, VA heading home to Virginia Beach, VA. I noticed a knocking sound, intermittent at first, but becoming more prevalent and much louder. By the time I got home, the engine knocking was horrible. I looked under the car, and saw some oil around the oil pan, but there was still sufficient oil in the engine (halfway between the MIN/MAX marks on the dipstick. At no time, before during, or since was there any warning lamps lit on the dash, nor were there any codes that could be pulled indicating an issue. We had the car towed to Hall Hyundai in Chesapeake, VA (that's where we bought it), and they said the engine was full of metal and needed to be replaced. They did not say exactly what failed in the engine, but my suspicion is one of the pistons had a catastrophic failure. That was on 11 DEC. The engine has since been replaced with a remanufactured engine, but we still do not have our car back. After the initial repair, we noticed a puddle of oil on our garage floor. The car is back at the dealership and they've found 3 separate leaks so far. In reading of similar engine failures with our year range of Hyundai Santa Fe, we were fortunate. Our failure could have led to an immediate engine failure, engine fire, or worse that could have caused a serious accident since I was travelling on the highway. My concern is that Hyundai to date has dismissed this as nothing more than a fluke, and since we're beyond the terms of the warranty, not their problem. That couldn't be further from the truth. This is a BIG problem since the component that failed in our 3.3L V6 is the same component that forced a recall of their 2.4L 4-cyclinder that is common in their Santa Fe Sport model. I guarantee you that they use the same process, materials, etc. in the pistons for both, and this warrants a recall for our model/engine type just like the 2.4L recall.

**NHTSA ID Number:** 11437479

**Incident Date** October 19, 2021

**Consumer Location** LANSING, MI

150

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYZTDLB4GG****

**Summary of Complaint**

My son was on the expressway and vehicle started to slow down and would not accelerate. The check engine light came on. He pulled over and the engine died and would not restart. I had the car towed to a vehicle repair place and they found that the engine had thrown a rod and needs to be replaced. Vehicle has been well maintained and was in good shape. It was just purchased used from a dealer 05/03/21.

**NHTSA ID Number:** 11427315

**Incident Date** December 19, 2020

**Consumer Location** NEW FAIRFIELD, CT

**Vehicle Identification Number** 5XYZTDLB6GG****

**Summary of Complaint**

3 systems have failed within my two years of ownership. The biggest fault ....and this is what you guys need to know!!!!!!! ATTENTION NEEDED. DECEMBER 2020, I was put in total danger and others . After months of telling the dealer that the engine was idling really rough - like a shaking - and revving weirdly at times of acceleration. They continued to tell me there was nothing wrong with it and made me seem like I was the crazy one. Fast-forwarding to December 2020, I started to now hear this metal clacking noise from the engine. Made a 3rd appointment at the dealer that was a week out - but never MADE IT. Because few days before it, I was going out to a friend's and clacking started to get even louder - as LOUD could hear in the cabin. THEN as about to get onto highway on-ramp WITH NO WARNING- no check engine light - no notice whatsoever - engine rpm spiked loudly and a very loud pop followed - and engine totally ceased. Lost total engine propulsion - vehicle rolled to a stop and then all lights and sounds started going off with check engine light NOW FLASHING. HAD TO have HYUNDAI towed to the dealer - in which

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

"there was an engine rod bearing failure - which caused the engine to cease. Dealer took days to even get it seen and wouldn't give a loaner till deemed a fault under "warranty" which clearly was with there 10 yr - 100,000 mile warranty - which makes sense because there poorly made/crafted engine designs that involve the GDI ENGINES_ which have been known to fail prematurely - CAUSE FIRES _ and has even killed people. They aren't fixing the engine design they simply are putting the same KIND IN>>> and putting a system that detects engine knocking. THAT DOESNT FIX THE PROBLEM - and they KNOW THAT. There was no recall on my car or got anything in mail regarding engine dangers. Further Hyundai would not give me any paperwork regarding the repair besides an engine assembly - a replacement that all. I readily asked for more info and they wouldn't give it.

**NHTSA ID Number:** 11422389

**Incident Date** May 17, 2021

**Consumer Location** CHILLICOTHE, OH

**Vehicle Identification Number** KM8SM4HF9GU****

**Summary of Complaint**

My engine stalled on the highway with no warning lights or symptoms. I've owned it for 6mo. It had regular recorded maintenance and showed no issue. Then as I was driving home from work, the car seized up and jerked to a full stop at previously 65mph. Inspection by dealership revealed that my engine blew at 70,800 miles. With no warning. No symptoms. Hyundai will not pay for repairs, $9000 on top of the $14000 I still owe. This car put me in an unexpected dangerous situation!! Every other year of this make and model has been recalled. Please recall the 2016, it is not safe!

**NHTSA ID Number:** 11403967

**Incident Date** March 4, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** SPRINGDALE, AR

**Vehicle Identification Number** 5XYZU3LA0GG****

**Summary of Complaint**

THE VEHICLE WAS BEING DRIVEN ON AN INTERSTATE, WHEN THE ENGINE STARTED KNOCKING AND THEN QUIT. CAR HAD TO BE TOWED AND LEFT AT A DEALER TO HAVE THE ENGINE REPLACED. THE DRIVER THEN HAD TO RENT A VEHICLE TO COMPLETE HIS TRIP OUT OF STATE.

**NHTSA ID Number:** 11205772

**Incident Date** April 2, 2019

**Consumer Location** GENESEO, IL

**Vehicle Identification Number** KM8SMDHF7GU****

**Summary of Complaint**

ENGINE FAILED AT 63,000 MILES WHILE DRIVING ON INTERSTATE. HYUNDAI BLAMES IT ON SLUDGE IN OIL PAN. WITH OUT SERVICE RECEIPTS WILL NOT WARRANTY ENGINE. SERVICED ENGINE MYSELF AND DIDN'T SAVE CASH RECEIPTS.

**NHTSA ID Number:** 11446553

**Incident Date** October 16, 2021

**Consumer Location** MOSELEY, VA

**Vehicle Identification Number** KM8SN4HF7HU****

**Summary of Complaint**

I was driving on the interstate with my 2 kids in the car and my car started losing power. I was able to coast off the exit and the car died. No warning lights, no smoke, no noises, nothing. The engine seized up. We provided maintenance records but Hyundai is denying its their fault or a faulty engine. They quoted us $18,000 for

153

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   new engine

2

3   **NHTSA ID Number:** 11446381

4   **Incident Date** October 24, 2021

5   **Consumer Location** MURRELLS INLET, SC

6   **Vehicle Identification Number** KM8SM4HF0HU****

7   **Summary of Complaint**

8   On Oct. 25, 2021 my family and I were returning from a day trip. I stopped to re-

9   fuel my car and when I got out the engine was making a horrible noise. No lights

10  came on, nothing indicated any kind of issue. I asked my husband and he said it is

11  the engine and told me to turn the car off. We pushed the car to a safe space and

12  took an Uber home. The following day I had the vehicle towed to the local Hyundai

13  dealership. Within a few days I was told the vehicle failed a rod bearing test and that

14  it was being submitted to Hyundai for review and hopeful assistance with

15  replacement because the engine was done. It was indicated that because I had the

16  larger engine and there were no recalls on that one it wasn't likely Hyundai would

17  help but it was worth a shot to try. It took several weeks but Hyundai finally

18  responded and said they would not assist. I was advised by the dealership to file my

19  own claim and argue so I did. It took over a month to get a response from Hyundai

20  despite multiple calls from me and Hyundai basically told me I was on my own. So,

21  I have a blown engine in a vehicle I owe over $16,000 on that only has 103,000

22  miles. I have taken appropriate care of the vehicle and it has NEVER run low on oil.

23  This is a catastrophic failure with no recourse. Hyundai does not make the engine

24  any longer (gee I wonder why? ) and a remanufactured engine with a 1 year

25  warranty will cost me between $8,000 and $11,000. I have been told by every junk

26  yard within a 200 mile radius that the engine I am looking for is hard to find because

27  they are generally purchased as they come in the door because of such a high need

28  for replacement engines.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

1

2  **NHTSA ID Number:** 11446246

3  **Incident Date** December 16, 2021

4  **Consumer Location** GREENVILLE, SC

5  **Vehicle Identification Number** 5xyztdlb8hg****

6  **Summary of Complaint**

7  I have a 2017 Hyundai Santa FE Sport 2.4 Liter engine. On December 16th at 3am i

8  was on the highway and the gas would not go above 65mph after i herd a clunk, but

9  i did not hit anything in the road. 4 miles after that it started slowing down with all

10 the warning lights going off. 3 miles after that off the highway onto a city street and

11 4 miles away from home the vehicle made a sudden down shift (it seemed) started to

12 slow down after a sound of my engine clinking and sounded as some parts fell off.

13 A half mile away from home it slowed to a walking pace and shut down. I looked

14 under the vehicle, oil was everywhere, i looked under the hood and seen the same

15 thing. After a half mile tow my mechanic of 12 years who inspects the vehicle and

16 does all the repairs and oil changes three to four times a year stated the pins and rods

17 under the engine fell apart and blew a hole in the bottom of the engine. My

18 mechanic T.J.Burns at Burns Automotive, CarMax mechanic and Precision Auto all

19 in Greenville, South Carolina said the 2.4 Liter engines from this manufacturer are

20 known for blowing out and dying after 100,000 miles regardless of proper

21 maintenance and this IS a a manufacturer's defect in their professional opinion.

22

23 **NHTSA ID Number:** 11445375

24 **Incident Date** December 14, 2021

25 **Consumer Location** LINCOLN, CA

26 **Vehicle Identification Number** KM8SR4HF7HU****

27 **Summary of Complaint**

28 Excessive build up of sludge, even with proper maintenance.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                Case No.

**NHTSA ID Number:** 11441826

**Incident Date** November 25, 2021

**Consumer Location** FALLS CHURCH, VA

**Vehicle Identification Number** 5XYZU3LB8HG****

**Summary of Complaint**

The owner had just left the driveway and was driving up the neighborhood block at low speed in the vehicle when another driver motioned that there was a problem with the car, pointing at the driver's side wheel well. The owner immediately pulled to the curb, exited the vehicle, and saw smoke pouring from the vehicle. Grabbed purse and moved a safe distance away. Spontaneously the car caught fire under the engine before the fire truck arrived 8 minutes later. Huge flames shooting from under the hood were captured on both video and photos. The car is a total loss. Had been well maintained.

**NHTSA ID Number:** 11438711

**Incident Date** August 9, 2021

**Consumer Location** Unknown

**Vehicle Identification Number** km8sm4hf0hu****

**Summary of Complaint**

Dealership suspects "Rod Bearing Failure" due to knocking, loss of power and metal flakes in oil. Just 400 miles before oil was changed at dealership with no mention of issue. Technician claimed it just didn't happen, its been going on for some time. There is no mention in any service history of 4 years between the 2 dealers that it was happening. Total engine failure will happen (engine will seize). It matches the recall done in November 2017, #168 by Hyundai on a "certain" Santa Fe with the 3.3L engines. If the engine seized while driving, it could have caused an accident. Hyundai Corporate said I was the 2nd owner, warranty ended at 60,000 miles... I am

156

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

owed nothing. No warning light or knocking happened until the afternoon of 8/9/21. Then the dealership took possession at 1st available date 2 days later and inspected it.

**NHTSA ID Number:** 11434505

**Incident Date** September 11, 2021

**Consumer Location** WOODINVILLE, WA

**Vehicle Identification Number** KM8SRDHFXHU****

**Summary of Complaint**

This is a Santa Fe Ultimate AWD with the 3.3 l engine. We were driving home and in our neighborhood when the car suddenly stopped with no warning. We had it towed to a local shop and were told the engine had completely seized and needs to be replaced. It was not low on oil and has been regularly maintained. Only 60,000 miles.

**NHTSA ID Number:** 11434327

**Incident Date** September 8, 2021

**Consumer Location** GARY, IN

**Vehicle Identification Number** 5xyzt3lb8hg****

**Summary of Complaint**

Even though my check engine light wasn't on my vehicle began to stall while I was merging on a major highway. A mile later the car began to smoke from behind made a weird noise and it completely stopped. Me and my 7 yr old stayed stranded on the shoulder of a highway while semis whizzed by at 80 mph. Called roadside assistance but no longer covered so couldn't be helped while me and my families life was in danger. Case manager at the national office rude unsympathetic and hung up on me. My car is still with the dealer even though it is under warranty and has been with the dealer since September 8,2021 every time I call they give me the run

157

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

around as I pay $1200 for a rental because they refuse to provide me with one.

**NHTSA ID Number:** 11434003

**Incident Date** September 5, 2021

**Consumer Location** MILFORD, DE

**Vehicle Identification Number** km8sr4hf3hu****

**Summary of Complaint**

The contact owns a 2017 Hyundai Santa Fe. The contact stated while driving 50 MPH, the vehicle loss power. The vehicle was towed to an independent mechanic where it was diagnosed that the engine had seized. The vehicle was towed to the dealer where they confirmed the diagnosis. The vehicle was not repaired. The manufacturer was notified of the failure. The approximate failure mileage was 80,000.

**NHTSA ID Number:** 11433028

**Incident Date** August 9, 2021

**Consumer Location** ACWORTH, GA

**Vehicle Identification Number** KM8SM4HF0HU****

**Summary of Complaint**

The contact owns a 2017 Hyundai Santa Fe. The contact stated that while operating the vehicle, a knocking noise was present coming from the engine compartment. The vehicle was taken to the local dealer who diagnosed that the engine bearings had failed, and metal particles were discovered in the engine. The contact was informed that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure and the contact was informed that the vehicle was included in NHTSA Campaign Number: 17V578000 (Engine and Engine Cooling). The contact indicated that the vehicle had experienced the failure listed in the recall. The failure mileage was 74,400.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                                                    Case No.

**NHTSA ID Number:** 11431571

**Incident Date** August 29, 2021

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** KM8SM4HF6HU****

**Summary of Complaint**

The engine in our 2017 Hyundai Santa Fe SE 3.3L V6 has always had problems with lag/ hesitation when accelerating from a stop from the very beginning of ownership (first owner). This was always dismissed by Hyundai's mechanics as not actually existing, although it did lag constantly. I know many other have reported similar issues so, I include this only that it could potentially be an early sign of a manufacturers defect leading to larger problems later? Now, we regularly change the oil in our Santa Fe and have never seen a single warning light outside of tire pressure warnings. But on 7/29/21, with our vehicle just out of warranty at 112k miles, while accelerating to freeway speed from an on ramp at 60 mph multiple warning lights came and at the same time there was a very large bang from the engine and a large amount of smoke came from under the hood, enough to seriously affect the vision of drivers behind me. There was a very rapid lose of speed and I also observed things falling from the vehicle in the rearview. I luckily managed the vehicle to the shoulder and quickly got out. I thought vehicle was on fire, it may have been, the smoke kept up for 5-10 minutes. At this point the car would not start or run and a large pool of oil and or coolant formed underneath. It was towed to a Hyundai dealer and the prognosis was a broken connecting rod that had blew a large maybe 5" diameter hole through the bottom of the engine. And now, despite providing proof of recent oil changes, Hyundai has dismissed any manufacturing issues from causing the issue and sighting the problem was from lack of maintenance because of sludge in the engine. Although to my understanding sludge can also be produced rapidly when contaminants, like coolant, from bad valves or

CLASS ACTION COMPLAINT                                                    Case No.

head gaskets, enter the oil. When I asked about this the technician literally just didn't answer. So, now we currently owe $7k on a vehicle needing repairs at the quoted price of $8-$14k and Hyundai has closed our case.

**NHTSA ID Number:** 11430321

**Incident Date** July 20, 2021

**Consumer Location** MARRIOTTSVILLE, MD

**Vehicle Identification Number** KM8SMDHF8HU****

**Summary of Complaint**

Engine made a loud pinging noise. No warning lights appeared. I had it towed to dealer and they said that metal shavings were in the oil and the engine is shot and needs to be replaced. Car had 95,400 miles. Hyundai denied warranty because I was second owner after ignoring me for approximately one month and they never did reply to me directly, only to the dealer. How can so many Hyundai engines not last for over 100,000 miles?

**NHTSA ID Number:** 11430153

**Incident Date** August 18, 2021

**Consumer Location** SONOMA, CA

**Vehicle Identification Number** KM8SM4HF3HU****

**Summary of Complaint**

Took 2017 Sante Fe to dealer for a oil change and to look into an intermittent hard shift from a stop. During test drive dealer stated car engine warning light came on and vehicle stalled, mechanic was able to steer vehicle to side of road, vehicle would not restart, after several hours they informed me that engine had seized and would need to be replaced.

**NHTSA ID Number:** 11383578

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** November 25, 2020

**Consumer Location** CORTLAND, IL

**Vehicle Identification Number** KM8SRCHFXHU****

**Summary of Complaint**

TL* THE CONTACT OWNS OWN A 2017 HYUNDAI SANT FE. THE CONTACT STATED THAT WHILE DRIVING, THE VEHICLE LOSS MOTIVE POWER WITH THE CHECK ENGINE WARNING LIGHT ILLUMINATED. ADDITIONALLY, THERE WAS A RUBBING AND FRICTION SOUND COMING FROM UNDER THE HOOD. THE MANUFACTURER INFORMED THE CONTACT THAT THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V578000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS TOWED TO SYCAMORE HYUNDAI (1380 DEKALB AVENUE, SYCAMORE, IL 60178, (815) 895-4584) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ENGINE FAILED AND THERE WAS METAL SHAVINGS IN THE OIL FILTER. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 80,000. INVALID VIN.

**NHTSA ID Number:** 11252291

**Incident Date** August 25, 2019

**Consumer Location** PLEASANT VALLEY, NY

**Vehicle Identification Number** KM8SMDHF1HU****

**Summary of Complaint**

CAR DIED WHILE DRIVING ON ROAD. ENGINE KNOCKING. NO INDICATOR LIGHTS TO WARN ME THAT SOMETHING WAS GOING TO HAPPEN. ENGINE FILLED WITH SLUDGE EVEN WITH OIL CHANGES. ENGINE KNOCKING AND FAILED.

**NHTSA ID Number:** 11185835

**Incident Date** February 22, 2019

**Consumer Location** SOMERSET, NJ

**Vehicle Identification Number** KM8SMDHFXHU****

**Summary of Complaint**

ENGINE STARTING MAKING A KNOCKING NOISE. BROUGHT INTO DEALER AND WAS TOLD IT HAD COMPLETE ENGINE FAILURE DUE TO BROKEN BEARING AND I WOULD NEED A NEW ENGINE. DENIED REQUEST THROUGH WARRANTY. ONLY AROUND 43000 MILES ARE ON THE CAR. HYUNDAI INFORMED ME IT WAS DENIED DUE TO OIL NOT BEING CHANGED PROPERLY AS EVIDENCED BY TWO AREAS OF SLUDGE ON THE INSIDE OF THE HOOD OF THE ENGINE. SERVICE RECORDS BROUGHT TO HYUNDAI SHOWING OIL WAS CHANGED WITHIN THE 7500 MILE AS INDICATED ON HYUNDAI'S WEBSITE AND OWNERS MANUEL.

**NHTSA ID Number:** 10874600

**Incident Date** June 2, 2016

**Consumer Location** RENO, NV

**Vehicle Identification Number** 5XYZWDLA1HG****

**Summary of Complaint**

I BOUGHT THE VEHICLE ON 5/7/16. ON 6/2/16 I WAS DRIVING ON HIGHWAY 395 WHEN I NOTICED SMOKE COMING OUT OF THE ENGINE COMPARTMENT. THE CAR STARTED LOSING POWER AND EVENTUALLY DIED. WHEN I GOT IT PULLED OVER TO THE SIDE OF THE ROAD I NOTICED FLAMES COMING OUT FROM THE FRONT OF THE ENGINE. I GRABBED WHAT I COULD AND GOT OUT OF THE CAR. WITHIN 5 MIN THE FRONT OF THE CAR WAS ENGULFED IN FLAMES. I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HAD APPROXIMATELY 675 MILES ON IT. I HAVE CONTACTED HYUNDAI BUT THEY HAVE NOT RESPONDED TO ME. I ORDERED A COPY OF THE POLICE REPORT BUT HAVE NOT RECEIVED IT YET. I HAVE PICTURES THAT I HAVE ATTACHED. I AM CONCERNED ABOUT THIS HAPPENING TO OTHER PEOPLE. THANKFULLY I DIDN'T HAVE GRANDKIDS IN THE CAR, I'M NOT SURE I WOULD HAVE BEEN ABLE TO GET THEM OUT.

**NHTSA ID Number:** 11451357

**Incident Date** September 1, 2021

**Consumer Location** WOODSTOCK, IL

**Vehicle Identification Number** N/A

**Summary of Complaint**

The contact's daughter owns a 2018 Hyundai Santa Fe. The contact stated while driving at an undisclosed speed, the vehicle stalled. There were no warning lights illuminated. The vehicle was towed to the local dealer to be diagnosed. The contact was informed that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was contacted but no further assistance was provided. The failure mileage was unknown. The VIN was not available.

**NHTSA ID Number:** 11194945

**Incident Date** March 22, 2019

**Consumer Location** FALLS CREEK, PA

**Vehicle Identification Number** 5NMZUDLB5JH****

**Summary of Complaint**

I WAS DRIVING ON THE INTERSTATE AT 70 MPH AND THE ENGINE SUDDENLY SHUT OFF, IT HAS BEEN AT THE HYUNDAI GARAGE IN DUBOIS, PA FOR 3 WEEKS WAITING FOR A NEW ENGINE AND IT IS A NEW VEHICLE WITH ONLY 12.600 MILES?

163

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11191162

**Incident Date** March 23, 2019

**Consumer Location** HOWELL, NJ

**Vehicle Identification Number** 5NMZU3LBXJH****

**Summary of Complaint**

MY WIFE WAS DRIVING ON NJ PARKWAY IN HEAVY RUSH HOUR TRAFFIC DOING 70 MILES AN HOUR. CAR THEN STUTTERED AND SLOWED DOWN, WITH HER HAVING TO MOVE THREE LANES OVER WHILE TRYING TO GET OVER BRIDGE. HYUNDAI BLUE LINK CAME ON AND TOLD HER TO GET CAR IMMEDIATELY TO THE DEALER. WHEN TAKEN TO DEALER THEY SAID DUE TO THE KNOCK SENSOR UPDATE THE ENGINE WILL NEED TO BE REPLACED AT 27,000 MILES? THIS WAS DONE BY HYUNDAI TWO WEEKS AGO. UPDATE TO YESTERDAY 3/23/19 AND SAME THING HAPPENED TO HER AGAIN GOING TO WORK ON THE NJ PARKWAY. I THEN TOOK THE CAR TO THE DEALER, SAME ISSUES, SAME COMPUTER SCREEN SHOWED IN THE CAR AND WILL BE NEEDING NOW SECOND ENGINE AT 29,000 MILES. TWO BLOWN ENGINES UNDER 30,000 MILES, HYUNDAI ADMITS THE PROBLEM TO US AND NOT SURE WHY OTHERS ARE HAVING ISSUE. RECEIVED RENTAL CAR BOTH TIMES. WILL SEE HOW HYUNDAI RECTIFY THIS PROBLEM, THEY SHOULD BUY BACK CARS FROM OWNERS AND REIMBURSE TIME MISSED FROM WORK, PAIN AND SUFFERING AS WELL AS THE STRESS OF DRIVING ON ,AMIR HIGHWAY AND LOSING POWER IN YOUR CAR.

**NHTSA ID Number:** 11183217

**Incident Date** January 30, 2019

**Consumer Location** NEPHI, UT

164

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5NMZUDLB8JH****

**Summary of Complaint**

TOOK THE VEHICLE IN FOR AN OIL CHANGE. DEALERSHIP PUT A NEW COMPUTER UPDATE ON CAR DUE TO BAD ENGINES. THE NEXT DAY 1-30-19 THE VEHICLE HAD A ERROR COME ON THE CAR PUTTING IT IN SAFE MODE NOT ALLOWING THE CAR TO MOVE OVER 67 MPH. HAD IT TOWED TO THE DEALERSHIP. MURDOCK HYUNDIA OF LINDON. THEY DID A TEST TO DETERMINE THAT THE ENGINE NEEDED TO BE REPLACED. THIS TOOK 29 DAYS FOR THE DEALERSHIP TO FIX AND MY CAR IS NOT THE SAME. THE MOTOR SEEMS SLUGGISH. CAR IS ONLY 6 MONTHS OLD WITH 14000 MILES.

## MY 2008-2010 Hyundai Sonata

**NHTSA ID Number:** 11353478

**Incident Date** March 25, 2020

**Consumer Location** FINKSBURG, MD

**Vehicle Identification Number** 5NPEU46C28H****

**Summary of Complaint**

MY ERVIN CEASED UP ON THE HIGHWAY AT 60 MPH. IT THRU AN ENGIN ROD.THE ENGIN OIL MADE IT IMPOSSIBLE TO SEE ANYTHING. NOW AFTER JUST BUYING THIS CAR USED, THERE ARE NO ENGINES AVAILABLE FOR REPLACEMENT. TOO MANY HAVE BLOWN UP. AND HYUNDAI SAYS THEY ARE NOT BEING RECALLED. SAME ENGIN AS THE FAILURES WITH THE FATALITIES.I AM STUCK.

**NHTSA ID Number:** 11244556

**Incident Date** August 14, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                    Case No.

**Consumer Location** HAGERSTOWN, MD

**Vehicle Identification Number** 5NPET46C08H****

**Summary of Complaint**

WAS HEADING TO WORK ON INTERSTATE 81, ENGINE MADE LOUD BOOM SOUND SCARED ME PULLED OVER BEING AFRAID TO DRIVE HAD IT TOWED TO AN AUTO REPAIR SHOP. NO ENGINE LIGHT ON. REPAIR DONE A DIAGNOSTIC TEST SAID ENGINE WAS BLOWN, OLL GOOD NO ENGINE LIGHT BUT ENGINE WOULDN'T TURN OVER TRYING TO DO MANUALLY. MY CAR ONLY HAD 180,000 MILES ALWAYS DID BELTS AND MAINTENANCE.

**NHTSA ID Number:** 11193377

**Incident Date** October 19, 2017

**Consumer Location** NEWARK, DE

**Vehicle Identification Number** 5NPET46C98H****

**Summary of Complaint**

CAR MADE A POPPING NOISE GOING DOWN THE HIGHWAY THEN LOST ACCELERATION. THE CAR THEN BURST INTO FLAMES.

**NHTSA ID Number:** 11172655

**Incident Date** January 17, 2019

**Consumer Location** TULARE, CA

**Vehicle Identification Number** 5NPET46CX8H****

**Summary of Complaint**

I PURCHASED THIS VEHICLE FROM A SMALL CAR DEALERSHIP, WHEN PURCHASED THE VEHICLE HAD A PRETTY HIGH MILEAGE HOWEVER WHEN TEST DRIVED NO SERVICE LIGHTS CAME ON AND THE CAR RAN SMOOTHLY. AFTER FOUR MONTHS OF OWNING THE CAR WITH ONLY

166

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AROUND 2K MILES ADDED TO IT, WHILE I WAS DRIVING DOWN THE FREEWAY A KNOCKING NOISE SUDDENLY BECAME APPARENT AND THE CHECK ENGINE LIGHT CAME ON, I PULLED OVER AS SOON AS POSSIBLE SINCE THERE WAS VISIBLE SMOKE COMING OUT OF THE HOOD OF THE VEHICLE.

**NHTSA ID Number:** 11140577

**Incident Date** October 14, 2018

**Consumer Location** WACO, TX

**Vehicle Identification Number** 5NPET46C988****

**Summary of Complaint**

TL* THE CONTACT OWNED A 2008 HYUNDAI SONATA. THE CONTACT STATED THAT THE CHECK ENGINE INDICATOR ILLUMINATED. THE FOLLOWING DAY, THE VEHICLE STARTED MAKING A KNOCKING AND RATTLING NOISE, SIMILAR TO METAL ON METAL, WHILE DRIVING 40 MPH. THE CONTACT PULLED THE VEHICLE OVER TO THE SIDE OF THE ROAD AND NOTICED FLAMES UNDER THE HOOD NEAR THE ENGINE. THE FIRE WAS EXTINGUISHED BY THE FIRE DEPARTMENT. THERE WERE NO INJURIES AND A POLICE REPORT WAS NOT FILED. THE VEHICLE WAS TOTALED AND TOWED TO A JUNK YARD. THE DEALER AND MANUFACTURER WERE NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED. THE FAILURE MILEAGE WAS 125,500.

**NHTSA ID Number:** 10972350

**Incident Date** April 12, 2016

**Consumer Location** KANSAS CITY, MO

**Vehicle Identification Number** N/A

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

167

ENGINE SEIZED AT AROUND 124000 WHILE DRIVING. I HAVE

REPLACED WITH A USED MOTOR AND NOW I BELIEVE THE ENGINE IS

GOING TO BLOW AGAIN AT THE SAME MILEAGE. I HAVE USED ONLY

MOBIL ONE SYNTHETIC OIL IN BOTH MOTORS.

**NHTSA ID Number:** 10779062

**Incident Date** September 7, 2015

**Consumer Location** NAPERVILLE, IL

**Vehicle Identification Number** 5NPET46C48H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2008 HYUNDAI SONATA. WHILE DRIVING

70 MPH, THE VEHICLE SEIZED. THE VEHICLE WAS NOT ABLE TO

RESTART AND WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED

THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT

REPAIRED. THE FAILURE MILEAGE WAS 108,000.

**NHTSA ID Number:** 10701408

**Incident Date** November 16, 2014

**Consumer Location** CANAL WINCHESTER, OH

**Vehicle Identification Number** 5NPET46C58H****

**Summary of Complaint**

WHILE DRIVING 65 MPH ON INTERSTATE, A BEGAN TO HEAR A

KNOCKING SOUND THAT BECAME LOUDER AND LOUDER. I HAD TWO

MECHANICS LOOK AT MY CAR AND BOTH SAID THAT THE CAR WAS

ABOUT TO THROW A ROD. ON DECEMBER 13, 2014 THE CAR STOP

RUNNING ALTOGETHER. I HAD NO WARNINGS PRIOR TO THIS

HAPPENING, AND I HAD REGULAR OIL CHANGES. IN FACT I HAD THE

OIL CHANGED JUST TWO WEEKS PRIOR TO THIS INCIDENT. I AM

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                  Case No.

HAVING RICART HYUNDAI IN COLUMBUS, OHIO (WHERE I PURCHASED THE VEHICLE BRAND NEW) LOOK AT MY CAR ON APRIL 2, 2015. I AM INTERESTED IN WHAT THEY ARE GOING TO SAY OR DO ABOUT THIS SINCE IT IS NO LONGER UNDER WARRANTY. I JUST WANT THEM TO TELL ME EXACTLY WHAT HAPPENED TO THIS ENGINE AND WHAT IF ANYTHING THEY (MANUFACTURER) CAN DO ABOUT REPAIR. THIS IS MY SECOND SONATA (I STILL HAVE THE OTHER CAR WITH OVER 150,000+ MILES) AND NEVER HAD ANY PROBLEMS LIKE THIS BEFORE. IT MAY BE MY LAST HYUNDAI, IF I AM NOT SATISFIED WITH RESULTS. *TR

**NHTSA ID Number:** 10677084

**Incident Date** January 20, 2015

**Consumer Location** HICKORY, NC

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT 2008 HYUNDAI SONATA SE. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 55 MPH, AN ABNORMAL NOISE EMITTED FROM THE ENGINE AS THE VEHICLE LOST POWER AND STALLED. THE CONTACT MENTIONED THAT THE OIL LIGHT ILLUMINATED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC. THE TECHNICIAN DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 117,000. THE VIN WAS NOT AVAILABLE.

**NHTSA ID Number:** 10662992

**Incident Date** December 6, 2014

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** WHITE OAK, PA

**Vehicle Identification Number** N/A

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY WHEN MY CAR THREW A CRANK ROD. IN DOING SOME RESEARCH I SEE THAT THIS HAS HAPPENED ON NUMEROUS VEHICLES HAVING FAULTY BOLTS ON THE CRANK ROD CAP. THERE HAS BEEN NO RECALL BUT IS AN ONGOING ISSUE WITH MANY OWNERS. *TR

**NHTSA ID Number:** 10641290

**Incident Date** September 10, 2014

**Consumer Location** Unknown

**Vehicle Identification Number** N/A

**Summary of Complaint**

ENGINE FAILURE -LOWER ROD BENT NO CAUSE BY OPERATOR CAR WELL MAINTAINED. *TR

**NHTSA ID Number:** 10632892

**Incident Date** August 6, 2014

**Consumer Location** ELK GROVE, CA

**Vehicle Identification Number** 5NPET46C38H****

**Summary of Complaint**

DRIVING WHILE USING CRUISE CONTROL AT APPROXIMATELY 65 MPH THE CHECK ENGINE, AIR BAG, AND E.S.C LIGHT ILLUMINATED. ALSO, A SIMULTANEOUS INTERNAL ENGINE EXPLOSION RESULTED IN AN INSTANT FIRE AS WELL AS A ROD THROWN FROM THE VEHICLE DAMAGING BLOCK AND SETTING THE CAR ON FIRE FROM A RESULTING MASSIVE OIL LEAK. THERE WAS NO PRIOR DAMAGE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

LEADING UP TO THE INCIDENT NOR ANY INDICATION TO MY

KNOWLEDGE THAT THERE WERE ANY CONCERNS WITH MY CAR TILL

IT WAS TOO LATE UNFORTUNATELY. *TR

**NHTSA ID Number:** 10594253

**Incident Date** May 15, 2014

**Consumer Location** VALLEY PARK, MO

**Vehicle Identification Number** 5NPET46C78H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2008 HYUNDAI SONATA. THE CONTACT

STATED THAT WHILE DRIVING APPROXIMATELY 40 MPH, THE

VEHICLE STALLED AND THE FRONT END OF THE VEHICLE CAUGHT ON

FIRE. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES

REPORTED. THE VEHICLE WAS TOWED TO A SALVAGE YARD WHERE

IT WAS NOT INSPECTED. THE MANUFACTURER WAS NOTIFIED OF THE

FAILURE. THE VEHICLE WAS DESTROYED. THE APPROXIMATE

FAILURE AND CURRENT MILEAGE WAS 130,000.

**NHTSA ID Number:** 10593540

**Incident Date** May 21, 2014

**Consumer Location** FAIRFIELD, CA

**Vehicle Identification Number** 5NPET46C48H****

**Summary of Complaint**

WAS DRIVING TO MARTINEZ AND HEARD A SLIGHT CLICKING SOUND

BY THE TIME WE EXITED FREEWAY AT MARTINEZ EXIT THE SOUND

BECAME VERY LOUD. WHEN WE STOPPED AT LIGHT CAR DIED AND

WOULDN'T RESTART. HAD CAR TOWED TO WHEEL WORKS AND THE

TOLD US THAT THE ENGINE HAD OIL EVERYWHERE AND NO OIL IN

CLASS ACTION COMPLAINT                                    Case No.

THE ENGINE. THE MECHANIC DISCOVERED A HOLE IN THE BACK PART OF THE ENGINE. MECHANICS CAN'T FIGURE OUT WHY OR HOW IT HAPPENED. IT SOUNDS LIKE TO ME THAT THERE WAS A MECHANICAL DEFECT IN THE ENGINE. *TR

**NHTSA ID Number:** 10585397

**Incident Date** April 25, 2014

**Consumer Location** TAMPA, FL

**Vehicle Identification Number** N/A

**Summary of Complaint**

DRIVING APPROXIMATELY 50 MPH WHEN I HEARD POP. SMOKE CAME FROM UNDER HOOD. PULLED OVER. POPPED HOOD. SMOKE COMING FROM ENGINE. CHECKED DIPSTICK AND NO OIL. NEVER HAD OIL LEAK. NO OIL LIGHT EVER CAME ON. NO CHECK ENGINE LIGHT. NO OVERHEAT OR HOT ENGINE LIGHT. JUST A SMALL FIRE UNDERNEATH THE ENGINE ON GROUND. BOUGHT OIL THAT JUST LEAKED IMMEDIATELY AFTER PUTTING IN. NO WARNING. NO SIGNALS. NO ALERTS. BLOWN ENGINE. THEY WANT $5300 FOR A USED ENGINE. *JS

**NHTSA ID Number:** 10557976

**Incident Date** December 26, 2013

**Consumer Location** DUQUESNE, PA

**Vehicle Identification Number** 5NPET46C68H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2008 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING 20 MPH, THE VEHICLE BEGAN TO MAKE A LOUD TICKING NOISE. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC. THE TECHNICIAN DIAGNOSED THAT THE

172

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE
AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE
FAILURE MILEAGE WAS 108,000 AND THE CURRENT MILEAGE WAS
108,112.

**NHTSA ID Number:** 10522860

**Incident Date** June 7, 2013

**Consumer Location** ALBUQUERQUE, NM

**Vehicle Identification Number** 5NPET46C48H****

**Summary of Complaint**

I WAS DRIVING MY CAR AND, ACCORDING TO MY MECHANIC, THE
CRANK ROD CAME LOOSE. I BOUGHT THIS VEHICLE USED SO THE
HYUNDAI 100,000 MILE WARRANTY WILL NOT COVER IT. I HAVE DONE
ROUTINE OIL CHANGES AND UP TO THIS POINT HAD NO REAL
PROBLEM WITH THE VEHICLE. IT IS DISAPPOINTING TO SAY THE
LEAST AS I HAVE HAD THIS VEHICLE FOR ABOUT FOUR YEARS AND
PURCHASED IT BASED ON THE IDEA THAT HYUNDAI'S ARE SUPPOSED
TO BE RELIABLE VEHICLES. I HAD HOPED THAT HYUNDAI WOULD
HAVE DONE SOMETHING TO HELP REMEDY THE SITUATION BUT AT
THIS POINT THEY HAVE NOT, WHICH IS ALSO DISAPPOINTING. IN THE
FUTURE I WILL NOT BE PURCHASING A HYUNDAI. *TR

**NHTSA ID Number:** 10459514

**Incident Date** May 23, 2012

**Consumer Location** DEARBORN HEIGHTS, MI

**Vehicle Identification Number** N/A

**Summary of Complaint**

DRIVING ON I-94 IN BATTLE CREEK, MI, THE 2008 SONATA, AFTER

173

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MAKING A TICKING NOISE FOR A YEAR (WHICH THE DEALERSHIP WOULD NOT LOOK AT) BEGAN TO MAKE A GRINDING NOISE AND SOMETHING FLEW OUT OF THE ENGINE AND SMOKE CAME POURING OUT OF THE VENTS. I PULLED TO THE SHOULDER ON THIS BUSY INTERSTATE AND CALLED ROADSIDE ASSISTANCE FROM HYUNDAI. THEY SENT A WRECKER, AND WHEN THE CAR WAS LIFTED, ALL OF THE OIL WAS ON THE ROAD. THEY TOWED IT TO THE NEAREST DEALER 30 MILES AWAY IN KALAMAZOO, MI AND THEY TOLD ME THAT A ROD AND PISTON HAD FLOWN OUT OF THE BOTTOM OF THE ENGINE OF THE CAR. AFTER DOING SOME RESEARCH, THERE SEEMS TO BE A PROBLEM WITH FAULTY CRANK ROD CAP BOLTS. THE TICKING I THINK WAS FROM THE ROD CAP THAT HAD COME OFF. AS OF NOW, THEY ARE NOT DOING ANYTHING UNDER WARRANTY AWAITING OIL CHANGE RECEIPTS. PLEASE FORCE A RECALL SOON, AS THIS COULD BE AN EXTREMELY DANGEROUS SITUATION. SOMEONE COULD HAVE BEEN KILLED BY THE FLYING PISTON. LUCKILY IT FLEW OFF TO THE SIDE OF THE ROAD. *TR

**NHTSA ID Number:** 10459514

**Incident Date** May 23, 2012

**Consumer Location** DEARBORN HEIGHTS, MI

**Vehicle Identification Number** N/A

**Summary of Complaint**

DRIVING ON I-94 IN BATTLE CREEK, MI, THE 2008 SONATA, AFTER MAKING A TICKING NOISE FOR A YEAR (WHICH THE DEALERSHIP WOULD NOT LOOK AT) BEGAN TO MAKE A GRINDING NOISE AND SOMETHING FLEW OUT OF THE ENGINE AND SMOKE CAME POURING OUT OF THE VENTS. I PULLED TO THE SHOULDER ON THIS BUSY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

INTERSTATE AND CALLED ROADSIDE ASSISTANCE FROM HYUNDAI. THEY SENT A WRECKER, AND WHEN THE CAR WAS LIFTED, ALL OF THE OIL WAS ON THE ROAD. THEY TOWED IT TO THE NEAREST DEALER 30 MILES AWAY IN KALAMAZOO, MI AND THEY TOLD ME THAT A ROD AND PISTON HAD FLOWN OUT OF THE BOTTOM OF THE ENGINE OF THE CAR. AFTER DOING SOME RESEARCH, THERE SEEMS TO BE A PROBLEM WITH FAULTY CRANK ROD CAP BOLTS. THE TICKING I THINK WAS FROM THE ROD CAP THAT HAD COME OFF. AS OF NOW, THEY ARE NOT DOING ANYTHING UNDER WARRANTY AWAITING OIL CHANGE RECEIPTS. PLEASE FORCE A RECALL SOON, AS THIS COULD BE AN EXTREMELY DANGEROUS SITUATION. SOMEONE COULD HAVE BEEN KILLED BY THE FLYING PISTON. LUCKILY IT FLEW OFF TO THE SIDE OF THE ROAD. *TR

**NHTSA ID Number:** 11373659

**Incident Date** October 15, 2020

**Consumer Location** NEW IBERIA, LA

**Vehicle Identification Number** 5NPET46C99H****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY WHEN I HEARD SOMETHING POP INSIDE THE HOOD FOLLOWED BY A LOUD KNOCKING SOUND. I LOST ACCELERATION POWER AND I HAD ALMOST GOTTEN HIT BY SEMI WHILE ROLLING TO SIDE OF THE ROAD. TAKEN IT TO MECHANIC SHOP SAID THAT'S MY ENGINE ROD BEARING WAS BROKEN. SAD SINCE THIS IS MY FIRST VEHICLE.

**NHTSA ID Number:** 11350861

**Incident Date** August 8, 2020

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** GAFFNEY, SC

**Vehicle Identification Number** 5NPET46C09H****

**Summary of Complaint**

WAS DRIVING DOWN INTERSTATE ENGINE LIGHT CAME ON CAR CUT OFF TOOK ALL I HAD TO COAST TO THE SHOULDER HAD TO CALL TOW TRUCK TO COME GET ME TOOK TO A GARAGE AND THEY INFORMED ME I NEEDED A NEW MOTOR.

**NHTSA ID Number:** 11350861

**Incident Date** August 8, 2020

**Consumer Location** GAFFNEY, SC

**Vehicle Identification Number** 5NPET46C09H****

**Summary of Complaint**

WAS DRIVING DOWN INTERSTATE ENGINE LIGHT CAME ON CAR CUT OFF TOOK ALL I HAD TO COAST TO THE SHOULDER HAD TO CALL TOW TRUCK TO COME GET ME TOOK TO A GARAGE AND THEY INFORMED ME I NEEDED A NEW MOTOR.

**NHTSA ID Number:** 11139503

**Incident Date** September 7, 2018

**Consumer Location** LEESBURG, VA

**Vehicle Identification Number** 5NPEU46F79H****

**Summary of Complaint**

TL* THE CONTACT OWNED A 2009 HYUNDAI SONATA. WHILE DRIVING 60 MPH, THE ENGINE COMPARTMENT SPONTANEOUSLY CAUGHT ON FIRE WITHOUT WARNING. THERE WERE NO INJURIES. THE FIRE DEPARTMENT EXTINGUISHED THE FIRE. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC AND

176

DEEMED A TOTAL LOSS BY THE MECHANIC. THE LOCAL DEALER AND

MANUFACTURER WERE NOT CONTACTED. THE VEHICLE WAS NOT

DIAGNOSED. THE FAILURE MILEAGE WAS 130,000. ..*BF *BF *TR *JB


**NHTSA ID Number:** 11060694

**Incident Date** December 9, 2017

**Consumer Location** OZARK, MO

**Vehicle Identification Number** 5NPET46C19H****

**Summary of Complaint**

THE #3 BEARING SPUN CAUSING THE CAR NOT TO BE ABLE TO RUN.

SIMILAR TO THE 2011 RECALL. NOW CAR HAS A ROD KNOCK.


**NHTSA ID Number:** 11010143

**Incident Date** October 18, 2016

**Consumer Location** FEDERAL WAY, WA

**Vehicle Identification Number** 5NPET46C39H****

**Summary of Complaint**

THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT

STATED THAT THE VEHICLE STALLED AND MADE AN ABNORMAL

SOUND. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE

WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT

THE CONNECTING ROD WAS DEFECTIVE AND THE ENGINE NEEDED TO

BE REPLACED. THE CONTACT REFERENCED NHTSA CAMPAIGN

NUMBER: 15V568000 (ENGINE); HOWEVER, THE VIN WAS NOT

INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE

AND INFORMED THE CONTACT THAT THE VEHICLE WAS

MANUFACTURED IN ALABAMA. NO FURTHER ASSISTANCE WAS

OFFERED. HAVE NOT BEEN ABLE TO USE THE CAR SINCE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10991682

**Incident Date** February 1, 2017

**Consumer Location** CHESTER, SC

**Vehicle Identification Number** 5NPET46C29H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE STALLED AND MADE AN ABNORMAL SOUND. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE CONNECTING ROD WAS DEFECTIVE AND THE ENGINE NEEDED TO BE REPLACED. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE); HOWEVER, THE VIN WAS NOT INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE VEHICLE WAS MANUFACTURED IN ALABAMA. NO FURTHER ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS APPROXIMATELY 104,000.

**NHTSA ID Number:** 10991682

**Incident Date** February 1, 2017

**Consumer Location** CHESTER, SC

**Vehicle Identification Number** 5NPET46C29H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE STALLED AND MADE AN ABNORMAL SOUND. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE CONNECTING ROD WAS DEFECTIVE AND THE ENGINE NEEDED TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BE REPLACED. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE); HOWEVER, THE VIN WAS NOT INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE VEHICLE WAS MANUFACTURED IN ALABAMA. NO FURTHER ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS APPROXIMATELY 104,000.

**NHTSA ID Number:** 10927287

**Incident Date** April 25, 2016

**Consumer Location** LAWRENCE, KS

**Vehicle Identification Number** 5NPEU46C99H****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT NOTICED THE PRESENCE OF METAL SHAVINGS MIXED WITHIN THE OIL AND HEARD AN ABNORMAL NOISE COMING FROM THE ENGINE AREA. THE VEHICLE WAS TAKEN TO A MECHANIC AND A DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 120,000.

**NHTSA ID Number:** 11398690

**Incident Date** February 2, 2021

**Consumer Location** GREELEY, CO

**Vehicle Identification Number** 5NPET4AC8AH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING 70 MPH, THE ENGINE THREW A ROD AND THE VEHICLE STALLED WITHOUT WARNING. DUE TO THE FAILURE, THE CONTACT PULLED THE VEHICLE OFF TO THE SIDE OF

179

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE ROADWAY AND HAD THE VEHICLE TOWED TO AN INDEPENDENT
MECHANIC. THE MECHANIC CONFIRMED THAT THE ENGINE THREW A
ROD WHICH LED TO COMPLETE ENGINE FAILURE. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE
CONTACT TO TOWED THE VEHICLE TO AN AUTHORIZED DEALER FOR
ASSISTANCE. THE VEHICLE WAS THEN TOWED TO HYUNDAI OF
GREELEY (4533 W 29TH ST, GREELEY, CO 80634) AND HE WAS
INFORMED THAT THE VEHICLE WAS NO LONGER UNDER WARRANTY.
NEITHER THE DEALER NOR THE MANUFACTURER OFFERED ANY
FURTHER ASSISTANCE. THE VEHICLE REMAINED IN THE POSSESSION
OF THE DEALER. THE VEHICLE WAS NOT REPAIRED. THE ENGINE
BLEW AND FAILURE MILEAGE WAS 116,000. *DT *JB *DT

**NHTSA ID Number:** 11353067

**Incident Date** August 27, 2020

**Consumer Location** METAIRIE, LA

**Vehicle Identification Number** 5NPEU4AC9AH****

**Summary of Complaint**

CAR HAS ONLY 77,000 MILES AND WAS WELL MAINTAINED. ON
AUGUST 27, I HAD DRIVEN THE CAR LATE AFTERNOON, PARKED.
LATER AFTER A COUPLE OF HOURS WHEN I WENT TO START IT, IT
WOULD NOT START, JUMP START DID NOT WORK. MECHANIC
REPLACED THE STARTER AND STILL WOULD NOT START. HE CHECKED
THE ENGINE AND TOLD ME THAT THE ENGINE HAS SEIZED. I TOOK IT
TO THE HYUNDAI DEALER WHO CONFIRMED THAT ENGINE HAS
SEIZED. I CONTACTED HYUNDAI AS THE COMPLAINT IS SIMILAR TO
OTHER CAR ENGINES THAT SEIZED WHEN DRIVEN BETWEEN 60,000
AND 90,000 MILES. HYUNDAI MOTORS IS NOT WILLING TO FIX THIS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MAJOR ISSUE.

**NHTSA ID Number:** 11309273

**Incident Date** January 31, 2020

**Consumer Location** OMAHA, NE

**Vehicle Identification Number** 5NPET4AC9AH****

**Summary of Complaint**

WHILE DRIVING THE CAR ON A CITY STREET AT ABOUT 35 MILES AN HOUR, IT SUDDENLY STALLED. I WAS ABLE TO GET TO A SIDE STREET. THE CAR WOULD NOT START. THE ENGINE IS RUINED AND NEEDS TO BE REPLACED. THE CAR HAS HAD ALL OF ITS MAINTENANCE/OIL CHANGES. IT HAS HAD NO ACCIDENTS. IT HAS 70,000 MILES ON IT.

**NHTSA ID Number:** 11165913

**Incident Date** January 7, 2019

**Consumer Location** HILLSDALE, NJ

**Vehicle Identification Number** 5NPET4ACOAH****

**Summary of Complaint**

CAR WAS RUNNING WITH NO PROBLEMS. STARTED UP WENT DOWN THE STREET AND IT TURNED OFF ON ME ALL DASH LIGHTS WORK. MECHANIC SAID ENGINE IS SIEZED UP. CAR HAD OIL NO OVER HEATING OR SMOKING. NO WARNING OF ENGINE ISSUE.

**NHTSA ID Number:** 11076413

**Incident Date** March 2, 2018

**Consumer Location** DEERFIELD BEACH, FL

**Vehicle Identification Number** N/A

**Summary of Complaint**

181

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE FAILED WOULD NOT START IN LESS THAN 55200 MILES

**NHTSA ID Number:** 10778308

**Incident Date** March 6, 2015

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPET4AC3AH****

**Summary of Complaint**

HAVE SEEN THE RECALL NOTICE ON SONATA 2011-12. I HAVE A 2010, MANUFACTURED IN ALABAMA. THE MOTOR WENT OUT IN THE CAR A FEW MONTHS AGO WHILE I WAS DRIVING. IT LOST POWER AND STOPPED. THE CAR CONTINUES TO SIT IN MY DRIVEWAY. I HAD THE DEALER INSPECT IT BEFORE IT WENT OUT BECAUSE OF A KNOCKING NOISE. THE DEALER (MUNGENAST HYUNDAI, 649 DUNN RD., ST. LOUIS, MO) REPORTED IT WAS A MOTOR PROBLEM AND THE ONLY WAY TO FIX IT WAS TO REPLACE THE MOTOR. THE WARRANTY HAD ALREADY EXPIRED, AND I DID NOT HAVE $5000 TO REPLACE THE MOTOR. THE MOTOR PROBLEMS DID NOT START WITH THE 2011 MODELS. I HOPE YOU CAN LOOK INTO THIS, AND HOPEFULLY I CAN GET MY VEHICLE REPAIRED. THANK YOU. *TR

**NHTSA ID Number:** 10778266

**Incident Date** January 14, 2015

**Consumer Location** Unknown

**Vehicle Identification Number** 5NPET4AC0AH****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING AT 75 MPH, AN ABNORMAL NOISE COULD BE HEARD FROM THE FRONT OF THE VEHICLE. THE VEHICLE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                  Case No.

WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS
DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE
VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE
AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS
APPROXIMATELY 74,000.

## MY 2009-2021 Hyundai Genesis Vehicles

**NHTSA ID Number:** 10643988

**Incident Date** September 29, 2013

**Consumer Location** ROSEMEAD, CA

**Vehicle Identification Number** KMHGC46F29U****

**Summary of Complaint**

THE CAR HAD RECENTLY GOTTEN A MAJOR SERVICE AT THE
DEALERSHIP IN EARLY AUGUST. THE CAR HAD NOT BEEN DRIVEN
MUCH SINCE THAT SERVICE AS THE PRIMARY DRIVER WAS UNABLE
TO DRIVE THE CAR FROM MID AUGUST THROUGH THE TIME OF THE
INCIDENT. THIS IS A CAR THAT WAS WELL MAINTAINED THROUGH
DEALERSHIP SERVICING. THE CAR WAS BEING DRIVEN ON THE
FREEWAY AT NIGHT AT THE APPROXIMATE SPEED OF 65 MPH.
SUDDENLY, A LOUD METALLIC CLANK, CLANK CLANK CAME FROM
UNDERNEATH THE CAR. IT SOUNDED AS IF WE HAD RUN OVER
SOMETHING ON THE FREEWAY. DIRECTLY FOLLOWING THIS, THE CAR
LOST ALL POWER AND WE NOTICED THE SMELL OF ELECTRICAL
BURNING. WE WERE UNABLE TO ACCELERATE AND THE HEADLIGHTS
BEGAN TO DIM. LUCKILY, WE WERE ABLE TO STEER THE CAR OFF THE
NEXT OFF RAMP & BRING THE CAR TO A STOP BUT THE POWER
STEERING AND POWER BRAKING WERE GONE. HAD THIS NOT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OCCURRED ON A SUNDAY NIGHT, THE RESULTS COULD HAVE BEEN VERY DIFFERENT. ONCE SAFELY TO THE SIDE OF , WE SMELLED A STRONG ELECTRICAL BURNING SMELL IN THE PASSENGER COMPARTMENT. WE DID NOT WITNESS EVIDENCE OF FIRE OR SMOKE. INITIALLY, THE LIGHTS WENT OUT COMPLETELY. THEY SLOWLY POWERED BACK ON BUT EACH TIME KEYLESS START BUTTON WAS PUSHED, THE LIGHTS WOULD BEGIN TO DIM AGAIN. THE CAR WAS TOWED TO THE DEALERSHIP. THE DEALERSHIP CALLED THE FOLLOWING DAY TO LET US KNOW THAT THE ENGINE HAD A HOLE IN THE BLOCK. FROM THEIR ASSESSMENT, THIS WAS NOT CAUSED BY AN EXTERNAL FORCE BUT FROM THE FAILURE OF AN INTERNAL COMPONENT. WE FILED A CLAIM WITH HYUNDAI CORPORATE WHO DEEMED THAT THE PROBLEM WAS NOT CAUSED BY A MANUFACTURER'S DEFECT. *TR

**NHTSA ID Number:** 10715933

**Incident Date** May 2, 2015

**Consumer Location** NORTHAMPTON, PA

**Vehicle Identification Number** N/A

**Summary of Complaint**

I WAS DRIVING ON ROUTE 81 TO HARRISBURG AND HEARD A LOUD NOISE AND MY ENGINE JUST SHUT OFF. I HAD TO COAST OVER TO THE SIDE OF THE ROAD TO A SAFE PLACE. I HAD TO GET MY CAR TOWED AND MY MECHANIC INSPECTED THE VEHICLE AND ADVISED THAT THE CONNECTING ROD INSIDE THE ENGINE BROKE AND PUT A HOLE IN THE ENGINE AND THE OIL TANK. I HAD TO GET THE CAR TOWED AND WHILE IT WAS ON THE TOW TRUCK I SAW THE OIL JUST POURING OUT OF THE BOTTOM OF THE VEHICLE. THE TECHNICIAN TOLD ME

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

184

THAT THIS IS VERY ODD FOR THIS TO BREAK. HE SAID IT IS MOST LIKELY A MANUFACTURERS DEFECT BECAUSE THIS DOES NOT JUST HAPPEN. OIL TANK WAS FULL WITH OIL AND THE CAR HAS BEEN WELL TAKEN CAR OF. ANY OTHER INCIDENTS LIKE THIS ONE?

**NHTSA ID Number:** 10845551

**Incident Date** March 6, 2016

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** KMHGC4DF3BU****

**Summary of Complaint**

THE ENGINE DOESN'T TURN OVER, AND ACCORDING TO THE MECHANICS AT THE DEALER, IT APPEARS THAT THE "ENGINE IS LOCKED UP". PRIOR TO THE CAR JUST STOPPING WHILE I WAS DRIVING, NONE OF THE ENGINE INDICATOR LIGHTS CAME ON. THIS CAR HAS 23,000 MILES. THE MECHANICS HAVE CONTACTED THE WARRANTY DEPARTMENT WHO HAVE REQUESTED PICTURES OF THE OIL PAN. I RECEIVED AN OIL CHANGE EXACTLY ONE MONTH BEFORE THIS INCIDENT AND NO ONE AT JIFFY LUBE NOTED ANY PROBLEMS.

**NHTSA ID Number:** 11456263

**Incident Date** June 15, 2021

**Consumer Location** MIAMI, FL

**Vehicle Identification Number** KMHHT6KD2CU****

**Summary of Complaint**

All maintenance done on vehicle when needed however the vehicle stalled in traffic and almost caught on fire when driving it doesn't take off like it should now vehicle is not drivable engine failure

CLASS ACTION COMPLAINT                                             Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11435981

**Incident Date** September 29, 2021

**Consumer Location** PETALUMA, CA

**Vehicle Identification Number** KMHGC4DD6DU****

**Summary of Complaint**

On Wednesday, September 29, 2021 at approximately 2:30pm, the engine failed suddenly while driving on the freeway in the left-hand lane at approx. 65 mph. Vehicle vibrated and gave off loud knocking sound and engine power was lost. Electrical power was maintained. No emergency lane was available on the left, so I had to coast to the right-hand emergency lane. Vehicles from behind came extremely close to striking my vehicle. The vehicle is currently in the possession of Hyundai; and appears to indicate connecting rod bearing failure.

**NHTSA ID Number:** 11445181

**Incident Date** November 25, 2021

**Consumer Location** WAITE PARK, MN

**Vehicle Identification Number** KMHHU6KJ9EU****

**Summary of Complaint**

There are literally hundreds if not thousands of people with Hyundai vehicles with the 3.8 engine from 2010-2016 with blown engines because of rod bearing failures with anywhere from as low as 60,000 miles to 150,000 miles. How many have to fail and leave people stranded before somebody does something about it. My car engine failed at 116,000 and has been at the dealership a month already and their not doing [XXX] about it to fix it. It'll cost me and everyone else thousands of dollars. These 3.8 engines are just as likely to fail as all the Hyundai 2.0 engines that are currently being recalled. Somebody need ls to do something about it cuz I'd say there will be a lawsuit coming for Hyundai in the near future INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                      Case No.

U.S.C. 552(B)(6).

**NHTSA ID Number:** 10643988

**Incident Date** September 29, 2013

**Consumer Location** ROSEMEAD, CA

**Vehicle Identification Number** KMHGC46F29U****

**Summary of Complaint**

THE CAR HAD RECENTLY GOTTEN A MAJOR SERVICE AT THE DEALERSHIP IN EARLY AUGUST. THE CAR HAD NOT BEEN DRIVEN MUCH SINCE THAT SERVICE AS THE PRIMARY DRIVER WAS UNABLE TO DRIVE THE CAR FROM MID AUGUST THROUGH THE TIME OF THE INCIDENT. THIS IS A CAR THAT WAS WELL MAINTAINED THROUGH DEALERSHIP SERVICING. THE CAR WAS BEING DRIVEN ON THE FREEWAY AT NIGHT AT THE APPROXIMATE SPEED OF 65 MPH. SUDDENLY, A LOUD METALLIC CLANK, CLANK CLANK CAME FROM UNDERNEATH THE CAR. IT SOUNDED AS IF WE HAD RUN OVER SOMETHING ON THE FREEWAY. DIRECTLY FOLLOWING THIS, THE CAR LOST ALL POWER AND WE NOTICED THE SMELL OF ELECTRICAL BURNING. WE WERE UNABLE TO ACCELERATE AND THE HEADLIGHTS BEGAN TO DIM. LUCKILY, WE WERE ABLE TO STEER THE CAR OFF THE NEXT OFF RAMP & BRING THE CAR TO A STOP BUT THE POWER STEERING AND POWER BRAKING WERE GONE. HAD THIS NOT OCCURRED ON A SUNDAY NIGHT, THE RESULTS COULD HAVE BEEN VERY DIFFERENT. ONCE SAFELY TO THE SIDE OF , WE SMELLED A STRONG ELECTRICAL BURNING SMELL IN THE PASSENGER COMPARTMENT. WE DID NOT WITNESS EVIDENCE OF FIRE OR SMOKE. INITIALLY, THE LIGHTS WENT OUT COMPLETELY. THEY SLOWLY POWERED BACK ON BUT EACH TIME KEYLESS START BUTTON WAS

187

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

PUSHED, THE LIGHTS WOULD BEGIN TO DIM AGAIN. THE CAR WAS TOWED TO THE DEALERSHIP. THE DEALERSHIP CALLED THE FOLLOWING DAY TO LET US KNOW THAT THE ENGINE HAD A HOLE IN THE BLOCK. FROM THEIR ASSESSMENT, THIS WAS NOT CAUSED BY AN EXTERNAL FORCE BUT FROM THE FAILURE OF AN INTERNAL COMPONENT. WE FILED A CLAIM WITH HYUNDAI CORPORATE WHO DEEMED THAT THE PROBLEM WAS NOT CAUSED BY A MANUFACTURER'S DEFECT. *TR

**NHTSA ID Number:** 10715933

**Incident Date** May 2, 2015

**Consumer Location** NORTHAMPTON, PA

**Vehicle Identification Number** N/A

**Summary of Complaint**

I WAS DRIVING ON ROUTE 81 TO HARRISBURG AND HEARD A LOUD NOISE AND MY ENGINE JUST SHUT OFF. I HAD TO COAST OVER TO THE SIDE OF THE ROAD TO A SAFE PLACE. I HAD TO GET MY CAR TOWED AND MY MECHANIC INSPECTED THE VEHICLE AND ADVISED THAT THE CONNECTING ROD INSIDE THE ENGINE BROKE AND PUT A HOLE IN THE ENGINE AND THE OIL TANK. I HAD TO GET THE CAR TOWED AND WHILE IT WAS ON THE TOW TRUCK I SAW THE OIL JUST POURING OUT OF THE BOTTOM OF THE VEHICLE. THE TECHNICIAN TOLD ME THAT THIS IS VERY ODD FOR THIS TO BREAK. HE SAID IT IS MOST LIKELY A MANUFACTURERS DEFECT BECAUSE THIS DOES NOT JUST HAPPEN. OIL TANK WAS FULL WITH OIL AND THE CAR HAS BEEN WELL TAKEN CAR OF. ANY OTHER INCIDENTS LIKE THIS ONE?

**NHTSA ID Number:** 10845551

CLASS ACTION COMPLAINT                                      Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    **Incident Date** March 6, 2016

2    **Consumer Location** CHICAGO, IL

3    **Vehicle Identification Number** KMHGC4DF3BU****

4    **Summary of Complaint**

5    THE ENGINE DOESN'T TURN OVER, AND ACCORDING TO THE

6    MECHANICS AT THE DEALER, IT APPEARS THAT THE "ENGINE IS

7    LOCKED UP". PRIOR TO THE CAR JUST STOPPING WHILE I WAS

8    DRIVING, NONE OF THE ENGINE INDICATOR LIGHTS CAME ON. THIS

9    CAR HAS 23,000 MILES. THE MECHANICS HAVE CONTACTED THE

10   WARRANTY DEPARTMENT WHO HAVE REQUESTED PICTURES OF THE

11   OIL PAN. I RECEIVED AN OIL CHANGE EXACTLY ONE MONTH BEFORE

12   THIS INCIDENT AND NO ONE AT JIFFY LUBE NOTED ANY PROBLEMS.

13

14   **NHTSA ID Number:** 11382916

15   **Incident Date** November 6, 2020

16   **Consumer Location** PHOENIX, AZ

17   **Vehicle Identification Number** KMHGC4DE2BU****

18   **Summary of Complaint**

19   THE CAR WAS PARKED (NOT RUNNING OR MOVING) IN AN OPEN AIR

20   GROCERY STORE PARKING LOT. I WAS IN THE GROCERY STORE FOR

21   APPROXIMATELY 20 MINUTES AND CAME OUT TO FIND A CROWD AND

22   A FIRE CREW WHO HAD JUST PUT OUT THE FIRE IN THE HOOD AREA

23   OF MY CAR. I HAVE PHOTOS OF THE CAR BUT THEY ARE ON MY

24   PHONE AND I DON'T KNOW HOW TO SEND THEM TO COMPUTER.

25

26   **NHTSA ID Number:** 11222021

27   **Incident Date** June 22, 2019

28   **Consumer Location** ALLEN, TX

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KMHHT6KD3CU****

**Summary of Complaint**

AS I EXITED THE FREEWAY I SHIFTED OUT OF 6TH GEAR (70MPH) AND
PRESSED THE BRAKES TAKING IT DOWN TO 40MPH. THE RPMS
CONTINUED TO REV UP TO 6K AND BEYOND. THE BRAKES DID
RESPOND, SO I FELT THERE WASN'T IMMEDIATE DANGER. I
IMMEDIATELY PULLED OVER TO THE SHOULDER AND STOPPED MY
CAR BY TURNING OFF THE KEY. TURNING THE CAR BACK ON, NOT IN
ANY GEAR, NOT PRESSING THE GAS, THE RPMS BEGAN TO REV JUST
AS HIGH AGAIN. SO I TURNED THE KEY OFF AGAIN. I DECIDED TO TRY
AGAIN, STARTED THE CAR, IT BEGAN REVVING UP THE RPMS. I
SHIFTED INTO FIRST GEAR TO SEE WHAT WOULD HAPPEN AND IT
BEGAN TO DECREASE IN RPM. THEN IT BECAME NORMAL. BUT NOW
THERE IS A KNOCKING NOISE IN THE ENGINE WHEN I ACCELERATE
THAT WAS NOT PRESENT BEFORE. IT'S LESS NOTICEABLE AT 1ST AND
2ND GEAR, BUT GETS MORE PRONOUNCED FROM 3RD GEAR ONWARD.
THERE WERE NO WARNING LIGHTS, NO CHECK ENGINE LIGHT. I TOOK
IT TO FIRESTONE WHERE THEY TOLD ME IT'S POSSIBLE THAT THE
ENGINE MAY NEED REPLACED. I DID FIND THERE WAS A REPORT OF
ENGINE PROCESSING FLAWS THAT COULD RESULT IN A KNOCKING
NOISE ON VARIOUS NEWS SITES BUT NOTHING OFFICIAL. THIS CAR
HAS ONLY 40K~ MILES. IT WAS MANUFACTURED IN 2011 AS I BOUGHT
IT HOT OFF THE LOT AT 6MILES ON THE ODOMETER. I GET REGULAR
OIL CHANGES USING SYNTHETIC OIL ONLY. IT'S MINT. NO REASON
FOR THIS TO BE OCCURRING.

**NHTSA ID Number:** 11456263

**Incident Date** June 15, 2021

CLASS ACTION COMPLAINT                                Case No.

**Consumer Location** MIAMI, FL

**Vehicle Identification Number** KMHHT6KD2CU****

**Summary of Complaint**

All maintenance done on vehicle when needed however the vehicle stalled in traffic and almost caught on fire when driving it doesn't take off like it should now vehicle is not drivable engine failure

**NHTSA ID Number:** 11390586

**Incident Date** January 23, 2021

**Consumer Location** WINDER, GA

**Vehicle Identification Number** KMHGC4DD6CU****

**Summary of Complaint**

COMPLETE FAILURE OF ENGINE. SENSORS AND ELECTRICAL COMPONENTS MALFUNCTIONS. TOUCH SCREEN DISPLAY NON RESPONSIVE AND KEYSTROKES OFF. GAS/FUEL WOULD SPEW BACK OUT WHEN FILLING. WINDSHIELD VISIBILITY POOR. LIGHTING DIM. HYDRAULIC SYSTEM FAIL. TIMING BELT FAIL. FLANG SOUND (TICKING IN ENGINE) LED TO ENGINE FAIL. ELECTRICAL LIGHTS FLICKERING WAS ME. VEHICLE STALLED OUT COMPLETELY SHUTTING OFF LOCKING UP AND SEIZING OUT. COMPONENTS MALFUNCTIONING. HARD BRAKE CHECKS, HIGH RPM RREVVING, AND IDLEING ALL ARE SHOWN WHEN CAR WAS TRAVELING AT 45 MPH AND NO CHANGE IN SPEED. FAILURE OF FLUIDS CAUSE CORROSION AND HECU. ENGINE LIGHT INDICATOR AND ENGINE OIL LAMP LIGHT FLICKERING WITH NO DISTINCT PATTERN. PROCEEDED TO BANG LOUD IN ENGINE. RPM REV 2-3K BEFORE SPEED CATCHES. CD PLAYER PROBLEMS. ALWAYS MAKING A SOUND AS IF IT IS TRYING TO EJECT AND THEN SPUTTERS OUT. IN 2 DAYS THE ENTIRE VEHICLE WENT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

FROM NO LIGHTS DISPLAYING NO KNOCKING SOUND. 94K MILES TOTAL

**NHTSA ID Number:** 11301200

**Incident Date** January 12, 2020

**Consumer Location** BATON ROUGE, LA

**Vehicle Identification Number** KMHHT6KD3DU****

**Summary of Complaint**

I RECENTLY HAD TAKEN MY VEHICLE TO GET SERVICED FOR AN OIL CHANGE. 2 WEEKS LATER I'M DRIVING AND MY OIL WARNING LIGHT COMES ON AND THEN MY STEERING WHEEL LOCKS UP AND THE ENGINE JUST GOES OUT. I HAVE NEVER HAD ANY MECHANICAL PROBLEMS WITH THIS VEHICLE.

**NHTSA ID Number:** 11435981

**Incident Date** September 29, 2021

**Consumer Location** PETALUMA, CA

**Vehicle Identification Number** KMHGC4DD6DU****

**Summary of Complaint**

On Wednesday, September 29, 2021 at approximately 2:30pm, the engine failed suddenly while driving on the freeway in the left-hand lane at approx. 65 mph. Vehicle vibrated and gave off loud knocking sound and engine power was lost. Electrical power was maintained. No emergency lane was available on the left, so I had to coast to the right-hand emergency lane. Vehicles from behind came extremely close to striking my vehicle. The vehicle is currently in the possession of Hyundai; and appears to indicate connecting rod bearing failure.

**NHTSA ID Number:** 11445181

CLASS ACTION COMPLAINT                                              Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** November 25, 2021

**Consumer Location** WAITE PARK, MN

**Vehicle Identification Number** KMHHU6KJ9EU****

**Summary of Complaint**

There are literally hundreds if not thousands of people with Hyundai vehicles with the 3.8 engine from 2010-2016 with blown engines because of rod bearing failures with anywhere from as low as 60,000 miles to 150,000 miles. How many have to fail and leave people stranded before somebody does something about it. My car engine failed at 116,000 and has been at the dealership a month already and their not doing [XXX] about it to fix it. It'll cost me and everyone else thousands of dollars. These 3.8 engines are just as likely to fail as all the Hyundai 2.0 engines that are currently being recalled. Somebody need ls to do something about it cuz I'd say there will be a lawsuit coming for Hyundai in the near future INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**NHTSA ID Number:** 11435397

**Incident Date** October 3, 2021

**Consumer Location** BRIDGETON, NJ

**Vehicle Identification Number** KMHHT6KD6EU****

**Summary of Complaint**

My VIN# does not appear in the Recall Listing of Hyundai vehicles that are at risk for fires, but 2014 models should be. The original engine was replaced on 12/9/2020, as something melted inside, causing it to seize up. It was replaced with a used engine, with only 51,000 miles. My engine compartment caught on fire, on 10/3/2021, while my son was driving the vehicle on the highway. This model also needs to be placed on the recall list for fire risk!

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11271128

**Incident Date** August 22, 2019

**Consumer Location** ACWORTH, GA

**Vehicle Identification Number** KMHHT6KD0EU****

**Summary of Complaint**

SO I HAD BOUGHT MY GEN COUPE 25 DAYS BEFORE IT HAD BLOWN UP. WHEN PURCHASED I DID ALL THE REGULAR MAINTENANCE. 4,000 MILES LATER. THE ENGINE HAS OIL ISSUES AND DROPPED A CYLINDER AND BLEW THE ENGINE. I HAD FINANCED THE CAR AND NOW I'M STUCK WITH A BROKEN CAR AND EVERY SHOP WANTS TO CHARGE ME 10-15K FOR A NEW USED ENGINE. I'M LOST AND DON'T KNOW WHAT TO DO. IS THERE ANYONE ELSE DEALING WITH THE SAME ISSUES?

**2011-2015 Hyundai Equus**

**NHTSA ID Number:** 11110780

**Incident Date** May 11, 2018

**Consumer Location** PLAINFIELD, IL

**Vehicle Identification Number** KMHGC4DH8EU****

**Summary of Complaint**

ENGINE FAILURE - CAR HAS 32K MILES; NEVER HAD ANY WARNING LIGHT APPEAR ON THE DASH; OUT OF NO WHERE DEVELOPED A KNOCKING NOISE. THE CAR WAS SITTING FOR APPROXIMATELY 2 WEEKS AND ONCE STARTED AND DRIVING A KNOCKING NOISE STARTED APPROXIMATELY 5 MINUTES INTO MY DRIVE; THEREFORE I BROUGHT IT IMMEDIATELY TO THE DEALER. NEW ENGINE IS NEEDED DUE TO EXCESSIVE SLUDGE BUILD UP AND OIL BLEEDING INTO THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE AND TIMING CHAIN. MANUFACTURER STATED IT'S NOT COVERED UNDER WARRANTY. A LOCAL MECHANIC SHOP TOLD ME THIS HAS BEEN NOTED IN A COUPLE OTHER SAME MODELS THAT CAME THROUGH THEIR SHOP ALTHOUGH THOSE OWNERS TRADED THE CAR IN TO GET OUT OF THE SITUATION THEY WERE IN. OIL WAS CHANGED IN ACCORDANCE WITH THE MANUFACTURERS SPECIFICATION ALTHOUGH NOT THROUGH A DEALER SINCE I DON'T LIVE CLOSE TO A DEALER. IF THE MANUFACTURER REQUIRES IT TO BE CHANGED OR MAINTAINED THROUGH A DEALER, THAT SHOULD BE DOCUMENTED IN THE OWNERS MANUAL. THIS MANUFACTURER SEEMS TO HAVE A LOT OF ISSUES WITH ENGINE FAILURES. THIS COULD HAVE POTENTIALLY CAUSED THE CAR TO STALL IN THE MIDDLE OF A BUSY HIGHWAY POTENTIALLY CAUSING TO HARM TO PEOPLE IN MY CAR OR CAUSE A SERIOUS ACCIDENT.

### 2.  Kia's Knowledge

130.  The experiences of the Kia Plaintiffs are by no means isolated or outlying occurrences. Indeed, the internet is replete with examples of blogs and other websites where consumers have complained of the exact same engine Defect within the Kia Class Vehicles and complaints from earlier model year Kia owners and lessees with the same engines. Upon information and belief, Defendant Kia, through (1) their own records of customers' complaints, (2) dealership repair records, (3) records from the NHTSA, (4) warranty and post-warranty claims, (5) internal pre-sale durability testing, and (6) other various sources, were well aware of the engine Defect but failed to notify consumers of the nature and extent of the problems with the Lambda Engines or provide any adequate remedy.

131.  Kia routinely monitors the internet for complaints similar in substance to those quoted below. Kia's customer relations department routinely monitors the internet for customer complaints, and Kia has retained the services of third parties to

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

do the same. Further, the customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, Kia was made aware of the engine Defect. The complaints also indicate Kia's knowledge of the Defect and its potential danger.

132.   All vehicle manufacturers, including Defendants, are required by law (which is backed by criminal penalties) to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should be recalled due to safety concerns, thus Defendants have knowledge of any and all NHTSA complaints. *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000).

133.   Kia is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, Kia likely conducts testing on incoming batches of components, including the Lambda Engines, to verify that the parts are free from defects and comply with Kia's specifications. Accordingly, Kia knew or should have known that the engine used in the Class Vehicles is defective and likely to fail prematurely, costing Plaintiffs and Class Members thousands of dollars in expenses.

134.   Moreover, Kia also should have known of the connecting rod bearing Defect and risk of engine block puncture because of the sheer number of reports of engine problems relating to the connecting rod bearings and/or lubrication channels. For instance, Kia's customer relations department, which interacts with Kia-authorized service technicians in order to identify potentially widespread vehicle problems and assist in the diagnosis of vehicle issues, has received numerous reports of engine problems relating to the connecting rod bearings and lubrication channels. Customer relations also collects and analyzes field data including, but not limited to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

135.   Kia's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify

196

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

defect trends in its vehicles. Kia dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide Kia with detailed documentation of the problem and the fix that describes the complaint, cause, and correction, and also save the broken part in case Kia later determines to audit the dealership or otherwise verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty repairs to Kia because Kia will not pay the service centers for the repair if the complaint, cause, and correction are not sufficiently described.

136.   Kia knew or should have known about the engine Defect because of the high number of replacement parts likely ordered from Kia. All Kia service centers are required to order replacement parts, including engines, piston assemblies, and connecting rod bearings directly from Kia. Other independent vehicle repair shops that service Class Vehicles also order replacement parts directly from Kia. Kia routinely monitors part sales reports and is responsible for actually shipping parts requested by dealerships and technicians. Thus, Kia has detailed, accurate, and real-time data regarding the number and frequency of replacement part orders. The sudden increase in orders for the Lambda Engines and engine components used in the Kia Class Vehicles were known to Kia, and should have alerted it to the scope and severity of the engine Defect.

### a.    *Complaints by other class members*

137.   Representative examples of complaints on the NHTSA website regarding the Class Vehicles are included below:[10]

## **MY 2011-2020 Kia Sorento**

**NHTSA ID Number:** 11451696

_____

[10] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.

CLASS ACTION COMPLAINT                                                                 Case No.

**Incident Date** October 1, 2021

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 5XYKUDA20BG****

**Summary of Complaint**

The engine seized and needed to be replaced. The cost would be $11000 and there was only ONE available in the entire country. We were given $100 for the car. The KIA Corporation knew that this engine was defective and did not recall it or warn us that the engine could seize while driving or catch fire causing catastrophic injuries.

**NHTSA ID Number:** 11445087

**Incident Date** November 22, 2021

**Consumer Location** SAINT LOUIS, MO

**Vehicle Identification Number** 5xykt4a17bg****

**Summary of Complaint**

The engine on my 2011 Kia Sorento has failed and the mechanic at the Kia dealership told me it was because of the rod bearings. My car was serviced at the Kia dealership in April 2021 and apparently 2 weeks later an ECU update recall was placed on my vehicle. I did not receive anything notifying me of this update. In November of 2021 my engine started making a loud noise and then failed to turn on. The mechanic at the Kia dealership told me had I had the sensor updated prior to the noise starting it would have alerted us to the rod bearings causing damage but since the update had never happened the rod bearings caused my engine to fail. According to the dealership I should be covered under the recall but Kia headquarters are denying to cover it since I am over my mileage warranty. I have tried for the last month to get a supervisor to return my call at the Kia headquarters and no one will speak to me or call me back. I have been without a vehicle since November 22, 2021 and no resolution since no one will call me back.

CLASS ACTION COMPLAINT                                                    Case No.

**NHTSA ID Number:** 11424208

**Incident Date** June 28, 2021

**Consumer Location** SLIDELL, LA

**Vehicle Identification Number** 5XYKT4A24BG****

**Summary of Complaint**

Engine has a loud knocking noise also had flames coming from under the hood. No check engine light came on. I was so terrified for my life. Kia has a recall on 2012 - 2019 engine and not 2011 Kia Sorento engines and it's causing the same issue.. this is not Safe for anyone.. so can you'll look into this matter and make Kia accountable for the repairs.. total of 187 complaints on the 2011 Kia Sorento engine and nothing is being done… Please help us

**NHTSA ID Number:** 11422246

**Incident Date** June 18, 2021

**Consumer Location** SCOTTSBORO, AL

**Vehicle Identification Number** 5xyku4a19bg****

**Summary of Complaint**

A few days before we were to go on vacation we received a campaign letter from Kia about reprogramming the ecm because of the knock sensors. In this letter it stated that after the repairs were done the would warrant the engine for 10 years or 150000 miles from first in service date. My Kia has 144417 miles on it. Because it was so close to our vacation time I didn't have time to take it to the dealer and get the campaign done on it, I was going to do it when I returned from vacation. When we were returning on I-75 outside Chattanooga Tn I heard a loud noise, check eng light started flashing, it jerked me into the right lane which I barely avoided a crash with a vehicle in that lane, smoke was coming up behind me after getting the vehicle to the shoulder of the road some lady pulled up in front of us and said the car was on fire i raised the hood and it was burning at the firewall and underneath it. I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

instructed my son to get my wife and 3 yr old grandson out of the car, they were in the back seat. I happened to have a case of water in the ack so I started getting out bottles of water out and pouring them on the flames when a dot truck pulled up with a fire extinguisher and finished putting out the flames. There were no warning lights or noises on before this happened. I have been a mechanic all my life and upon inspection I saw that it had slung a rod out the side of the block and that the oil hitting the hot exhaust had set fire to the vehicle. I had to pay 350.00 to get it towed back to my house. I called Kia on Monday and he took all this information down and then he told me they wouldn't do anything about it because I didn't have the campaign done before it happened. I think that Kia ought to put me an engine in this vehicle

**NHTSA ID Number:** 11420351

**Incident Date** May 29, 2021

**Consumer Location** SLIDELL, LA

**Vehicle Identification Number** 5XYKT4A24BG****

**Summary of Complaint**

Engine knocking when accelerating, leaking oil, sparks of fire almost caught fire,... no engine light came on. There's a recall for Kia Sorento engine but only the 2.5 engine and not a 3.5 engine in which I have a 3.5 and it's doing the same as the 3.5 engine... that's terrifying

**NHTSA ID Number:** 11416106

**Incident Date** May 10, 2021

**Consumer Location** PARISH, NY

**Vehicle Identification Number** 5XYKTCA18BG****

**Summary of Complaint**

IVE HAD TWO ENGINES FAIL ON THIS CAR BOTH THE SAME

CLASS ACTION COMPLAINT                                    Case No.

CONNECTING ROD ISSUE YET MY CAR IS NOT INCLUDED IN RECALL SO MY FIRST ENGING COST ME 6,000 DOLLERS THE SECOND I HAVE REPACED YET IT SITTING IN THE DRIVEWAY DROVE IT ONLY 3800 MILES SAME ISSUE BEARING ARE GONE DON'T KNOW WHAT TO DO EXCEPT MAYBE GET A LAWYER CAR IS A LEMON

**NHTSA ID Number:** 11414131

**Incident Date** March 20, 2021

**Consumer Location** MCDADE, TX

**Vehicle Identification Number** 5XYKT3A11BG****

**Summary of Complaint**

TL* THE CONTACT OWNED A 2011 KIA SORENTO. THE CONTACT STATED WHILE DRIVING 70 MPH, THE CONTACT HEARD A LOUD NOISE COMING FROM THE ENGINE COMPARTMENT. THE CONTACT PULLED OVER TO THE SIDE OF THE ROAD AS SPARKS AND FLAMES WERE SEEN COMING FROM THE ENGINE COMPARTMENT. THE CONTACT EXITED THE VEHICLE, OPENED THE HOOD AND A FIRE EMERGED FROM THE ENGINE. THE CONTACT STATED THAT SHE SUSTAINED AN EYE INJURY DUE TO THE FLAMES. THE FIRE DEPARTMENT WAS CONTACTED AND WAS ABLE TO EXTINGUISH THE FIRE. THE CONTACT WAS UNAWARE IF A POLICE OR FIRE DEPARTMENT REPORT WAS FILED. THE VEHICLE WAS TOWED TO A JUNK YARD. THE CONTACT NOTIFIED KIA OF SOUTH AUSTIN (5306 S IH 35 FRONTAGE RD, AUSTIN, TX 78745) AND THEY INFORMED THE CONTACT THAT THEY COULD NOT ASSIST DUE TO THE VEHICLE NOT BEING UNDER A RECALL. THE VEHICLE HAD NOT BEEN DIAGNOSED OR REPAIRED. THE VEHICLE WAS DESTROYED. THE MANUFACTURER HAD BEEN INFORMED OF THE FAILURE AND COMPLAINT WAS FILED. THE FAILURE MILEAGE WAS UNKNOWN.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11362174

**Incident Date** September 19, 2020

**Consumer Location** CLIFTON PARK, NY

**Vehicle Identification Number** 5XYKTDA13BG****

**Summary of Complaint**

AT 103,000 MILES, MY 2011 KIA SORENTO HAD CATASTROPHIC ENGINE FAILURE WITH NO WARNING. IT WAS DEEMED TO BE AN INTERNAL ENGINE FAILURE, KNOWN BY KIA, HOWEVER THEY REFUSED TO INCLUDE MY VIN IN THE RECALL. I PAID 2700 FOR A REPLACEMENT THROUGH THE KIA DEALERSHIP. 2 YEARS LATER, AT 1240,000 MILES, THE SECOND ENGINE FAILED. AGAIN, NO WARNING LIGHTS, SIMPLY DRIVING FORWARD AT 60MPH WHEN IT STOPPED. KIA REFUSES TO COVER ANYTHING AGAIN.

**NHTSA ID Number:** 11362187

**Incident Date** September 19, 2020

**Consumer Location** CLIFTON PARK, NY

**Vehicle Identification Number** 5XYKTDA13BG****

**Summary of Complaint**

IN 2018, WHILE DRIVING, MY 2011 KIA SORENTO WITH 101,000 MILES, THE ENGINE COMPLETELY STOPPED WITH ZERO WARNING. IT WAS DEEMED AN INTERNAL ENGINE FAILURE AND WHILE KIA HAD A KNOWN ENGINE ISSUE, THEY REFUSED TO INCLUDE MY VIN IN THE RECALL. I PAID OUT OF POCKET TO HAVE THE KIA DEALER INSTALL A KIA SUPPLIED ENGINE. 2 YEARS LATER, WITH 20,000 MILES, THE SAME ISSUE HAPPENED AGAIN. WHILE DRIVING AT 70 MPH, THE ENGINE FAILED. FORTUNATELY I WAS ABLE TO GET TO THE SIDE OF THE

202

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HIGHWAY AND GOOD SAMARITANS STOPPED TO HELP PUSH ME OUT

OF HARMS WAY. AGAIN, KIA WILL NOT COVER THE REPAIRS.

FORTUNATELY I COULD SMELL THE HOT ENGINE AND IMMEDIATELY

CALLED FOR A TOW RATHER THAN TRY TO RESTART THE ENGINE,

AFTER LEARNING THE ENGINES BURST INTO FLAMES.


**NHTSA ID Number:** 11361462

**Incident Date** August 31, 2020

**Consumer Location** DUNCAN FALLS, OH

**Vehicle Identification Number** 5XYKUDA24BG****

**Summary of Complaint**

ENGINE STARTED CLICKING AND SMOKING WHILE IN MOTION GOING

70 MPH ON THE INTERSTATE. MY ENGINE BLEW AT 158,000 MILES. I

HAD NORMAL REGULAR MAINTENANCE. MY MECHANIC DID

REGULAR OIL CHANGES.


**NHTSA ID Number:** 11351493

**Incident Date** June 20, 2020

**Consumer Location** KNOXVILLE, TN

**Vehicle Identification Number** 5XYKT3A1XBG****

**Summary of Complaint**

I WAS LEAVING MY MOM HOUSE AROUND TEN O'CLOCK AT NIGHT. AS

I WAS FIVE MINUTES AWAY FROM MY APARTMENTS MY CAR MADE A

LOUD SOUND AND STARTED TO SLOW DOWN. I STOP MY CAR AND PUT

IT UN PARK AND I SEEN SMOKE COMING FROM INSIDE THE HOOD. I

GET OUT THE CAR AND GRAB MY SON AND , I KNOCK ON SOMEONE'S

DOOR FOR HELP AND AFTER THAT FIRE STARTS. I CALL THE FIRE

DEPARTMENT AND THEY CAME IN ABOUT 3-5 MINUTES AND THEY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

FORCED MY HOOD OPEN DUE TO MY HOOD LATCH MISSING . AFTER

THE FIRE WAS PUT OUT I FOUND PIECES OF METAL ON THE GROUND

FROM MY KIA.

**NHTSA ID Number:** 11349923

**Incident Date** February 4, 2020

**Consumer Location** VINEYARD, UT

**Vehicle Identification Number** 5XYKTCA14BG****

**Summary of Complaint**

CAR HAS AN ENGINE KNOCKING SOUND FROM A BAD ROD. THE

ENGINE NEEDS TO BE REPLACED BUT IS OUT OF WARRANTY. THE

REPAIR WILL COST MORE THAN THE VEHICLE IS WORTH.

**NHTSA ID Number:** 11329154

**Incident Date** May 27, 2020

**Consumer Location** LINCOLN, NE

**Vehicle Identification Number** 5XYKUDA25BG****

**Summary of Complaint**

ENGINE STARTED KNOCKING SEVERAL DAYS BEFORE CATASTROPHIC

ENGINE FAILURE. THE CAR WAS TAKEN TO KIA. STAFF STARTED

ENGINE AND SAID IT NEEDS A NEW ENGINE WITHOUT LOOKING AT IT

FURTHER. TOOK ELSEWHERE FOR A SECOND OPINION. KNOCK

SUBSIDED SOME AFTER ADDING ADDITIONAL ENGINE OIL (NO

HISTORY OF LEAKS OR OIL USE). ENGINE THEN THREW A ROD

THROUGH THE OIL PAN AS THE VEHICLE WAS TRAVELING APPROX 40

MILES PER HOUR ON A 4 LANE STREET. .FORTUNATELY, MY 17 YEAR

OLD SON WAS ABLE TO REACT TO THE TOTAL ENGINE/POWER LOSS

AND WAS ABLE TO SAFELY GET THE VEHICLE PULLED OFF THE SIDE

OF THE ROAD INTO A TURN LANE. KIA ACKNOWLEDGES THEY HAVE

BEEN HAVING MANY IDENTICAL ISSUES WITH VARIOUS ENGINES, BUT

THIS SPECIFIC ENGINE WASN'T INCLUDED UNDER THE RECALL. SEEMS

VERY STRANGE THAT THIS ENGINE IS EXPERIENCING THE SAME

ISSUES AS OTHER KIA ENGINES, BUT THIS SPECIFIC ENGINE ISN'T

COVERED... KIA IS AGREEING TO COVER APPROXIMATELY 1/2 OF THE

ESTIMATED $6,000 REPAIR BILL. ENGINE HAD APPROX 120,000 MILES

ON IT. *TR

**NHTSA ID Number:** 11320673

**Incident Date** March 20, 2020

**Consumer Location** NEWARK, DE

**Vehicle Identification Number** 5XYKT3A13BG****

**Summary of Complaint**

ENGINE SEIZED UP CAUSING ENGINE FAILURE. VEHICLE MADE NOISE

AND STOPPED COMPLETELY. UNABLE TO START. PERSONAL

RESEARCH ONLINE-POSSIBLE RECALL SC147.KIA SORENTO BUILT

4/2011-2/10/2014, NHTSA CAMP.ID 17V224000. KIA CONSUMER

AFF.STATES THE VEH DOESN'T FALL UNDER THE RECALL.VEH.BROKE

DOWN ON 3/20/2020 IN LYNCHBURG,VA. SAME SYMPTOMS AS

DESCRIBED IN THE RECALL.DEALERSHIP IN LYNCHBURG

DETERMINED THE MOTOR "SEIZED" UP CAUSING TOTAL ENGINE

FAILURE.KIA HAS DETERMINED TO PAY FOR PARTS ONLY,NOT

LABOR.KIA CONSUMER AFFAIRS STATED THE WARRANTY DOES NOT

COVER DUE TO BEING 2ND OWNER.THE VEH. HAS LESS THAN 43K

MILES.NO WARNING LIGHTS ILLUMINATED UNTIL TIME OF ENGINE

FAILURE.VEH. HAS BEEN SERVICED REGULARLY PRIOR TO DATE OF

ENGINE FAILURE.IT IS UNKNOWN IF THE DEALERSHIP HAS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

PERFORMED TESTING VIA SCAN TOOLS EQUIPPED FOR SC147 INSPECTION.RESEARCH THAT I'VE DONE SHOWS THE NOISE TEST CANNOT BE DONE BECAUSE THE ENGINE SEIZED AND CANNOT BE STARTED.WHEN THE VEH ENGINE FAILED, I CHECKED THE OIL AND COOLANT.ALL FLUIDS WERE AT LEVEL AND CLEAN.NO LEAKS APPEARED UNDER VEH.THANK YOU FOR YOUR ATTENTION IN THIS MATTER. *TR

**NHTSA ID Number:** 11282310

**Incident Date** November 17, 2019

**Consumer Location** ARNOLD, MO

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE DRIVING APPROXIMATELY 40 MPH, A LOUD POPPING NOISE OCCURRED AND THE ENGINE SUDDENLY STALLED. THE VEHICLE WAS TOWED TO SUNTRUP KIA(6263 S. LINDBERGH BLVD, ST. LOUIS, MO) WHO INDICATED THAT THE ENGINE SEIZED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE, BUT NO ASSISTANCE WAS OFFERED. THE VIN WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS 66,000.

**NHTSA ID Number:** 11280860

**Incident Date** November 16, 2019

**Consumer Location** COLUMBIA, MO

**Vehicle Identification Number** 5XYKU4A10BG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE DRIVING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

APPROXIMATELY 70 MPH, THE VEHICLE STALLED AND ALL THE INSTRUMENT PANEL WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TOWED TO NAPLETONS MID RIVERS KIA (4555 VETERANS MEMORIAL PKWY, ST PETERS, MO 63376) WHERE IT WAS DETERMINED THAT THE ENGINE SEIZED AND NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 53,000.

**NHTSA ID Number:** 11268913

**Incident Date** October 14, 2019

**Consumer Location** LEXINGTON, SC

**Vehicle Identification Number** 5XYKT3A17BG****

**Summary of Complaint**

ENGINE GOT A LOUD NOISE AND THEN CAR SHUT DOWN. THE ENGINE HAS A LARGE HOLE. I WILL HAVE TO GET A NEW ONE. THIS HAPPENED WHILE DRIVING ON 4 LANE STREET. HAD HAVE VEHICLE TOWED.

**NHTSA ID Number:** 11252590

**Incident Date** June 12, 2019

**Consumer Location** DENVER, CO

**Vehicle Identification Number** 5XYKUDA28BG****

**Summary of Complaint**

IN NOVEMBER 2015 HAD MAJOR OIL LINE FAILURE, DEALERSHIP REPLACED OIL PRESSURE SWITCH. IN DECEMBER 2017 HAD MAJOR OIL LEAK, DEALERSHIP REPLACED OIL PRESSURE SWITCH. JUNE 2019 CHECK ENGINE LIGHT ACTIVATED UPON PUTTING VEHICLE IN PARK. TOOK IT TO KIA DEALERSHIP AND THEY FOUND PIECES OF BEARING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

IN THE BOTTOM OF OIL FILTER HOUSING. KIA DEALERSHIP RECOMMENDED REPLACEMENT OF BANK OIL CONTROL VALVE AND ULTIMATELY REPLACEMENT OF ENGINE. VEHICLE ONLY HAS 86,600 MILES ON IT. KIA DEALERSHIPS NOT INTERESTED IN BUYING VEHICLE AND QUOTE ME APPROXIMATELY $6,000 TO REPLACE ENGINE. I SUSPECT THIS MAY BE SAME ISSUE KIA HAD WITH 2012 SORRENTOS WHICH LED TO RECALL.

**NHTSA ID Number:** 11219120

**Incident Date** January 8, 2019

**Consumer Location** RIALTO, CA

**Vehicle Identification Number** 5XYKT4A28BG****

**Summary of Complaint**

THE ENGINE HAS A CLICKING SOUND ALL THE TIME SOUNDS LUKE ITS GRINDING METAL

**NHTSA ID Number:** 11207836

**Incident Date** March 10, 2019

**Consumer Location** TINLEY PARK, IL

**Vehicle Identification Number** 5XYKT3A19BG****

**Summary of Complaint**

I OWN A 2011 SORENTO (NOT A GDI ENGINE) THAT EXPERIENCED A SPUN ROD BEARING AND ENGINE FAILURE (ENGINE LIMP). MY SONS WERE DRIVING ON THE HIGHWAY IN OUR KIA SORENTO WHEN WITHOUT ANY WARNING, THE ENGINE FAILED. THANKFULLY, MY SONS WERE ABLE TO SAFELY TRANSITION OFF THE HIGHWAY THROUGH HIGH-SPEED TRAFFIC IN "LIMP MODE". MY SONS WERE QUICKLY ABLE TO FIND ONLINE COMPLAINTS AND DIAGNOSTICS

CLASS ACTION COMPLAINT                                    Case No.

DUPLICATING WHAT THEY HAD JUST EXPERIENCED - SPUN ROD BEARING. I WAS INSTRUCTED BY KIA CORPORATE THAT I SHOULD TOW MY VEHICLE TO A KIA DEALER FOR OFFICIAL DIAGNOSTICS ($140). THE DEALER CONFIRMED THE CAR EXPERIENCE A SPUN ROD BEARING AND ENGINE FAILURE REQUIRING A $6,500 ENGINE REPLACEMENT. IT HAS COME TO MY ATTENTION THAT MY MODEL IS NOT INCLUDED IN THE KIA ENGINE RECALL. I DON'T UNDERSTAND THE RECALL LIMITS WHEN THE ROD BEARING DEFECT CAUSES THE ENGINE FAILURE REGARDLESS OF THE ENGINE TYPE.

**NHTSA ID Number:** 11183496

**Incident Date** October 1, 2018

**Consumer Location** SURPRISE, AZ

**Vehicle Identification Number** 5XYKT3A13BG****

**Summary of Complaint**

2011 KIA, JUST OVER 100,000 MILES. STARTED KNOCKING FROM THE ENGINE, PULLED OVER HAD IT TOWED TO MY MECHANIC. STATED THAT LOWER ENGINE BLOCK BROKE THE ENGINE BLOWN. DEALERSHIP WOULD NOT DO ANYTHING.

**NHTSA ID Number:** 11140160

**Incident Date** June 22, 2018

**Consumer Location** CINCINNATI, OH

**Vehicle Identification Number** 5XYKT4A19BG****

**Summary of Complaint**

CAR ENGINE SEIZED WHILE OPERATING. HAD TO BE TOWED. BEEN IN KIA DEALERSHIP SERVICE SINCE JUNE 2018 IT IS NOW OCTOBER 13. STILL NO ENGIENE.

209

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11128568

**Incident Date** September 10, 2018

**Consumer Location** ATGLEN, PA

**Vehicle Identification Number** 5XYKU4A23BG****

**Summary of Complaint**

MY WIFE WAS DRIVING DOWN THE STREET WHEN THE CAR
SUDDENLY LOCKED UP(STOPPED) AND THE ENGINE SHUT OFF. SHE
NOTICED SMOKE COMING FROM UNDER THE HOOD AND THEN WITHIN
MINUTES THE ENGINE WAS IN COMPLETE FLAMES. PRIOR TO THIS
THERE WHERE NEVER ANY SIGNS OF THE CAR RUNNING OR DRIVING
LIKE THERE WHERE GOING TO BE PROBLEMS. I'VE NEVER HAD ANY
MECHANICAL ISSUES AT ALL ASIDE FROM THIS INCIDENT. THIS HAS
COME COMPLETELY OUT OF NOWHERE UNEXPECTEDLY.

**NHTSA ID Number:** 11112355

**Incident Date** July 11, 2018

**Consumer Location** MISSOULA, MT

**Vehicle Identification Number** 5XYKTCA10BG****

**Summary of Complaint**

I WAS DRIVING DOWN THE HIGHWAY WHEN ALL OF A SUDDEN MY
CAR COMPLETELY STOPPED ACCELERATING. I GOT IT PULLED OVER
TO THE SIDE OF THE ROAD AND THE ENGINE WAS SEIZED UP. I HAD IT
TOWED TO A MECHANIC SHOP WHERE HE TOLD ME THAT
EVERYTHING ELSE IN MY CAR LOOKED GREAT (I GET MY OIL
CHANGED ON A REGULAR BASIS AND TAKE VERY GOOD CAR OF MY
CAR). HE SAID HE WAS CLUELESS AND HAD NO IDEA WHY THE
ENGINE WOULD JUST SEIZE OUT OF NO WHERE. I CALLED THE KIA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CONSUMER AND THEY WILL NOT DO ANYTHING ABOUT IT, EVEN

**NHTSA ID Number:** 11111063

**Incident Date** June 11, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT4A11BG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE DRIVING APPROXIMATELY 60 MPH, THE ENGINE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC, BUT THE TECHNICIAN WAS UNABLE TO DIAGNOSE THE FAILURE. THE FAILURE RECURRED THREE TIMES. THE VEHICLE WAS TOWED TO SUNTRUP KIA SOUTH (6263 S LINDBERGH BLVD, ST. LOUIS, MO 63123, 314-254-8955) FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THERE WAS NO RECALL. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 140,000.

**NHTSA ID Number:** 11097574

**Incident Date** May 14, 2018

**Consumer Location** BISMARCK, ND

**Vehicle Identification Number** 5XYKTCA17BG****

**Summary of Complaint**

I WAS ON THE FREEWAY DRIVING 75MPH. I HAD BEEN DRIVING FOR APPROX 65 MILES WHEN MY VEHICLE LOST ALL ENGINE POWER WITH NO WARNING WHILE DRIVING UP A HILL. I WAS ABLE TO PULL THE VEHICLE TO THE SIDE OF THE ROAD. I HAD TO TOW THE VEHICLE 65 MILES BACK HOME AND TO THE MECHANIC. THE MECHANIC HAS

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

STATED THE VEHICLE DIED WHILE DRIVING DUE TO THE ENGINE LOCKING UP. THIS VEHICLE HAS HAD ALL ROUTINE MAINTENANCE COMPLETED ON TIME AND IN FACT JUST HAD AN OIL CHANGE AND INSPECTION BEFORE TAKING THIS TRIP. THERE HAVE BEEN NO LOUD NOISES OR NOISES COMING FROM THE VEHICLE AT ALL NOR WERE THERE ANY NOISES PRIOR TO THIS ISSUE OCCURRING.

**NHTSA ID Number:** 11084448

**Incident Date** January 31, 2018

**Consumer Location** WESTMORELAND, NY

**Vehicle Identification Number** 5XYKUDA2XBG****

**Summary of Complaint**

WHILE DRIVING ABOUT 40MPH ON A HIGHWAY WITH A SPEED LIMIT OF 55 MPH, THE ENGINE SIZED WITHOUT ANY WARNING. THE CAR WOULD NOT ACCELERATE AND WENT ABOUT 1 MILE AND STARTED MAKING A CLUNKING SOUND. CAR WAS PULLED OVER IMMEDIATELY AND THE ALL THE WARNING LIGHTS CAME ON AND THE CAR WAS INOPERABLE. COOPER KIA (5056 COMMERCIAL DR., YORKVILLE NY) WAS CONTACTED BUT THE VEHICLE WAS NOT DIAGNOSED. REFERENCED NHTSA CAMPAIGN # 17V224000 (ENGINE AND COOLING) AS A POSSIBLE SOLUTION. ADVISED THAT THIS ENGINE WAS NOT IN A RECALL. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE WAS ABOUT 115,000 MILES.

**NHTSA ID Number:** 11083318

**Incident Date** February 17, 2018

**Consumer Location** BRACKENRIDGE, PA

**Vehicle Identification Number** 5XYKTCA1XBG****

**Summary of Complaint**

212

SUDDEN FAILURE OF THE CRANK SHAFT, ROD, AND ROD BEARING. FAILURE RESULTED IN A ROD BEARING BLOWING A HOLE THROUGH THE MOTOR BLOCK AND OIL PAIN RESULTING IN OIL DRAINAGE AND SUBSEQUENT CATASTROPHIC FAILURE OF THE ENTIRE MOTOR. IN THE DAYS LEADING UP TO THIS EVENT I DIDN'T NOTICE ANY NOISES OR CHANGE IN VEHICLE BEHAVIOR. ALL FUNCTIONED AS NORMAL. I MERGED ONTO A HIGHWAY AND REACHED A SPEED OF APPROX 65 MPH FOR APPROX 2 MILES ALL WAS NORMAL AND FINE. I THEN HEARD A LOUD BANG AND NOTICED VEHICLE LOSING POWER. I PULLED VEHICLE OFF THE ROAD TO A SAFE AREA AND HAD THE VEHICLE TOWED APPROX 1 MILE TO A LOCAL SERVICE STATION. THE INFORMATION I RELATED IN THE BEGINNING IS THE OFFICIAL DIAGNOSIS FROM THE MECHANIC. I HAVE AN AFTER MARKET WARRANTY UNFORTUNATELY DUE TO THE HIGH COST OF REPAIRS THEY ARE FIGHTING PAYING FOR NEEDED REPAIRS, WHICH IS CAUSING ME TO INCUR A VERY LARGE FINANCIAL LOSS. MY VEHICLE WAS VERY WELL KEPT, AND ONLY HAD A LITTLE OVER 108,000 ORIGINAL MILES. ALL SERVICE RECORDS ARE KEPT. RELIGIOUSLY KEPT UP WITH TYPICAL PM SUCH AS TIRES, OIL CHANGE, BRAKES, ROTORS, ECT. ALL NON-TYPICAL PM REPAIRS WERE ALWAYS DONE AT A KIA DEALERSHIP BY A CERTIFIED KIA TECHNICIAN, AND ALWAYS REQUESTED TO CHECK VIN FOR ANY RECALLS AND WHEN FOUND HAD RECALL REPAIRS MADE. AS I STATED THERE WAS NOTHING IN THE BEHAVIOR OF THE VEHICLE IN THE YEARS, MONTHS, WEEKS, OR DAYS LEADING UP TO THIS INCIDENT THAT WOULD INDICATE A CATASTROPHIC FAILURE OF THIS NATURE WAS IMPENDING.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11067178

**Incident Date** February 1, 2018

**Consumer Location** WESTMORELAND, NY

**Vehicle Identification Number** 5XYKUDA2XBG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE DRIVING APPROXIMATELY 40 MPH, THE ENGINE SEIZED WITHOUT WARNING. COOPER KIA (5056 COMMERCIAL DR, YORKVILLE, NY) WAS CONTACTED, BUT THE VEHICLE WAS NOT DIAGNOSED. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING) AS A POSSIBLE SOLUTION. THE CONTACT WAS ADVISED THAT THE VIN WAS NOT INCLUDED IN THE RECALL. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 115,000. *TT *TR

**NHTSA ID Number:** 11062626

**Incident Date** January 6, 2018

**Consumer Location** QUEENSBURY, NY

**Vehicle Identification Number** 5XYKT3A13BG****

**Summary of Complaint**

CHECK ENGINE LIGHT ON VEHICLE ILLUMINATED. WHILE DRIVING VEHICLE, THE VEHICLE ENGINE SUDDENLY STOPPED AND VEHICLE TURNED OFF WHILE IN MOTION. DRIVER PULLED VEHICLE TO SIDE OF ROAD AND HAD TOWED TO AUTO SHOP. AUTO SHOP SAID THE ENGINE SEIZED BUT COULD NOT IDENTIFY CAUSE OF SEIZURE. SHOP SAID OIL WAS FULL AND RECENTLY CHANGED. OWNER HAD VEHICLE TOWED TO KIA DEALER WHO ALSO CITED ENGINE SEIZURE. KIA DEALER SAID OWNER WOULD NEED TO PAY FOR DIAGNOSTIC TO DETERMINE

214

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   EXACT CAUSE. ENGINE SEIZURE MATCHED ENGINE SEIZURE ISSUE IN

2   RECALLED 2012-2014 SORENTO VEHICLES. OWNER ASKED DEALER

3   ABOUT REPAIRS UNDER SIMILAR RECALL/ISSUE AND WAS TOLD

4   THERE WAS NOTHING DEALER COULD DO.

5   **NHTSA ID Number:** 11012248

6   **Incident Date** March 16, 2016

7   **Consumer Location** MEADVILLE, PA

8   **Vehicle Identification Number** 5XYKWDA2XBG****

9   **Summary of Complaint**

10   BEGINNING MARCH OF 2016, LOUD BANGING AND CLANKING WHEN

11   STARTING ENGINE. I TOOK IT TO DEALERSHIP WHERE THEY

12   DIAGNOSED IT WITH BEARING PROBLEM WHICH COULD

13   POTENTIALLY CAUSE ENGINE FAILURE. VEHICLE OUT OF WARRANTY

14   SO NO COVERAGE FOR AN ESTIMATED 6,000.00 REPAIR. WHEN

15   MENTION OF RECALL CAME OUT I WAS RELIEVED AS I AM STILL

16   DRIVING THE VEHICLE. HOWEVER, IT SEEMS THAT THE RECALL ONLY

17   COVERS 2012 OR NEWER MODELS. THE 2011'S HAVE MAJOR ENGINE

18   ISSUES AS WELL AND NEED TO BE INCLUDED IN THE RECALL

19

20   **NHTSA ID Number:** 11000889

21   **Incident Date** June 23, 2017

22   **Consumer Location** CLOVER, SC

23   **Vehicle Identification Number** 5XYKWDA21BG****

24   **Summary of Complaint**

25   TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE DRIVING 60

26   MPH, THE ENGINE STALLED AND THE CHECK ENGINE INDICATOR

27   ILLUMINATED. THE VEHICLE WAS TOWED TO AN UNKNOWN

28   LOCATION. THE LOCAL DEALER WAS NOT CONTACTED. THE VEHICLE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT

NOTIFIED. THE FAILURE MILEAGE WAS 166,045.

**NHTSA ID Number:** 10985666

**Incident Date** May 7, 2017

**Consumer Location** PERRY, OH

**Vehicle Identification Number** 5XYKW4A25BG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. THE CONTACT STATED

THAT A METAL BANGING NOISE WAS HEARD UNDERNEATH THE

HOOD OF THE VEHICLE. THE CONTACT TOOK THE VEHICLE TO THE

DEALER WHERE IT WAS DIAGNOSED THAT THE MOTOR FAILED AND

NEEDED TO BE REPLACED. THE VEHICLE HAD NOT BEEN REPAIRED.

THE MANUFACTURER OPENED CASE NUMBER: K3454763. THE

APPROXIMATE FAILURE MILEAGE WAS 63,000.

**NHTSA ID Number:** 10972008

**Incident Date** April 7, 2017

**Consumer Location** HUBBARDSTON, MA

**Vehicle Identification Number** 5XYKTDA17BG****

**Summary of Complaint**

THE ENGINE BEGAN TO BE HARD TO START LEAVING WORK FOR

HOME. THEN THE NEXT MORNING IT WAS HARD TO START AND

WOULD ALMOST STALL AT IDLE. AFTER PARKING AT WORK I

ATTEMPTED TO START IT AND DRIVE TO THE KIA DEALERSHIP FOR

DIAGNOSIS, IT WOULD NOT KEEP RUNNING MORE THAN A FEW

SECONDS. THE ENGINE HAS SUFFERED A CATASTROPHIC FAILURE.

THE DEALER SAYS THAT IT IS LIKELY THAT THE CRANK SHAFT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BEARINGS FAILED, OR POSSIBLY THE CONNECTING ROD BEARINGS. THE ENGINE NEEDS TO BE REPLACED.

**NHTSA ID Number:** 10939102

**Incident Date** December 7, 2016

**Consumer Location** COLORADO SPRINGS, CO

**Vehicle Identification Number** 5XYKTCA14BG****

**Summary of Complaint**

THE CAR WAS NOT ALWAYS RESPONDING TO ME WHEN I WANTED TO ACCELERATE, I WOULD HEAR THE RPMS GOING UP BUT THE CAR WOULD NOT GO FASTER, THEN A PUFF OF WHITE SMOKE WOULD COME OUT THE TAIL PIPE. THEN ONE DAY, I WAS DRIVING THE CAR AND IT STARTED MAKING A CLANKING NOISE WHEN I WOULD PUSH THE GAS PEDAL. IT SOUNDED LIKE THE NOISE A ROLLER COASTER MAKES WHEN YOU ARE CLANKING UP THE HILL AT THE BEGINNING. TOOK THE CAR TO THE DEALERSHIP AND THEY TOOK THE ENGINE APART TO FIND THE PROBLEM. THE CAR HAS AN ENGINE DEFECT THAT WAS DIAGNOSED BY A KIA DEALER AS A MANUFACTURERS DEFECT. NOW THE CAR IS NOT DRIVABLE AND KIA IS REFUSING TO PAY FOR A NEW ENGINE. KIA NEEDS TO RECALL ALL VEHICLES WITH THESE ENGINES. THEY ARE BUILT BY HYUNDAI AND THEY RECALLED THEIR VEHICLES WITH THE SAME ENGINES. *TR

**NHTSA ID Number:** 10887421

**Incident Date** July 18, 2016

**Consumer Location** MOORESVILLE, NC

**Vehicle Identification Number** 5XYKT3A13BG****

**Summary of Complaint**

217

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE WAS MAKING A CYCLICAL CLICKING/KNOCKING NOISE. WE TOOK THE VEHICLE TO KIA DEALERSHIP AND THEY SAID THEY COULD NOT FIND ANY ISSUES WITH THE CAR. ABOUT A WEEK LATER THE CAR BROKE DOWN WHILE DRIVING AT HIGHWAY SPEEDS. AFTER HAVING IT TOWED TO AN INDEPENDENT GARAGE, WE WERE INFORMED THE ENGINE HAD A CONNECTING ROD FAILURE. THIS IS THE EXACT SAME PROBLEM THE HYUNDAI SONATA HAS WITH THE EXACT SAME THETA 2.4 LITER ENGINE. HYUNDAI HAS ISSUES A RECALL BUT KIA FAILS TO ACKNOWLEDGE THE ISSUE.

**NHTSA ID Number:** 10836400

**Incident Date** January 31, 2016

**Consumer Location** PACIFIC, WA

**Vehicle Identification Number** 5XYKUDA22BG****

**Summary of Complaint**

ON 1-31-16 HEARD A PINGING NOISE ON THE HIGHWAY; THEN THE CAR STALLED AT THE EXIT LIGHT; STARTED IT AGAIN AND LOUD BANG BLOW A ROD AFTER GETTING BACK ON THE HIGHWAY TO DRIVE IT TO A SHOP. DIED ON THE SIDE OF THE HIGHWAY AND HAD TO HAVE IT TOWED TO KIA IN AUBURN WA. KIA STATED THEY WILL NOT FIX UNDER THE WARRANTY BECAUSE THE WRONG OIL FILTER WAS INSTALLED AND I DIDN'T PROVIDE PROPER MAINTENANCE; WHICH I TOOK IT IN EACH AND EVERY TIME FOR OIL CHANGES TO MY AUTO SHOP. SAME OIL FILTER HAS BEEN PUT INTO MY CAR SINCE 2011. WENT BACK TO MY AUTO SHOP INFORMED THEM THEY STARTED THE PROCESS OF SENDING THE OIL FILTER IN TO BE CHECKED FOR DEFECTS, ALSO FOUND ON 3 DIFFERENT WEB SITES THE FILTER CAN BE USED FOR MY MAKE AND MODEL. NOW KIA WANT FIX MY CAR; IT

218

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HAS BEEN 3 WEEKS WITHOUT A VEHICLE AND NO WORD FROM KIA; NOT EVEN FROM THEIR HEADQUARTERS. KIA WILL NOT PROVIDE THE WORK ORDER STATING THEY ARE NOT ALLOWED TO GIVE TO THIRD PARTY.

**NHTSA ID Number:** 10694186

**Incident Date** March 2, 2015

**Consumer Location** TAFT, CA

**Vehicle Identification Number** 5XYKT3A17BG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. WHILE TRAVELING APPROXIMATELY 40 MPH, THERE WAS A LOUD NOISE COMING FROM THE FRONT OF THE VEHICLE. ALSO, THE CONTACT MENTIONED THAT SMOKE EMITTED FROM THE ENGINE COMPARTMENT. UPON PULLING THE VEHICLE OVER, IT WAS FURTHER NOTICED THAT THE ENGINE COMPARTMENT WAS ON FIRE. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC, WHO DIAGNOSED THAT A ROD FRACTURED INTO THE ENGINE AFFECTING THE OTHER COMPONENTS CAUSED A FIRE. ALSO, THE MECHANIC DIAGNOSED THAT THE PISTONS MAY NEED TO BE REPLACED BUT FURTHER EXTENSIVE DIAGNOSIS WAS REQUIRED TO REPAIR THE VEHICLE. THE CONTACT WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 10V388000 (ELECTRICAL SYSTEM). THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 102,000.

**NHTSA ID Number:** 11447338

**Incident Date** January 10, 2022

**Consumer Location** HUEYTOWN, AL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A69CG****

**Summary of Complaint**

As I was driving on the freeway, the vehicle started decelerating on its own. At that time All warning lights on the dashboard flashed including the engine light. As the vehicle decelerated, I put my foot on the brakes to slow down but the clutch jammed up as well as the steering wheel. At that point, I placed my foot on the emergency brake and maneuvered the wheel as best as I could to get into the emergency lane. There was absolutely no warning of the vehicle stalling or any known issues before this happened. Fortunately I avoided an accident that could have been fatal or injuries that could have occurred. The suv had no warning of any sort before this happened. The vehicle was towed to a Kia dealership. I spoke with a service rep there who previously worked on my recall and he stated it could have possibly been a rod-bearing failure. I feel that Kia should provide a loaner so that I could get to and from work.

**NHTSA ID Number:** 11436730

**Incident Date** September 1, 2021

**Consumer Location** DANVILLE, AR

**Vehicle Identification Number** 5xykt4a25cg****

**Summary of Complaint**

The engine blew a piston or maybe a rod out of the bottom of the motor causing two big hole above oil pan bottom of motor will get pictures later

**NHTSA ID Number:** 11434044

**Incident Date** July 2, 2021

**Consumer Location** ATHENS, AL

**Vehicle Identification Number** 5xykw4a25cg****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

220

The contact owns a 2012 Kia Sorento. The contact stated that while driving 70 MPH, there was a knocking sound coming from the vehicle when the brake pedal was depressed. The vehicle was towed to the dealer and diagnosed with complete engine failure from the engine block. The vehicle was not repaired and remained at the dealer. The manufacturer was made aware of the failure and informed the contact that the VIN was not included in a recall. The failure mileage was approximately 170,000.

**NHTSA ID Number:** 11414640

**Incident Date** April 29, 2021

**Consumer Location** CORAL, MI

**Vehicle Identification Number** 5XYKTDA60CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED WHILE DRIVING AT AN UNDISCLOSED SPEED, THE VEHICLE STALLED WITH THE CHECK ENGINE AND OIL WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS DIAGNOSED BY AN INDEPENDENT MECHANIC AND THE CONTACT WAS INFORMED THAT THE ROD BEARING WAS WORN NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 174,000.

**NHTSA ID Number:** 11396787

**Incident Date** January 28, 2020

**Consumer Location** MARINETTE, WI

**Vehicle Identification Number** 5XYKTDA23CG****

**Summary of Complaint**

ON 1/28/2020 AT 8 PM DURING A SNOW STORM, I HAD BEEN DRIVING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NORTH ON HWY 41 AND HAD ENTERED THE CITY OF MARINETTE AND WAS DRIVING APPROXIMATELY 20 MILES PER HOUR. I MADE A RIGHT TURN ONTO A CITY STREET AND SUDDENLY WITH NO WARNING THE ENGINE JUST STOPPED. NO CHECK ENGINE LIGHT NO NOTHING. I MANAGED TO COAST OVER TO THE SIDE OF THE ROAD AND ATTEMPTED WITHOUT SUCCESS TO RESTART THE VEHICLE. I CONTACTED KIA AND WAS TOLD THEY WOULD NOT CONSIDER ASSISTING ME WITH ANY REPAIRS UNLESS THE VEHICLE WAS INSPECTED BY A DEALER. I PAID $200 TO HAVE THE VEHICLE TOWED APPROXIMATELY 65 MILES TO DORSCH FORD IN GREEN BAY WISCONSIN, THE DEALER WHERE IT WAS PURCHASED. I WAS INFORMED THE ENGINE HAD SEIZED UP AND WOULD HAVE TO BE REPLACED AT MY EXPENSE FOR APPROXIMATELY $10,000 AS THE WARRANTY HAD RECENTLY EXPIRED. I CONTACTED KIA AGAIN TO INQUIRE ABOUT A SAFETY RECALL (SC147) THAT I HAD LEARNED ABOUT ONLINE WHERE THE 2012 KIA SORENTO WAS EXPERIENCING CATASTROPHIC ENGINE FAILURE DUE TO A MACHINING ISSUE WITH THE ENGINE DURING MANUFACTURING THAT CAUSED BEARINGS TO WEAR RESULTING IN ENGINE SEIZURE. I WAS ADVISED THIS RECALL WAS ONLY FOR THE 4 CYLINDER MODELS NOT THE 6 CYLINDER WHICH IS WHAT I PURCHASED. I COULD NOT AFFORD TO PURCHASE A NEW ENGINE FOR THIS VEHICLE. THE DEALER OFFERED ME $100 TO JUNK IT. I PAID APPROXIMATELY $30,000 FOR THE CAR AND IT WAS SERVICED DILIGENTLY AT THE DEALER. MY LOCAL MECHANIC SUGGESTED REPLACING THE ENGINE WITH A USED ENGINE WITH MORE THAN 100,000 MILES ON IT FOR $5000 FROM ANOTHER VEHICLE BUT WAS ADVISED I WOULD ONLY HAVE A 90 DAY WARRANTY AND THE SAME THING COULD HAPPEN. I DID NOT THINK THIS WAS A VERY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                              Case No.

1    GOOD IDEA SO THE VEHICLE IS SITTING IN MY GARAGE.

2

3    **NHTSA ID Number:** 11395119

4    **Incident Date** May 2, 2019

5    **Consumer Location** MILWAUKEE, WI

6    **Vehicle Identification Number** 5XYKT3A17CG****

7    **Summary of Complaint**

8    ENGIN STOPPED IN THE HIGHWAY DIDN'T START AFTER THAT. ALL

9    THE SERVICES DONE IN THE DEALERSHIP. NOTHING WRONG EXCEPT

10   ENGINE FROZEN. DEALER TRIED TO START CRANK MANUALLY BUT

11   DIDN'T TURN. I WENT THROUGH THE DEALER FOR NESSASORY HELP

12   BUT FAILED. STILL THE CAR SITTING IN GARAGE IN MY HOUSE SINCE

13   THAT. I GOT ALL THE PROOFS OF THE SERVICES AND THE BLACK AND

14   WITE PRINT OUTS OF THE DEFECTS WHICH MENTIONED. DEALER

15   DIDN'T HELP ME AND I AM STILL TRYING TO FIND A LAWYER TO GO

16   AGAINST THE COMPANY FOR THE REFUSAL FOR FIXING MY VEHICLE.

17

18   **NHTSA ID Number:** 11384057

19   **Incident Date** December 10, 2020

20   **Consumer Location** DALLAS, GA

21   **Vehicle Identification Number** 5XYKT3A16CG****

22   **Summary of Complaint**

23   I WAS DRIVING AND SUDDENLY HEARD A KNOCKING NOISE UNDER

24   THE HOOD AND THEN ALL OF THE LIGHTS CAME ON AND IT BROKE

25   DOWN AND I HAD TO PULL OVER ON THE SIDE OF THE ROAD THEN IT

26   STARTED SMOKING AND THEN IT CAUGHT FIRE. THIS ALL HAPPENED

27   WITHIN 20 MINUTES ON 12/10/2020. IT WAS IN COBB COUNTY GA OFF

28   OF EW CONNECTOR AND IN BETWEEN FONTAINE RD AND FLOYD RD.

CLASS ACTION COMPLAINT                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11372695

**Incident Date** October 30, 2020

**Consumer Location** VALRICO, FL

**Vehicle Identification Number** 5XYKW4A21CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE STALLED WITH THE CHECK ENGINE AND OIL LEVEL WARNING LIGHTS ILLUMINATED. THE CONTACT SHIFTED THE VEHICLE INTO NEUTRAL AND THE VEHICLE WAS PUSHED TO THE NEAREST PARKING LOT. THE CONTACT HAD THE VEHICLE TOWED TO HER RESIDENCE. THE CONTACT STATED AN INDEPENDENT MECHANIC CAME TO HER RESIDENCE AND DIAGNOSED THE VEHICLE WITH AN ENGINE ROD BEARING FAILURE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 170,000.


**NHTSA ID Number:** 11372756

**Incident Date** November 2, 2020

**Consumer Location** BEDFORD, PA

**Vehicle Identification Number** 5XYKTCA60CG****

**Summary of Complaint**

VEHICLE WAS BEING DRIVEN AND COMPLETELY SHUT OFF, CAME TO A STOP AND STARTED TO SMOKE, A FIRE IGNITED AND CONSUMED THE FRONT END


**NHTSA ID Number:** 11363131

**Incident Date** October 6, 2020

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Consumer Location** METHUEN, MA

2  **Vehicle Identification Number** 5XYKT4A65CG\*\*\*\*

3  **Summary of Complaint**

4  ENGINE SEIZED WHILE ROLLING TO A RED LIGHT.

5

6  **NHTSA ID Number:** 11362820

7  **Incident Date** September 1, 2019

8  **Consumer Location** MECHANICSVILLE, VA

9  **Vehicle Identification Number** 5XYKT3A18CG\*\*\*\*

10 **Summary of Complaint**

11 THE MOTOR SEIZED CAUSING THE VEHICLE TO STALL. I WAS DRIVING

12 WINDING MOUNTAIN ROADS AT A CONSISTENT 40-45 MPH AND WHEN

13 I TOOK ONE OF THE CURVES, THE MOTOR SEIZED CAUSING THE

14 POWER STEERING TO ALSO FAIL. WHICH MADE IT VERY DIFFICULT TO

15 STEER AWAY FROM THE CLIFF ADJACENT TO THE ROAD. MY

16 MECHANICS REPLACED MY MOTOR BUT SAID THE ORIGINAL MOTOR

17 WAS COMPLETELY SEIZED TO THE POINT THAT HE COULDN'T WORK

18 ON IT.

19

20 **NHTSA ID Number:** 11343931

21 **Incident Date** August 1, 2020

22 **Consumer Location** NANUET, NY

23 **Vehicle Identification Number** 5XYKT3A1XCG\*\*\*\*

24 **Summary of Complaint**

25 TL\* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED

26 THAT WHILE DRIVING 45 MPH, THERE WAS AN ABNORMAL SOUND

27 COMING FROM THE ENGINE. THE VEHICLE STALLED AND SHUTOFF

28 WITH THE CHECK ENGINE WARNING LIGHT ILLUMINATED. THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CONTACT STATED THAT THERE WERE CHILDREN IN THE VEHICLE. THE VEHICLE WAS PULLED TO THE SIDE OF THE ROADWAY AND WAS TOWED TO THE MANAHAWKIN KIA DEALER, LOCATED AT: 270 NJ-72, MANAHAWKIN, NJ 08050, WHERE IT WAS DIAGNOSED THAT THE ENGINE SEIZED AND NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THERE WAS NO RECALL ON THE VIN. THE CONTACT WAS REFERRED TO THE NHTSA. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 93,000.

**NHTSA ID Number:** 11342176

**Incident Date** July 15, 2020

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5XYKT3A65CG****

**Summary of Complaint**

MY KIA SORENTO 2012 ENGINE SUDDENLY CAUGHT FIRE WHILE DRIVING ON A MAJOR DESERT HIGHWAY WHICH MY INSURANCE UPON INSPECTION DETERMINED IT WAS CAUSED BY A PISTON ROD PIERCING THE ENGINE WHICH ALTHOUGH OTHER KIA MODELS ARE PART OF A RECALL AND CLASS ACTION LAWSUIT, MY VIN WAS NOT INCLUDED.

**NHTSA ID Number:** 11319984

**Incident Date** June 24, 2019

**Consumer Location** SAVANNAH, GA

**Vehicle Identification Number** 5XYKW4A26CG****

**Summary of Complaint**

VEHICLE SHUT DOWN WHILE STOPPED AT A RED LIGHT AND THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

ENGINE BEGAN SMOKING. TOWED TO THE DEALERSHIP (KIA COUNTRY IF SAVANNAH) WHERE THEY HAD 14 OTHER 2012 KIA SORENTO WAITING FOR NEW ENGINES. MAJOR CATASTROPHIC ENGINE FAILURE. SLUG IN THE ENGINE EVEN THOUGH THERE HAS BEEN ROUTINE OIL CHANGES. CLAIMED THE ENGINE WASN'T GETTING OIL BUT OIL HAD BEEN CHANGED THE DAY BEFORE WITH NO REPORTED ISSUES.

**NHTSA ID Number:** 11282477

**Incident Date** November 25, 2019

**Consumer Location** LITTLETON, MA

**Vehicle Identification Number** 5XYKTDA24CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 65 MPH, THE CONTACT HEARD AN ABNORMAL NOISE AND THE VEHICLE BEGAN TO DECELERATE ON ITS OWN. THE CONTACT PARKED ON THE SIDE OF THE ROAD AND TURNED OFF THE IGNITION. WHEN THE VEHICLE WAS RESTARTED, MULTIPLE UNKNOWN WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO STATED THAT THE BEARING WAS FRACTURED AND THE ENGINE NEEDED TO BE REPLACED. THE CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS NOT REPAIRED. THE CONTACT CALLED RON BOUCHARD'S KIA (LOCATED AT 488 OLD UNION TURNPIKE, LANCASTER, MA 01523, (978) 345-1800) AND INFORMED THEM OF THE FAILURE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 167,000.

CLASS ACTION COMPLAINT                                    Case No.

1

2   **NHTSA ID Number:** 11271262

3   **Incident Date** October 5, 2019

4   **Consumer Location** WINDER, GA

5   **Vehicle Identification Number** 5XYKT4A68CG****

6   **Summary of Complaint**

7   MY 2012 KIA SORENTO LX HAS 144,566 MILES ON IT AND HAS BEEN

8   MAINTAINED REGULARLY SINCE I PURCHASED IT IN JULY 2018. IN

9   OCTOBER 2019, MY VEHICLE WAS IN MOTION GOING ROUGHLY 40 MPH

10  WHEN THE VEHICLE SUDDENLY LOST POWER. THE ENGINE BEGAN

11  KNOCKING AND THE STEERING WHEEL LOCKED UP. UPON COASTING

12  THE VEHICLE INTO A NEARBY PARKING LOT AND ATTEMPTING TO

13  START IT, THE VEHICLE BEGAN MAKING AN INTENSE KNOCKING

14  NOISE COMING FROM THE ENGINE. THE VEHICLE HAD TROUBLE

15  MAINTAINING POWER AND CONTINUOUSLY CUT OFF, EVEN AFTER

16  PUTTING IN A NEW BATTERY AND ALTERNATOR. UPON CHECKING

17  THE VEHICLE TO SEE IF IT WOULD THROW ANY CODES, IT THREW A

18  "MISFIRE IN CYLINDER 2" CODE. UPON HAVING THE CAR INSPECTED, I

19  WAS TOLD THAT IT WILL NEED A NEW ROD IN THE ENGINE. THIS CAR

20  HAS UNDER 150,000 MILES AND HAS BEEN MAINTAINED

21  METICULOUSLY, BUT RANDOMLY THREW A ROD AS I WAS DRIVING

22  DOWN THE ROAD. AFTER DOING FURTHER RESEARCH, IT BECAME

23  APPARENT THAT 2012-2018 KIA SORENTOS HAVE BEEN RECALLED FOR

24  THIS EXACT PROBLEM; MY 2012 SORENTO, HOWEVER, IS NOT

25  COVERED UNDER THE RECALL ACCORDING TO A VIN CHECK.

26

27  **NHTSA ID Number:** 11269957

28  **Incident Date** October 16, 2019

228

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** HAMILTON TOWNSHIP, NJ

**Vehicle Identification Number** 5XYKT4A18CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 60 MPH, THE VEHICLE SEIZED IN THE MIDDLE OF THE ROAD, AND THE LOW OIL LEVEL, BATTERY, AND CHECK ENGINE WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC. THE CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS THEN TOWED TO SCOTT HARVEY KIA (LOCATED AT 1710 N OLDEN AVE, EWING TOWNSHIP, NJ 08638, (866) 548-4303) WHERE IT WAS DIAGNOSED THAT THE LONG OR SHORT BLOCKS NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 136,000.

**NHTSA ID Number:** 11268612

**Incident Date** October 5, 2019

**Consumer Location** AUSTIN, TX

**Vehicle Identification Number** 5XYKT4A18CG****

**Summary of Complaint**

I WAS DRIVING DOWN THE HIGHWAY AT ABOUT 65MPH WHEN MY 2012 KIA SORENTO COMPLETELY SHUT OFF, THE INSTRUMENT PANEL LIGHTS ALL CAME ON AND I FORTUNATELY WAS ABLE TO DRIFT TO A STOP. THE CAR WOULD NOT START BACK UP. HAD IT TOWED TO THE KIA DEALERSHIP WHERE THEY TOLD ME THAT THE CRANKSHAFT HAD SEIZED DUE TO MECHANICAL DEBRIS IN THE ENGINE. THE DEALERSHIP SAID THAT THIS IS A VERY COMMON PROBLEM WITH MY

229

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MAKE AND MODEL REGARDLESS OF ENGINE TYPE, BUT ONLY THE GDI ENGINE WAS RECALLED. MY SPECIFIC ENGINE WAS NOT RECALLED AND I WOULD BE LEFT TO PAY TO HAVE THE ENGINE FIXED DUE TO A MECHANICAL FAILURE NOT OF MY CAUSING. THIS DOESN'T MAKE SENSE, IT IS THE SAME PROBLEM FOUND WITH HUNDREDS OF THOUSANDS OF KIA SORENTOS 2011-2013 WHETHER THEY ARE A GDI ENGINE OR THE SAME TYPE OF ENGINE I HAVE. WHY WERE NOT ALL ENGINE TYPES RECALLED IF ALL ENGINE TYPES HAVE THIS EXACT SAME ISSUE?

**NHTSA ID Number:** 11268063

**Incident Date** October 1, 2019

**Consumer Location** WAYLAND, MI

**Vehicle Identification Number** 5XYKT3A61CG****

**Summary of Complaint**

THERE WERE PREMATURE ENGINE BARRING WEAR WHICH CAUSED THE CAR TO SEIZE AND BLOW A ROD OUT THE BOTTOM OF THE CAR WHICH STARTED A SMALL FIRE. I WAS GETTING OFF THE HIGHWAY WHEN ENGINE LIGHT HAD COME ON WHEN I GOT TO ON RAMP IT SPUTTERED AND STALLED, OIL LIGHT CAME ON AND CAR STALLED THEN PEOPLE YELLED GET OUT CAUSE THERE WAS A FIRE UNDER THE FRONT OF MY CAR. POLICE INCIDENT REPORT NUMBER [XXX] TRP. HARRISON 616-403-0698 INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TT

**NHTSA ID Number:** 11246097

**Incident Date** August 19, 2019

**Consumer Location** ARLINGTON, WA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKTDA27CG****

**Summary of Complaint**

I WAS TURNING ONTO THE HWY. WHEN WITHOUT WARNING OR ANY DASH LIGHT WARNINGS MY ENGINE MADE A LOUD NOISE LIKE IT FELL APART AND I LOST POWER PULLED TO SIDE OF ROAD. CALLED KIA THEY HAD IT TOWED TO DEALERSHIP. 2 DAYS LATER DEALERSHIP TELLS ME THE ENGINE SPUN A BEARING. THERE IS A RECALL FOR THE SAME REASON ON THIS BUT THEY SAID ITS NOT ON MY VIN. # AND IT WILL COST $9,500.00 TO GET AND INSTALL A USED 78,000 MILE ENGINE IN IT, WHY WOULD I PUT A SIMILAR USED ENGINE IN IT TO HAVE THE SAME THING HAPPEN AGAIN. MY ENGINE IS 1000 MILES OVER ITS WARRANTY. VERY FRUSTRATING.....I LOOKED ON THIS SITE AND I SEE A LOT OF PEOPLE HAVING THE SAME PROBLEM. I'M GLAD I WAS JUST ENTERING THE HWY WHEN IT HAPPENED NOT DOING THE 70MPH SPEED CAUSE IT MAY OF HAD A MUCH WORSE OUTCOME. SOMETHING NEEDS TO BE DONE TO CORRECT THIS THANKS FOR READING MY REPORT.

**NHTSA ID Number:** 11244219

**Incident Date** August 14, 2019

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** 5XYKT3A19CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE THE CONTACT'S NEPHEW WAS DRIVING APPROXIMATELY 50 MPH, THE ENGINE SEIZED WITHOUT WARNING. THE CONTACT WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE ENGINE SEIZED AND NEEDED TO BE

CLASS ACTION COMPLAINT                                    Case No.

REPLACED. A DEALER WAS NOT CONTACTED. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS INFORMED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 115,000.

**NHTSA ID Number:** 11242833

**Incident Date** August 4, 2019

**Consumer Location** FIELDALE, VA

**Vehicle Identification Number** 5XYKT3A13CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE THE CONTACT'S DAUGHTER WAS DRIVING 70 MPH, THE ENGINE COMPLETELY FAILED WITHOUT WARNING. THE VEHICLE WAS TOWED TO HART KIA (1361 E MAIN ST, SALEM, VA 24153, 540-444-4444) WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED. THE CONTACT WAS ALSO INFORMED THAT THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 118,000.

**NHTSA ID Number:** 11233421

**Incident Date** April 11, 2019

**Consumer Location** UNIVERSITY PLACE, WA

**Vehicle Identification Number** 5XYKT3A10CG****

**Summary of Complaint**

VERY DISAPPOINTED IN MY KIA SORENTO. AT 90000 MILES IT STARTED MAKING A KNOCKING SOUND AND WHEN I TOOK IT IN TO GET IT CHECKED OUT. I WAS TOLD IT HAD BEARINGS WEAR AND

232

WOULD NEED A NEW ENGINE. AFTER RESEARCHING I FOUND THAT THERE IS A RECALL FOR THIS EXACT PROBLEM BUT THE ENGINE I HAVE IS NOT RECALLED. HOPEFULLY YOU GUYS GET MORE COMPLAINTS ON THIS BECAUSE IT'S RIDICULOUS THAT A CAR NEEDS A NEW $6000 ENGINE AT 90,000 MILES. I CAN'T AFFORD THAT I WAS RECOMMENDING KIA TO FRIENDS AND FAMILY AND NOW SINCE THIS HAPPENED I WOULD NEVER AGAIN BUY OR RECOMMEND A KIA CAR EVER.

**NHTSA ID Number:** 11232900

**Incident Date** July 16, 2019

**Consumer Location** VENTURA, CA

**Vehicle Identification Number** 3FADP4EJ5EM****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED THAT THERE WAS SLUDGE BUILD-UP IN THE ENGINE. AS A RESULT, THERE WAS A HOLE IN THE ENGINE COMPARTMENT. THE CONTACT DROVE TO KIRBY KIA OF VENTURA (6424 AUTO CENTER DR, VENTURA, CA 93003, (805) 256-7021) AND WAS INFORMED THAT THEY HAD NO WAY TO REPAIR THE VEHICLE. THE MECHANIC STATED THAT THE CONTACT REFUSED THE DIAGNOSTIC TEST; HOWEVER, THE CONTACT REQUESTED AN OIL CONSUMPTION TEST AND WAS DENIED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 112,000.

**NHTSA ID Number:** 11230074

**Incident Date** July 1, 2017

**Consumer Location** ENID, OK

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKTDA26CG****

**Summary of Complaint**

**DEATHS0**

MY CAR IS HAVING PREMATURE BEARING WEAR AND CAUSING NOISES WITHIN THE ENGINE AT ALL TIMES. I WAS TOLD MY VIN # WAS NOT INCLUDED IN THE RECALL SC147 BUT IT SHOULD BE.

**NHTSA ID Number:** 11222231

**Incident Date** June 1, 2019

**Consumer Location** UNDERWOOD, MN

**Vehicle Identification Number** 5XYKUDA24CG****

**Summary of Complaint**

OUR 2012 KIA SORENTO EXPERIENCED A MAJOR BEARING FAILURE THAT KNOCKED A HOLE IN THE CAST BLOCK ALLOWING THE OIL TO DUMP OUT OVER THE CARS EXHAUST. THE CAR HAD BEEN SERVICE ROUTINELY UTILIZING FULL SYNTHETIC AT 6000 MILE INTERVALS. THE OIL LEVEL AND COOLING SYSTEMS WERE ALL FULL AND THERE WERE NO WARNING LIGHTS PRIOR TO THE FAILURE. THE CAR HAD 103000 MILES AND HAD JUST BEEN SERVICED. CONTACTED KIA AND EXPLAINED THE SITUATION AND RECEIVED NO EXPLANATION AS TO WHAT MAY HAVE CAUSED THIS SIGNIFICANT FAILURE. THE PREMATURE BEARING FAILURE ISSUE IDENTIFIED ON OTHER MODELS AND INVOLVED IN THE SIGNIFICANT RECALL DEFINITELY APPEARS TO HAVE OCCURRED ON OUR CAR AS WELL.

**NHTSA ID Number:** 11220840

**Incident Date** June 10, 2019

**Consumer Location** SPRINGFIELD, OH

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A65CG\*\*\*\*

**Summary of Complaint**

ENGINE SEIZED, CAME TO A RED LIGHT CAR DIED HAD IT TOWED AND WAS TOLD THE MOTOR IS LOCKED UP DUE TO BEARING WEAR!!!

**NHTSA ID Number:** 11218142

**Incident Date** December 25, 2018

**Consumer Location** BELLE RIVE, IL

**Vehicle Identification Number** 5XYKT3A11CG\*\*\*\*

**Summary of Complaint**

TL\* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING APPROXIMATELY 65 MPH, AN ABNORMAL NOISE WAS COMING FROM THE ENGINE THAT CAUSED THE VEHICLE TO STALL WITHOUT WARNING. THE VEHICLE WAS NOT ABLE TO RESTART. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE DEALER WAS NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE APPROXIMATE FAILURE MILEAGE WAS 106,000.

**NHTSA ID Number:** 11217904

**Incident Date** December 25, 2018

**Consumer Location** BELLE RIVE, IL

**Vehicle Identification Number** 5XYKT3A11CG\*\*\*\*

**Summary of Complaint**

WHILE DRIVING DOWN A VERY BUSY INTERSTATE THE MOTOR STARTED MAKING A LOT OF NOISE AND THEN IT SEIZED UP LEAVING

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

235

Case No.

MY FAMILY STRANDED DURING A VERY COLD WINTER NIGHT. WE HAD TO SIT ON THE INTERSTATE AND WAIT ON A TOW TRUCK WHILE HOPING WE DIDN'T GET HIT BY A TRUCK. KIA HAS TOLD US THAT THE OUR MOTOR IS NOT COVERED BY ANY RECAL THAT THEY HAVE FOR THE OTHER KIA SORENTOS, BUT THE RECALL IS FOR THE EXACT SAME THING THAT THEY HAVE A RECALL FOR. I AM INCLUDING PICTURES OF THE MOTOR.

**NHTSA ID Number:** 11207022

**Incident Date** May 7, 2019

**Consumer Location** WETHERSFIELD, CT

**Vehicle Identification Number** 5XYKT3A68CG****

**Summary of Complaint**

ENGINE SIEZED WHILE DRIVING. I HAVE ALL THE MAINTENANCE RECORDS. IT WASN'T LEAKING OIL OR BURNING ANY. I HAD IT TOWED TO A MECHANIC, HE AGREED THEIR WAS NO LEAK BUT THE OIL WAS LIVE SLUDGE AND IT CAUSED THE CAR TO SEIZE. IT HAD BEEN LESS THAN 4000 MILES SINCE I'LL HAD BEEN CHANGED.

**NHTSA ID Number:** 11204344

**Incident Date** April 26, 2019

**Consumer Location** LOGAN, UT

**Vehicle Identification Number** 5XYKTDA64CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING APPROXIMATELY 60 MPH, THE VEHICLE SHUT DOWN AND ALL THE INSTRUMENT PANEL INDICATORS, INCLUDING THE CHECK ENGINE INDICATOR, ILLUMINATED. THE VEHICLE WAS TOWED TO AN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE ENGINE BLEW
UP AND NEEDED TO BE REPLACED. THE DEALER AND
MANUFACTURER WERE NOT MADE AWARE OF THE FAILURE. THE
VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS
APPROXIMATELY 72,000.

**NHTSA ID Number:** 11203073

**Incident Date** July 1, 2018

**Consumer Location** THRALL, TX

**Vehicle Identification Number** N/A

**Summary of Complaint**

OUR 2012 KIA SORENTO STARTED HAVING THE EXACT SAME
PROBLEMS AS ALL THE OTHER MOTORS THAT WERE ON RECALL FOR
BAD BEARINGS. I NEVER GOT A CHECK ENGINE LIGHT. IT WOULD DIE
RANDOMLY ON ME. ONCE DIED ON ME ON THE FREEWAY WITH ME
AND MY 5YR OLD. LUCKILY I WAS NOT AROUND ANYONE OR IT
COULD HAVE BEEN VERY TRAGIC. I LOVED THAT CAR, AND NOW IT'S
JUST SITTING AT KIA DEALERSHIP COLLECTING DUST AND NOT BEING
USED WITH LESS THAN 100K MILES ON IT. THIS IS NOT A OWNER
ISSUE. THIS IS A MANUFACTURING DEFECT. EVEN THE DEALERSHIP
SAID IT WAS BAD BEARING AND IT SHOULD BE COVERED. YET WE
CAN'T GET THIS ISSUE FIXED BECAUSE THEY DON'T WANT TO HELP
US, AND YET HAVE ALL THESE BAD REVIEWS ON NOT WANTING TO
HELP OUT THEIR CUSTOMERS. SO IT'S JUST SITTING AT THE
DEALERSHIP ROTTING AWAY BECAUSE WE REFUSE TO PAY FOR A
MANUFACTURING DEFECT.

**NHTSA ID Number:** 11196536

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** October 12, 2018

**Consumer Location** GRAYSLAKE, IL

**Vehicle Identification Number** 5XYKT3A14CG****

**Summary of Complaint**

THE ENGINE SEIZED UP. WE HAVE MADE REGULAR OIL CHANGES ON THE CAR. THERE WAS FOUND TO BE METAL SHAVINGS IN THE OIL, WHICH IS A MANUFACTURER DEFECT. IT IS 2012 WITH 88,861 MILES ON IT. IT WOULD NOT START SO WE HAD TO TOWED TO LIBERTYVILLE KIA DEALER. THE SERVICE CENTER SAID THAT THERE SHOULD NOT BE ANY METAL SHAVINGS IN THE OIL PAN WITH THE REGULAR SCHEDULED MAINTENANCE

**NHTSA ID Number:** 11175885

**Incident Date** February 7, 2019

**Consumer Location** AKRON, OH

**Vehicle Identification Number** 5XYKT3A15CG****

**Summary of Complaint**

MY 20 YEAR OLD SON WAS DRIVING HIS 2012 KIA SORENTO ON THE HIGHWAY AT APPROXIMATELY 60 MPH WHEN THE ENGINE STARTED TO MAKE A KNOCKING NOISE AND LOST ACCELERATION (HE WAS PRESSING THE GAS PEDAL, BUT IT FELT LIKE IT WASN'T DOING ANYTHING.) THE KNOCKING NOISE CONTINUED AND GREW LOUDER. WE TOOK THE CAR TO A NEARBY GARAGE, AND THE MECHANIC WHO LOOKED AT IT SAID THE CRANK BEARING WAS BAD AND THE ENGINE WAS SHOT. HE SAID REPLACING IT WOULD $5,000 OR MORE. HE SAID REPAIRING LIKELY WOULDN'T BE AN OPTION BECAUSE HE HAS SEEN OTHER KIAS WITH THE SAME PROBLEM, AND THE ENGINES WERE FULL OF METAL PIECES. AFTER RESEARCHING, I LEARNED OF THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

RECALL FOR 2012 KIA SORENTOS FOR THIS VERY REASON, BUT MY SON'S VIN ISN'T LISTED, AND IT OBVIOUSLY SHOULD BE. THIS VEHICLE ONLY HAS 86,000 MILES AND HAS BEEN SERVICED REGULARLY. IT WAS MY HUSBAND'S VEHICLE BEFORE, SO WE KNOW IT HAS HAD REGULAR MAINTENANCE SINCE THE BEGINNING. EVEN THOUGH THE VEHICLE HAS STAYED IN THE SAME HOUSEHOLD, IT IS NOW IN MY SON'S NAME SO THE WARRANTY DOESN'T APPLY. PLEASE ADD THIS VEHICLE TO THE RECALL! I DON'T HAVE ANYTHING IN WRITING FROM THE MECHANIC, BUT THE VEHICLE IS STILL THERE AND I CAN GET THAT IF NEEDED.

**NHTSA ID Number:** 11175131

**Incident Date** December 25, 2018

**Consumer Location** BELLE RIVE, IL

**Vehicle Identification Number** 5XYKT3A11CG****

**Summary of Complaint**

ALL THIS HAPPENED ON CHRISTMAS DAY, 2018. MY FAMILY AND I WERE DRIVING ON THE INTERSTATE TO VISIT FAMILY FOR THE HOLIDAY, WHEN THE ENGINE OUT OF NO WHERE MADE A SQUEAKING NOISE AND THEN STARTED KNOCKING. IT WAS LIKE I IMMEDIATELY LOST A LOT OF POWER OF THE ENGINE AND IT WAS HARD TO STEER OFF THE ROAD. IT DIED AND WHEN RESTARTED IT WAS KNOCKING AND BARELY WANTED TO GO. WE DROVE IT 4 MILES TO THE EXIT AND PARKED IT AT A BK FOR THE NIGHT. WE GOT IT TOWED BACK TO OUR HOUSE 40 MILES AWAY. INITIALLY HAD THOUGHT THE TIMING CHAIN BUT LATER FOUND OUT IT THAT THE WHOLE ENGINE NEEDED TO BE REPLACED. IT HAD METAL FLAKES AND SHAVINGS ALONG WITH PROBLEMS WITH THE CAMSHAFT. WE WERE TOLD BY KIA THAT OURS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WAS NOT INCLUDED AND THAT THE WARRANTY EXTENSION WAS ONLY FOR ORIGINAL OWNERS. I AM THE SECOND OWNER AND PURCHASED THE CAR IN 2012. THE VEHICLE IS JUST OVER 100K MILES.I STILL OWE ABOUT $8000 LEFT ON THE CAR. ENGINE REPLACEMENT QUOTES ABOUT $3000 BUT I FEAR PUTTING IN A NEW MOTOR THE SAME PROBLEM COULD EVENTUALLY HAPPEN AGAIN.

**NHTSA ID Number:** 11170785

**Incident Date** August 5, 2018

**Consumer Location** FULLERTON, CA

**Vehicle Identification Number** 5XYKT3A69CG****

**Summary of Complaint**

I WAS DRIVING DOWN THE STREET WHEN THE CAR BEGAN TO MAKE A LOW KNOCKING NOISE THEN IT BEGAN TO SLOW DOWN UNTIL IT CAME TO A COMPLETE STOP, AND WOULDN'T TURN OVER ANYMORE. I HAD TO GET IT TOWED TO THE MECHANIC. THE MECHANIC TOOK A LOOK AT THE CAR AND SAID THAT IT WAS THE MOTOR. I DIDN'T GET ANY WARNING OTHER THAT WHILE I WAS DRIVING IT BEGAN TO MAKE A KNOCKING NOISE AND LIGHTS WENT ON MY DASH, THEN STOPPED. I CALLED KIA SPOKE TO A REPRESENTATIVE, SHE SAID THAT MY CAR DIDN'T QUALIFY. SO I'M STUCK WITH A CAR PAYMENT AND NO CAR.

**NHTSA ID Number:** 11170573

**Incident Date** December 17, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT3A17CG****

**Summary of Complaint**

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TL\* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 70 MPH, ALL OF THE INSTRUMENT PANEL INDICATORS ILLUMINATED AND THE VEHICLE BEGAN TO SHAKE. AFTERWARDS, THERE WAS AN EXPLOSION UNDERNEATH THE VEHICLE AND ALL POWER WAS LOST, INCLUDING THE POWER STEERING. THE CONTACT WAS ABLE TO STEER THE VEHICLE DOWN AN EXIT RAMP OFF THE HIGHWAY. THE VEHICLE WAS THEN PUSHED OFF THE ROADWAY INTO A PARKING LOT. THE CONTACT DISCOVERED THAT THE ENGINE WAS BLOWN AND OIL SPILLED OUT ONTO THE GROUND. THE VEHICLE WAS TOWED TO PARKSIDE KIA (9929 PARKSIDE DR, KNOXVILLE, TN 37922, (844) 755-6461). THE DEALER CALLED BACK THREE WEEKS LATER AFTER THEY ORDERED A NEW ENGINE. THE DEALER WANTED TO CHARGE THE CONTACT OVER $1,400 FOR LABOR. THE MANUFACTURER WAS CALLED AND PROVIDED THE CONTACT WITH THE PHONE NUMBER TO A MENTAL HEALTH FACILITY. THE FAILURE MILEAGE WAS 70,000.

**NHTSA ID Number:** 11170597

**Incident Date** December 19, 2018

**Consumer Location** KATY, TX

**Vehicle Identification Number** 5XYKT4A6XCG\*\*\*\*

**Summary of Complaint**

AS I WAS DRIVING DOWN THE FREEWAY THE ENGINE STALLED. AS I MADE MY WAY TO THE SHOULDER AND CAME TO A STOP I NOTICED SMOKE COMING OUT OF THE HOOD. ONCE I CAME TO A STOP I GOT OUT OF THE CAR. AS SOON AS I CAME TO A STOP I GOT OUT. WHEN I CLOSED THE DRIVERS DOOR THE HOOD BURST INTO FLAMES. BY THE TIME THAT THE FIREFIGHTERS GOT THE THERE THE ENTIRE CAR WAS UP IN FLAMES.

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11165961

**Incident Date** January 3, 2019

**Consumer Location** DEER PARK, NY

**Vehicle Identification Number** 5XYKT3A13CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING APPROXIMATELY 10-15 MPH, THERE WAS AN ABNORMALLY KNOCKING SOUND IN THE ENGINE. WITHOUT WARNING, THE VEHICLE STALLED AND WAS UNABLE TO BE RESTARTED. THE VEHICLE WAS TOWED TO SOUTH SHORE KIA (1128 SUNRISE HWY, COPIAGUE, NY 11726, (631) 991-3910) AND THEY STATED THAT A COMPREHENSIVE INVESTIGATION WAS NECESSARY TO DETERMINE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 12995434. THE APPROXIMATE FAILURE MILEAGE WAS 75,000.

**NHTSA ID Number:** 11163941

**Incident Date** December 28, 2018

**Consumer Location** JACKSONVILLE, FL

**Vehicle Identification Number** 5XYKT3A62CG****

**Summary of Complaint**

ENGINE SPONTANEOUSLY CAUGHT FIRE WHILE DRIVING THE VEHICLE.

**NHTSA ID Number:** 11162440

CLASS ACTION COMPLAINT                                      Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  **Incident Date** December 18, 2018

2  **Consumer Location** DES MOINES, IA

3  **Vehicle Identification Number** 5XYKT4A1XCG****

4  **Summary of Complaint**

5  ENGINE HAS ROD KNOCK

6

7  **NHTSA ID Number:** 11162442

8  **Incident Date** December 18, 2018

9  **Consumer Location** DES MOINES, IA

10  **Vehicle Identification Number** 5XYKT4A1XCG****

11  **Summary of Complaint**

12  RESTRICT OIL FLOW TO THE BEARINGS CAUSING BEARING WEAR. A

13  WORN CONNECTING ROD BEARING WILL PRODUCE A CYCLIC

14  KNOCKING NOISE FROM THE ENGINE. THIS ISSUE HAPPENS WHEN THE

15  CAR IS ON AND DRIVING IN A CITY STREET AND HIGHWAY

16

17  **NHTSA ID Number:** 11161323

18  **Incident Date** December 12, 2018

19  **Consumer Location** Unknown

20  **Vehicle Identification Number** 5XYKT3A17CG****

21  **Summary of Complaint**

22  TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING

23  APPROXIMATELY 50 MPH, THE ENGINE BLEW OUT AND MADE A LOUD

24  NOISE. ALSO, THE BRAKES FAILED. THE CONTACT TEMPORARILY

25  LOST CONTROL OF THE VEHICLE, BUT MANAGED TO PULL THE

26  VEHICLE OVER. THE ENGINE SPRAYED OIL ALL OVER THE GROUND.

27  THE VEHICLE WAS TOWED TO PARKSIDE KIA (9929 PARKSIDE DR,

28  KNOXVILLE, TN 37922, (844) 755-6461). THE DEALER WANTED THE

CLASS ACTION COMPLAINT                                Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CONTACT TO PAY OVER $2,000 TO DETERMINE WHO WAS RESPONSIBLE FOR THE ENGINE FAILURE. THE MANUFACTURER STATED THAT THEY WERE AWARE OF THE FAULTY ENGINES THAT WERE SHIPPED FROM KOREA; HOWEVER, THERE WERE NO RECALLS. THE FAILURE MILEAGE WAS 73,337.

**NHTSA ID Number:** 11156592

**Incident Date** October 10, 2018

**Consumer Location** AKRON, OH

**Vehicle Identification Number** 5XYKT3A62CG****

**Summary of Complaint**

WHILE ACCELERATING AFTER A RIGHT HAND TURN INTO TURN ONLY LANE HEADED FOR HIGHWAY, MY CAR JUST SEIZED UP AND STALLED OUT. I GLIDED TO STOP AND SHUT OFF THE ENGINE, TURNED IT BACK ON. I ACCELERATED ONTO ON RAMP OF HIGHWAY AND IT SEIZED UP AGAIN COMPLETELY STALLING. WHEN CHECKING OIL LEVELS THERE WAS HAD NONE, MY HUSBAND BROUGHT ME 4 QUARTS OF OIL (ALWAYS FOLLOWED DEALERSHIP PROTOCOL ON OIL CHANGES), TRIED ENGINE AGAIN NOTHING. TOWED IT TO DEALER, THEY REMOVED AND DISSEMBLED THE ENGINE TO FIND POINT OF FAILURE. FOUND #1 AND #4 CONNECTING ROD BEARINGS TO HAVE SPUN AND WELDED THEM SELF TO THE CRANK SHAFT, ALSO FOUND #2 AND #3 TO BE WORN DOWN/CHEWED UP, FOUND BEARING DEBRIS IN THE OIL PAN AND THROUGH OUT THE ENGINE, NEEDED TO REPLACE THE ENGINE AND ALL NEEDED SEALS AND GASKETS.

**NHTSA ID Number:** 11154607

**Incident Date** August 27, 2018

244

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** RIVERSIDE, CA

**Vehicle Identification Number** 5XYKU3A67CG****

**Summary of Complaint**

I WAS DRIVING THE TRUCK WHEN I HEARD A LOUD NOISE LIKE A FIRE GUN THAN I SAW SMOKE COMING OUT FROM THE ENGINE, I PULLED OVER AND SAW THAT THE ENGINE WAS ALREADY ON FIRE, I GOT MY TWO DAUGHTERS OUT OF THE TRUCK AND FIVE MINUTES LATER THE WHOLE TRUCK EXPLOTED

**NHTSA ID Number:** 11130346

**Incident Date** September 10, 2018

**Consumer Location** GOOSE CREEK, SC

**Vehicle Identification Number** 5XYKT3A12CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 60 MPH, THE CONTACT NOTICED AN ABNORMAL NOISE COMING FROM THE ENGINE COMPARTMENT. THE VEHICLE THEN BEGAN TO LOSE POWER WITHOUT WARNING. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE AND THEN TOWED TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE "ENGINE THREW A ROD". THE DEALER (STOKES KIA, 202 S. GOOSE CREEK BOULEVARD, SOUTH GOOSE CREEK SC, 29445, (843)-572-7300) WAS CONTACTED TO SCHEDULE A DIAGNOSTIC APPOINTMENT. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND INFORMED THE CONTACT THAT THERE WERE NO RECALLS UNDER THE VIN AND TO SCHEDULE AN APPOINTMENT WITH THE DEALER. THE FAILURE MILEAGE WAS APPROXIMATELY 99,700.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11112594

**Incident Date** June 7, 2018

**Consumer Location** LATHROP, MO

**Vehicle Identification Number** 5XYKT3A14CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING APPROXIMATELY 35 MPH, A TICKING SOUND WAS HEARD FROM THE ENGINE COMPARTMENT WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE VEHICLE WAS TOWED TO THE DEALER (BOB SIGHT INDEPENDENCE KIA, 1700 S NOLAND ROAD, INDEPENDENCE, MO 64055) WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED AND NEEDED REPLACEMENT. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 107,000.

**NHTSA ID Number:** 11111708

**Incident Date** June 23, 2018

**Consumer Location** LANCASTER, CA

**Vehicle Identification Number** 5XYKU3A63CG****

**Summary of Complaint**

JUNE 23 DRIVING ON THE FREEWAY POPPING NOISECOMING FROM WHAT SOUNDED LIKE UNDER THE CAR RED ENGINE SYMBOL COMES ON IN THE LOWER LEFT HAND CORNER OF DASH IMMEDIATELY BEGIN GETTING OVER SECOND POPPING OCCURS WITHIN 10-15 SECONDS RED OIL LAMP LIGHT COMES ON RIGHT HAND SIDE OF DASHBOARD SMOKING FROM VEHICLE HAPPENS IMMEDIATELY GET TO SIDE OF FREEWAY ATTEMPT TO TURN OFF CAR RESTARTS ATTEMPT AGAIN TURNS OFF IMMEDIATELY GET OUT OF CAR AND RUN TOWARDS

246

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

GOOD SAMARITAN WHO WITNESSES ENTIRE THING STOPS AND STAYS WITH ME ENTIRE TIME 911 CALLED ANOTHER VEHICLE PULLS OVER AS FRONT OF VEHICLE IS FULLY ENGULFED IN FLAMES AND ATTEMPTS TO EXTINGUISH FIRE BUT TO NO AVAIL FIRE TRUCKS AND FREEWAY ROADSIDE ASSISTANCE COME WITHIN 10 MINUTES OF INCIDENT EXTINGUISH FRONT OF MY VEHICLE VEHICLE TOWED IN MOTION AT BEGINNING ON FREEWAY PULLED OVER AND GOT OUT ON SIDE OF FREEWAY NHTSA RECALL NUMBER17V224 MAY AND OCTOBER 2017 JUST HAD 105,000 MILE MAINTENANCE DONE AT RALLY KIA ON JUNE 11 COULD NOT UPLOAD PICTURES SAID FILE MUST BE ONE OF THE TYPES SPECIFIED ABOVE. AM I ABLE TO SEND THEM VIA ANOTHER WAY?

**NHTSA ID Number:** 11099910

**Incident Date** April 20, 2018

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** 5XYKT4A64CG****

**Summary of Complaint**

MY SON WAS DRIVING OUR 2012 KIA SORENTO AND AS HE EXITED THE FREEWAY TO THE SERVICE ROAD AND APPROACHED THE INTERSECTION WHICH WAS ON AN UPHILL GRADE, THE ENGINE SUDDENLY STALLED. HE LOST BRAKING AND STEERING CONTROL ON THE CAR. THE CAR ROLLED BACKWARDS INTO THE CAR BEHIND HIM AND COLLIDED WITH THE CAR RESULTING IN $1,820 DAMAGE TO THE OTHER CAR. THE ENGINE HAD SEIZED AND THREW A ROD INTO THE VEHICLE STARTER.

**NHTSA ID Number:** 11076296

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** January 31, 2018

**Consumer Location** ARLINGTON, VA

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 65 MPH, THE ENGINE FAILED WITHOUT WARNING. THE CONTACT HEARD A LOUD BANG AND OBSERVED A HUGE CLOUD OF BLACK SMOKE EMERGING FROM THE VEHICLE. THE CHECK ENGINE AND OTHER INSTRUMENT PANEL WARNING INDICATORS ILLUMINATED. THE CONTACT PULLED THE VEHICLE OVER TO THE SHOULDER OF THE ROAD WHERE IT CAUGHT FIRE FROM UNDERNEATH NEAR THE TRANSMISSION. A POLICE REPORT WAS FILED. THE FIRE DEPARTMENT EXTINGUISHED THE FIRE. KIA OF LANCASTER (1608, 5250 MAIN ST, EAST PETERSBURG, PA 17520) WAS MADE AWARE OF THE FIRE AND STATED THAT THE EXHAUST HANGER HAD MELTED. IT WAS DETERMINED THAT ROD #4 BLEW INTO THE TRANSMISSION, WHICH CAUSED THE ENGINE TO FAIL. THERE WERE NO INJURIES. THE FAILURE MILEAGE WAS 81,000. THE VIN WAS NOT AVAILABLE.

**NHTSA ID Number:** 11035862

**Incident Date** February 20, 2017

**Consumer Location** HOSCHTON, GA

**Vehicle Identification Number** 5XYKT3A15CG****

**Summary of Complaint**

OUR 2012 KIA SORENTO WAS IN MOTION ON THE HIGHWAY WHEN A LOUD KNOCKING SOUND BEGAN. AT THIS POINT THE ENGINE SEIZED AND THE CAR STALLED. IT HAD TO BE TOWED TO THE KIA DEALER AND A NEW ENGINE HAD TO BE PUT IN. WE WERE TOLD BY THE

248

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SERVICE MANAGER AT THE KIA DEALERSHIP THAT RECALL SC147 ADDRESSES 2012 KIA SORENTO'S AND THE EXACT SAME ISSUE AS OUR CAR HAD. HOWEVER, THE RECALL DOES NOT INCLUDE HER ENGINE TYPE. GIVEN WHAT HAPPENED TO OUR 17 YEAR OLD DAUGHTER AND THE DANGEROUS SITUATION THAT SHE WAS PUT IN, WE FEEL THAT THESE SORENTO ENGINE TYPES SHOULD ALSO BE INCLUDED IN THE RECALL. KIA CONSUMER AFFAIRS WAS CONTACTED AND THEY REFUSED TO PROVIDE ANY TYPE OF COMPENSATION OR ADD THIS VEHICLE ENGINE TYPE TO THE RECALL.

**NHTSA ID Number:** 11022610

**Incident Date** September 10, 2017

**Consumer Location** OWASSO, OK

**Vehicle Identification Number** 5XYKT4A18CG****

**Summary of Complaint**

ON 09/10/2017 WHILE DRIVING A 2012 KIA SORENTO DOWN THE HIGHWAY I HEARD A RATTLING NOISE FROM THE ENGINE WITH A LOUD BANG A FEW SECONDS LATER.THERE WAS SMOKE COMING FROM UNDER THE HOOD. I RESEARCHED AND FOUND THAT ON 03/17/2017 KIA ANNOUNCED A RECALL FOR 2012 SORENTOS. KIA'S RECALL: SC147: " BEARING WEAR MAY RESULT IN ENGINE SEIZURE" THIS IS ON KIA'S AND NHTSA'S WEBSITES. [ NHTSA CAMPAIGN # 17V224000 "MACHINING ERRORS DURING THE ENGINE MANUFACTURING PROCESS MAY CAUSE PREMATURE BEARING WEAR WITHIN THE ENGINE"] I CONTACTED KIA'S CUSTOMER SERVICE AT 1800-333-4542 AND BETHANY TOLD THAT MY 2012 KIA SORENTO WAS NOT ELIGIBLE FOR THE RECALL BECAUSE THE VIN # WAS NOT PART OF THE RECALL. SHE SAID THAT I COULD TAKE IT TO THE DEALER

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AND THEY WOULD CHECK THE OTHER 2 RECALL THOUGH. WHEN THE VEHICLE WAS TOWED I LOOKED UNDER THE VEHICLE TO SEE OIL POURING OUT FROM A 3 INCH HOLE IN THE BLOCK, TOWARD THE REAR OF THE VEHICLE, WHERE THE THROWN ROD BROKE THE BLOCK. OIL IS CHANGED EVERY THREE MONTHS AND THE VEHICLE HAS 120,129 MILES ON IT. THE COST OF A USED ENGINE ALONE IS NEAR $3000, PLUS LABOR TO INSTALL A MOTOR THAT COULD DO THE SAME THING. I WOULD LIKE KIA MOTORS TO REPLACE THE DEFECTIVE ENGINE WITH A NEW ENGINE AT NO COST.

**NHTSA ID Number:** 11015830

**Incident Date** August 10, 2017

**Consumer Location** GREENSBORO, NC

**Vehicle Identification Number** 5XYKT3A13CG****

**Summary of Complaint**

ON 08/10/12017 WHILE DRIVING MY 2012 KIA SORENTO ON I-40. I HEARD A "RATTLING NOISE" FROM THE ENGINE. AS I SLOWED DOWN THE SOUND GOT LOUDER. I TURNED ON A SIDE STREET INTO A SAFE AREA AND PARKED MY VEHICLE. THERE WAS SMOKE COMING FROM UNDER MY HOOD. I OPENED THE HOOD AND SAW 2 SMALL PATCHES OF FIRE. I WAS ABLE TO PUT THEM OUT, THEN RAN TO A BEST WESTERN HOTEL AND ASKED FOR A FIRE EXTINGUISHER IN CASE A FIRE WOULD ERUPT AGAIN. I RESEARCHED AND DISCOVERED THAT ON 03/17/2017 KIA ANNOUNCED A RECALL FOR 2012 SORENTOS. KIA'S RECALL: SC147: " BEARING WEAR MAY RESULT IN ENGINE SEIZURE" THIS IS ON KIA'S, NHTSA'S , PBS AND FORBES WEBSITES. [ NHTSA CAMPAIGN # 17V224000 "MACHINING ERRORS DURING THE ENGINE MANUFACTURING PROCESS MAY CAUSE PREMATURE BEARING WEAR WITHIN THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE"] I CONTACTED KIA'S CONSUMER AFFAIRS # AND THE PERSON TOLD THAT MY 2012 KIA SORENTO WAS NOT ELIGIBLE FOR THE RECALL. HE SAID MY VIN # WAS NOT PART OF THE RECALL. I HAD JUST RETURNED WITH MY FAMILY 1 DAY PRIOR FROM A TRIP TO MOBILE, AL. (1500 MILES ROUND TRIP). ON 08/12/17 I HAD MY VEHICLE TOWED TO BATTLEGROUND KIA WHERE THE ADVISOR & TECHNICIAN SHOWED ME THE PROBLEM A "THROWN ROD".THIS HOLE IS 3" TO 4" DIAMETER. (PICTURES ATTACHED). I ASKED WHAT COULD HAVE CAUSED THE ROD TO BE THROWN? I HAD MY OIL CHANGED ON SCHEDULE THE LATEST WAS 07/26/2017. THIS VEHICLE HAS 123,937 MILES ON IT. HE REPLIED HE DIDN'T KNOW WHAT CAUSED IT. ON 08/15/2017 I WAS INFORMED THAT TO REPLACE THE ENGINE WITH A USED ONE WITH 99,000 MILES WAS $6400 PLUS LABOR. [THAT IS ABOUT 24,000 MILES LESS THAN MINE CURRENT MILEAGE WITH THE SAME POTENTIAL PROBLEM LINGERING TO HAPPEN AGAIN] IT IS OBVIOUS THAT THE PROBLEMS WITH THE RECALL ENGINES ARE IDENTICAL WITH MINE. I WOULD LIKE KIA MANUFACTURING TO REPLACE MY DEFECTIVE ENGINE WITH A NEW ENGINE AND RENTAL VEHICLE AT NO COST TO ME. I'LL LIKE TO PARTNER WITH THE LOCAL DEALERSHIP TO RECTIFY THIS. UPDATED 08/31/2017*JS

**NHTSA ID Number:** 11002875

**Incident Date** January 14, 2017

**Consumer Location** GOODYEAR, AZ

**Vehicle Identification Number** 5XYKT3A17CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 90 MPH, THE ENGINE FAILED WITHOUT WARNING. THE CONTACT STATED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THAT THERE WAS A KNOCKING NOISE FROM INSIDE THE ENGINE AND THE VEHICLE LOST POWER. IN ADDITION, THE VEHICLE WOULD NOT SWITCH GEARS AND DECREASED IN ACCELERATION UNTIL THE CONTACT REACHED THE DEALER. CATHEDRAL CITY KIA OF CATHEDRAL CITY, CALIFORNIA REPLACED THE ENGINE IN THE VEHICLE. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE AND STATED THAT THE FAILURE WAS INCLUDED IN AN UNKNOWN RECALL; HOWEVER, THE CONTACT'S VIN WAS NOT INCLUDED. THE FAILURE MILEAGE WAS 97,000.

**NHTSA ID Number:** 10992669

**Incident Date** May 19, 2017

**Consumer Location** COTTONWOOD, AZ

**Vehicle Identification Number** 5XYKT3A1XCG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 45 MPH, THE CRANK CASE BEARING IN THE ENGINE DISINTEGRATED AND RUINED THE MOTOR. THE VEHICLE WAS TOWED TO OXONDALE KIA IN FLAGSTAFF ARIZONA WHERE IT WAS DIAGNOSED THAT METAL FRAGMENTS ENTERED INTO THE ENGINE OIL DEPOSIT, WHICH CAUSED FURTHER DAMAGE TO THE VEHICLE. THE SERVICE MANAGER AT THE DEALER STATED THAT THERE WAS A RECALL FOR THE FAILURE, BUT THE CONTACT'S VIN WAS NOT INCLUDED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE RECALL DETAILS WERE NOT PROVIDED. THE FAILURE MILEAGE WAS APPROXIMATELY 81,000.

**NHTSA ID Number:** 10971238

CLASS ACTION COMPLAINT                                              Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** August 7, 2014

**Consumer Location** TOWNSEND, MA

**Vehicle Identification Number** 5XYKWDA23CG****

**Summary of Complaint**

I USED MOBILE ONE 5W30, I USED KIA OIL FILTERS (2 GENERIC), I HAD 44,516K MILES ON IT ON AUGUST 7, 2014. I DID 8 OIL CHANGES. MY CAR WAS RUNNING PERFECTLY FINE. NO WHITE OR BLACK SMOKE, NO DASHBOARD LIGHTS, NOT SLUGGISH, NOTHING AND THE ENGINE SEIZED WITHOUT WARNING. I WAS ON THE HIGHWAY DOING ABOUT 65 WHEN I HEARD A FLUTTERING NOISE THAT VERY QUICKLY TURNED INTO A KNOCKING NOISE. I COULD BARELY PULL OVER WITHOUT ALMOST GETTING HIT TWICE. I HAD IT TOWED TO THE DEALERSHIP AND THEY SAID I NEVER DID ANY OIL CHANGES AND THERE WAS APPROXIMATELY 20K MILES WORTH OF SLUDGE IN MY ENGINE. MY OIL WAS CHANGED AROUND MARCH 7, 2014. KIA MOTORS DOWN RIGHT REFUSED TO EVEN LOL AT IT. I HIRED AND ATTORNEY WHO WROTE A DEMAND LETTER AND 4 MONTHS LATER THEY DOWN RIGHT REFUSED TO FIX IT UNDER THE WARRANTY. MY CAR SAT IN MY DRIVEWAY FOR OVER 15 MONTHS. I REPORTED THIS TO NHTSA BACK IN LATE 2012 EARLY 2013. I WORE A LETTER TO THE OWNER OF THE DEALERSHIP AND SHE PUT A USED ENGINE IN IT AND PAID FOR HALF. NEEDLESS TO SAY I'M HAPPY I HAVE MY CAR BACK BUT I DON'T TRUST IT. I HAVE THE TOP OF THE LINE SX AWD AND I ALSO ADDED THE AMBIENT LIGHTING AND TINTED THE FRONT WINDOWS. I LOVE MY CAR BUT FEEL I SHOULD BE COMPENSATED FOR THE SHEAR HELL AND HUGE FINANCIAL BURDEN IT HAS CAUSED MY FAMILY. I'VE HAD IT BACK SINCE NOVEMBER 12, 2016 AND THE FINANCIAL BURDEN IS STILL HAUNTING MY FAMILY.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10940101

**Incident Date** December 30, 2016

**Consumer Location** SUGAR GROVE, IL

**Vehicle Identification Number** 5XYKWDA20CG****

**Summary of Complaint**

I NOTICED THAT UPON STARTING , MY KIA LET OUT BLUE SMOKE. I SAW NO WARNING LIGHTS, NO OIL ON THE GROUND, NO INDICATION OF A SERIOUS PROBLEM OTHER THAN THE SMOKE. I HAVE A LITTLE OVER 95,000 MILES ON THE CAR AND A 100,000 MILE WARRANTY I MADE AN APPOINTMENT TO SERVICE THE CAR AND HAVE IT LOOKED AT. EVERYTHING WAS RUNNING FINE AND DRIVING FINE. THREE DAYS LATER, THE CHECK ENGINE LIGHT CAME ON. NO OTHER INDICATORS WERE PRESENT. I DROVE THE CAR A SHORT DISTANCE AND IT SEIZED UP WHILE I WAS TRAVELING AT ABOUT 45 MPH. I CHANGED THE OIL ON A REGULAR BASIS & DID THE NORMAL SERVICE WORK. THE CAR WAS TOWED TO THE DEALER. THE DEALER INSPECTED THE CAR AND SAID IT NEEDED A NEW ENGINE AND REAR END. THE REAR END WOULD BE COVERED UNDER WARRANTY BUT THE ENGINE WOULD NOT. I DID NOT HAVE MY RECEIPTS FOR OIL CHANGES. I AM TRYING TO GET KIA TO HONOR THE WARRANTY. THEY WILL COVER THE REAR END BUT NOT THE ENGINE AT THIS POINT. *TR

**NHTSA ID Number:** 10926296

**Incident Date** November 14, 2016

**Consumer Location** MIDLOTHIAN, VA

**Vehicle Identification Number** 5XYKU4A69CG****

254

CLASS ACTION COMPLAINT                                              Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 30
MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS
ABLE TO RESTART ON THE FIRST ATTEMPT; HOWEVER, THERE WAS
AN ABNORMAL SOUND FROM THE HOOD. THE CONTACT MENTIONED
THAT THE VEHICLE WOULD NOT ACCELERATE HIGHER THAN 50 MPH.
THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE
VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS
DIAGNOSED THAT METAL SHAVINGS WERE LOCATED IN THE OIL, AND
THERE WAS CATASTROPHIC ENGINE FAILURE. THE ENGINE NEEDED
TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE
FAILURE MILEAGE WAS APPROXIMATELY 107,000.

**NHTSA ID Number:** 10915477

**Incident Date** October 9, 2016

**Consumer Location** MYRTLE BEACH, SC

**Vehicle Identification Number** N/A

**Summary of Complaint**

10/09/2016 DRIVING HOME FROM BEING EVACUATED BECAUSE OF
HURRICANE MATTHEW, WITH MY DAUGHTER, SON-IN-LAW AND
GRANDBABY. WHILE GOING DOWN THE HWY 65 MILES PER HOUR, WE
HEARD A LOUD NOISE, I FELT A THUMP UNDER MY FOOT ON THE
PASSENGER SIDE. WE LATER LEARNED IT WAS THE ROD THAT WENT
THROUGH THE ENGINE. THANK GOD MY HUSBAND COSTED THE CAR
OVER TO THE SIDE, IT WOULD NOT START. WE CALLED FOR HELP
FROM A FRIEND THEY PICKED US UP. TOWED THE CAR TO KIA
DEALERSHIP IN MYRTLE BEACH. WE HAVE JUST LEARNED THEY ARE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NOT GOING TO PAY FOR A NEW MOTOR. THEY HAVE DETERMINED IT WAS NOT THEIR FAULT!! HOW IS THIS POSSIBLE?? WITH ALL THESE COMPLAINTS. WHY IS THERE NOT A CLASS ACTION LAW SUITE?

**NHTSA ID Number:** 10913569

**Incident Date** July 9, 2016

**Consumer Location** RICHLANDS, VA

**Vehicle Identification Number** 5XYKTCA64CG****

**Summary of Complaint**

SON WAS DRIVING VEHICLE ON INTERSTATE. STARTED MAKING A NOISE AND THEN STOPPED. HAD IT TOWED. DEALERSHIP SAID IT WAS THE BEARINGS ON THE UNDERSIDE OF CRANKSHAFT. 114,000 MILES SO OUT OF WARRANTY. HAD TO REPLACE ENGINE AT COST TO ME OF OVER $7,000.

**NHTSA ID Number:** 10908736

**Incident Date** September 11, 2016

**Consumer Location** DE SOTO, GA

**Vehicle Identification Number** 5XYKT3A68CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING VARIOUS SPEEDS, AN ABNORMAL SOUND WAS HEARD COMING FROM THE BOTTOM OF THE VEHICLE. THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT PULLED OVER TO THE SHOULDER, BUT THE VEHICLE FAILED TO RESTART. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THERE WAS A HOLE IN THE ENGINE BLOCK, THE RODS CAME APART, AND THERE WAS NO OIL IN THE VEHICLE. THE DEALER STATED THAT THE ENGINE BLOCK WOULD

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HAVE TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 14,000.

**NHTSA ID Number:** 10908752

**Incident Date** September 2, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT3A68CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 80 MPH, THE VEHICLE DECELERATED AND STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT A ROD WENT THROUGH THE ENGINE BLOCK. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 144,000.

**NHTSA ID Number:** 10898189

**Incident Date** May 6, 2016

**Consumer Location** WINSLOW, ME

**Vehicle Identification Number** N/A

**Summary of Complaint**

ON MAY 6TH, 2016 I WAS DRIVING TO WORK (BACK ROADS WITH A SPEED LIMIT OF 55 OR LESS), JUST A FEW MILES FROM MY PLACE OF EMPLOYMENT WHEN I HEARD A TICKING/CLICKING TYPE OF NOISE. EACH TIME I PRESSED THE GAS THE NOISE GOT LOUDER AND THE VEHICLE GOT SLUGGISH. I STOPPED AT ONE TRAFFIC LIGHT AND WAS ABLE TO GO THROUGH WITH LITTLE PROBLEM OTHER THAN THE SOUND GETTING LOUDER. AS I STOPPED AT ANOTHER TRAFFIC LIGHT

257

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE CAR STALLED, I WAS ABLE TO TURN IT OVER AND AGAIN GOT THROUGH THE LIGHT BUT THE POWER WAS EVEN MORE SLUGGISH AS I PRESSED THE GAS AND THE NOISE GOT EVEN LOUDER. THE VEHICLE FINALLY DIED AND I WAS ABLE TO COAST TO THE CURB OUT OF THE WAY OF TRAFFIC. THE ENGINE WAS CEASED BECAUSE A ROD BROKE AN DROVE ITSELF INTO THE OIL PUMP RESULTING IN THE NEED TO REPLACE THE ENGINE. THE FIRST REPLACEMENT ENGINE DID NOT WORK PROPERLY THUS THEY HAD TO FIND A SECOND ENGINE TO REPLACE THE REPLACEMENT. I WAS TOLD BECAUSE I WAS NOT THE ORIGINAL OWNER THE WARRANTEE DID NOT TRANSFER WITH THE VEHICLE, THE REPLACEMENT AND ALL RELATED EXPENSES COST ME OVER $8,000. AS I HAVE FOUND SO MANY COMPLAINTS HERE FOR THE SAME PROBLEM I THINK THERE SHOULD BE A CLASS ACTION LAWSUIT BROUGHT AGAINST KIA MOTORS. THIS IS A MAJOR SAFETY ISSUE AND SHOULD HAVE A RECALL BEFORE SOMEONE DIES.

**NHTSA ID Number:** 10893682

**Incident Date** August 2, 2016

**Consumer Location** BRONX, NY

**Vehicle Identification Number** 5XYKTCA64CG****

**Summary of Complaint**

THE CAR WOULD LOSE POWER WHILE DRIVING THEN ACCELERATE TO SPEED. THIS WAS FOLLOWED BY SMOKE FROM THE TAIL PIPE. I HAVE RETURNED TO THE YONKERS KIA DEALERSHIP ON CENTRAL PARK AVENUE IN YONKERS NY ON AUGUST 5TH, 2016 TO LOOK INTO A PROBLEM. A DIAGNOSTIC WAS DONE AND IT WAS DETERMINED THE ENGINE WAS RUINED DO TO SLUG BUILD UP. I WAS TOLD THAT A REPLACEMENT WOULD COAST ABOUT $10,000. ODD FOR ME BECAUSE

258

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MY WIFE AND I TOOK THE CAR IN FOR REGULAR OIL CHANGES AND NO INDICATION OF ENGINE ISSUES DISPLAYED ON THE DASHBOARD. AFTER SPEAKING TO A SERVICE REPRESENTATIVE HE STATED THAT I WOULD HAVE TO SUPPORT PROOF OF MAINTENANCE ON MY CAR WHICH WOULD ALLOW MY REPAIRS DONE UNDER OUR WARRANTY. I BECAME EXTREMELY DISILLUSIONED AFTER BRINGING THE CAR INTO KIA DUE TO AN ISSUE THAT CAN BE TIED TO THE MANUFACTURER. WE WERE DENIED SERVICE UNDER THE WARRANTY WHICH WE ARE STILL UNDER. OUR CAR IS FAIRLY NEW WITH LESS THAN 25K MILES. WE CARRIED OUT ALL OF THE STEPS THUS FAR INCLUDING TAKING CARE OF OUR INVESTMENT, PROVING OUR CAR HAS BEEN TAKEN CARE OFF INCLUDING KEEPING METICULOUS ANNOTATIONS (KEPT IN THE LOG PROVIDED BY KIA) AND RECEIPTS TO DATE. THIS IS ANOTHER EXAMPLE OF BIG COMPANIES LOOKING FOR LOOPHOLES AND USING TACTICS TO SWINDLE PEOPLE OF THEIR HARD EARNED PAYCHECKS. HOWEVER, KIA DOES NOT WANT TO HONOR US. OUR PAPERWORK/LOG/RECEIPTS ARE BEING TAKEN APART WITH PREJUDICE IN ORDER TO NOT PROVIDE SERVICES AND RECTIFY THIS ISSUE THAT IS PROVEN TO BE A DEFECT. WE ARE CONCLUDING THAT BASED ON THE POOR HANDLING OF OUR CASE AND MANY OTHERS LIKE OURS, KIA AND ITS AFFILIATES /DEALERS AND CORPORATE, ARE NOT ABOUT SAFETY AND CUSTOMER SATISFACTION. ALL WE ASK IS THAT KIA HONORS ITS WARRANTY RATHER THAN FINAGLE USE ON THE FABRICATED NOTION THAT WE ARE AT FAULT RATHER THAN POOR ENGINEERING.

**NHTSA ID Number:** 10891685

**Incident Date** July 5, 2016

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** ROCKY RIVER, OH

**Vehicle Identification Number** 5XYKT3A65CG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 70 MPH, THE VEHICLE RANDOMLY STALLED WITHOUT WARNING. THE VEHICLE WAS UNABLE TO BE DRIVEN DUE TO THE FAILURE AND WAS TOWED TO THE DEALER. THE DEALER INDICATED THAT THE ENGINE FRACTURED AND FRAGMENTS ENTERED INTO OTHER AREAS OF THE VEHICLE. THE DEALER REPLACED THE ENGINE ASSEMBLY. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED NO SOLUTION. THE VIN WAS NOT AVAILABLE. THE APPROXIMATE FAILURE MILEAGE WAS 67,000. UPDATED 09/23/16*LJ *TR

**NHTSA ID Number:** 10885315

**Incident Date** July 8, 2016

**Consumer Location** ELK GROVE, CA

**Vehicle Identification Number** 5XYKT4A65CG****

**Summary of Complaint**

DRIVING 80MPH ON HIGHWAY, HEARD PINGING NOISE FROM ENGINE, CAR SLOWED DOWN AND WOULD NOT ACCELERATE PAST 60MPH. CAR SUDDENLY LOST ALL POWER, POWER STEERING AND BRAKES, RESULTING IN A DANGEROUS SUDDEN STALL EVENT. TOWED CAR TO DEALERSHIP, WAS TOLD ENGINE SEIZED AND NEEDED A NEW ENGINE.

**NHTSA ID Number:** 10762403

**Incident Date** September 8, 2015

**Consumer Location** GORHAM, ME

**Vehicle Identification Number** 5XYKTDA66CG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

260

**Summary of Complaint**

WHILE DRIVING ON I95 WE BEGAN HEARING A NOISE FROM THE ENGINE. IT WAS FAINT AT FIRST, JUST A PINGING THAT WOULD HAPPEN WHEN WE PUSHED THE ACCELERATOR DOWN. WE JUST HAD AN OIL CHANGE AT 94,000 MILES SO KNEW OUR OIL LEVEL WAS GOOD. THE FAINT NOISE GREW STEADILY LOUDER OVER THE NEXT 30 MINUTES AND WE PULLED OFF THE HIGHWAY AND INTO A SERVICE/GAS STATION. THE MECHANICS CAME OUT WHEN THEY HEARD US PULL UP. THEY KNEW ALMOST IMMEDIATELY THAT IT WAS CATASTROPHIC ENGINE FAILURE AND WOULD NEED MAJOR REPAIRS IF NOT A REBUILD. THE KIA DEALER IS GOING TO CONFIRM TODAY, BUT I BEILEVE THAT IT IS AN ENGINE CONNECTION PIN THAT BROKE. WE WERE TOLD WE WERE LUCKY IT DID NOT BREAK AND PUNCTURE THE ENGINE BLOCK WHILE WE WERE DRIVING.

**NHTSA ID Number:** 11448030

**Incident Date** August 28, 2021

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5xykuda22dg****

**Summary of Complaint**

My engine started knocking and suddenly locked up.Had to get it towed to the repair shop. The mechanic said it was clogged oil passages from metal shavings that caused the restriction and I had to pay 4970.35 dollars for a engine replacement

**NHTSA ID Number:** 11439909

**Incident Date** November 9, 2021

**Consumer Location** LEWISBURG, WV

**Vehicle Identification Number** 5xyktda60dg****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

The contact owned a 2013 Kia Sorento. The contact stated that while driving at 74 MPH, an abnormal knocking noise began to emit from the engine as the check engine and ABS warning lights appeared on the instrument panel. The vehicle suddenly lost power as the contact began to smell smoke in his cabin. The contact immediately pulled over and once the engine was turned off, the engine became engulfed in flames. The contact exited the vehicle and called the authorities to his location. The fire was extinguished by the fire department; a police report was not filed. The contact did not sustain any injuries as a result of the failure. The vehicle was towed to an independent mechanic and was destroyed. The dealer nor the manufacturer had yet to be notified of the failure. The vehicle was a total loss. The failure mileage was approximately 102,000.

**NHTSA ID Number:** 11438137

**Incident Date** October 14, 2021

**Consumer Location** SEDALIA, CO

**Vehicle Identification Number** 5xyktca68dg****

**Summary of Complaint**

While exiting the interstate highway the electrical system and engine stopped working as I approached the intersection. After getting the engine started again we learned that the piston rods were shot and the engine was no good. The vehicle had 120,000 miles.

**NHTSA ID Number:** 11400294

**Incident Date** March 1, 2021

**Consumer Location** PORTSMOUTH, VA

**Vehicle Identification Number** 5XYKU4A63DG****

**Summary of Complaint**

262

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT COASTED TO THE SIDE OF THE ROAD AND TURNED OFF THE VEHICLE. THE VEHICLE WAS TOWED TO A CERTIFIED MECHANIC WHO STATED THAT THE ENGINE BEARINGS WERE WORN, CAUSING THE ENGINE TO SEIZE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND INFORMED THE CONTACT THAT THE VIN WAS NOT UNDER RECALL. THE APPROXIMATE FAILURE MILEAGE WAS 100,000.

**NHTSA ID Number:** 11396451

**Incident Date** February 15, 2021

**Consumer Location** NEW MILFORD, CT

**Vehicle Identification Number** 5XYKUDA24DG****

**Summary of Complaint**

DRIVING HOME FROM 30 MILE TRIP AND ENGINE MADE A BIG TICKING NOISE THEN A BOOM. LOTS OF SMOKE COMING FROM HOOD AND COASTED TO STOP. ONLY HAS 107K MILES. NEVER HAD A CAR DO THIS BEFORE. GOT IT ANALYZE FROM GARAGE AND THERE IS A HOLE IN THE ENGINE BLOCK.

**NHTSA ID Number:** 11386431

**Incident Date** December 30, 2020

**Consumer Location** EASTHAMPTON, MA

**Vehicle Identification Number** 5XYKTDA6XDG****

**Summary of Complaint**

WHILE DRIVING ON HIGHWAY AT ABOUT 65 MPH LOUD KNOCKING

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

FROM ENGINE , THEN STOPPED. SHOP SAID THAT ENGINE HAD SEIZED UP

**NHTSA ID Number:** 11383836

**Incident Date** July 15, 2017

**Consumer Location** LONG BEACH, CA

**Vehicle Identification Number** 5XYKT3A15DG****

**Summary of Complaint**

TL* THE CONTACT OWNED A 2013 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING AT 70 MPH, SHE BEGAN TO NOTICE A DARKISH GRAY SMOKE EMIT FROM THE VEHICLE WITHOUT WARNING. THE CONTACT IMMEDIATELY PULLED OFF TO THE SHOULDER AS HER HUSBAND WENT TO INSPECT THE HOOD. UPON OPENING THE HOOD, FLAMES BEGAN TO EMIT FROM ENGINE AND THE CONTACT AND HER MOTHER IMMEDIATELY EXITED THE VEHICLE. THE AUTHORITIES WERE CALLED TO THE SCENE AND THE FIRE DEPARTMENT EXTINGUISHED THE FIRE. A FIRE REPORT AND A POLICE REPORT WERE FILED. NO INJURIES WERE SUSTAINED AS A RESULT OF THE FIRE. THE VEHICLE WAS TOWED TO AN INDEPENDENT TOW YARD AND DESTROYED. THE CONTACT CALLED TROPHY KIA OF CARSON(22020 RECREATION RD, CARSON, CA 90745) WHERE THEY INFORMED HER THAT THEY WERE UNAWARE OF SUCH FAILURE AND OFFERED NO FURTHER ASSISTANCE. UPON INVESTIGATION, THE CONTACT LINKED HER FAILURE TO NHTSA CAMPAIGN NUMBER: 20V750000(ENGINE); HOWEVER, HER VEHICLE WAS NOT INCLUDED IN THE RECALL. THE FAILURE MILEAGE WAS APPROXIMATELY 70,000.

**NHTSA ID Number:** 11350676

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

264

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** August 20, 2020

**Consumer Location** WASHINGTON, DC

**Vehicle Identification Number** 5XYKT3A69DG****

**Summary of Complaint**

CONNECTING ROD SHOOT OUT THE ENGINE AND WENT THROUGHT THE 4TH CYLINDER OPENING A BIG HOLE. THIS VEHICLE HAS ONLY 47000 MILES. THIS BREAK DOWN HAPPENED IN THE MIDDLE OF A HIGHWAY.

**NHTSA ID Number:** 11350361

**Incident Date** August 18, 2020

**Consumer Location** LOMA LINDA, CA

**Vehicle Identification Number** 5XYKT4A17DG****

**Summary of Complaint**

BEARING WERE BAD AND IT CAUSED MY ENGINE TO SEIZE AND STOP WORKING.

**NHTSA ID Number:** 11350390

**Incident Date** August 18, 2020

**Consumer Location** LOMA LINDA, CA

**Vehicle Identification Number** 5XYKT4A17DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED WHILE DRIVING 30 MPH, THE ENGINE SEIZED. THERE WAS AN ABNORMAL KNOCKING NOISE DETECTED. THERE WERE NO WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE THE CONTACT WAS INFORMED THAT THE ENGINE BEARINGS FAILED AND THE ENGINE NEEDED TO BE

REPLACED. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE CONTACT CALLED ALL STAR KIA OF SAN BERNARDINO (735 SHOW CASE DRIVE NORTH, SAN BERNARDINO, CA 92408, (888) 480-0418) HOWEVER, THE VEHICLE WAS NOT DIAGNOSED NOR REPAIRED. THE CONTACT STATED THAT THE FAILURE WAS LIKE THAT OF NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS CONTACTED HOWEVER, NO FURTHER ASSISTANCE WAS PROVIDED. THE FAILURE MILEAGE WAS 121,000.

**NHTSA ID Number:** 11349019

**Incident Date** March 30, 2019

**Consumer Location** WEST JEFFERSON, OH

**Vehicle Identification Number** 5XYKT3A13DG****

**Summary of Complaint**

IN DECEMBER OF 2018, MY FATHER IN-LAW WAS DRIVING THE VEHICLE ON THE HIGHWAY, AND THE ENTIRE VEHICLE SHUT DOWN(ENGINE, LIGHTS, STEERING, EVERYTHING). WE TOWED IT TO THE DEALERSHIP, AND THEY STATED THAT IT WAS A FAULTY BATTERY, AND HAD US PAY TO REPLACE IT. WHEN WE TOOK THE OLD BATTERY BACK TO ADVANCE AUTO PARTS, THEY STATED THAT THE OLD BATTERY WAS FINE AFTER TESTING IT. IN MARCH OF 2019, WE STARTED TO HEAR A KNOCK IN THE ENGINE AT OR OVER 2000 RPM. WE TOOK THE VEHICLE IN TO THE DEALERSHIP, AND THEY STATED THAT THE VEHICLE HAD ADVANCED BEARING WEAR, AND THE ENGINE WOULD NEED TO BE REPLACED. THEY STATED THAT AS THERE WAS NO RECALL, THAT WE WOULD BE RESPONSIBLE FOR THE REPLACEMENT.

CLASS ACTION COMPLAINT                                  Case No.

**NHTSA ID Number:** 11340503

**Incident Date** May 2, 2020

**Consumer Location** STOCKBRIDGE, GA

**Vehicle Identification Number** 5XYKT3A13DG****

**Summary of Complaint**

ON 05-02-20 WHILE GETTING ON THE FREEWAY. MY KIA ,SORENTO(2013) STALLED AND HAD TO PULL INTO THE EMERGENCY LANE. SHUT VEHICLE OFF WAITED FOR A MINUTE, RESTARTED AND NO WARNING LIGHTS ON. DROVE 1/4 MILE, ENGINE STARTED KNOCKING/PINGING. HAD TO BE TOWED REPAIR SHOP. METAL FOUND IN OIL, ROD KNOCKING. 116072 MILES ON UNIT. HAVE ALL REGULAR MAINTENANCE RECORDS. ENGINE REPAIRED @$ 5,636.00 I JUST COULDN'T PUT A TARP OVER IT. DEALER STATED NO RECALL ON 2.4L MFI PAST LIMITED WARRANTY.

**NHTSA ID Number:** 11338774

**Incident Date** July 8, 2020

**Consumer Location** OCONOMOWOC, WI

**Vehicle Identification Number** 5XYKUDA64DG****

**Summary of Complaint**

WE WERE DRIVING BACK FROM A POST OP SURGERY APPOINTMENT WHEN THE CHECK ENGINE LIGHT STARTED FLASHING. IT HAS NEVER GONE OFF BEFORE. WE STOPPED AT THE NEAREST AUTO SHOP AND THE CONNECTING ROD BEARING IS BAD IN THE ENGINE AND A WHILE NEW ENGINE IS NEEDED. THIS IS A KNOWN RECALL FOR THIS CAR, MAKE, MODEL, AND YEAR. SOMEHOW IT DOES NOT INCLUDE MY VIN NUMBER IN THE RECALL, BUT WE ARE HAVING THE SAME EXACT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

PROBLEM. I HAVE INVOICES STATING THIS FROM THE AUTO SHOP I CAN EMAIL.

**NHTSA ID Number:** 11331279

**Incident Date** June 17, 2020

**Consumer Location** PEORIA, AZ

**Vehicle Identification Number** 5XYKT3A13DG****

**Summary of Complaint**

WHEN DRIVING ON THE FREEWAY MY VEHICLE STARTED MAKING A CLICKING NOISE AND SEIZED UP MYSELF AND MY TWO CHILDREN WHERE ON THE FREEWAY DRIVING ABOUT 55MPH WHEN THIS HAPPENED, THANKFULLY I WAS CLOSE BY A OFFRAMP TO PULL OFF OF THE FREEWAY TO THE SIDE OF THE ROAD. THERE WAS NO PRIOR WARNING NO LIGHTS THAT CAME ON, I HAD THE CAR TOWED HOME AND THE BATTERY REPLACED BUT WHEN CAR WAS TURNED ON IT MADE A LOUD KNOCKING NOISE, VEHICLE WAS TOWED TO THE MECHANIC WHO CAN NOT GET A READING OR DIAGNOSTIC READING FROM THE CAR TO SEE WHAT OR WHY IT SEIZED UP, THANK GOD WE WERE ABLE TO EXIT THE FREEWAY WITHOUT GETTING HIT THIS WAS A TERRIFYING EXPERIENCE AND I CANNOT BELIEVE IT DID THIS, I'VE KEPT UP THE MAINTENANCE AND MY CAR WAS IN GREAT SHAPE, I CONTACTED KIA FOR RECALLS I FIND IT IRONIC THAT NUMEROUS CUSTOMS WITH A 2013 KIA SORENTO AND THE SAME ISSUES YET WE ARE NOT OUSTED FOR THE RECALL UNDER OUR VIN. THIS COULD OF RESULTED IN A DETRIMENTAL LOSS AND NOW I AM BEING TOLD THE ENGINE WAS NOT SUPPOSED TO DO THAT AND THAT THIS SHOULD OF BEEN PART OF THE RECALL, I WILL CONTINUE TO REACH OUT AND TRY TO GET HELP NOW THAT I'M BEING TOLD IT IS SAFEST TO

CLASS ACTION COMPLAINT                                      Case No.

REPLACE THE ENGINE, AT THIS POINT I AM EXTREMELY UNCOMFORTABLE EVEN OPERATING A KIA VEHICLE GIVEN ALL THE RESEARCH I'VE DONE AND HOW MANY ISSUES THEY HAVE AND CONTINUE TO HAVE WITH THE ENGINE, THIS WILL BE MY BIGGEST REGRET PURCHASING THIS VEHICLE ESPECIALLY BECAUSE KIA IS VERY AWARE OF THE ISSUES YET IT DOESN'T SEEM LIKE THEY CARE, AS MANY REPORTS AS I HAVE SEEN WITH THIS IDENTICAL ISSUE ALL 2013 SORENTOS SHOULD OF BEEN REPLACED DUE TO THE ACCIDENTS THAT THE ENGINE CAN CAUSE,A CAR SHOULD NEVER SHUT OFF ON YOU WHEN YOUR DRIVING.

**NHTSA ID Number:** 11324206

**Incident Date** September 28, 2018

**Consumer Location** BENTON HARBOR, MI

**Vehicle Identification Number** 5XYKT4A10DG****

**Summary of Complaint**

WAS DRIVING AROUND 70 MPH ON THE HIGHWAY AND THE ENGINE LOCKED UP, THANKFULLY WAS ABLE TO PULL OVER ON THE SIDE OF THE ROAD. SMOKE CAME FROM THE HOOD. HAD AAA TOW MY CAR TO LOCAL MECHANIC ZEILKES, WAS ADVISED ENGINE WAS BLOWN. BEARING WENT BAD. CLEARLY ALL THE SIGNS FROM RECALLED MOTORS, BUT MINE WAS NOT ON LIST. KEPT REGULAR OIL CHANGES BUT WAS TOLD OUT OF LUCK. STILL PAYING ON MY SUV TO DATE (2020). AND NOT FIXED. WITH 4 KIDS. HAD TO PURCHASE A CHEAP LITTLE VEHICLE TO GET AROUND, WHICH WE HOPE WILL LAST TILL I'M PAID OFF. JUST THANKFUL MY KIDS WERE NOT IN THE CAR AND IT WASN'T BUSY! BUT COME ON KIA YOU CLEARLY HAVE AN ISSUE! *TR

**NHTSA ID Number:** 11321047

**Incident Date** February 11, 2020

**Consumer Location** PLAINFIELD, IL

**Vehicle Identification Number** 5XYKT3A19DG****

**Summary of Complaint**

2/11/20: DRIVING NORTH ON I-55 WHEN THE CAR SUDDENLY STARTED HESITATING AS IF IT WASN'T GETTING FUEL, I PULLED OVER & HEARD A CRACK NOISE, CAR STALLS, SMOKE COMING FROM INSIDE THE HOOD, ENGINE, OIL, BATTERY & TRANS DASH LIGHTS LIT UP AFTER THE NOISE & SMOKE, BUT OIL GAUGE NEVER EVER GOT HOT (EVEN BEFORE THIS) I OPENED HOOD & SAW LIQUID HAD EXPLODED UNDER THE HOOD. I TRIED TO START THE CAR & IT WOULDN'T. THE NEXT DAY, HAD IT TOWED TO A SHOP, THE MECHANIC SAID: 'ENGINE IS BLOWN & NO CLUE WHY, THERE'S A HOLE IN THE ENGINE BLOCK & NOTHING YOU COULD'VE DONE TO PREVENT IT, IT DEFINITELY SEEMS LIKE A MECHANICAL DEFECT & IT WAS JUST A MATTER OF TIME BEFORE IT BLEW.' SO IMAGINE MY CONFUSION WHEN MY 2013 VEHICLE'S ENGINE (MAINTAINED PERFECTLY AS I HAD FREE OIL CHANGES THROUGH KIA SO I GOT THEM DONE REGULARLY & IT'S ALL IN THEIR SYSTEM) RANDOMLY BLOWS & MECHANIC HAS NO IDEA WHY. I RESEARCHED & 0 OPEN RECALLS, KIA HEADQUARTERS SAID IT'S MY RESPONSIBILITY AS MY VIN NOT INCLUDED ON RECALL DETAILING MY EXACT COMPLAINT BECAUSE IT DIDN'T HAVE A GFI ENGINE. THIS IS OBVIOUSLY A MECHANICAL DEFECT AND KIA SHOULD BE HELD ACCOUNTABLE AND RESPONSIBLE FOR REPLACING THE DEFECTIVE ENGINE ON MY CAR!! I'M NOW WITHOUT INCOME DUE TO THE CORONAVIRUS PANDEMIC HAPPENING, SO I CAN'T AFFORD THE CAR PMT THAT I'M RESPONSIBLE FOR A VEHICLE I JUST

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

270

PURCHASED 12/2018!! THIS IS HORRIFYING THAT KIA REFUSES TO REPLACE MY ENGINE. I'M A SINGLE MOM WITH 2 KIDS (8 & 9) TRYING TO SURVIVE & THEY REFUSED TO EVEN GIVE A LOANER WHILE I TRY TO RAISE THE MONEY TO PAY FOR A USED ENGINE TO BE PUT IN. THIS HAS PUT ME IN A HORRIBLE FINANCIAL SITUATION AS I RENTED A CAR FOR A MONTH BEFORE THE LOCKDOWN & COULD HAVE USED THE $ TOWARDS REPAIRS BUT I HAD TO WORK SO I HAD NO CHOICE, BUT NOW CAN'T AFFORD ANYTHING SO I'M JUST STUCK WITH NO HELP AT ALL FOR SOMETHING THAT IS NOT MY FAULT. KIA IS RESPONSIBLE & I'M OUT OF OPTIONS & HELP.*DT*JB

**NHTSA ID Number:** 11320436

**Incident Date** April 4, 2020

**Consumer Location** WEST PALM BEACH, FL

**Vehicle Identification Number** 5XYKT3A12DG****

**Summary of Complaint**

DRIVING ON INTERSTATE ABOUT 70 HEARD A LOUD KNOCK IN THE MOTOR IMMEDIATELY LOST POWER TALK TO THE MECHANIC HE SAID BEARINGS WERE WORN OUT AND IT THREW A ROD 114,000 MILES ON CAR OWN CAR SINCE IT WAS BRAND NEW CAT MAINTENANCE ON IT CHANGE THE OIL EVERY 3000 MILES KIA SAYS IT'S NOT IN THE RECALL NUMBER SC147BUT IT SAYS ALL 2013 KIA SORRENTO'S

**NHTSA ID Number:** 11318036

**Incident Date** March 4, 2020

**Consumer Location** NORTH WALES, PA

**Vehicle Identification Number** 5XYKTDA6XDG****

**Summary of Complaint**

DRIVING TO WORK, THE ENGINE SEIZED AT A RED LIGHT. MANAGE TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ROLL TO PARKING LOT. LOST STEERING AND BRAKING. MY SHOULDER STILL HURTS FROM PULLING ON STEERING WHEEL SO HARD. VERY SCARY AS WAS ON VERY BUSY 2 LANE (EACH WAY) IN MORNING RUSH HOUR TRAFFIC. CALLED AAA IMMEDIATELY. THEY TOWED THE CAR TO OUR MECHANIC. MECHANIC SAID BEARING/ENGINE LOCKED AND WOULD NEED TO BE REPLACED. SORENTO HAD 103K MILES SO NOT WORTH THE EXPENSE. RADIO/BLUE TOOTH, ETC. HADN'T WORKED FOR LONG TIME. SOLD SORENTO TO SALVAGE YARD THAT SAME DAY. THEY TOWED THE VEHICLE OFF OUR MECHANIC'S LOT. I WAS TOLD ABOUT THE RELATED RECALL AFTERWORDS. HAVEN'T CONTACTED KIA YET BUT JUST FOUND THIS #, 800-333-4542, WHICH I CAN TRY TO ASK THEM ABOUT THIS SITUATION. DOCUMENTS: I HAVE RECEIPT FROM THE SALVAGE YARD. AAA DIDN'T GIVE ME ANY PAPER WORK BUT I'M SURE THIS CAN BE DOCUMENTED. MY MECHANIC FELT BAD AND DIDN'T CHARGE ME SINCE HE COULDN'T FIX AND DIDN'T GIVE PAPERWORK.

**NHTSA ID Number:** 11317072

**Incident Date** March 8, 2020

**Consumer Location** MIAMI, FL

**Vehicle Identification Number** 5XYKT3A19DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 50 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE ENGINE BEARINGS FAILED AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT YET REPAIRED. THE LOCAL DEALER DORAL KIA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

272

(10155 NW 12TH ST. DORAL FL) AND THE MANUFACTURER WERE
NOTIFIED OF THE FAILURE. THE CONTACT WAS INFORMED THAT THE
VEHICLE WAS NOT INCLUDED IN THE NHTSA CAMPAIGN NUMBER
17V224000 (ENGINE). THE FAILURE MILEAGE WAS 67,000.

**NHTSA ID Number:** 11280718

**Incident Date** April 21, 2019

**Consumer Location** CANTON, OH

**Vehicle Identification Number** 5XYKT3A17DG****

**Summary of Complaint**

DRIVING ON FREEWAY, ENGINE SEIZED. ENGINE IS BLOWN.ENGINE
ONLY HAS 34000 MILES ON IT.

**NHTSA ID Number:** 11277162

**Incident Date** October 20, 2019

**Consumer Location** MARRERO, LA

**Vehicle Identification Number** 5XYKT4A11DG****

**Summary of Complaint**

THE VEHICLE WAS COASTING DOWN AN EXIT RAMP OF A BRIDGE
WHEN THE ENGINE STALLED. THE VEHICLE WOULD NOT RESTART. IT
ACTED AS IF THE BATTERY DIDN'T HAVE ENOUGH POWER TO TURN
THE ENGINE OVER. THE VEHICLE WAS TOWED HOME. BATTERY
TESTED GOOD. COOLANT AND OIL WERE FULL. BELT WAS REMOVED.
ALL PULLEYS TURNED FREELY. SPARK PLUGS REMOVED TO
ALLEVIATE COMPRESSION. ATTEMPTED TO TURN ENGINE OVER BY
CRANK BOLT. TOOK OVER 150 LB. FT. TO TURN ENGINE. REMOVED OIL
PAN AND FOUND BEARING MATERIAL IN BOTTOM OF OIL PAN.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11256960

**Incident Date** August 27, 2019

**Consumer Location** KATY, TX

**Vehicle Identification Number** 5XYKT3A15DG****

**Summary of Complaint**

I HAVE A 2013 KIA SORENTO THAT COMPLETELY STOPPED WORKING AS I WAS DRIVING DOWN A BUSY HIGHWAY. IT WAS TOWED TO A DEALERSHIP WHO AFTER TWO DAYS OF WAITING STATED MY ENGINE WAS LOCKED UP AND IT WAS COST $8500. I KNEW ABOUT THIS ENGINE RECALL FOR KIA AND I THEN CONTACTED KIA CUSTOMER SERVICE TO SEE IF THERE WAS ANYTHING THEY COULD DO TO HELP ME. I GOT A CASE NUMBER AND AFTER TWO AND A HALF WEEKS OF WAITING AND BEING TOLD SOMEONE WOULD CALL ME BACK IN 2-3 DAYS EVERY TIME I CALLED THEY RELAYED THE NEWS THAT THERE WAS NO WAY THEY COULD ASSIST ME. THE REASONS BEING THAT MY VIN NUMBER WAS NOT ASSOCIATED WITH THE RECALL AND MY WARRANTY HAD JUST ENDED IN JANUARY, THIS HAPPENED IN AUGUST. AFTER POLITELY TELLING THIS KIA EMPLOYEE THAT EVEN THOUGH IT SOUNDS LIKE THE SAME ISSUE FROM THE RECALL THERE IS NO WAY YOU CAN ASSIST? SHE FIRMLY SAID NO, IT IS VERY VIN SPECIFIC. I HAVE $71,000 MILES ON MY CAR AND GET OIL CHANGES REGULARLY. THERE IS NO REASON MY ENGINE SHOULD HAVE LOCKED UP. I ALMOST HAD THIS CAR PAID OFF AND NOW I AM STUCK WITH NO ANSWERS AND NO ASSISTANCE. I AM VERY UNHAPPY.

**NHTSA ID Number:** 11255893

**Incident Date** September 4, 2019

**Consumer Location** WEST CHESTER, PA

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A16DG****

**Summary of Complaint**

THE ENGINE OF MY 2013 KIA SORENTO, WITH LESS THAN 58K MILES, SEIZED AND SHUT OFF COMPLETELY, CAUSING THE STEERING WHEEL TO LOCK WHEN I WAS DRIVING ON A BUSY SUBURBAN STREET. THANKFULLY, I WAS ABLE TO COAST TO THE SIDE OF THE ROAD, WHERE I WAS ABLE TO RESTART THE ENGINE AND DRIVE HOME, NOTING A KNOCKING NOISE IN THE ENGINE THE WHOLE WAY. THE CAR REMAINED IN OUR GARAGE FOR THE NEXT COUPLE WEEKS WHILE WE WERE ON VACATION. ONCE HOME, I DROVE THE CAR (KNOCKING ALL THE WAY) TO FIRESTONE WHERE THEY DIAGNOSED THE ISSUE AS A PROBABLE BOTTOM END ENGINE CONNECTING ROD FAILURE, NOTING THEY HAD SEEN AT LEAST FIVE OR MORE KIA SORENTOS WITH THE SAME PROBLEM, THEN PROCEEDED TO PULL UP THE NHTSA RECALL FOR 2011-2013 SORENTOS WITH ENGINE FAILURE RELATING TO BOTTOM END CONNECTING RODS. THE CAR HAD BARELY MADE IT TO FIRESTONE (WHERE THE ENGINE DIED COMPLETELY) AND HAD TO BE TOWED TO THE JIM SIPALA KIA DEALERSHIP IN WEST CHESTER, PA, WHERE THE CAR HAD BEEN PURCHASED, USED, IN 2014, WITH ABOUT 16,000 MILES. SIPALA KIA DIAGNOSED WHAT FIRESTONE HAD SUSPECTED BUT REFUSED TO DO ANYTHING B/C THE VIN # OF MY CAR DID NOT MATCH THOSE IN THE RECALL, EVEN THOUGH IT WAS THE EXACT SAME ISSUE, WHICH THEY DID NOT DENY. THE ISSUE MY CAR HAS FALLS UNDER THE NHTSA SAFETY RECALL #17V224000, RECALL DATE 3/31/17, WHEREIN THE CONSEQUENCE OF THIS ISSUE IS NOTED AS 'BEARING WEAR MAY RESULT IN THE ENGINE SEIZING, INCREASING THE RISK OF A CRASH.', WHICH IS EXACTLY WHAT HAPPENED TO ME.

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11253958

**Incident Date** September 8, 2019

**Consumer Location** REDKEY, IN

**Vehicle Identification Number** 5XYKT3A19DG****

**Summary of Complaint**

BEARING WORE OUT AND CAUSED MY BLOCK TO BREAK

**NHTSA ID Number:** 11243104

**Incident Date** July 4, 2019

**Consumer Location** LAUREL SPRINGS, NJ

**Vehicle Identification Number** 5XYKT4A22DG****

**Summary of Complaint**

I WAS DRIVING HOME AND STOPPED AT A RED LIGHT WHEN THE CAR
COMPLETELY DIED. I HAD AAA COME OUT AND THEY SAID THE
BATTERY WAS LIKE NEW AND THE OIL WAS GOOD, SO THEY TOWED
IT TO A DEALER WHO TOLD ME THE ENGINE SEIZED. THEY COULD
NOT FIND A REASON WHY THE 6 YEAR OLD CARS ENGINE JUST
RANDOMLY SEIZED. I FOUND OUT THEY'RE RECALLED FOR THAT.
HOWEVER KIA IS SAYING MY PARTICULAR CAR IS NOT COVERED AND
WANTS TO CHARGE ME $6,800.00 TO PUT A USED ENGINE IN. I STILL
HAVE OVER A YEAR OF CAR PAYMENTS AND NO CAR. I USE MY CAR
EVERYDAY FOR MY JOB.

**NHTSA ID Number:** 11240523

**Incident Date** June 15, 2019

**Consumer Location** ACTON, CA

**Vehicle Identification Number** 5XYKT3A13DG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

MY 2013 KIA SORENTO WITH ONLY 108,000 MILES AND EXCELLENT MAINTENANCE RECORDS SUDDENLY BLEW A ROD FROM THE ENGINE BLOCK. THIS IS EXTREMELY DANGEROUS AND SCARY AND NEVER HAVE I HAD TO REPLACE AN ENGINE IN A CAR WITH SUCH LOW MILES. I WOULD PLEASE LIKE YOU TO INVESTIGATE MY SPECIFIC ENGINE FAILURE TO SEE IF IT ALIGNS WITH THE MULTITUDE OF OTHER RECALLS THAT THE 2013 KIA SORENTO HAS ISSUED. MY CAR JUST STALLED AT A RED LIGHT... 3 IGNITION LIGHTS CAME ON... OIL PRESSURE, BATTERY AND CHECK ENGINE. I TURNED THE CAR OVER AND IT STARTED. IT WAS MAKING A HORRIBLE SOUND SO I PULLED IMMEDIATELY OVER. THE ENGINE HAD ALREADY FAILED. I CANNOT UNDERSTAND THIS AT ALL AS I AM RELIGIOUS WITH OIL CHANGES AND MAINTENANCE. PLEASE INVESTIGATE FURTHER.

**NHTSA ID Number:** 11232746

**Incident Date** July 15, 2019

**Consumer Location** ASHVILLE, OH

**Vehicle Identification Number** 5XYKT4A12DG****

**Summary of Complaint**

I HAVE ALWAYS KEPT UP ON MY REGULAR MAINTENANCE AND JUST HAD A FRESH OIL CHANGE 500MILES AGO. THEN ALL OF A SUDDEN DURING REGULAR DRIVING AT 50MPH THE ENGINE STARTS KNOCKING AND LOSING POWER. TOLD IT IS GOING TO NEED A NEW ENGINE AND KIA ISN'T INCLUDING THESE SORENTOS IN THE ENGINE RECALL BECAUSE THEY WERE MADE AT A DIFFERENT T LOCATION, BUT OBVIOUSLY THERE IS MANUFACTURING ERRORS SINCE SO MANY PEOPLE ARE EXPERIENCING THE SAME THINGS. DON'T BUY KIA

CLASS ACTION COMPLAINT                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

2  **NHTSA ID Number:** 11228256

3  **Incident Date** June 1, 2019

4  **Consumer Location** CHESAPEAKE, VA

5  **Vehicle Identification Number** 5XYKT3A17DG****

6  **Summary of Complaint**

7  I'VE HAD MY OIL CHANGES ON TIME. THEYRE FREE AT MY

8  DEALERSHIP SO IM THERE LIKE CLOCKWORK. I DROVE TO WORK JUST

9  FINE BUT WHEN IT WAS TIME TO GO HOME I NOTICED MY ENGINE

10 WAS MAKING A TICKING NOISE. I TURNED THE CAR OFF AND BACK

11 ON TO MAKE SURE AND IT WAS TICKING. NOW MY CHECK ENGINE

12 LIGHT COMES ON. AS IM DRIVING OUT THE PARKING GARAGE I

13 NOTICED A LOAD KNOCKING SOUND. I CHECKED MY CAR AND IT

14 READ A P0014 CODE WHICH IS AN ADVANCED CAMSHAFT. AFTER

15 DROPPING IT OFF AT THE DEALER THEY TOLD ME I MAY NEED A NEW

16 ENGINE. I SPOKE TO SOMEONE AT KIA WHO SAID THAT THERE WAS A

17 RECALL ON 2013 KIA SORRENTOS BUT MINE WASNT UNDER THE

18 RECALL BECAUSE IT WAS MADE AT A DIFFERENT LOCATION.

19 ALTHOUGH MY CAR HAD SIMILAR ISSUES KIA WOULD NOT HELP!

20 SINCE I JUST BOUGHT THE CAR AND IM NOT THE PRIMARY OWNER IM

21 STUCK WITH EITHER A HIGH REPAIR BILL OR CARRYING OVER A

22 BUNCH OF NEGATIVE EQUITY INTO A NEW CAR DEAL. KIA IS KNOWN

23 FOR THEIR FAULTY ENGINES AND I JUST WISH I KNEW THIS BEFORE

24 BUYING ONE!

25

26 **NHTSA ID Number:** 11221958

27 **Incident Date** June 21, 2019

28 **Consumer Location** EL MIRAGE, AZ

CLASS ACTION COMPLAINT                                    Case No.

**Vehicle Identification Number** 5XYKTDA25DG****

**Summary of Complaint**

DRIVING DOWN THE ROAD AND ALL OF A SUDDEN OUR KIA STARTED MAKING A KNOCKING SOUND IN THE ENGINE. WE SLOWED DOWN AND STARTED TO PULL OVER WHEN WE HEAR PIECES OF OUR CAR BREAKING OFF AND SAW A HUGE CLOUD OF WHITE SMOKE. WHEN WE PULLED OVER AND GOT OUT OF THE CAR, THE WHOLE UNDERNEATH OF THE ENGINE WAS ON FIRE. THE ENGINE WAS SEIZING AND CAUSED THE BEARING TO PUNCH A HOLE INTO THE ENGINE. THE PARTS WE HEAR FLYING OFF WERE ACTUALLY PIECES OF THE ENGINE EXTERIOR, WHICH CAUSED SPARKS AND IGNITED THE FIRE WHEN THE ENGINE OIL STARTED POURING OUT. THIS HAPPENED WITHOUT WARNING AND WE HAVE KEPT UP ON MAINTENANCE. LESS THAN 100K MILES. VIN IS NOT PART OF ENGINE RECALL, HOWEVER IT IS CLEAR UPON LITTLE RESEARCH THAT KIA KNOWS ABOUT THIS PROBLEM, THEY DON'T CARE, AND THEY ARE DOING LITTLE TO FIX IT. IT'S OBVIOUSLY A HUGE SAFETY ISSUE, THESE ARE PEOPLE'S LIVES WE'RE PUTTING AT STAKE AND THESE CARS NEED OFF THE ROAD. THEY ARE NOT SAFE. PLEASE HELP THE PUBLIC DO SOMETHING ABOUT THIS.

**NHTSA ID Number:** 11217893

**Incident Date** November 27, 2018

**Consumer Location** VIRGINIA BEACH, VA

**Vehicle Identification Number** 5XYKT3A1XDG****

**Summary of Complaint**

OUR FAMILY WAS DRIVING ON THE INTERSTATE AND THE VEHICLE STARTED MAKING A LOW CLICKING NOISE. WE GOT OFF ON THE NEXT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

EXIT AND THE CAR JUST TURNED OFF. NO SIGNALS OR LIGHTS TURNED ON. AFTER INSPECTION FROM THE DEALERSHIP IT WAS DISCOVERED THAT THE ENGINE ROD BEARING HAD BLOWN OUT AND MADE A HOLE ON THE ENGINE. THE VEHICLE ONLY HAD APPROXIMATELY 72K MILES ON IT. HOW DOES THIS HAPPEN. RECALLS FOR OTHER KIA SORENTO HAVE BEEN ISSUED BUT NOT MY 2013 KIA. FOR THIS REASON THE ENGINE AND PARTS WAS NOT COVERED BY WARRANTY. ENGINE WAS BACKORDERED FROM NOVEMBER AND CAME IN AT THE END OF MARCH.

**NHTSA ID Number:** 11185492

**Incident Date** February 9, 2019

**Consumer Location** FISHERS, IN

**Vehicle Identification Number** 5XYKT3A10DG****

**Summary of Complaint**

ENGINE HAS BEEN DIAGNOSED AS FAILING BY DEALER AND INDEPENDENT SOURCE. THE ENGINE, A 2.4L, IS EXHIBITING THE SAME CHARACTERISTICS OF PREVIOUSLY RECALLED KIA 2.4L ENGINES. THERE IS A LOUD NOISE COMING FORM ENGINE LIKE A RATTLE AFTER THE VEHICLE HAS BEEN DRIVEN A SHORT PERIOD AND HAS REACHED A HOT TEMPERATURE. NOISE GETS LOUDER AND MORE CONSISTENT AS VEHICLE CONTINUES TO BE DRIVEN. THE DEALER WANTS OVER $9,000.00 TO REPLACE ENGINE WITH ANOTHER USED ENGINE. THIS ENGINE NEEDS TO BE INCLUDED IN THE RECALL.

**NHTSA ID Number:** 11156505

**Incident Date** November 3, 2018

**Consumer Location** GARDEN CITY, ID

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKTDA23DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. WHILE DRIVING 45 MPH, THE CHECK ENGINE INDICATOR ILLUMINATED AND THE ENGINE EXPLODED. AS A RESULT, THE VEHICLE CAUGHT ON FIRE. THE CONTACT ALSO MENTIONED THAT PIECES OF THE ENGINE SHOT OUT FROM UNDERNEATH THE VEHICLE. THE CONTACT EXTINGUISHED THE FIRE. THERE WERE NO INJURIES. NEITHER A POLICE NOR A FIRE REPORT WAS FILED. THE VEHICLE WAS TOWED TO DENNIS DILLON KIA (9501 W FAIRVIEW AVE, SUITE B, BOISE, ID 83704, (208) 314-3403) WHERE THE CONTACT WAS INFORMED THAT THE VEHICLE WAS NOT INCLUDED IN A RECALL. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 85,000.

**NHTSA ID Number:** 11129409

**Incident Date** September 2, 2018

**Consumer Location** MESA, AZ

**Vehicle Identification Number** 5XYKT3A12DG****

**Summary of Complaint**

WHILE DRIVING TO TUCSON FROM MESA ON INTERSTATE 10, MY ENGINE STARTED MAKING KNOCKING NOISES AND LOST POWER , THEREBY STALLING BY THE ROADSIDE. IT HAS 89,000 MILES ON AND HAS BEEN METICULOUSLY MAINTAINED WITH REGULAR OIL CHANGES. I TOWED IT TO MY MECHANIC WHO SAID THE VEHICLE HAD SUFFERED A CATASTROPHIC ENGINE FAILURE WITH METAL SHAVINGS FROM THE FAILED BEARING ALL VISIBLE ON OPENING THE VALVE COVER. HE SUGGESTED I CONTACT KIA TO SEE IF THIS ENGINE

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WAS PART OF THE RECALL SC 0147 WHICH IS A RECALL DUE TO THIS KIND OF FAILURE FROM A MANUFACTURING DEFECT. AFTER INVESTIGATING, KIA DENIED MY REQUEST STATING THIS PARTICULAR ENGINE WAS NOT UNDER RECALL AND THEREFORE COULD NOT HAVE SUFFERED THIS SAME DEFECT. THEY REFUSED TO TELL ME WHEN AND WHERE THE ENGINE WAS MANUFACTURED WAS MANUFACTURED, IN MY ATTEMPT TO LINK THE ENGINE WITH THOSE UNDER RECALL, JUST STATING IT WAS NOT PART OF THE RECALL. I THEREFORE HAVE TO MEET THE COST OF REPLACING A WHOLE ENGINE THAT MY MECHANIC BELIEVES SUFFERED THE SAME MANUFACTURING FAILURES AS THE THE ONES RECALLED. THIS IS NOT FAIR.

**NHTSA ID Number:** 11111051
**Incident Date** July 3, 2018
**Consumer Location** MALDEN, MA
**Vehicle Identification Number** 5XYKT3A10DG****
**Summary of Complaint**
ENGINE SEIZED UP WHILE DRIVING ON THE HIGHWAY CAUSING ME TO HAVE TO DANGEROUSLY CROSS OVER ALL LANES TO THE SHOULDER OF THE ROAD. AFTER GETTING IT TOWED AND LOOKED AT BY MECHANICS IN TWO DIFFERENT LOCATIONS I WAS TOLD THAT THE ENGINE NEEDED TO COMPLETELY BE REPLACED. KIA SAID THEY WOULD NOT REPLACE THIS EVEN THOUGH THE CAR IS A 2013 WITH 61,947 MILES ON IT

**NHTSA ID Number:** 11104091
**Incident Date** May 25, 2018

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** LOUISVILLE, KY

**Vehicle Identification Number** 5XYKT3A11DG****

**Summary of Complaint**

103,000 MILES ON MY 2013 KIA. I'M DRIVING AT ABOUT 40 MPH ON THE INTERSTATE DURING RUSH HOUR TRAFFIC. THE CAR DIES. AFTER HAVING IT TOWED AND INSPECTED, THE DIAGNOSIS IS, "SEIZED ENGINE". AFTER DROPPING THE OIL PAN, PIECES OF BEARINGS AND METAL SHAVINGS ARE EVERYWHERE. THIS SOUNDS TO ME EXACTLY WHAT KIA HAS RECALLED THOUSANDS OF CARS FOR. WHY ISN'T MY KIA UNDER RECALL? FOR SUCH A NEW CAR TO HAVE AN ENGINE SEIZURE FROM WORN OUT BEARINGS SEEMS LIKE A FAULTY BUILD.

**NHTSA ID Number:** 11096761

**Incident Date** May 12, 2018

**Consumer Location** BALTIMORE, MD

**Vehicle Identification Number** 5XYKT3A11DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. WHILE DRIVING APPROXIMATELY 60 MPH, THE ENGINE SUDDENLY MALFUNCTIONED AND THE VEHICLE STALLED. AFTER STOPPING AND CHECKING UNDER THE HOOD, THE CONTACT NOTICED SMOKE COMING FROM THE ENGINE. THE VEHICLE WAS TOWED TO KOONS KIA (9610 REISTERSTOWN RD, OWINGS MILLS, MD) WHERE IT WAS DIAGNOSED THAT THE ENGINE WAS BLOWN AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 101,000.

**NHTSA ID Number:** 11079485

CLASS ACTION COMPLAINT                                      Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** March 9, 2017

**Consumer Location** ALLEN, TX

**Vehicle Identification Number** N/A

**Summary of Complaint**

MY CAR HAS WORKED FINE UP UNTIL THE VERY MOMENT THIS OCCURRED. I WAS DRIVING ON THE HIGHWAY AT 60 MPH WHEN IT STARTED MAKING CLICKING NOISES. IT BECAME VERY HARD AND HEAVY TO DRIVE. NOT MORE THAN 15 MILES LATER I WAS ABLE TO EXIT AND THE MOMENT I TURNED RIGHT THE ENGINE BEGAN TO SHAKE, THE POWER STEERING NO LONGER WORKED, AND THE CAR SHUT OFF. THANK GOODNESS I WAS ABLE TO GLIDE INTO A PARKING LOT OR A MAJOR ACCIDENT AND INJURIES COULD HAVE OCCURRED. THERE ARE METAL SHAVINGS IN MY OIL AND THE BEARING COMPLETELY FELL OUT OF MY CAR. I WENT BACK TO PICK UP ALL THE PIECES (SEE PICTURE ATTACHED) NO ENGINE LIGHT HAS EVER COME ON. I HAVE NEVER MISSED AN OIL CHANGE. THIS CAR IS ONLY 6 YEARS OLD WITH 67,000 MILES ON IT. KIA IS CLAIMING MY CAR IS NOT ONE THAT IS IN THE ENGINE RECALL.

**NHTSA ID Number:** 11071813

**Incident Date** January 31, 2018

**Consumer Location** BRADENTON, FL

**Vehicle Identification Number** 5XYKT3A10DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. WHILE DRIVING 40 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC AND THEN TOWED TO SUNSET KIA OF BRADENTON (4770 14TH STREET WEST, (US41),

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BRADENTON, FL 34207, (941) 752-1000) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ENGINE FAILED DUE TO METAL SHAVINGS THAT WERE FOUND IN THE ENGINE UPON INSPECTION. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS CONTACTED THAT A USED ENGINE WOULD BE PROVIDED FOR THE REPLACEMENT; HOWEVER, A LABOR CHARGE WOULD BE ASSESSED FOR THE REPAIR. THE CONTACT WAS PROVIDED CASE NUMBER: 12622086. THE APPROXIMATE FAILURE MILEAGE WAS 75,000.

**NHTSA ID Number:** 11024068

**Incident Date** September 14, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT4A19DG****

**Summary of Complaint**

ENGINE: KIA MADE A RECALLS OF 2013 SORENTO ENGINES BUT MY ENGINE WAS NOT INCLUDED, THE PROBLEM IS THAT THE METAL INSIDE MY ENGINE BROKE AND SHATTERED ALL OVER THE PLACE; WHEN I TOOK IT TO KIA, I WAS TOLD THAT I NEED A NEW ENGINE DUE TO IT HAS THE SAME PROBLEM AS THE ONES THAT WERE RECALLED BUT MY ENGINE WAS NOT INCLUDED IN THAT RECALLED. I HAVE WRITE TO KIA MOTORS USA, TO MY DEALER CITY KIA OF ORLANDO AND I HAVE BEEN COMPLETELY IGNORED.

**NHTSA ID Number:** 10906723

**Incident Date** September 1, 2016

**Consumer Location** FORT RILEY, KS

285

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKTDA65DG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. WHILE DRIVING 70 MPH, THE VEHICLE MADE A KNOCKING NOISE. THE CONTACT PULLED OVER, TURNED OFF, AND RESTARTED THE VEHICLE. AFTER RESTARTING THE VEHICLE, THE CHECK ENGINE INDICATOR ILLUMINATED AND THE VEHICLE WOULD NOT ACCELERATE PAST 40 MPH. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DIAGNOSED THAT THERE WAS METAL SHAVINGS IN THE ENGINE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 68,000.

**NHTSA ID Number:** 11448537

**Incident Date** January 4, 2022

**Consumer Location** LINDEN, NC

**Vehicle Identification Number** 5XYKWDA7XEG****

**Summary of Complaint**

While pulling into my driveway, my car completely died. Shut off and steering wheel stiffened. Was able to restart it and it presented a check engine light and a knocking noise. Took it to Kia dealership and was told the engine needed to be replaced. I was quoted $15,000 for a new engine/9,000 for used. This repair is not covered in the Kia engine settlement. Vehicle is up to date on maintenance and have proof of prior maintenance. Car was brought into a mechanic within days of the knocking noise and check engine light and now it is not drive-able for fear of engine fire or explosion.

**NHTSA ID Number:** 11434747

**Incident Date** July 26, 2021

**Consumer Location** LINWOOD, NJ

CLASS ACTION COMPLAINT                                          Case No.

**Vehicle Identification Number** 5xykw4a72eg****

**Summary of Complaint**

Engine seized on the PA turnpike leaving my daughter stranded. Dealer repair costs 19k to replace an engine. Apparently there is a defect that causes a bearing to fail causing major engine damage. There apparently was a class action lawsuit that was settled for the r act problem that I have but just not for my motor. My motor was last serviced by a Kia dealer.

**NHTSA ID Number:** 11430441

**Incident Date** August 21, 2021

**Consumer Location** MADISON, NC

**Vehicle Identification Number** 5xykwda74eg****

**Summary of Complaint**

While driving car at normal speeds under normal conditions, ball bearing and connecting rod blew through engine creating a large hole in bottom of engine block, thus,causing entire engine to be blown. There is only 139k miles on vehicle. There is a safety recall for this very reaon on CERTAIN 2014 Kia Sorrentos. That recall is 17V224000. Upon calling Kia customer service, they claimed my vehicle was exempt frim this recall, however, this very issue happened to my well-maintained vehicle.

**NHTSA ID Number:** 11415302

**Incident Date** April 30, 2021

**Consumer Location** NEW FRANKEN, WI

**Vehicle Identification Number** 5XYKT4A77EG****

**Summary of Complaint**

THE CAR STARTED TO SMOKE AND STOPPED RUNNING. THE ENGINE HAS A WHOLE IN IT. THE 2014 4 CYCLINDERS HAVE A RECALL. MINE IS

287

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

A V6. SURPRISINGLY, A SIMILAR SITUATION JUST OCCURRED WITH MY CO-WORKER'S 2014 V6 SORENTO AS WELL.

**NHTSA ID Number:** 11408126

**Incident Date** April 5, 2021

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5XYKW4A71EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. THE CONTACT STATED WHILE DRIVING 55 MPH, THE CONTACT HEARD A LOUD SOUND AND SAW SMOKE COMING FROM THE REAR OF THE VEHICLE. THE CONTACT STATED NO WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO KIA CHULA VISTA (540 AUTO PARK DR, CHULA VISTA, CA 91911) WHERE IT WAS DIAGNOSED WITH THE ENGINE NEEDING TO BE REPLACED. THE VEHICLE WAS NOT YET REPAIRED. THE MANUFACTURER HAD NOT BEEN INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 70,000. THE VIN WAS NOT AVAILABLE. THE CONSUMER STATED DURING THE INITIAL INSPECTION THERE WAS A HOLE IN THE POWERTRAIN.

**NHTSA ID Number:** 11405690

**Incident Date** December 24, 2019

**Consumer Location** WILMINGTON, NC

**Vehicle Identification Number** 5XYKWDA76EG****

**Summary of Complaint**

ENGINE LOCKED 12/24/19. ENGINE AND PARTS HAS SINCE BEEN DISCONTINUED WHICH HAS MADE IT IMPOSSIBLE TO FIX. MY SORENTO IS STILL IN THE SHOP TIL THIS DAY. THERE'S CURRENTLY A

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

RECALL ON SMALLER KIA SORENTO ENGINES, HOWEVER, NOT MINE YET.

**NHTSA ID Number:** 11404773

**Incident Date** March 21, 2021

**Consumer Location** ALEXANDRIA, VA

**Vehicle Identification Number** 5XYKUDA76EG****

**Summary of Complaint**

I WAS DRIVING UP A HILL AND CAR RAPIDLY LOST POWER. I WAS LUCKY TO GET IT OFF THE ROAD AND INTO A PARKING LOT. I HAD IT TOWED TO KIA. THEY HAVE TOLD ME I NEED A NEW ENGINE, COSTING IN THE RANGE OF $8,000 OR MORE. IT IS A 2014 KIA WITH ONLY 111,000 MILES.

**NHTSA ID Number:** 11388618

**Incident Date** November 13, 2020

**Consumer Location** PHILADELPHIA, PA

**Vehicle Identification Number** 5XYKWDA71EG****

**Summary of Complaint**

LOUD KNOCKING IN THE ENGINE,LOST OF POWER,STALLING.STALLED ON THE THE ROAD,WHEN SHIFTING FROM PARK INTO DRIVE.

**NHTSA ID Number:** 11372567

**Incident Date** November 1, 2020

**Consumer Location** AQUASCO, MD

**Vehicle Identification Number** 5XYKT4A68EG****

**Summary of Complaint**

THE ENGINE MAY STOP WORKING ENTIRELY WITHOUT WARNING.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SHUT OFF AND WILL NOT PROVIDE POWER, MAKING KNOCKING

SOUNDS.


**NHTSA ID Number:** 11354166

**Incident Date** May 4, 2020

**Consumer Location** FIFE, WA

**Vehicle Identification Number** 5XYKTDA76EG****

**Summary of Complaint**

ENGINE IS MAKING VERY LOUD NOISE AND NOT DRIVABLE. WHEN

TOOK TO KIA DEALERSHIP THEY SAID THAT SAME PROBLEM

HAPPENED TO GDI 4 CYL ENGINE AND IT WAS RECALLED BUT NOT

THE 6 CYL EVEN THOUGH THE PROBLEMS ARE THE SAME DUE TO

MANUFACTURING DEFECT. I CALLED KIA AMERICA AND THEY SAID

THAT THEY CANNOT DO ANYTHING.


**NHTSA ID Number:** 11338583

**Incident Date** June 25, 2020

**Consumer Location** FIFE, WA

**Vehicle Identification Number** 5XYKTDA76EG****

**Summary of Complaint**

MY 2014 KIA SORENTO STARTED TO MAKE KNOCKING SOUND AND I

TOOK IT TO THE DEALER TO CHECK OUT. CHECK ENGINE LIGHT DID

NOT COME ON OR ANY OTHER WARNING SIGNS. AFTER CHECKING

SERVICE DEPARTMENT SAID THAT THE ENGINE NEEDS TO BE

REPLACED AND IT SOUNDS LIKE THERE ARE METAL PIECES IN THE

ENGINE. THEY ALSO SAID THAT KIA SORRENTO 4 CYLINDER HAD THE

SAME PROBLEM AND IT WAS RECALLED BUT NOT THE 6 CYLINDER.

THEY ALSO ADVISED ME NOT TO DRIVE TOO LONG BECAUSE THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE MAY STALL. THEY QUOTE ME $7000 TO REPLACE THE ENGINE OR SUGGESTED TO TRADE IN FOR A DIFFERENT CAR. I BROUGHT THE CAR HOME AND TOWED IT TO A LOCAL MECHANIC AND THEY SAID THE SAME THING AND ASKED ME TO CALL KIA USA AND FILE A COMPLAINT. THEY SAID THAT THERE ARE LOT OF TSB'S ON THIS 2014 KIA SORRENTO. ACCORDING TO KIA DEALERSHIP NOTES THEY SAY "CONNECTING ROD FAILURE"

**NHTSA ID Number:** 11327468

**Incident Date** May 29, 2020

**Consumer Location** ROCKVILLE, MD

**Vehicle Identification Number** 5XYKT3A69EG****

**Summary of Complaint**

DRIVING ON 2014 KIA SORENTO WITH ONLY 84,000 MILES. DOING OIL CHANGE ON TIME I KEEP THE RECEIPTS FOR RECORDS. LAST FRIDAY WHILE I WAS DRIVING MY CAR BROKE DOWN IN THE MIDDLE OF THE INTERSECTION. SOUNDED LIKE CRANKING ENGINE RATTLING. HAD TO TOW THE CAR TO MY MECHANIC THAT TOLD ME THE ENGINE BROKE DOWN. I DID SOME RESEARCH AND KIA HAD FEW UNANNOUNCED ENGINE RECALLS ON MY MODEL. WHEN I CALL KIA THEY DON'T WANT TO HELP AT ALL. THEY DON'T WANT TO TAKE ANY RESPONSIBILITY. *TR

**NHTSA ID Number:** 11326284

**Incident Date** May 10, 2020

**Consumer Location** DULUTH, MN

**Vehicle Identification Number** 5XYKWDA78EG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CAR STOPPED RUNNING, WHILE DRIVING. WAS TOWED TO REPAIR

CENTER. WAS TOLD ENGINE FAILED AND NEEDS TO BE REPLACED AT

A COST OF 5-10,000 DOLLARS. THIS CAR ONLY HAS 66000 MILES. *TR

**NHTSA ID Number:** 11290234

**Incident Date** December 11, 2019

**Consumer Location** KENNESAW, GA

**Vehicle Identification Number** 5XYKW4A77EG****

**Summary of Complaint**

ENGINE SEIZED WITH NO WARNING. COMPLETE ENGINE FAILURE. WE

HAVE MAINTAINED THE VEHICLE AND HAVE HAD NO PRIOR ISSUES.

THE ENGINE SEIZED AT 90,000 MILES DRIVING DOWN THE ROAD. THE

CHECK ENGINE LIGHT NEVER CAME ON. WE HAVE THE 100,000 MILE

WARRANTY AND KIA HAS NOT COVERED THE REPAIRS TO THE

ENGINE. WE WERE ADVISED WE NEED A NEW ENGINE.

**NHTSA ID Number:** 11288782

**Incident Date** December 12, 2019

**Consumer Location** WAYNESBURG, OH

**Vehicle Identification Number** 5XYKT3A68EG****

**Summary of Complaint**

MOTOR LOCKED UP WITH 85000 MILES. ENTERING INTERSTATE ON A

ON RAMP AT 55 MILES PER HOUR AND CAR JUST SHUT OFF AND

MECHANIC SAID MOTOR IS LOCKED UP. THERE WAS METAL IN THE

OIL.

**NHTSA ID Number:** 11270655

**Incident Date** October 16, 2019

**Consumer Location** LAWRENCE, KS

**Vehicle Identification Number** 5XYKT4A62EG****

**Summary of Complaint**

10/16/2019 I WAS DRIVING AT HIGHWAY SPEED WHEN I HEARD A LOUD THUNK OR BANG. MY CAR LOST POWER AND I PULLED TO A STOP ON THE SIDE OF THE HIGHWAY. AS I WAS STOPPING THE ENGINE AND OIL LIGHTS FLASHED ON. THERE WAS SMOKE COMING FROM UNDER THE HOOD AND WITHIN 5 MINUTES, THE SMOKE HAD INCREASED AND FLAMES WERE COMING FROM UNDER THE HOOD. I WAS ABLE TO ESCAPE BEFORE THE ENTIRE CAR WAS ENGULFED IN FLAMES. THE FIRE DEPARTMENT EXTINGUISHED THE FIRE AND THE CAR WAS TOWED TO SALVAGE WHERE INSURANCE CALLED IT A TOTAL LOSS

**NHTSA ID Number:** 11269444

**Incident Date** September 25, 2019

**Consumer Location** BOYDS, MD

**Vehicle Identification Number** 5XYKTCA65EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHILE DRIVING AT AN UNKNOWN SPEED, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO KING KIA (953 N FREDERICK AVE, GAITHERSBURG, MD 20879, (301) 948-3333) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED; HOWEVER, A WEEK LATER, THE FAILURE RECURRED. THE VEHICLE WAS TOWED BACK TO KING KIA WHERE THE ENGINE WAS REPLACED AGAIN. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 80,000.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11268480

**Incident Date** September 1, 2019

**Consumer Location** LITHONIA, GA

**Vehicle Identification Number** 5XYKWDA74EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHEN THE VEHICLE WAS STARTED, A RATTLING NOISE WAS HEARD FROM THE ENGINE COMPARTMENT. WHILE DRIVING 50 MPH UP A HILL AND DEPRESSING THE ACCELERATOR PEDAL, THE VEHICLE FAILED TO ACCELERATE AND STRUGGLED TO GO UP THE HILL. ONCE THE VEHICLE WAS UP THE HILL, A RATTLING NOISE OCCURRED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO NALLEY KIA (7849 MALL PKWY, LITHONIA, GA 30038, (678) 374-3820) WHERE IT WAS DIAGNOSED THAT THE BEARING FELL INTO THE ENGINE AND A NEW ENGINE WAS NEEDED. THE VEHICLE WAS NOT REPAIRED AND STILL REMAINED AT THE DEALER. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 100,999.

**NHTSA ID Number:** 11254429

**Incident Date** August 31, 2019

**Consumer Location** EAST BETHEL, MN

**Vehicle Identification Number** 5XYKWDA74EG****

**Summary of Complaint**

KIA ENGINE RECALL. 2014 KIA SORENTO HAS THE 3.3 V6 LAMBDA II ENGINE. DRIVING CAR ON FREEWAY AND SUDDENLY LOUD KNOCKING NOISES COMING FROM ENGINE THAT BECAME LOUDER WITH ACCELERATION - MAKING CAR UNDRIVEABLE. HAD VEHICLE

TOWED TO DEALERSHIP, IT IS CURRENTLY STILL THERE - DIAGNOSIS SO FAR IS METAL SHAVINGS IN OIL PAN, ENGINE FAILURE. THIS IS THE SAME ISSUE DESCRIBED IN THE THE KIA RECALL WITH THE THETA II ENGINES. CALLED KIA AND ALL THEY SAID WAS THEY WOULD ONLY OPEN A CASE NUMBER. SO FAR THEY HAVE NOT INCLUDED THIS ENGINE IN THE RECALL. SEARCHING ONLINE, THERE ARE OTHERS WITH THE 3.3 LAMBDA II ENGINE EXPERIENCING THIS ISSUE. THIS ENGINE NEEDS TO BE INCLUDED IN THE RECALL, IT IS A SEVERE SAFETY ISSUE.

**NHTSA ID Number:** 11232190

**Incident Date** June 5, 2019

**Consumer Location** JEANNETTE, PA

**Vehicle Identification Number** 5XYKWDA70EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHILE DRIVING 70 MPH UP A HILL, THE CONTACT DEPRESSED THE ACCELERATOR PEDAL TO THE FLOORBOARD; HOWEVER, THE VEHICLE STARTED TO DECELERATE TO 40 MPH OR LESS. ALSO, THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE BEARING ROD INSIDE THE ENGINE FAILED AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED AND WAS TOWED TO JIM SHORKEY KIA (LOCATED AT 12900 US-30, IRWIN, PA 15642, (724) 241-0176) WHERE IT WAS DIAGNOSED THAT THE BEARING ROD INSIDE THE ENGINE FAILED, AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: 13201482. THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

295

APPROXIMATE FAILURE MILEAGE WAS 70,000.

**NHTSA ID Number:** 11222365

**Incident Date** June 1, 2019

**Consumer Location** JEANNETTE, PA

**Vehicle Identification Number** 5XYKWDA70EG****

**Summary of Complaint**

DRIVING ON THE HIGHWAY MY CAR LOST POWER AT 11PM ON A SATURDAY NITE. IT WOULD ONLY GO APOROX 40MPH W THE THE GAS PETAL TO THE FLOOR. NO CHECK LIGHTS CAME ON UNTIL APOROX A FEW MIN FROM HOME. ONLY THE CHECK ENGINE LIGHT. NO OVERHEATING NO SMOKE. I TOOK IT TO MY MECHANIC WHO DETERMINED IT WAS THE SAME ISSUE THE 2.4 ENGINE THAT WAS RECALLED. I HAVE THE 3.3. ALSO THE KIA MECHANIC SAID THE SAME. ONLY 70000 MILES ON THE CAR. KIA AT THIS POINT IS REFUSING TO ACKNOWLEDGE THIS IS A MANUFACTURING ISSUE. THEY HAVE HAD MY CAR FOR 3 WEEKS AND AS OF YESTERDAY STILL NO ANSWER. I EVEN LEFT A VOICE MAIL FOR SEAN YOON THE CEO. I TRIED TO CALL MR YOON YESTERDAY BUT GOT REDIRECTED TO THIR CONSUMER DEPT. THEY SAID IT TAKES 2-3 DAYS TO DETERMINE A DECISION. SO IM PAYING FOR A CAR AND A RENTAL WHEN THEY ALREADY KNOW WHAT THE ISSUE IS. ONE CONSUMER DEPT EMPLOYEE I SPOKE W SAID SHE HASNT HAD VERY MANY COMPLAINTS ABOUT THE 3.3. WELL THAT RIGHT THERE IS A RED FLAG! I JUST WANT THEM TO DO THE RIGHT THING. THEY ALSO TRIED TO TELL ME THAT BECAUSE IM THE SECOND OWNER AND I WAS PAST THE 60000 MI SERVICE WARRENTY I HAD NO COVERAGE AND THE 100000 WAS ONLY FOR FIRST OWNER. ITS A MANUFACTURERS DEFECT NOT ANYTHING WE DID. WE HAVE

296

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BEEN LOYAL KIA CUSTOMERS FOR OVER 10 YEARS. I FEEL LIKE
BECAUSE WE DIDNT BUY ANOTHER NEW KIA WE ARE BEING
PUNISHED. THIS CARS DEFECT COULD OF SERIOUSLY INJURED A LOT
OF PEOPLE IF THIS WOULD OF HAPPENED DURING A BUSY TIME OF
DAY. I KNOW THEY ARE BUSY TAKING CARE OF OTHER COMPLAINTS
BUT TO WAIT 3 WEEKS IS A BIT UNNERVING.

**NHTSA ID Number:** 11191028
**Incident Date** February 13, 2019
**Consumer Location** NEW ATHENS, IL
**Vehicle Identification Number** 5XYKWDA77EG****
**Summary of Complaint**
ENGINE STARTED KNOCKING WHILE DRIVING IT. I HAD IT TOWED TO
THE DEALERSHIP WHERE THEY SAID THE BEARING IN THE ENGINE
WERE SHOT. ALL OTHER MAKES AND MODELS ARE UNDER RECALL
FOR THIS EXACT SMAE REASON. I'VE NOTED OTHERS FROM THE
INTERNET ARE HAVING THE SAME ISSUES AS MENTIONED ABOVE IN
THE 3.3 L. ENGINE

**NHTSA ID Number:** 11152255
**Incident Date** November 17, 2018
**Consumer Location** SIMI VALLEY, CA
**Vehicle Identification Number** 5XYKT3A68EG****
**Summary of Complaint**
DRIVING AT APPROX 70 MPH ON THE HIGHWAY THE ENGINE BEGAN
MAKING A FAINT KNOCKING SOUND WHICH VERY QUICKLY TURNED
INTO A MORE RAPID HECTIC KNOCKING SOUND. AS I WAS EXITING
THE FREEWAY THE SOUND CONTINUED TO INTENSIFY AND THE

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE KNOCKING THEN BECAME EXTREMELY LOUD ALMOST
COMPLETELY DISABLING THE VEHICLE ON THE HIGHWAY. THIS
HAPPENED VERY QUICKLY LEAVING ME VERY LITTLE TIME TO REACT
TO THE PROBLEM. THIS WAS DUE TO A CONNECTING ROD BEARING
FAILURE.

**NHTSA ID Number:** 11110332

**Incident Date** July 5, 2018

**Consumer Location** MANCHESTER, NH

**Vehicle Identification Number** 5XYKT4A78EG****

**Summary of Complaint**

LAST WEEK WHILE ON THE HIGHWAY GOING ABOUT 65MPH MY
CHECK ENGINE LIGHT CAME ON(STAYED ON) AND MY VEHICLE
STARTED KNOCKING. I WENT HOME PARKED IT FOR THE NIGHT AND
CALLED THE DEALERSHIP THE NEXT MORNING. THE DEALERSHIP
SAID AS LONG AS THE CHECK ENGINE LIGHT WAS SOLID (NOT
FLASHING) IT WAS SAFE TO DRIVE THE 30 MIN TO BRING IT TO THEM.
THEY CALLED TODAY TO STATE THE ENGINE IS BLOWN DUE TO
METAL SHAVINGS IN THE ENGINE AND OIL. I AM LUCKY THE CAR
EVEN MADE IT THERE, SINCE THE ENGINE HAS "BLOWN" SINCE THEY
HAVE HAD IT!!!! I HAVE KEPT UP HAVING OIL CHANGED REGULARLY,
AND I DO HAVE RECEIPTS. THEY ARE SAYING MY I NEED A WHOLE
NEW ENGINE AND IT IS NOT COVERED AND MY WARRANTY IS
EXPIRED EVEN THOUGH I RECEIVED A LETTER IN THE PAST STATING
THE WARRANTY WAS EXTENDED TO 120,000 MILES!! THEY SAY THEY
HAVE NO RECORD OF THE LETTER, SO IT MUST BE FAKE!!. I DONT
KNOW WHAT I'M GOING TO DO I USED ALL OF MY SAVINGS TO BUY
THIS CAR FOR $22,000 JUST THREE YEARS AGO!!!!! IT CURRENTLY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  ONLY HAS 79K MILES ON IT!!

2

3  **NHTSA ID Number:** 11055219

4  **Incident Date** December 15, 2017

5  **Consumer Location** HOUSTON, TX

6  **Vehicle Identification Number** 5XYKT3A60EG****

7  **Summary of Complaint**

8  TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHILE DRIVING

9  APPROXIMATELY 40 MPH, THE VEHICLE STALLED AND THE CHECK

10  ENGINE WARNING INDICATOR ILLUMINATED. A LOCAL DEALER WAS

11  NOT CONTACTED. THE VEHICLE WAS TOWED TO AN INDEPENDENT

12  MECHANIC WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO

13  BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE VIN WAS

14  INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND

15  ENGINE COOLING). THE CONTACT WAS UNAWARE OF THE RECALL.

16  THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE

17  FAILURE MILEAGE WAS UNKNOWN.

18

19  **NHTSA ID Number:** 11013620

20  **Incident Date** March 1, 2017

21  **Consumer Location** LOUISVILLE, KY

22  **Vehicle Identification Number** 5XYKT3A61EG****

23  **Summary of Complaint**

24  TL* THE CONTACT OWNS A 2014 KIA SORENTO. THE CONTACT STATED

25  THAT THE ENGINE SEIZED WHILE DRIVING 80 MPH. THE VEHICLE WAS

26  TOWED TO A DEALER (THE KIA STORE, 5325 PRESTON HWY,

27  LOUISVILLE, KY 40213, (888) 214-1809) WHERE IT WAS DIAGNOSED

28  THAT THE ENGINE ASSEMBLY NEEDED TO BE REPLACED. THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

CONTACT WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V224000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED NO SOLUTION OTHER THAN THE DEALER REPLACING THE PART. IN ADDITION, THE DEALER REPLACED THE IGNITION SWITCH PER AN UNKNOWN RECALL. THE CONTACT HAD TWO KEYS AND THE DEALER LATER PROVIDED ONE KEY, STATING THAT THE CONTACT WOULD NEED TO PAY FOR THE SECOND KEY. THE FAILURE MILEAGE WAS NOT AVAILABLE.

**NHTSA ID Number:** 10991931

**Incident Date** May 26, 2017

**Consumer Location** NORTH RICHLAND HILLS, TX

**Vehicle Identification Number** 5XYKU4A72EG****

**Summary of Complaint**

I WAS DRIVING ON THE HIGHWAY AND WHEN I CAME TO A POINT WHERE I SLOWED ALL THE WAY DOWN MY ENGINE FROZE. LUCKILY IT RESTARTED BUT AS SOON AS IT DID THERE WAS THIS TERRIBLE SOUND LIKE A BIG ROCK WAS FLYING AROUND IN MY ENGINE. ALSO NO CHECK ENGINE LIGHTS CAME ON SO THERE WAS NO WARNING. ALSO THE A/C STOPPED WORKING ABOUT 1 YR AGO. I HAD FREON PUT IN AND IT STOP WORKING ABOUT 6 MONTHS AGO.

**NHTSA ID Number:** 10991353

**Incident Date** April 28, 2017

**Consumer Location** PITTSBURGH, PA

**Vehicle Identification Number** 5XYKT3A68EG****

**Summary of Complaint**

I PICKED UP THE CAR ON APRIL 28TH FROM MONROEVILLE KIA FOR

SOME WARRANTY WORK ON THE OIL PAN AND TIMING BELT COVER. ABOUT AN HOUR LATER, THE CAR STARTED SMOKING AND I COULD SMELL OIL BURNING. I WAS ADVISED BY THE DEALERSHIP TO BRING THE VEHICLE BACK TO THEM. I TURNED AROUND AND STARTED HEADING BACK THERE. I MADE IT ABOUT A MILE WHEN THE GAS PEDAL WENT TO THE FLOOR AND COMPLETELY LOST POWER AND THE ENGINE LIGHT CAME ON. I PUT MY FLASHERS ON AND COASTED TO THE SIDE OF THE ROAD. WHEN THE CAR CAME TO A STOP, I NOTICED FLAMES CREEPING UP BETWEEN THE HOOD AND THE WINDSHIELD. I PUT THE CAR IN PARK, SHUT THE CAR OFF AND REMOVED THE KEYS, AND GOT OUT OF THE CAR. WITHIN 30 SECONDS OR SO THE CAR WAS COMPLETELY ENGULFED IN FLAMES. I HAD ALREADY STARTED CALLING 911 TO REPORT THE FIRE. THE POLICE AND FIRE DEPARTMENT SHOWED UP WITHIN 6 MINUTES, BUT THE CAR WAS COMPLETELY ENGULFED IN FLAMES. THE CAR WAS ON THE SIDE OF A MAIN ROAD. THE CAR WAS TOWED AS PER MY CAR INSURANCE COMPANY AND THEY WERE SENDING AND INVESTIGATOR TO LOOK TO DETERMINE A CAUSE. THE CAR WAS A COMPLETE LOSS, INCLUDING EVERYTHING INSIDE THE VEHICLE. THIS INCLUDED KIDS SPORTS EQUIPMENT, TOYS, CAR SEATS, CLOTHES, BOWLING EQUIPMENT, ETC. THE ONLY THING THEY HAVE BEEN ABLE TO DETERMINE IN 3.5 WEEKS IS THAT THE FIRE STARTED IN THE ENGINE COMPARTMENT. I'M UNSURE IF THIS HAS ANYTHING TO DO WITH THE CURRENT RECALL OF 17V224000 DEALING WITH THE MOTOR AT THIS TIME. I'M AWAITING WORD FROM KIA MOTORS INC. ABOUT ANY INVESTIGATION THEY MAY WANT TO DO.

**NHTSA ID Number:** 10985818

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** May 5, 2017

**Consumer Location** PARAMOUNT, CA

**Vehicle Identification Number** 5XYKT3A63EG****

**Summary of Complaint**

ON MAY 5, WHILE DRIVING ON THE 5 FWY, I FELT MY CAR LOOSING POWER AND WHEN I STOP, MY CAR SHUT OFF, I TURN THE CAR ON, HEAR A CLICKING SOUND BUT WAS ABLE TO PULL TO THE LEFT LANE EMERGENCY LANE. TOW THE CAR HOME AND WORKED ON THE CAR, FOUND THAT THE ENGINE BEARING GAVE OUT. I CHECK FOR REPLACEMENT PARTS AND FOUND IT WAS ON A RECALL. TOOK THE CAR TO THE DEALER AND DEALER WOULD NOT FIX IT DUE TO TRYING TO FIX ISSUE. IT WILL COST 8000 DOLLARS TO FIX OUT OF POCKET.

**NHTSA ID Number:** 10906438

**Incident Date** August 28, 2016

**Consumer Location** Unknown

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. THE CONTACT STATED THAT THE ENGINE FAILED. WHILE DRIVING, THE VEHICLE DECELERATED AND EMITTED A LOUD TICKING NOISE. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THERE WAS OIL SLUDGE IN THE ENGINE. THE DEALER STATED THAT THE ENGINE NEEDED TO BE REPLACED. THE ENGINE WAS NOT REPLACED. THE MANUFACTURER WAS NOTIFIED. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 60,000.

**NHTSA ID Number:** 10846035

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT

Case No.

**Incident Date** February 18, 2016

**Consumer Location** DURHAM, NC

**Vehicle Identification Number** 5XYKT4A64EG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2014 KIA SORENTO. WHILE DRIVING 60 MPH, THERE WAS A LOUD ABNORMAL NOISE AND THE PRESENCE OF SMOKE EMITTED OUTSIDE AND INSIDE THE VEHICLE. UPON FURTHER INSPECTION, THE CONTACT LIFTED THE HOOD AND NOTICED FLAMES NEAR THE MOTOR. THE VEHICLE WAS COASTED OVER TO THE SIDE OF THE ROAD. THE FIRE DEPARTMENT EXTINGUISHED THE FLAMES. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A DEALER, BUT WAS NOT DIAGNOSED. THE VEHICLE WAS PARKED AT THE DEALER'S FOR WEEKS. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE, BUT IT WAS UNCERTAIN AS TO WHEN THEY WOULD INVESTIGATE THE FAILURE AND PROVIDE A PERMANENT REMEDY. THE APPROXIMATE FAILURE MILEAGE WAS 31,000.

**NHTSA ID Number:** 11453446

**Incident Date** January 27, 2022

**Consumer Location** ENGLEWOOD, FL

**Vehicle Identification Number** 5XYKTDA72FG****

**Summary of Complaint**

I was commuting to work and without any warning, no lights at all, the whole front of the car starts violently vibrating and making all sorts of metallic banging noise. I had it taken to the local KIA dealership where they diagnosed it was the Crankshaft and Connecting Rod Bearings.

**NHTSA ID Number:** 11449990

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** January 17, 2022

**Consumer Location** CHARLESTON, SC

**Vehicle Identification Number** 5xykwda78fg****

**Summary of Complaint**

Engine shut off without warning while driving. My wife was driving and Was able to roll off road thankfully. She was on a very busy road and was in serious risk of injury along with the cars behind her. Did not start back up. Battery had power. Found out ENGINE FAILED! Verified by mechanic. Called Kia Corporate Customer Service number and was told the engine will not be repaired. 125,000 miles. No warning lights came on. This is absolutely wrong of Kia! Shame on them!

**NHTSA ID Number:** 11449304

**Incident Date** January 5, 2022

**Consumer Location** AUSTIN, AR

**Vehicle Identification Number** 5XYKWDA72FG****

**Summary of Complaint**

The contact owns a 2015 Kia Sorento. The contact stated that while driving at 10 MPH, he heard knocking sounds coming from the engine. There were no warning lights illuminated. The contact continued to drive the vehicle. The contact stated that the failure reoccurred while driving at 50 MPH and the vehicle stalled. The contact veered to the side of the road. The contact was unable to restart the vehicle. The vehicle was towed to an independent mechanic who diagnosed that the engine seized and that the rod bearing might have failed. The dealer was notified of the failure and informed the contact that the VIN was not included in any recalls related to the failure. The vehicle was towed to the contact's residence. The contact stated that he was able to start the vehicle, but he would still hear abnormal sounds coming from the engine. The contact referenced NHTSA Campaign Number: 17V224000 (Engine and Engine Cooling). The manufacturer was notified of the failure and

304

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

opened a case. The manufacturer also referred the contact to the dealer for diagnostic testing. The vehicle was not repaired. The failure mileage was approximately 130,062.

**NHTSA ID Number:** 11448814

**Incident Date** January 4, 2022

**Consumer Location** CHARLOTTE, TN

**Vehicle Identification Number** 5XYKW4A74FG****

**Summary of Complaint**

The contact owns a 2015 Kia Sorento. The contact stated while driving 30 MPH, the vehicle inadvertently stalled. The contact veered to the side of the road but was unable to restart the vehicle after several attempts. The check engine warning light illuminated. The vehicle was towed to an independent mechanic who diagnosed that the engine had failed and needed to be replaced. The dealer was notified of the failure and informed the contact that she would be responsible for the cost of the repair because the vehicle was out of warranty. Additionally, the VIN was not under recall. The contact referenced NHTSA Campaign Number: 17V224000 (Engine and Engine Cooling). The manufacturer was not notified of the failure. The vehicle was not repaired. The failure mileage was approximately 150,000.

**NHTSA ID Number:** 11448516

**Incident Date** October 6, 2021

**Consumer Location** KITTANNING, PA

**Vehicle Identification Number** 5xyktca68fg****

**Summary of Complaint**

On October 6, 2021, I was driving my 2015 Kia Sorento to deliver work. I was driving through a mountain region when I heard a slight "ticking" noise coming from the engine. There was no safe place to pull over on the busy highway. There

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

were mountains on each side of the highway no pull offs. There were lots of Semi trucks and Coal trucks driving fast on this highway. I kept driving looking for safe place to pull over. The ticking noise kept getting louder. There were no warning lights on the dashboard indicating any problem. Suddenly, the engine stopped. There was no power and no lights. It was all I could do to hold the steering wheel and coast the vehicle to a safe place. Finally, I found a safe pulloff. I coasted into it and called AAA. I waited three hours for AAA to show up. The AAA mechanic tried the start the engine with no success. He towed the vehicle to my home. I contacted a mechanic. The Ki would start and make loud knocking noises and then shut down again. The mechanic gave me an estimate for a new engine for $6,900 and told me he has seen this problem with this engine in this model Kia before. He said the manufacturer failed to debur the engines when they put the vehicles together causing metal fragments to filter through the engine causing engine failure. The mileage was approximately 151,000. I never received any recalls for the (KSDS) Knock Sensor Detection System.

**NHTSA ID Number:** 11445220

**Incident Date** October 7, 2021

**Consumer Location** OKLAHOMA CITY, OK

**Vehicle Identification Number** 5XYKU4A72FG****

**Summary of Complaint**

Three days after getting my regular oil change , my engine started getting this loud knocking noise and I was not able to speed , I was coming into the freeway when my car suddenly got a loss of power , I checked my vehicle diagnostics and it wasn't showing anything about the engine no warning or anything when I took it to get seen by a mechanic they told me I had to get my engine replaced

**NHTSA ID Number:** 11441555

CLASS ACTION COMPLAINT                                                    Case No.

**Incident Date** August 19, 2021

**Consumer Location** LITTLETON, MA

**Vehicle Identification Number** 5XYKTDA73FG****

**Summary of Complaint**

Car is at 124,000 miles and well-maintained with all services done to date. However the Engine failed and will not run. No warning lights and suddenly stopped with loss of power and then will not start. Dealer says new engine will have to be put in and current engine is dead.

**NHTSA ID Number:** 11439233

**Incident Date** August 1, 2018

**Consumer Location** MOORPARK, CA

**Vehicle Identification Number** 5xykt3a65fg****

**Summary of Complaint**

The contact owns a 2015 Kia Sorento. The contact stated while driving approximately 60 MPH, the vehicle stalled without warning. The vehicle was able to restart however, the vehicle was not drivable. The vehicle was towed to the dealer where it was diagnosed that the engine needed to be repaired. The vehicle repaired. The contact mentioned that a few years later there was an abnormal pinging sound coming from the engine. The contact mentioned after reaching the residence the check engine warning light was illuminated. The vehicle was towed to a dealer where it was diagnosed that the rod bearing was damaged, and the engine needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure. The approximate failure mileage was 66,000.

**NHTSA ID Number:** 11437700

**Incident Date** October 11, 2021

**Consumer Location** DURHAM, NC

307

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A63FG****

**Summary of Complaint**

The contact owns a 2015 Kia Sorento. The contact stated while driving approximately 55-60 MPH, the vehicle lost motive power and stalled. There were no warning lights illuminated. While at an independent mechanic the vehicle failed to start. The vehicle was towed to the local dealer to be diagnosed. The contact was informed that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was notified of the failure however, no further assistance was provided. The approximate failure mileage was 135,000.

**NHTSA ID Number:** 11430275

**Incident Date** August 14, 2021

**Consumer Location** WRENTHAM, MA

**Vehicle Identification Number** 5XYKWDA78FG****

**Summary of Complaint**

My 2015 V6 Kia Sorento's engine seized absent any warning on 08/14/21. I was in the car with my dog and 3 young daughters at a stop light. The light turned green and I pushed the gas and the car did not move. It was frozen. I pushed it again and the entire car shut down. I police officer had to push our car out of the way after another motorist called 911. We were stuck. My auto shop said my car had extremely low and dirty oil, despite the fact I had just gotten a $90 synthetic oil change 2 weeks earlier. I had the car towed to Tasca Kia in Rhode Island and they told me the engine was covered under a lifetime warranty. They later called me and told me the recall was only related to V4 engines & denied any problem with V6's. I am learning MANY people have had this same problem. I called KIA Consumer Affairs and they denied the issue and refuse to help. My car was impeccably maintained and had 77,000 miles on it. The dealership told me to "scrap" the car. At the time of the engine seizure there were NO warning lights on and the temperature

308

---

gauge was in the middle. KIA is refusing to accept responsibility.

**NHTSA ID Number:** 11427650

**Incident Date** July 22, 2021

**Consumer Location** WINCHESTER, VA

**Vehicle Identification Number** 5XYKTCA64FG****

**Summary of Complaint**

The contact owns a 2015 Kia Sorento. The contact stated while driving 30-35 mph, he heard an abnormal knocking sound coming from the engine before the vehicle inadvertently loss power. The check engine warning light was illuminated. The contact was able to restart the vehicle after several attempts and drove to his residence. The vehicle was towed to the dealer who diagnosed that the engine needed to be replaced due to rod bearing failure. The contact stated that the failure reoccurred while the vehicle was at the dealer. The manufacturer was made aware of the failure and advised the contact that they could not cover the repair of the vehicle as the service campaign for the failure had expired. The vehicle was not repaired. The approximate failure mileage was 83,000.

**NHTSA ID Number:** 11414632

**Incident Date** April 28, 2021

**Consumer Location** MYRTLE BEACH, SC

**Vehicle Identification Number** 5XYKT4A64FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. THE CONTACT STATED WHILE DRIVING AT 60 MPH AND APPROACHING A HIGHWAY EXIT, THE CONTACT SLOWED DOWN. AFTER ENTERING THE EXIT RAMP, THE ACCELERATOR PEDAL WAS DEPRESSED HOWEVER, THE VEHICLE FAILED TO RESPOND. THERE WAS NO WARNING LIGHT ILLUMINATED.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE CONTACT SLOWLY DRIFTED TO THE SIDE OF THE ROADWAY AND THEN HAD THE VEHICLE TOWED TO AN INDEPENDENT MECHANIC TO BE DIAGNOSED. THE MECHANIC DIAGNOSED THAT THE ENGINE SEIZED AND NEEDED TO BE REPAIRED OR REPLACED. THE VEHICLE WAS THEN TOWED TO MYRTLE BEACH KIA (4811 US-501, MYRTLE BEACH, SC 29579, (843) 444-8000) TO BE DIAGNOSED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 91,000.

**NHTSA ID Number:** 11407998

**Incident Date** February 26, 2021

**Consumer Location** RED WING, MN

**Vehicle Identification Number** 5XYKWDA73FG****

**Summary of Complaint**

WHILE DRIVING MY VEHICLE, THE ENGINE "SHUT OFF" AND THE VEHICLE SUDDENLY STOPPED RUNNING. I WAS ABLE TO GET THE VEHICLE TO COAST SOMEWHAT OFF THE ROAD AT A ROUND-ABOUT. I HAD MY 3 YEAR OLD DAUGHTER IN THE VEHICLE AND IT WAS VERY COLD. I WAS TOLD LATER THE ENGINE HAD SEIZED AND THERE WERE METAL SHARDS DISPERSED ALL OVER THE SYSTEM. WHEN I LOOKED INTO THIS ISSUE, MANY KIA VEHICLES HAVE HAD RECALLS ON ENGINES WITH THIS EXACT ISSUE, BUT MY VEHICLE IS NOT INCLUDED IN THESE RECALLS. MY VEHICLE HAS AROUND 70,000 MILES ON IT AND I STILL OWE 8000$ ON THE VEHICLE, WHILE MY REPAIRS WILL BE AROUND 6500$. I HAVE DONE ALL ROUTINE MAINTENANCE ON THE VEHICLE AND HAD MY OIL CHANGED AND FLUIDS CHECKED TWO WEEKS PRIOR TO THIS INCIDENT.

CLASS ACTION COMPLAINT                                                      Case No.

**NHTSA ID Number:** 11396877

**Incident Date** February 5, 2021

**Consumer Location** MILWAUKIE, OR

**Vehicle Identification Number** 5XYKT4A60FG****

**Summary of Complaint**

WENT GOT MY OIL CHANGED.THE TECH SAID YOU HAVE A ROD KNOCK THE SORENTO ONLY 80.000 MILES ON IT.


**NHTSA ID Number:** 11388958

**Incident Date** January 17, 2021

**Consumer Location** COSTA MESA, CA

**Vehicle Identification Number** 5XYKT4A68FG****

**Summary of Complaint**

I WAS RETURNING HOME FROM A TRIP (TRAVELING @~70 MPH) WHEN I SUDDENLY LOST ALL POWER AND HAD TO COAST TO THE SHOULDER ON THE SB 5 FWY. I WAS FORTUNATE AS THERE WERE MANY LARGE TRUCKS AND OTHER VEHICLES WHICH I WAS ABLE TO AVOID. AS I CAME TO A STOP THE CAR SHUT OFF AND I WAS UNABLE TO RESTART IT. 12 HOURS LATER AND HUNDREDS OF DOLLARS IN TOWING FEES, I HAD MY MECHANIC TAKE A LOOK AND WAS TOLD THE ENGINE HAD SEIZED. WHAT!!! I HAD RECENTLY HAD A SCHEDULED OIL CHANGE AND WAS NOT DUE FOR A COUPLE OF THOUSAND MILES. THIS ALL OCCURRED WITHOUT WARNING: NO CHECK ENGINE LIGHT, LOW PRESSURE OIL INDICATOR, OR EVEN OVERHEATING TEMPERATURE. WAITING TO GET IT BACK FROM MY MECHANIC WHERE I WILL PARK IT AND CONTINUED TO MAKE PAYMENTS ON A VEHICLE THAT COSMETICALLY LOOKS GREAT BUT IS WORTHLESS. QUICK QUOTE FOR NEW ENGINE AND LABOR IS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   ABOUT 6 TO 7K. I HAVE A FEELING THIS IS THE BEGINNING OF A

2   NIGHTMARE THAT STARTS WITH A K AND END WITH AN IA.

3

4   **NHTSA ID Number:** 11363267

5   **Incident Date** September 16, 2020

6   **Consumer Location** SAN DIEGO, CA

7   **Vehicle Identification Number** 5XYKU4A78FG****

8   **Summary of Complaint**

9   OUR KIA SORRENTO HAS THE METAL SHAVINGS IN THE OIL PASSAGE

10   WHICH HAS CAUSED THE ENTIRE ENGINE TO FAIL AT $50K MILES.

11   THERE IS A KIA RECALL FOR THIS ISSUE; HOWEVER, KIA IS REFUSING

12   TO COVER THE COST BECAUSE OUR VEHICLE VIN IS NOT PART OF THE

13   SPECIFIC RECALL. THE ESTIMATED COST FOR REPAIR IS $8K, PLUS

14   OUR OUT OF POCKET COSTS FOR RENTING A CALL. WE ALSO HAD

15   ISSUES WITH THE CAR THAT REQUIRED AIR CONDITIONER REPAIR

16   AND REPLACEMENT OF THE ENTIRE CENTER CONSOLE, BUT ARE NOT

17   SURE IF THEY ARE RELATED TO THE MANUFACTURING DEFECT AT

18   ISSUE CURRENTLY. IN ADDITION, WE RECEIVED A LETTER SAYING

19   OUR AIRBAG INDICATOR IS FAULTY BUT A RECALL IS NOT COMING UP

20   FOR THIS ITEM.

21

22   **NHTSA ID Number:** 11354160

23   **Incident Date** August 31, 2020

24   **Consumer Location** COOKEVILLE, TN

25   **Vehicle Identification Number** 5XYKTDA67FG****

26   **Summary of Complaint**

27   MOTOR IS LOCKED UP. THERE IS 114,000 MILES ON MY VEHICLE AND I

28   WAS TRAVELING DOWN THE INTERSTATE AND MY VEHICLE JUST

CLASS ACTION COMPLAINT                                          Case No.

STOPPED PULLING. I PULLED OVER TO THE SIDE OF THE ROAD AND CALLED A TOW TRUCK. THE MOTOR WAS NOT RUNNING HOT OR ANYTHING. WHEN WE GOT IT BACK TO THE SHOP THE MOTOR HAD LOCKED DOWN. I KEEP REGULAR MAINTENANCE ON MY VEHICLE AND HAVE SINCE I BOUGHT IT NEW. ARE THERE ANY RECALLS ON THE MOTOR? THIS MOTOR SHOULD NOT HAVE LOCKED DOWN LIKE IT DID. ANY HELP WOULD BE GREATLY APPRECIATED.

**NHTSA ID Number:** 11339606

**Incident Date** June 28, 2020

**Consumer Location** PEMBROKE PINES, FL

**Vehicle Identification Number** 5XYKW4A72FG****

**Summary of Complaint**

THE ENGINE SEIZED.

**NHTSA ID Number:** 11325364

**Incident Date** May 19, 2020

**Consumer Location** NEWPORT, PA

**Vehicle Identification Number** 5XYKTCA69FG****

**Summary of Complaint**

NOTICED KNOCKING IN ENGINE AT START, AND WHEN PRESSED GAS PEDAL. STOPPED DRIVING IT IMMEDIATELY. PER MECHANIC, NEW ENGINE NEEDED. *TR

**NHTSA ID Number:** 11318714

**Incident Date** March 2, 2020

**Consumer Location** MERIDIAN, ID

**Vehicle Identification Number** 5XYKWDA79FG****

313

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

ENGINE STARTED MAKING A KNOCKING NOISE UPON ACCELERATION AND AT INITIAL STARTUP. ENGINE HAS ONLY 53,000 MILES ON IT. I DROVE THE VEHICLE HOME, PARKED IT AND IMMEDIATELY MADE AN APPOINTMENT WITH THE LOCAL DEALER TO DIAGNOSE THE PROBLEM. I WAS ABLE TO DRIVE THE VEHICLE TO THE DEALER (LESS THAN 5 MILES). AFTER MUCH RUNAROUND AND LITTLE EXPLANATION, KIA IS TELLING ME THAT THE ENGINE NEEDS REPLACED DUE TO SLUDGE (SOMETHING I HAVE VERIFIED WITH INDEPENDENT MECHANICS IS VERY UNLIKELY WITH A 5 YEAR OLD VEHICLE AND REASONABLY LOW MILEAGE). THE OIL AT TIME OF DROP OFF WAS VERIFIED TO BE CLEAN AND FULL PER THE KIA TECHNICIAN. I PROVIDED KIA WITH RECORDS PER THE WARRANTY AGREEMENT AND THEY ARE DENYING MY CLAIM FOR REPLACEMENT. EVERY EXCUSE FOR DENIAL HAS INCLUDED ADDITIONAL TERMS NOT OUTLINED IN THE WRITTEN WARRANTY AGREEMENT (RECEIPTS THAT INCLUDE MINUTE DETAILS OR THE EXCUSE THAT 'DATES DON'T MATCH' WHEN I HAVEN'T PROVIDED ANY DATES NOR IS ANY REQUIRED SERVICE BASED ON TIME (ONLY MILEAGE)). THE VEHICLE IS STILL UNDER THE BUMPER TO BUMPER WARRANTY (5 YEARS/60,000 MILE) AND POWERTRAIN WARRANTY (10 YEARS/100,000 MILE). MANY OTHER VEHICLES OF THE SAME YEAR HAVE HAD SIMILAR ISSUES, YET KIA IS REFUSING TO ACKNOWLEDGE THE PROBLEM OR EXPAND PREVIOUS RECALLS FOR THE SAME MODEL AND ISSUE.

**NHTSA ID Number:** 11317564

**Incident Date** February 6, 2020

**Consumer Location** CYPRESS, TX

314

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKWDA7XFG****

**Summary of Complaint**

I HAVE HAD MY SORENTO FOR A LITTLE OVER A YEAR. IN FEBRUARY MY ENGINE STARTED MAKING A KNOCKING NOISE. I TOOK IT TO A DEALERSHIP AND I WAS TOLD I NEEDED THE ENGINE REPLACED FOR 8000. AFTER REVIEWING I SEEN THAT THIS IS A COMMON PROBLEM AND THERE ARE RECALLS FOR ALOT OF THEIR ENGINES. SINCE I PURCHASED MY CAR USED, THERE IS NO WARRANTY AND THEY REFUSE TO FIX IT EVEN THOUGH IT IS A COMMON PROBLEM WITH THEIR VEHICLES. I WAS TOLD MY ENGINE HAD SLUDGE EVEN THOUGH I HAD MY OIL CHANGED IN NOVEMBER AND MY CAR IS STILL UNDER 79000 MILES.

**NHTSA ID Number:** 11309756

**Incident Date** November 15, 2018

**Consumer Location** PRATHER, CA

**Vehicle Identification Number** 5XYKW4A74FG****

**Summary of Complaint**

WE PURCHASED THIS 2015 KIA SORENTO USED WITH LESS THAN 40,000 MILES BUT HAD 62,000 ON THE ENGINE AT THE TIME OF FAILURE. I WAS DRIVING DOWN THE HIGHWAY WHEN I HEARD A LOAD TICKING AND THEN A VIOLENT SHAKING AND A BANG AS THE DASH PANEL LITE UP AND THE VEHICLE COASTED TO A STOP. I THEN LOOKED UNDER THE CAR ONLY TO SEE OIL POURING OUT OF THE OIL PAN. I WAS LATER TOLD THAT THE PISTON ROD HAD GONE THROUGH THE OIL PAN AND THAT THERE WAS SLUDGE IN THE OIL PAN. WHEN WE CONTACTED KIA WE WERE MADE AWARE THAT WE WERE BEYOND THE WARRANTY PERIOD AND THE COULD NOT HELP US.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

315

CONSEQUENTLY, TO SAVE MONEY WE PURCHASED A USED REPLACEMENT ENGINE AND PAID FOR OUR LOCAL MECHANIC TO INSTALL IT. THE TOTAL COST WAS OVER $6,000. SINCE THIS TIME, WE HAVE BECOME AWARE OF RECALLS ON OTHER KIA SORENTO ENGINES, BUT WE ARE CONCERNED THAT OUR BLOWN ENGINE WAS DUE TO A DEFECT IN THE ENGINE/FUEL SYSTEM, MUCH LIKE THE OTHERS.

**NHTSA ID Number:** 11298323

**Incident Date** January 4, 2020

**Consumer Location** MOUNT HOLLY, NC

**Vehicle Identification Number** 5XYKTCA61FG****

**Summary of Complaint**

ENGINE STALL ON FREEWAY AT HIGH RATE OF SPEED, ENGINE LIGHT BEGAN TO FLASH AND NOW MAKES ROD TAP NOISE. TOWED TO MECHANIC WHO DIAGNOSED ENGINE FAILURE. STATED THE TECHNICAL ADVISORY ON THIS VEHICLE MAINTAINS THAT PREMATURE ENGINE FAILURE REMAINS IN THIS YEAR VEHICLE AS WELL AS PRIOR YEARS THAT HAVE BEEN RECALLED.

**NHTSA ID Number:** 11297223

**Incident Date** December 21, 2019

**Consumer Location** INDIAN HEAD, MD

**Vehicle Identification Number** 5XYKW4A7XFG****

**Summary of Complaint**

TRAVELING ON HIGHWAY WHEN HEARD ENGINE NOISE AND THEN IMMEDIATELY ENGINE SEIZED, CAR STOPPED RUNNING ALTOGETHER AND WAS ABLE TO DRIFT TO SIDE OF ROAD. TOWED TO CLOSEST KIA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                        Case No.

DEALER WHO SAYS ENGINE MUST BE REPLACED AT A COST OF $16 THOUSAND!!! KELLY BLUEBOOK WORTH OF VEHICLE IS APPROX. $8,000. RECALL FOR THIS SAME PROBLEM DOESN'T SEEM TO EXTEND BEYOND 2014 ENGINES ALTHOUGH THERE ARE NUMEROUS DOCUMENTED CUSTOMER COMPLAINTS OF SAME PROBLEM IN LATER YEAR KIA'S. HELP!

**NHTSA ID Number:** 11286764

**Incident Date** November 30, 2019

**Consumer Location** WEST CHESTER, PA

**Vehicle Identification Number** 5XYKT3A64FG****

**Summary of Complaint**

MY SORENTO HAS LESS THAN 65,000 MILES ON IT & IS KEPT WELL MAINTAINED. I WAS DRIVING ON THE TURNPIKE (60MPH) AND HEARD A CLICKING SOUND AND COULD NO LONGER ACCELERATE. I PULLED OVER AND THE OIL, CHECK ENGINE, AND ANOTHER LIGHT GAME ON AND I COULD NOT RESTART MY CAR. I HAD TO GET TOWED OFF THE VERY BUSY HIGHWAY. THE SHOP SAID MY MOTOR HAD COMPLETELY FAILED AND I WOULD NEED A NEW ONE WITH A QUOTE AROUND $6,000 AFTER INSTALLATION FEES. A WELL MAINTAINED 2015 CAR SHOULD NOT BE EXPERIENCING THIS ISSUE. IT IS VERY DISHEARTENING FOR A COMPLETE ENGINE FAILURE ON A CAR THAT IS NOT EVEN 4 YEARS OLD WITH LESS THAN 65,000 MILES.

**NHTSA ID Number:** 11280196

**Incident Date** March 4, 2018

**Consumer Location** FREDERICKTOWN, MO

**Vehicle Identification Number** 5XYKT4A6XFG****

**Summary of Complaint**

317

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I WAS DRIVING DOWN THE HIGHWAY AND BEGAN TO MAKE A STRANGE NOISE AND ENGINE LIGHT CAME ON. IT DECELERATED AND I EXITED CLOSEST EXIT. IT THEN DIED AT STOP LIGHT. I HAD TO HAVE IT TOWED AND ENGINE NEEDED REPLACED.

**NHTSA ID Number:** 11245011

**Incident Date** August 18, 2019

**Consumer Location** NEW JOHNSONVILLE, TN

**Vehicle Identification Number** 5XYKT3A60FG****

**Summary of Complaint**

I WAS TRAVELING AT APPROXIMATELY 50 MPH, I ACCELERATED TO PASS A CAR IN FRONT OF ME AND WHEN I CAME AROUND THE CAR, ABOUT 60 MPH, THE ENGINE STALLED AND ALL OF THE WARNING LIGHTS ON THE DASH CAME ON. THE ENGINE LOST ALL POWER, EVEN THOUGH THE AIR AND ALL OTHER FUNCTIONS ON THE CAR CONTINUED TO FUNCTION. I PULLED TO THE SIDE OF A VERY BUSY HIGHWAY WHEN THIS HAPPENED, TURNED THE KEY TO THE OFF POSITION AND TRIED TO RESTART IT, NOTHING HAPPENED. LUCKILY SOMEONE I KNEW WAS DRIVING BY AND STOPPED TO HELP ME. THE FIRST THING HE DID WAS CHECK THE OIL AND IT WAS FULL, IT WASN'T DUE FOR AN OIL CHANGE FOR ANOTHER 200 MILES. THERE WAS NO INDICATION OF ANY TYPE OF PROBLEM WITH MY CAR PREVIOUS TO THIS. REGULAR MAINTENANCE WAS DONE AND IT IS AT 74,000 MILES. I HAD THE CAR TOWED TO A REPAIR SHOP NEAR MY HOME AND AS I FEARED, THE MOTOR WAS SEIZED. I CANNOT BELIEVE THAT THIS IS HAPPENING, I BOUGHT THE CAR USED WITH LESS THAN 70,000 MILES ON IT LESS THAN 6 MONTHS AGO. THE MAIN REASON I PURCHASED IT WAS BECAUSE KIA IS KNOWN AS A RELIABLE CAR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WITH AN AMAZING WARRANTY. I FOUND OUT WHILE SIGNING THE
PAPERS THAT THE WARRANTY IS NOT PASSED ON THE ANOTHER
OWNER AND THAT IT WAS ONLY VALID TO 60,000 MILES, WHICH THE
CAR WAS ALREADY PAST. I DECIDED TO PURCHASE ANYWAY
BECAUSE EVERYONE I KNOW THAT OWNS A KIA HAS NEVER HAD
TROUBLE WITH THEIR VEHICLE. THE PRICE OF A NEW MOTOR IS
GOING TO BE $5500. I AM DEVASTATED AND TRUSTED THAT KIA
WOULD NOT SELL A VEHICLE KNOWING THAT THERE ARE SUCH
CATASTROPHIC ENGINE PROBLEMS. ALTHOUGH THE SITUATION IS
BAD, IT COULD HAVE BEEN MUCH WORSE IF THERE WOULD HAVE
BEEN NO WHERE TO BRING THE VEHICLE TO A REST ON THE SIDE OF
THE ROAD.

**NHTSA ID Number:** 11235244
**Incident Date** July 21, 2019
**Consumer Location** CHARLES TOWN, WV
**Vehicle Identification Number** N/A
**Summary of Complaint**
I PURCHASED MY VEHICLE LESS THAN 2 YEARS AGO. I RECEIVED
REGULAR OIL CHANGES ON THE VEHICLE, WITH THE LAST ONE BEING
3 WEEKS AGO. LAST WEEK, I HEARD A LOUD RATTLING NOISE
COMING FROM THE ENGINE, UPON ACCELERATION. THE NEXT DAY,
WHEN I TRIED TO START IT THE NOISE GOT LOUDER. I CONTACTED
MY WARRANTY COMPANY AND THE HAD IT TOWED TO A LOCAL
REPAIR SHOP. THE REPAIR SHOP STATED THAT THE OIL WAS VERY
DIRTY AND CONTAMINATED WITH METAL, AN ISSUE THAT KIA HAS
HAD WITH THEIR ENGINES. THE PAPERWORK FROM MY LAST OIL
CHANGE IS CURRENTLY IN MY VEHICLE, BUT THE WARRANTY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

COMPANY STATED THAT I NEED EVERY MAINTAINENCE RECORD SINCE I HAD THE VEHICLE FOR THEM TO MOVE FORWARD. WHO KEEPS ALMOST 2 YEARS OF OIL CHANGES? I CONTACTED KIA AND TOLD THEM THE SITUATION AND HOW I ONLY HAVE THE LAST OIL CHANGE RECORD, WHICH SHE STATED THAT'S FINE AND THAT THEY PROBABLY WON'T EVEN NEED THEM AND THEY STATED THEIR HAD RECALLS ON THE ENGINE SENSORS IN THIS MODEL THAT WERE SUPPOSED TO ALERT YOU BEFORE THE ENGINE FAILURE. THEY TOWED THE VEHICLE TO A KIA DEALERSHIP TO HANDLE TO SITUATION FROM THERE. THE DEALERSHIP CALLED ME, BEFORE EVEN LOOKING AT THE VEHICLE AND ASKED FOR THE MAINTENANCE RECORDS. HE IS SUPPOSED TO LOOK AT THE VEHICLE ON MONDAY AND WE WILL SEE FROM THERE. MY WUESTION IS THAT WITH ALL OF THE COMPLAINTS ABOUT THE FAULTY ENGINES ON THESE MODEKS, WHY HAS NOTHING BEEN DONE ABOUT IT? ARE YOU WAITING FOR SOMEONE TO BE SEVERELY INJURED TO DO SO? WHY ARE THESE VEHICLES STILL ALLOWED TO BE PURCHASED?

**NHTSA ID Number:** 11223176

**Incident Date** June 16, 2019

**Consumer Location** ALAMOGORDO, NM

**Vehicle Identification Number** 5XYKTDA64FG****

**Summary of Complaint**

DRIVING FROM ALAMOGORDO NM TO EL PASO TX WHICH IS ABOUT 90 MILES DISTANCE WITH MY TWO KIDS THE ENGINE MADE AN AWFUL SOUND AND STOPPED. I WAS BY A PEP BOYS SERVICE CENTER AND THEY CHECKED IT OUT. THEY FOUND THAT THE ENGINE LOCKED UP! THE SUV ONLY HAS 71150 MILES ON IT! NOW I'M ON FOOT AND DON'T

CLASS ACTION COMPLAINT                                   Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

KNOW WHAT ELSE TO DO! ANY HELP?

**NHTSA ID Number:** 11194416

**Incident Date** February 20, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKTDA69FG****

**Summary of Complaint**

WHILE DRIVING ON THE HIGHWAY AND ATTEMPTING TO ACCELERATE, THE ENGINE LIGHT CAME ON, THE CAR SLOWED AND WOULD NOT ACCELERATE. WITHIN 400 FEET, THE ENGINE COMPLETELY STOPPED AND THE CAR WOULD NOT START AGAIN. I HAD IT TOWED TO THE MECHANIC WHO SAID THE ENGINE 'SEIZED' AND WOULD NEED REPLACEMENT. THERE WERE NO PRIOR WARNINGS OF PROBLEMS AND THE OIL WAS CHANGED REGULARLY.

**NHTSA ID Number:** 11186008

**Incident Date** March 10, 2019

**Consumer Location** BLYTHEWOOD, SC

**Vehicle Identification Number** 5XYKT4A63FG****

**Summary of Complaint**

ON 3/10/2019, I WAS OUT OF TOWN, DRIVING ON THE HIGHWAY WHEN MY CAR LOST SPEED, ENGINE LIGHT CAME ON AND CAR SHUT DOWN AND WOULDN'T START BACK UP. HAD TO HAVE CAR TOWED TO NEAR BY SHOP AND HAD TO FIND A WAY BACK HOME, WHICH WAS 2 HOURS AWAY. ON 3/11/2019, SHOP STATED THAT MY ENGINE HAD FROZE. HE COULD UNDERSTAND WHY ENGINE FROZE BECAUSE IT HAD OIL AND I WASN'T DUE FOR AN OIL CHANGE UNTIL ANOTHER 800 MILES. SHOP OWNER INFORMED ME THAT HE HAVE HAD 3 OTHER CUSTOMERS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WITH THE SAME MAKE AND YEAR WHO CAR DID THE SAME THING. I HAVE TAKEN MY CAR TO KIA ON SEVERAL OCCASIONS FOR EVO SYSTEMS READING PROBLEM WITH SYSTEM AND TOLD THEM THAT I HEARD A KNOCKING AND SHAKING IN MY ENGINE. I HAVE READ ABOUT SEVERAL OTHER CASE SIMILAR ONLINE. CLEARLY THERE IS A PROBLEM WITH THE ENGINES IN THE 2015 KIA SORENTO THAT YOU ALL AREN'T WILLING TO INVESTIGATE OR ADMIT TOO

**NHTSA ID Number:** 11185666

**Incident Date** March 8, 2019

**Consumer Location** STUART, FL

**Vehicle Identification Number** 5XYKT3A64FG****

**Summary of Complaint**

WHILE VEHICLE WAS TRAVELING 70 MPH ON INTERSTATE, ENGINE CUT OFF. SUBSEQUENT MECHANIC EVALUATION WAS ENGINE IS INTERNALLY DAMAGED AND REQUIRES REPLACEMENT

**NHTSA ID Number:** 11185022

**Incident Date** January 24, 2019

**Consumer Location** BYRON CENTER, MI

**Vehicle Identification Number** 5XYKTDA71FG****

**Summary of Complaint**

I WAS DRIVING AND WAS STOPPED IN A TURNING LANE WAITING TO TURN WHEN THE CAR STOPPED WORKING AND WOULDN'T DO ANYTHING. I HAD IT TOWED TO A KIA DEALER AND WAS TOLD THE ENGINE HAD SEIZED. THERE WAS NO REASON FOR THIS TO HAVE HAPPENED ON A NEWER VEHICLE. I WAS TOLD THERE WAS SLUDGE, MUCH LIKE I AM FINDING A LOT OF OTHER PEOPLE WITH THESE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

VEHICLES WERE TOLD. IT COST ME $5700 TO HAVE A USED ENGINE PUT IN THAT WILL LIKELY FAIL AS WELL, AS AFTER RESEARCHING THIS IS A COMMON PROBLEM IN THESE VEHICLES. THERE WAS A RECALL UP TO YEAR 2014 FOR KNOWN ENGINE FAILURE AND IT SHOULD BE EXTENDED TO 2015 BECAUSE THE PROBLEM IS BEYOND THE YEAR 2014 ENGINES.

**NHTSA ID Number:** 11182585

**Incident Date** January 3, 2019

**Consumer Location** TYLER, TX

**Vehicle Identification Number** 5XYKT3A61FG****

**Summary of Complaint**

THE ENGINE BEGAN KNOCKING WHILE DRIVING ON THE HIGHWAY. THIS OCCURRED ABOUT 2000 MILES INTO THE LAST OIL CHANGE. THE DEALERSHIP IS STATING THE BEARINGS IN THE ENGINE ARE THE CAUSE OF THE FAILURE.

**NHTSA ID Number:** 11160893

**Incident Date** December 7, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKT3A67FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. THE CONTACT STATED THAT THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO ROMEO KIA OF KINGSTON (111 SCHWENK DR, KINGSTON, NY 12401, (845) 477-5400) WHERE IT WAS DIAGNOSED THAT THE CONNECTING ROD FRACTURED THROUGH THE MIDDLE OF THE ENGINE ASSEMBLY AND METAL FRAGMENTS WERE PRESENT. THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE

FAILURE MILEAGE WAS 77,000.

**NHTSA ID Number:** 11160986

**Incident Date** December 9, 2018

**Consumer Location** WINTER PARK, FL

**Vehicle Identification Number** 5XYKT4A64FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING

APPROXIMATELY 35 MPH, A LOUD POPPING SOUND WAS HEARD FROM

THE ENGINE AREA AND THE VEHICLE SUDDENLY STALLED. THE

VEHICLE WAS TOWED TO KIA OF ORLANDO (9550 S. ORANGE BLOSSOM

TRL, ORLANDO, FL) WHERE IT WAS DIAGNOSED THAT THE ENGINE

FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT

REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE

MILEAGE WAS 100,000.

**NHTSA ID Number:** 11132021

**Incident Date** September 13, 2018

**Consumer Location** AKRON, OH

**Vehicle Identification Number** 5XYKT4A6XFG****

**Summary of Complaint**

I WAS DRIVING MY CAR ON THE HIGHWAY WHEN MY ENGINE STOP

RUNNING, IM TOLD BY KIA THE ENGINE SEIZE UP AND IT IS NOT

COVERED

**NHTSA ID Number:** 11121504

**Incident Date** August 19, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

324

**Consumer Location** HONOLULU, HI

**Vehicle Identification Number** 5XYKT4A68FG****

**Summary of Complaint**

PURCHASED A USED 2015 KIA SORENTO FROM A USED CAR LOT ON FEBRUARY 15, 2018. I'VE EXPERIENCED NO ISSUES WITH THE VEHICLE UNTIL AUGUST 19, 2018 WHILE DRIVING HOME FROM WORK. WHILE DRIVING ON THE FREEWAY, AND ACCELERATING, THE VEHICLE COMPLETELY STALLED. WE PULLED THE VEHICLE OVER AND TRIED OUR BEST TO GET IT TO RESTART. IT HAD TO BE TOWED HOME. A CERTIFIED MECHANIC INSPECTED THE VEHICLE AND CONFIRMED THE KIA HAD COMPLETE ENGINE FAILURE DUE TO THE ENGINE SEIZING. PLEASE CONTACT ME FOR INSPECTION DOCUMENTATION (CURRENTLY AT WORK AND UNABLE TO UPLOAD THE RECEIPT).

**NHTSA ID Number:** 11115737

**Incident Date** June 22, 2018

**Consumer Location** EAST NORRITON, PA

**Vehicle Identification Number** 5XYKTCA69FG****

**Summary of Complaint**

PURCHASED THIS 2015 VEHICLE FROM A REGIONAL PA/NJ RESELLER NAMED CARSENSE IN NOVEMBER 2015 WITH 15,000 MILES. MAINTAINED REGULAR SERVICE AND OIL CHANGES, ALTHOUGH NOT ALWAYS WITH CASTROL OIL, AS REQUIRED FOR THE CARSENSE EXTENDED WARRANTY. DRIVING ON THE HIGHWAY RETURNING FROM THE BEACH WHEN THE ENGINE STARTED A SLIGHT KNOCK WHEN ACCELERATING. STOPPED AND CHECKED THE OIL LEVEL WHICH WAS FINE. JUST AT 3,000 MILES ON THE OIL AT THE TIME. NO CHECK ENGINE LIGHT. DROVE FURTHER AND THE CHECK ENGINE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

LIGHT CAME ON AND THEN THE ENGINE STALLED. TOWED TO A KIA
DEALER AND TOLD ENGINE WAS SEIZED. AS I AM A SECOND OWNER
THE 100,000 MILE WARRANTY DID NOT APPLY. VEHICLE WAS 909
MILES OVER THE 60,000 MILE WARRANTY AND NOT COVERED.
ESCALATED WITH KIA CONSUMER AFFAIRS WHO I CHASED FOR OVER
A WEEK WITH ESCALATION REQUESTS. FINAL ANSWER ... WE ARE
SORRY BUT THE CAR IS OUT OF WARRANTY. WOULD NOT OFFER ANY
RELIEF ON EITHER PARTS OR LABOR. REPLACING THE ENGINE TO THE
TUNE OF $5,400.00 INCLUDING REPLACING A STARTER WHICH
MYSTERIOUSLY "BURNED UP". WE HAVE FOUND MANY SIMILAR
STORIES WITH ENGINE PROBLEMS THAT ARE MOST LIKELY RELATED
TO THE 2012-2014 2.4L ENGINE RECALL.

**NHTSA ID Number:** 11115516
**Incident Date** July 18, 2018
**Consumer Location** DOW, IL
**Vehicle Identification Number** 5XYKT3A64FG****
**Summary of Complaint**
DRIVING ON A 4 LANE HIGHWAY MY 2015 KIA SORENTO DIED
WITHOUT WARNING AND MADE A CLICKING NOISE WHEN I TRIED TO
START IT. I HAD THE CAR TOWED TO A LOCAL KIA DEALERSHIP WHO
ADVISED METAL SHAVINGS WERE FOUND IN THE OIL, WHICH
CLOGGED THE OIL FILTER, RESTRICTING OIL FLOW THUS CAUSING
THE CONNECTING ROD BEARINGS TO BREAK. THEY CONFIRMED
THERE WAS NO SLUDGE FOUND IN THE ENGINE. THE CAR NEEDS THE
ENGINE REPLACED AND MY EXTENDED WARRANTY IS REFUSING TO
PAY CITING THERE WAS NOT SUFFICIENT OIL LUBRICATION DUE TO
LOW OIL WHICH CAUSED THE CONNECTING ROD BEARINGS TO

326

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BREAK. HOWEVER, THE DEALERSHIP ADVISED BOTH MYSELF, WARRANTY, AND ADJUSTER THE CAR WAS BURNING OIL AS NO EXTERNAL ENGINE LEAKS WERE FOUND. ALL OIL CHANGES WERE COMPLETED BY THE KIA DEALERSHIP WHOM I PURCHASED THE CAR FROM AND RECORDS WERE PROVIDED. AT NO POINT DID ANY WARNING LIGHTS ILLUMINATE ON THE DASHBOARD TO INDICATE LOW OIL OR TO CHECK ENGINE. MY 2015 KIA SORENTO HAS THE GDI (OR THETA II) ENGINE WHICH IS NAMED IN MULTIPLE CLASS ACTION LAWSUITS FOR THE SAME THING. I STILL OWE ON THIS CAR AS I HAVE ONLY HAD FOR 1.5 YEARS AND AM NOW LOOKING AT $5,000-$7,000 IN REPAIRS.

**NHTSA ID Number:** 11113250

**Incident Date** July 19, 2018

**Consumer Location** CANAL WINCHESTER, OH

**Vehicle Identification Number** 5XYKT4A7XFG****

**Summary of Complaint**

MY 2015 KIA, HAS ALWAYS MAKE SOME ENGINE NOISE, I DID NOT BUY IT NEW BRAND AND ALWAYS CHECKED OUT OK WHEN I HAD THE MAINTENANCE DONE ON IT. THE NOISE WAS GETTING LOUDER AND MORE NOTICEABLE. I TOOK IT INTO BE CHECKED AND THEY SAID MY ENGINE IS FAILING. KIA SAYS SINCE I WASN'T THE 1 FIRST OWNER ON THE VEHICLE THEY WILL NOT COVER IT, I TOOK OUT AN EXTENDED WARRANTY AND THEY ARE NOW GIVING ME TROUBLE ABOUT COVERING IT SINCE I HAVEN'T FOUND EVERY MAINTENANCE RECORD, BUT MOST OF THEM.

**NHTSA ID Number:** 11113374

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** July 20, 2018

**Consumer Location** ELDRED, PA

**Vehicle Identification Number** 5XYKT3A6XFG****

**Summary of Complaint**

I BOUGHT A 2015 KIA SORENTO WITH 85000 MILES ON IT FOR MY STEPDAUGHTERS FIRST CAR OWNED IT FOR 6 MONTHS IT WAS GREAT THE OTHER DAY SHE WAS DRIVING 50 MPH ON COUNTRY ROAD AND THE ENGINE QUITE AND SIEZED UP NO NOISE NO WARNING NO CHECK ENGINE LIGHT DEALER SAYS IT NEEDS A NEW ENGINE CALLED KIA ABSOLUTELY GOT NO WE'RE EVEN THOUGH THERE A TON OFF COMPLAINTS ABOUT KIA ENGINES DOING THE SAME THING THEY SAY THERE'S NO RECALLS ON THIS PARTICULAR VEHICLE.

**NHTSA ID Number:** 11111082

**Incident Date** January 2, 2018

**Consumer Location** ALHAMBRA, CA

**Vehicle Identification Number** 5XYKT3A65FG****

**Summary of Complaint**

MY KIA SORENTO 2015 STARTED MAKING A NOISE WHEN I WOULD TRY TO ACCELERATE IT STARTED BURNING LOOK AND I TOOK IT TO KIA WHERE THE TECHNICIAN TOLD ME THAT MY CAR WAS HAVING THE SAME PROBLEM FROM ALL OF THE SORENTOS 2014 THAT HAD BEEN RECALLED, I CONTACTED KIA AND THEY DENIED MY REPAIRS NOW I'M STUCK PAYING FOR A CAR THAT DOESN'T WORK. MY CAR HAS ONLY 68,000 MILES

**NHTSA ID Number:** 11110845

**Incident Date** July 10, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

328

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYKTDA64FG****

**Summary of Complaint**

I WAS DRIVING TO WORK YESTERDAY MORNING (7/10/18) ON ROUTE 15 IN SUSSEX COUNTY. MY SPEED WAS APPROXIMATELY 65-70 MILES PER HOUR. I HEARD A KNOCKING SOUND, WHICH ALARMED ME. IT WENT AWAY, AND CAME BACK, OFF AND ON, WHILE DRIVING, A SOUND THAT I HAVE NEVER HEARD BEFORE WITH THIS VEHICLE, EVER. NO LIGHTS CAME ON, NO INDICATORS, ETC. I CONTACTED NEWTON KIA, WHERE THE VEHICLE WAS PURCHASED, AND WAS TOLD THAT THEY COULDN'T FIT ME IN UNTIL FRIDAY. I MADE AN APPOINTMENT, BUT AFTER DOING THIS I DECIDED TO CONTACT ONE CLOSER TO WHERE I WORK, WHICH IS ON RT. 10 IN DENVILLE, NJ. GATEWAY KIA. I BROUGHT THE VEHICLE IN AND HAD THEM CHECK OUT THE NOISE. I WAS CONTACTED AND TOLD THAT IT WAS THE ENGINE, THAT IT WOULD COST $7100.00. THE WAY I WAS NOTIFIED WAS AS IF I HAVE $7100.00 JUST SITTING AROUND, WHICH I DON'T. THE ENGINE, THE ENGINE, NO WARNING, NO NOTHING. I PICKED UP THE VEHICLE, AND DROVE IT HOME, STILL HEARING THE KNOCKING NOISE OFF AND ON. I ATTEMPTED TO GO TO WORK TODAY, 7/11/18. THE NOISE BECAME WORSE ABOUT A BLOCK FROM MY HOME. I TURNED AROUND AND CAME HOME, SHUT THE CAR OFF, SMOKE CAME OUT FROM THE ENGINE AREA. LET ME MAKE SOMETHING VERY CLEAR TO WHOMEVER REVIEWS THIS INFORMATION. I AM NOT PAYING FOR THIS REPAIR, KIA IS. FIRST THING YOU ARE TOLD THAT YOU ARE OVER YOUR WARRANTY. I JUST TURNED 102,000 MILES, HAVE HAD NO PRIOR ISSUES. THIS HAPPENED OUT OF THE BLUE, NO PRIOR NOISE OR PROBLEMS. I AM NOW DRIVING A RENTAL, I NEED TO

CLASS ACTION COMPLAINT                                    Case No.

GET TO WORK, I NEED MY SORENTO FIXED, AND I AM NOT PAYING FOR IT. I AM ALSO GOING TO BE REIMBURSED FOR THIS RENTAL. I, AGAIN, HAVE HAD NO PRIOR ISSUES WITH MY VEHICLE. I AM VERY UPSET ABOUT THIS, SO WHAT IS GOING TO BE DONE ABOUT IT.

**NHTSA ID Number:** 11110418

**Incident Date** July 5, 2018

**Consumer Location** ELKTON, FL

**Vehicle Identification Number** 5XYKTDA67FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING 75 MPH, THERE WAS A KNOCKING NOISE COMING FROM THE ENGINE AND THE VEHICLE STALLED. THE CONTACT WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO FAMILY KIA OF ST. AUGUSTINE (2665 U.S. HIGHWAY 1 SOUTH, ST AUGUSTINE, FL 32086, (904) 808-0542) WHERE IT WAS DIAGNOSED THAT THE ENGINE WAS DESTROYED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 88,000.

**NHTSA ID Number:** 11094099

**Incident Date** May 6, 2018

**Consumer Location** SPRINGFIELD, OH

**Vehicle Identification Number** 5XYKT3A68FG****

**Summary of Complaint**

VEHICLE WAS UNDER LIGHT LOAD TRAVELLING APPROXIMATELY 55 MPH ON LEVEL GROUND ON A STATE ROUTE AND SUFFERED CATASTROPHIC ENGINE FAILURE. IT HAD A LOAD

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

330

BANGING/CLACKING SOUND AND SCREECHING THEN SEIZED UP
BRINGING VEHICLE TO A STOP BEFORE I COULD SAFELY PULL OFF
THE ROADWAY. MILEAGE AT THE TIME WAS APPROXIMATELY 100,700.
VEHICLE WAS TOWED TO THE DEALER, AND SERVICE DETERMINED
THE ENGINE REPAIRABLE AND IN NEED OF COMPLETE REPLACEMENT.
WARRANTY COVERAGE HAS BEEN DENIED. COST TO REPLACE THE
ENGINE ARE $5000 FOR A USED ENGINE TO OVER $6000 FOR A
REBUILT/RE MANUFACTURED REPLACEMENT.

**NHTSA ID Number:** 11083679

**Incident Date** March 29, 2018

**Consumer Location** ALDEN, NY

**Vehicle Identification Number** 5XYKTCA68FG****

**Summary of Complaint**

WHILE DRIVING AT 60 MPH, CAR DECELERATED AND THE ENGINE
STOPPED WORKING. ABLE TO PULL OFF TO SIDE OF ROAD. ENGINE IS
BEING REPLACED UNDER 100K WARRANTY.

**NHTSA ID Number:** 11041228

**Incident Date** October 10, 2017

**Consumer Location** CONGERS, NY

**Vehicle Identification Number** N/A

**Summary of Complaint**

2015 KIA SORENTO. CONSUMER WRITES IN REGARDS TO ENGINE
ISSUES. *LD THE CONSUMER STATED THE ENGINE SEIZED DUE TO A
SLUDGE BUILD-UP INSIDE THE VALVE COVER. *JS

**NHTSA ID Number:** 11054250

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** November 21, 2017

**Consumer Location** MARIETTA, GA

**Vehicle Identification Number** 5XYKT3A66FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING APPROXIMATELY 65 MPH, THE CHECK ENGINE AND CHECK OIL WARNING INDICATORS ILLUMINATED. THE VEHICLE STARTED TO SLOWLY DECELERATE UNTIL IT STALLED. THE VEHICLE WAS TOWED TO THE DEALER (PARKSIDE KIA IN KNOXVILLE, TENNESSEE) WHERE IT WAS DIAGNOSED THAT THE ENGINE SEIZED BECAUSE OF SLUDGE, AND A NEW ENGINE WAS NEEDED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 61,000.

**NHTSA ID Number:** 11034108

**Incident Date** October 14, 2017

**Consumer Location** ASHEVILLE, NC

**Vehicle Identification Number** N/A

**Summary of Complaint**

"TAKATA RECALL" WE HAVE AROUND 41000 MILES ON OUR 2015 KIA SORRENTO. MY HUSBAND TOOK A POSITION WORKING APPROXIMATELY 2.5 HOURS AWAY FROM OUR HOME AND MAKING A DAILY COMMUTE OF 5 HOURS EACH DAY TO WORK. WE HAVE NEVER HAD ANY TROUBLE OUT OF OUR SORENTO. IN SATURDAY, OCTOBER 14, 2017 AFTER A LONG DAY AT WORK HE WAS TRAVELING HOME AND WAS ABOUT 1.75 HOURS INTO HIS 2 HOUR COMMUTE WHEN OUR SORENTO STARTED MAKING A TERRIBLE KNOCKING NOISE. NO LIGHT INDICATORS CAME ON TO INDICATE WHAT COULD POSSIBLE BE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

332

GOING WRONG AT THE TIME. HE GOT OVER IN THE SLOW LANE AND DROPPED HIS SPEED TO APPROXIMATELY 30MPH. BEFORE EVERY TRIP HE MADE A POINT TO CHECK THE OIL AND THAT MORNING WAS NO DIFFETENT. ALL OIL LEVELS WERE FINE. AFTER A FEW MINUTES THE OIL LIGHT CAME ON. HE GOT OFF AT THE NEXT EXIT AND PUT IN AROUND 1 QUART OF OIL.. STILL NO LIGHTS BUT THE TERRIBLE KNOCKING NOISE CONINURED. HE SAT FOR A BIT AND LET THE NEW OIL RUN THROUGH AND STARTED TO MAKE HIS WAY HOME AT WHICH TIME THE ENGINE LIGHT AND THE OIL LIGHT CAME ON. HE THEN PULLED OVER AND CALLED A TOW TRUCK AND HAD OUR CAR TOWED HOME. OUR ENGINE IS COMPLETELY BLOWN. UPON STARTING IT MAKES A TERRIBLE KNOCKING NOISE AND AFTER 15 TO 20 SECONDS TURNS OFF. A MECHANIC CHECKED OUR CAR OVER AND SAID THERE WAS METAL SHAVINGS IN OUR OIL. WE HAVE CONTACTED KIA BUT THEY WE ARE NOT WILLING TO DO ANYTHING AS WE DID NOT GET ALL SERVICES AND OIL CHANGES AT THE DEALERSHIP.

**NHTSA ID Number:** 11003662

**Incident Date** July 6, 2017

**Consumer Location** LAUREL, MD

**Vehicle Identification Number** 5XYKTCA69FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE SHUT OFF AND THE OIL WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TOWED TO THE DEALER (MYRTLE BEACH KIA IN MYRTLE BEACH, SC) WHERE IT WAS DIAGNOSED THAT THE FAILURE WAS DUE TO AN INTERNAL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE FAILURE. THE DEALER RECOMMENDED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE WARRANTY APPLIED TO THE ORIGINAL OWNER ONLY. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 73,864.

**NHTSA ID Number:** 11000224

**Incident Date** June 15, 2017

**Consumer Location** ASHLAND, KY

**Vehicle Identification Number** 5XYKT3A69FG****

**Summary of Complaint**

37000 MILES , SHORT 120 TRIP, OIL CHECKED BEFORE STARTING, 110 INTO TRIP, LOSS OF POWER,,ROD KNOCK, ENGINE SEIZED, TOWED TO CLOSEST GARAGE. NOM AT LEXINGTON KY. KIA WAITING ON THE BATTLE OF WARRANTY TO BEGAN WAITING FOR THE LO

**NHTSA ID Number:** 10995460

**Incident Date** June 8, 2017

**Consumer Location** COLLEGEDALE, TN

**Vehicle Identification Number** 5XYKT3A69FG****

**Summary of Complaint**

ENGINE LOCKED UP WITH NO WARNING LIGHTS OR OTHER INDICATION IT WAS HAPPENING. VEHICLE WAS DRIVEN TO STORE AND PARKED. CAME BACK OUT AND IT WOULDN'T START. TOWED TO DEALER. DEALER SAYS EXCESS SLUDGE IN ENGINE EVEN WITH REGULAR OIL CHANGES. VEHICLE HAS 72,819 MILES AND DEALER IS STATING IT WILL NOT BE COVERED UNDER 100K POWER TRAIN WARRANTY. PICTURES OF ENGINE DO NOT INDICATE EXCESS SLUDGE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 10995465

**Incident Date** May 15, 2017

**Consumer Location** COLLEGEDALE, TN

**Vehicle Identification Number** 5XYKT3A69FG****

**Summary of Complaint**

DRIVING VEHICLE IN TOWN AT APPROXIMATELY 40 MPH. ENGINE LOST POWER AND SHUT OFF. WAS ABLE TO COAST OUT OF TRAFFIC AND OFF THE SIDE OF THE ROAD. WOULD NOT RESTART. HAD VEHICLE TOWED TO LOCAL KIA DEALER WHERE THEY PROCEEDED TO TELL ME THE ENGINE HAD LOCKED UP AND THIS ONLY HAPPENS DUE TO POOR MAINTENANCE AND SLUDGE BUILDUP IN ENGINE. THEY DID AN INSPECTION AND FOUND ENGINE TO BE CLEAN AND A ROD BEARING HAD FAILED CAUSING THE PROBLEM. THEY REPLACED ENGINE UNDER 100K MILE POWER TRAIN WARRANTY.

**NHTSA ID Number:** 10980556

**Incident Date** April 11, 2017

**Consumer Location** DALLAS, TX

**Vehicle Identification Number** 5XYKT4A60FG****

**Summary of Complaint**

WE STARTED HAVING PROBLEMS AT ABOUT 20,000 MILES. THE CAR WAS PULLING AS WE TRIED TO ACCELERATE AND SMOKE WOULD BLOW OUT OF THE TAILPIPE. WE TOOK IT INTO THE DEALERSHIP IN WHICH THEY STATED WE HAD SLUDGE IN THE ENGINE. THEY STATED TO MAINTAIN REGULAR OIL CHANGES, BUT WE WOULD NEED A NEW ENGINE. 4 MONTHS LATER THEY DID AN OIL CHANGE AND STATED THE OIL WAS CLEAR OF SLUDGE. WITHIN 2 WEEKS, WE HEARD A LOUD

335

BANGING SOUND FROM THE ENGINE, IT GOT LOUDER AND WAS
BARELY GOING 5 MILES/HR. WE WERE ON A MAJOR ROAD AND WERE
ABLE TO PULL INTO A PARKING LOT. WE HAD IT TOWED TO THE
DEALERSHIP (CENTRAL KIA OF PLANO). WITHOUT EVEN LOOKING AT
IT, THEY SAID IT WAS THE SLUDGE IN THE ENGINE AND WE NEEDED
OUR ENGINE REPLACED ($7000). THEY WOULD NOT EVEN LOOK
UNDER THE HOOD UNTIL WE PAID THEM $400 TO OPEN IT UP. THEY
STATED THE WORK WOULD NOT BE COVERED UNDER OUR
WARRANTY EVEN THOUGH WE ARE ONLY 2 YEARS INTO IT AND
AROUND 30,000 MILES. I CALLED KIA CONSUMER AFFAIRS (800-333-
4542) AND THEY CONTACTED THE DEALERSHIP AND THAT'S WHEN
THEY FINALLY OPENED THE HOOD AND FOUND SLUDGE IN THE
ENGINE. THEY TOOK PICTURES AND SENT IT TO KIA "TECH" IN WHICH
OUR CLAIM WAS DECLINED DUE TO "LACK OF MAINTENANCE". WE
PROVIDED RECEIPTS FOR OUR OIL CHANGES. THEY DID NOT ACCEPT 3
OF THEM BECAUSE THEY DID NOT HAVE A "PO#" AND THEY DID NOT
ACCEPT 2 OF MY CREDIT CARD RECEIPTS. I TOLD KIA CONSUMER
AFFAIRS THE 2015'S ARE HAVING THE SAME ISSUES AS THE RECALLS
2011-2014. SHE STATED THE DMV IS COLLECTING INFORMATION ON
THE 2015'S. EVERYONE CALL CONSUMER AFFAIRS!! THERE IS AN
ENGINE PROBLEM WITH THE 2015'S AND KIA IS NOT STANDING BY
THEIR WARRANTY. WE HAVE NOT BEEN PROVIDED A RENTAL CAR. I
HAVE ALSO ESCALATED THIS ISSUE TO KIA'S "ESCALATION DEPT" IN
WHICH THEY STATED TO GET THEM MORE RECEIPTS AND "TECH" CAN
REVIEW THE CASE AGAIN! I HAVE GATHERED MORE RECEIPTS
INCLUDING HOW OFTEN WE WERE PUTTING OIL IN BETWEEN OIL
CHANGES.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 10970781

**Incident Date** March 16, 2017

**Consumer Location** EAST CANTON, OH

**Vehicle Identification Number** 5XYKT3A65FG****

**Summary of Complaint**

WE HAD JUST LEFT HOME, AND WERE DRIVING AT APPROXIMATELY 40 MILES PER HOUR, AND NO "WARNING LIGHTS OR INDICATOR LIGHTS" CAME ON, WE LOST ALL POWER ABOUT A QUARTER MILE AWAY. COASTING TO THE SIDE OF THE ROAD AND CALLED FOR ROAD-SIDE ASSISTANCE. HAD VEHICLE TOWED TO DEALER, AND WAS TOLD IT WAS ENGINE FAILURE, DUE TO SEIZURE OF ENGINE.

**NHTSA ID Number:** 10954804

**Incident Date** January 20, 2017

**Consumer Location** PALM BEACH GARDENS, FL

**Vehicle Identification Number** 5XYKT4A66FG****

**Summary of Complaint**

LE WAS IN MOTION 35MPH WHEN SUDDENLY ALL THE LIGHTS IN THE PANEL FLASHED AND THE VEHICLE CAME TO A COMPLETE STOP. THE DEALER DIAGNOSED THE CAR WITH ENGINE FAILURE . THEY REFUSED TO COVER THE DAMAGE UNDER WARRANTY AND CLAIM THAT IS DUE TO LACK OF MAINTENANCE EVEN THOUGH WE PROVIDED THEM WITH SERVICE RECORDS. THIS IS A FAULTY ENGINE AND KIA IS REFUSING TO STAND BY THEIR PRODUCT.

**NHTSA ID Number:** 10938321

**Incident Date** December 11, 2016

**Consumer Location** GRAND ISLAND, NY

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYKT3A63FG****

**Summary of Complaint**

LEASED A 2015 KIA SORRENTO, IN MY THIRD YEAR OF LEASE, REGULAR OIL CHANGES EVERY 3 MONTHS, HEARD A KNOCKING SOUND IN ENGINE AT APPROX. 35,000 MILES ON MY WAY HOME FROM MY SON'S HOCKEY GAME ON THE HIGHWAY WHICH GOT LOUDER AND LOUDER. TOOK IT TO THE KIA DEALER AND IMMEDIATELY THE SALES PERSON INFORMED ME THAT IT WAS THE CONNECTOR ROD FAILURE WITHOUT EVEN WORKING ON THE CAR. SHOWED KIA ALL MY RECEIPTS FOR OIL CHANGES, WAITED TWO WEEKS TO HEAR BACK FROM THEM, FINALLY I CALLED AND THEY OFFERED TO PAY FOR ENGINE BUT I WOULD BE ON THE HOOK FOR 1200 ON LABOR. NOT SURE WHY I AM ON THE HOOK FOR LABOR ON A FAULTY ENGINE. THEY CLAIMED THERE WAS SLUDGE IN THE ENGINE. LOOKED ONLINE AND SAW A RECALL FOR OPTIMA ENGINE CONNECTING ROD FOR KIA IN WHICH THEY ARE EXTENDING THEIR WARRANTY FROM 100,000 MILES TO 120,000 MILES BECAUSE OF THE SAME CONNECTING ROD PROBLEM. SO THEY KNOW THEY HAVE AN ISSUE WITH THIS PART BUT STILL WANTS ME TO PAY FOR SOME OF THE COST. I DON'T HAVE 1200 TO PAY FOR THE REPAIR, ITS NOW GOING ON 3 WEEKS WITHOUT THE VEHICLE WHILE THEY REVIEW MY CLAIM, NO RENTAL VEHICLE, AND I AM EXPECTED TO PAY ON A LEASE OF A VEHICLE I DON'T HAVE. VEHICLE IS STILL IN REPAIR SHOP.

**NHTSA ID Number:** 10918847

**Incident Date** October 9, 2016

**Consumer Location** CANTON, GA

**Vehicle Identification Number** 5XYKU4A79FG****

338

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING 45 MPH, THE VEHICLE STALLED WITHOUT ANY WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED DUE TO LOW OIL MAINTENANCE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 62,000.

**NHTSA ID Number:** 10917741

**Incident Date** October 20, 2016

**Consumer Location** CAPE CORAL, FL

**Vehicle Identification Number** N/A

**Summary of Complaint**

WHILE DRIVING APPROXIMATELY 50MPH IN MY SORRENTO THE CAR HESITATED AND STALLED WHEN I PRESSED THE GAS TO PASS A CAR NEXT TO ME. ITHE FELT LIKE A SLIP. I WASN'T SURE WHAT TO MAKE OF IT, BUT OVER THE NEXT 4 DAYS IT STARTED HAPPENING MORE FREQUENTLY. I WENT TO TURN IT ON THE 4TH MORNING AND A CLOUD OF WHITE SMOKE CAME OUT OF MY TAILPIPE. I DECIDED IT NEEDED TO GO TO KIA IMMEDIATELY. MY SORRENTO IS A 2015 WITH 27XXX MILES ON IT. THIS IS NOT WHAT I EXPECTED FROM A NEW CAR. I BROUGHT IT TO KIA AND WAS CALLED 10 MINUTES AFTER I RECEIVED MY COURTESY RIDE BACK. I WAS TOLD A DIAGNOSIS WAS SLUDGE AND THEY NEEDED MAINTENENCE RECORDS. I BROUGHT MY RECEIPTS (WHICH I HAD TO HAVE MY MECHANIC TYPE BACK OUT AS I HADN'T SAVED ANY RECIEPTS). WHEN WE BROUGHT THOSE IN I HAD A SPARE KEY TO MY CAR AND NOTICED IT WAS IN THE PARKING LOT.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I CHECKED UNDER THE HOOD ONLY TO DISCOVER THEY HADN'T EVEN PULLED THE VALVE COVER ON THE CAR (I KNOW THIS BECAUSE THERE WAS A DEAD WASP FROZEN TO THE TOP OF THE BOLT YOU NEED TO TAKE OFF TO REMOVE THE COVER THAT WAS THERE WHEN I BROUGHT IT IN). THEY INFORMED ME THAT THEY OPENED THE CAP AND THAT'S HOW THEY KNEW EVEN THOUGH INITIALLY ON THE PHONE THEY SAID THEY PULLED THE VALVE COVER. THEY TOOK MY SERVICE PAPERS AND CALLED ME THE NEXT DAY TO SAY KIA WON'T COVER IT AND REJECTED MY RECORDS. MY MECHANIC IS A LICENSED MECHANIC. NO REASON GIVEN FOR THE REJECTION. THEY SAY WE WILL BE RESPONSIBLE FOR ENGINE REPLACEMENT BUT STILL CAN'T GIVE US A DIAGNOSIS OTHER THAN "SLUDGE". SO MUCH FOR THEIR "BEST WARRANTY IN THE BUSINESS". *TR

**NHTSA ID Number:** 10906816

**Incident Date** June 25, 2016

**Consumer Location** POWDER SPRINGS, GA

**Vehicle Identification Number** 5XYKT4A69FG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2015 KIA SORENTO. WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE SUDDENLY JERKED AND STALLED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE FAILED TO RESTART AND HAD TO BE TOWED TO THE NEAREST DEALER. IT WAS DIAGNOSED THAT SLUDGE WAS PRESENT IN THE OIL RESERVOIR, WHICH CAUSED THE ENGINE TO SHUT DOWN. THE VEHICLE HAD TO BE TOWED BACK TO THE STATE OF RESIDENCE AND THE DEALER DIAGNOSED THAT IMPROPER OIL CHANGES WERE

CLASS ACTION COMPLAINT                                                    Case No.

PERFORMED. THE ENGINE HAD TO BE REPLACED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 70,000.

**NHTSA ID Number:** 10898199

**Incident Date** July 1, 2016

**Consumer Location** CHOCTAW, OK

**Vehicle Identification Number** 5XYKT4A67FG****

**Summary of Complaint**

I WAS DRIVING DOWN THE ROAD WITH MY 4 CHILDREN IN THE CAR AT 45 MPH WHEN ALL OF A SUDDEN MY CAR COMPLETELY LOST POWER. LUCKILY I WAS ABLE TO COAST TO THE SIDE OF THE ROAD. IT WAS OVER A 100 DEGREES OUTSIDE AND MY 4 KIDS UNDER 6 HAD TO SIT AND WAIT ON A RIDE IN THE HEAT. THE CAR HAS 40,000 MILES ON IT AND HAS HAD 7 OIL CHANGES, OF WHICH I HAVE PROVIDED THE RECEIPTS FOR. THERE IS ENGINE SLUDGE DESPITE THE FACT THAT THE OIL WAS CHANGED MORE FREQUENTLY THAN THE MANUAL SUGGESTED 7500 MILES,

**NHTSA ID Number:** 11452777

**Incident Date** February 17, 2022

**Consumer Location** LAWRENCE TOWNSHIP, NJ

**Vehicle Identification Number** 5XYPG4A39GG****

**Summary of Complaint**

I was driving on the NJ Turnpike in about 70 miles per hour and then suddenly I hear a big noise coming from my engine (clack and clack). Then my car stopped and needed to call a towing truck to take it to the mechanic and according to the mechanic I will need to replace motor(engine) to drive your car again. My car is on

341

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the parking lot from my house.

**NHTSA ID Number:** 11448884

**Incident Date** November 15, 2021

**Consumer Location** NORWOOD, MO

**Vehicle Identification Number** 5XYPGDA34GG****

**Summary of Complaint**

The contact owns a 2016 Kia Sorento. The contact stated while driving 70 MPH, the check engine warning light illuminated. The contact pulled over and had the vehicle towed to her residence. The vehicle was then towed to the local dealer to be diagnosed. The contact was informed that the engine needed to be replaced. The vehicle was not repaired. The manufacturer was informed of the failure but offered no assistance. The failure mileage was approximately 134,000.

**NHTSA ID Number:** 11448023

**Incident Date** December 17, 2021

**Consumer Location** CARY, NC

**Vehicle Identification Number** 5XYPG4A31GG****

**Summary of Complaint**

I was accelerating to pass another vehicle, and when I got passed the other car, my engine shut off. I could not accelerate. All I could do was coast to the shoulder. My engine light was on at that point, as was my oilcan light. My car was dead on the side of the road. I turned it off and tried to turn it back on again, but the engine would not turn over. Only the electrical system was working. I had it towed to a shop, where I was told that this was a "known problem" with Kia engines, but I had never had any issues with the vehicle before. They replaced my engine, at a cost of $8000.

**NHTSA ID Number:** 11445755

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** November 25, 2021

**Consumer Location** CASSELBERRY, FL

**Vehicle Identification Number** 5xypg4a38gg****

**Summary of Complaint**

Driving on highway, vehicle lost power. Ultimate diagnosed as a seized engine. Car was towed to our mechanic. After contacting Kia, they had us tow it to a local Kia dealer. After they diagnosed the same seized engine, they said they would not pay for repair, despite their being a class action suit settled by them. Car was brought back to our mechanic and a used engine was put in.

**NHTSA ID Number:** 11445150

**Incident Date** September 12, 2020

**Consumer Location** HENRICO, VA

**Vehicle Identification Number** 5XYPKDA58GG****

**Summary of Complaint**

Total engine failure. Piston rods tore through engine block. Thankfully the vehicle did not catch on fire.

**NHTSA ID Number:** 11441704

**Incident Date** November 7, 2021

**Consumer Location** HUDSON, FL

**Vehicle Identification Number** 5XYPH4A1XGG****

**Summary of Complaint**

My vehicle without any warning whatsoever, completely shut down while driving in interstate traffic. This was a very dangerous thing to happen while driving on a busy interstate. I was able to get to the side of the road but the vehicle would not start. I had my vehicle towed to my mechanics shop where he determined that the motor had failed due to cylinder/piston damage. I was denied coverage by KIA so my only

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                              Case No.

choice was to pay my mechanic to replace the motor with a remanufactured motor at a cost of $9000.

**NHTSA ID Number:** 11440262

**Incident Date** October 9, 2021

**Consumer Location** CARTERSVILLE, GA

**Vehicle Identification Number** 5XYPG4A50GG****

**Summary of Complaint**

I was driving 85 MPH on the interstate and my engine lights started flashing (no engine light or oil light prior to this) and started slowing down. I got to the shoulder of the interstate and my car was making a terrible knocking noise. I have owned this car for 3 months. There is a little over 87K on my car. I had the car towed to the nearest Kia dealership where I was told my engine was totaled. After paying 140.00 for a diagnostics report and being without a car for a whole month (keep in mind this is just for the report). I was quoted a total of 6,800 for them to fix my car. After further research I have found other people with the same issues with the engine. My engine is a 3.3L V6. In the previous lawsuit for Kia it only covers 2.4L engines where my engine is having the SAME issues. I should not have to pay for a new engine when this is a big issue with other consumers with the same car and engine type. Now im stuck paying on a car I CANT DRIVE until the 6800 is paid. I owe to much on my car for me to pay it off in full. This put me as well as everyone else on the interstate at risk and would have also put my children at risk if they were in the car. I am beyond irritated. As well as a given a whistleblower just coming out to state that these engines are not safe and kia and hyundai's neglect in keep their consumers safe. SOMETHING HAS TO BE DONE!

**NHTSA ID Number:** 11439850

**Incident Date** November 7, 2021

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** FARGO, ND

**Vehicle Identification Number** 5XYPGDA39GG****

**Summary of Complaint**

The contact owns a 2016 Kia Sorento. The contact stated that the check engine warning light was illuminated. The vehicle was taken to an independent mechanic where the contact was notified about a knocking in the engine. The contact was informed that the engine needed to be replaced. The local dealer was not contacted. The vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The approximate failure mileage was 103,000.

**NHTSA ID Number:** 11439504

**Incident Date** September 5, 2021

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5xypg4a34gg****

**Summary of Complaint**

The contact owns a 2016 Kia Sorento. The contact stated that while driving at an undisclosed speed, the check engine warning light was illuminated. The vehicle was taken to the dealer and an independent mechanic on separate occasions. The dealer and an independent mechanic diagnosed the vehicle with engine failure. The vehicle was repaired. The manufacturer was not made aware of the failure. The failure mileage was approximately 128,459.

**NHTSA ID Number:** 11430428

**Incident Date** May 14, 2021

**Consumer Location** HUNTERSVILLE, NC

**Vehicle Identification Number** 5XYPGDA59GG****

**Summary of Complaint**

In May 2021, my husband was driving the car and was bout 50 miles away from

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

home when the engine caught fire. The car was towed to a repair shop where they confirmed the engine fire and stated the engine had thrown a rod. The car is only 5 years old and has 107,000 miles.

**NHTSA ID Number:** 11429950

**Incident Date** July 28, 2021

**Consumer Location** BRUNSWICK, MD

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

On 28 July 2021 at 16:44, While traveling 65 mph on I70 west in Maryland the Kia Sorento started to smoke from the undercarriage and then under the hood. The Kia abruptly shut down and I was able to cost off the highway. The vehicle was towed to Dar Cars Kia of Frederick. After 10 + days on the dealer's lot, a technician said the engine had failed. Kia has refused to acknowledge any responsibility for the engine failure, stating because the car was not brought in to have a recalled engine component repaired. according to a search, there are no open recall statements for this vehicle. In addition, we never received any notification of any problem with the Kia Sorento

**NHTSA ID Number:** 11424829

**Incident Date** June 28, 2021

**Consumer Location** COLBERT, GA

**Vehicle Identification Number** 5xyphda52gg****

**Summary of Complaint**

Two weeks ago, my 2016 Kia Sorento 3.3L V6 AWD just all of a sudden sounded like something was breaking under the hood. There were no symptoms prior to the failure, and no warning messages or lights. Luckily, I was able to safely get off the main highway as soon as I heard the noise. After having it towed to the local Kia

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

dealership, the Kia service advisor later indicated an engine rod broke, there are bits of metal everywhere, and a total engine replacement is needed. My experience and this diagnosis seem to align with what the Kia engine failure class action settlement just addressed earlier this year in a range of vehicles including the 2016 Kia Sorento 4 cylinder engines. My vehicle is still inoperable and located at the local Kia dealership with no resolution in sight. I have owned the vehicle for ~4500 miles / 7 months and purchased it from a Kia dealership as a "certified pre-owned" vehicle with a dealership-provided extended warranty. It has ~85000 miles total on it.

**NHTSA ID Number:** 11423172

**Incident Date** May 4, 2021

**Consumer Location** METAIRIE, LA

**Vehicle Identification Number** 5XYPH4A59GG****

**Summary of Complaint**

Vehicle shut down unexpectedly in the middle of street. Vehicle was towed to mechanic shop per request of dealership vehicle was purchased at. Mechanic later found metal shavings scattered through out engine. I'm currently without vehicle for transportation of my family of four incase of any emergency.

**NHTSA ID Number:** 11422684

**Incident Date** June 18, 2021

**Consumer Location** MADISON, MS

**Vehicle Identification Number** 5XYPG4A30GG****

**Summary of Complaint**

I was driving down the highway no warning lights displayed loud sound came from engine and died immediately. Car would not restart. Had it towed to a Kia dealership and they said there was a hole in the back of the engine and it needs to be replaced.

347

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11418174

**Incident Date** April 20, 2021

**Consumer Location** BREMEN, GA

**Vehicle Identification Number** 5XYPG4A35GG****

**Summary of Complaint**

I AM 70 YEAR OLD WOMAN. NOT A SPEEDSTER . wHILE DRIVING ENGINE BLEW ON THE FREEWAY DOING 65 MPH. CAR IS IN EXCELLENT CONDITION WITH 124,000 MILES ON IT. WITH THE EXCEPTION OF THE ENGINE BLOWING UP. OIL WAS CHANGED EVERY 3000 TO 5000 MILES.

**NHTSA ID Number:** 11407173

**Incident Date** April 3, 2021

**Consumer Location** INDEPENDENCE, KY

**Vehicle Identification Number** 5XYPKDA5XGG****

**Summary of Complaint**

WHILE TRAVELING 700+ MILES FROM HOME, ENGINE STARTED KNOCKING. VEHICLE HAD JUST BEEN TO DEALERSHIP FOR SERVICE WITHIN TWO WEEKS OF TRAVELING AND NO ISSUES WERE FOUND. AFTER KNOCKING STARTED FOUND CLOSEST DEALERSHIP AND WAS INFORMED BY SERVICE MANAGER THAT THE ENGINE NEEDED REPLACED. VEHICLE HAS 68K MILES AND WAS PURCHASED NEW IN 2016.

**NHTSA ID Number:** 11406728

**Incident Date** March 2, 2021

**Consumer Location** LINCOLN UNIVERSITY, PA

**Vehicle Identification Number** 5XYPHDA56GG****

348

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

ENGINE CAUGHT FIRE FOR NO APPARENT REASON WHILE AT A STOPLIGHT. ALL LIGHTS CAME ON THE DASHBOARD, ENGINE STARTED TO SMOKE. ONCE PULLED OVER LOWER ENGINE COMPARTMENT FIRE WAS NOTED. PROPER ROUTINE MAINTENANCE HAD BEEN PERFORMED THROUGH OUT LIFE OF OWNERSHIP

**NHTSA ID Number:** 11406399

**Incident Date** March 1, 2021

**Consumer Location** ASHAWAY, RI

**Vehicle Identification Number** 5XYPGDA3XGG****

**Summary of Complaint**

MY ENGINE SEIZED. THERE WERE NO WARNING LIGHTS PRIOR. I WAS DRIVING ON THE HIGHWAY AND MY ENGINE LOST POWER VEHICLE SHUT DOWN AND ENGINE LIGHT AND BATTERY LIGHT CAME ON. NO PRIOR WARNING LIGHTS WERE ON THE CAR.

**NHTSA ID Number:** 11403084

**Incident Date** March 31, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYPG4A37GG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING AT AN UNDISCLOSED SPEED, THE ENGINE FAILED AND THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO THE LOCAL DEALER KIA GARDEN GROVER LOCATED AT 13731 HARBOR BLVD, GARDEN GROVE, CA 92843, WHO DIAGNOSED THAT THE ENGINE WAS FAULTY AND NEEDED TO BE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

REPLACED. THE VEHICLE WAS NOT YET REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE BUT NO ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS 140,000.

**NHTSA ID Number:** 11387815

**Incident Date** December 15, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYPHDA58GG****

**Summary of Complaint**

ENGINE BROKE TO PIECES, ORIGINAL OWNER. KIA SAYING SLUDGE. SENT VECHICLE RECORDS. HAS CAR SINCE 12/15/2020. JACK DANIELS DEALERSHIP NEEDS ME TO FIND OUT FROM KIA CORPERATION TO SEE IF ITS COVERED. WHO IS RESPONSIBLE FOR WARRANTY. VEHICLE WAS IN DRIVEWAY WHEN TRIED TO START, MADE BANG AND SHUT OFF.

**NHTSA ID Number:** 11383116

**Incident Date** December 12, 2020

**Consumer Location** LIBERTY, NC

**Vehicle Identification Number** 5XYPG4A38GG****

**Summary of Complaint**

SMOKING, ENGINE KNOCKING

**NHTSA ID Number:** 11330963

**Incident Date** May 27, 2020

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5XYPKDA59GG****

**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OUR 2016 KIA SORENTO HAS 35K MILES AND IT STOPPED RECENTLY, THE ENGINE SEIZED. THE DEALER CLAIMED IT WAS DUE TO INADEQUATE OIL CHANGES (THEY HAD RECORDS OF 2-3 PERFORMED BY KIA DEALERS, THE MOST RECENT UNDER TWO YEARS AND 10K MILES AGO). WE NEVER EXPERIENCED ANY WARNING LIGHTS OR OTHER NOTIFICATIONS TO FORETELL THE PROBLEM. THE DEALER RECOMMENDED WE REPLACE THE ENGINE AND ARE IN THE PROCESS OF DOING SO NOW. THE DEALER DENIED ANY WARRANTY COVERAGE, CLAIMING ABUSE DUE TO INADEQUATE OIL CHANGES ON OUR PART VOIDED THEIR 10-YEAR WARRANTY. DESPITE THE LARGE UNEXPECTED COST (DEALER ESTIMATES ~$6K AND HAVE HAD THE VEHICLE OVER A MONTH), WE ARE MYSTIFIED THIS COULD HAVE OCCURRED AND ARE GRATEFUL IT DIDN'T HAPPEN ON THE HIGHWAY OR IN OTHER CIRCUMSTANCES. WE BELIEVE THE COMPLETE ABSENCE OF ANY WARNING INDICATORS CONSTITUTES A SERIOUS SAFETY ISSUE. *TR

**NHTSA ID Number:** 11229955

**Incident Date** July 5, 2019

**Consumer Location** CHALFONT, PA

**Vehicle Identification Number** N/A

**Summary of Complaint**

DRIVING ON THE HIGHWAY AND THE CAR JUST SHUT DOWN, NO WARNING LIGHTS OR ODD SOUNDS KIA DEALER SAID THEY ENGINE LOCKED UP

**NHTSA ID Number:** 11219836

**Incident Date** June 9, 2019

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** KINGSTON, TN

**Vehicle Identification Number** 5XYPG4A34GG****

**Summary of Complaint**

VEHICLE STARTED TO MAKE KNOCKING SOUND WHEN DRIVING. THEY KNOCKING GOT LOUDER WITH ACCELERATION. TOOK VEHICLE HOME AND CHECKED THE ENGINE AND OIL. EVERYTHING SEEMED OK BUT THE KNOCKING SOUND CONTINUED. HAD VEHICLE TOWED TO KIA DEALERSHIP AND FOUND OUT A ROD IN THE ENGINE WENT OUT CAUSING THE ENTIRE ENGINE TO GO OUT AND FAIL ON THE VEHICLE. THIS WAS ADDRESSED IN A PREVIOUS RECALL REGARDING THE ECU, BUT IT DID NOT PREVENT THE ENGINE FROM GOING OUT.

**NHTSA ID Number:** 11194067

**Incident Date** March 22, 2019

**Consumer Location** BRODHEAD, KY

**Vehicle Identification Number** 5XYPG4A54GG****

**Summary of Complaint**

TAKATA RECALL 1 MONTH AGO I PICKED MY SON UP FROM SCHOOL...AS I WAS PULLING OUT OF THE PARKING LOT I WAS UNABLE TO ACCELERATE BY PUSHING THE GAS PEDAL. I COASTED HOME GOING 8 MILES PER HOUR. I TURNED THE VEHICLE OFF AND LET IT SIT FOR 2 DAYS. WHEN I GOT BACK IN IT EVERYTHING WAS WORKING FINE. 2 WEEKS LATER I WENT TO HAVE MY OIL CHANGED AND WAS TOLD THERE WERE METAL SHAVINGS IN MY OIL FILTER, THERE WERE 2 INCHES OF SLUDGE AND THE OIL WAS BLACK. I KEEP MY VEHICLE SERVICED REGULARLY BECAUSE I COMMUTE TO WORK. THEY CHANGED MY OIL AND I LEFT. 10 MINUTES LATER I WAS ON THE SIDE OF THE ROAD. I WAS DRIVING TO THE STORE AND AGAIN I COULDN'T

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

PUSH THE GAS PEDAL TO ACCELERATE AND A KNOCKING SOUND APPEARED. AS I TRIED TO PULL TO THE SIDE OF THE ROAD I LOOK IN MY REAR VIEW MIRROR TO SEE A WHITE CLOUD OF SMOKE COMING FROM MY CAR. SO THICK I COULDN'T SEE BEHIND ME. I COASTED INTO A PARKING LOT AND AT THIS POINT I HAD NO CONTROL OF THE STEERING, GAS PEDAL, OR BREAKS. I FINALLY ROLLED TO A STOP OUTNIT IN PARK AND GOT OUT OF MY CAR. EVERY DROP OF OIL THEY HAD PUT IN MY CAR WAS ON THE PAVEMENT. I CALLED A TOW TRUCK AND WE FOUND A HUGE HOLE IN THE OIL PAN WHERE MY ENGINE HAD APPARENTLY THROWN A ROD. THERE ARE 6 RECALLS ON THE YEAR MAKE AND MODEL OF MY CAR BUT NOT SPECIFICALLY ON MY VIN. EVERYTHING THAT HAS GONE WRONG INVOLVES THOSE RECALLS AND KIA ISN'T OWNING UP TO IT. MY BROTHER WORKS FOR TRUE CAR AND RAN A REPORT FINDING THAT THERE ARE RECALLS ON MY VEHICLE BUT KIA IS SAYING IT IS INACCURATE. I HAVE THE REPORT IN MY POSSESSION AND THEY WOULDN'T ALLOW ME TO SEND IT TO THEM FOR PROOF.

**NHTSA ID Number:** 11091446

**Incident Date** April 9, 2018

**Consumer Location** FISHERS, IN

**Vehicle Identification Number** 5XYPHDA58GG****

**Summary of Complaint**

ON MY DRIVE HOME FROM THE CITY, VEHICLE STARTED MAKING A TICKING SOUND. 10 MINUTES AFTER IT STARTED MY CAR WAS SHAKING AND TRUGGING ALONG BARELY. BARELY MADE IT SAFELY INTO A PARKING LOT. AND ONLY PULLED OVER BECAUSE I IMMEDIATELY CALLED THE DEALERSHIP TO FIND OUT WHAT TO DO.

CLASS ACTION COMPLAINT                                    Case No.

LUCKILY, I HAD NONE OF MY CHILDREN IN THE CAR AND WAS NOT IN A BUSY AREA. CAR ONLY HAS 30,000+ MILES ON IT AND WAS TOLD THE ENGINE FAILED. HAD IT IN THE DEALERSHIP 3 WEEKS BEFORE THIS HAPPENED AND THEY CLAIMED EVERYTHING LOOKED GREAT IN THE CAR. KIA IS REFUSING TO REPLACE THE ENGINE.

**NHTSA ID Number:** 11081109

**Incident Date** March 9, 2018

**Consumer Location** FISHERS, IN

**Vehicle Identification Number** 5XYPGDA32GG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 KIA SORENTO. WHILE DRIVING APPROXIMATELY 69 MPH, A CLICKING NOISE WAS HEARD FROM THE ENGINE AND THE VEHICLE STOPPED. THE VEHICLE WAS PULLED OVER TO THE SIDE OF THE ROAD. THE CONTACT CALLED NAPLETON KIA OF FISHERS AT 317-449-0694 (13417 BRITTON PARK RD, FISHERS, INDIANA, 46038) AND WAS INFORMED TO BRING THE VEHICLE IN FOR DIAGNOSTIC TESTING. THE VEHICLE WAS TAKEN TO THE SAME DEALER AND THE TECHNICIAN DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE FAILURE WAS DUE TO POOR MAINTENANCE AND WOULD NOT BE COVERED BY THE WARRANTY. THE FAILURE MILEAGE WAS APPROXIMATELY 40,000.

**NHTSA ID Number:** 11063683

**Incident Date** January 8, 2018

**Consumer Location** SPRING LAKE HEIGHTS, NJ

**Vehicle Identification Number** 5XYPGDA38GG****

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

I WAS DRIVING ON RT 18 (HWY)IN NJ, GOING APPROXIMATELY 71 MPH WHEN THE ENGINE SIEZED. I WAS ABLE TO PUT MY HAZARDS ON AND COAST TO THE SHOULDER BUT HAD I JUST STOPPED, THERE WOULD HAVE BEEN A HORRIFIC ACCIDENT. THE DEALER SERVICE DEPARTMENT ADVISED THAT THEY FOUND THE OIL TO BE A LITTLE DIRTY AND THAT THERE WERE METAL SHAVINGS FOUND AS WELL. IT IS MY UNDERSTANDING THAT THE METAL SHAVINGS CAUSED A MAJOR RECALL IN 2014 AND OLDER KIA SORENTO'S. IT APPEARS TO BE THE SAME ISSUE AS A PREVIOUS RECALL FOR THE 2014 AND OLDER MODELS.

**NHTSA ID Number:** 11062264

**Incident Date** January 3, 2018

**Consumer Location** WHITAKER, PA

**Vehicle Identification Number** 5XYPGDA31GG****

**Summary of Complaint**

I WAS DRIVING MY VEHICLE UP A HILL WITH MY 2 YOUNG CHILDREN AND THE CAR JUST TURNED OFF. I WAS UNABLE TO PUSH THE BRAKE. NO ENGINE LIGHT OR OIL LIGHT OR ANYTHING CAME ON! DRIFTED INTO A PARKING LOT. IT WAS 2 DEGREES OUT. ONE OF THE COLDEST DAYS OF THE YEAR. TOWED THE CAR TO KIA. GAVE THEM 3 OR 4 RECEIPT AS FOR OIL CHANGES. THEY DENIED THE ENGINE FOR WARRANTY! STATING SLUDGE IN ENGINE. THE VEHICLE WAS JUST AT THE DEALERSHIP 6 MONTHS AGO FOR 6 RECALLS AND THEY CHECKED EVERYTHING BEFORE I PICKED THE VEHICLE UP. EVERY WHERE I LOOK ON THE COMPLAINT FORUMS IS ALL ABOUT OIL CONSUMPTION PROBLEMS AND ENGINE FAILURES WITH THESE VEHICLES! WISH I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WOULD HAVE KNOW THIS! I HAVE NO $ FOR A NEW ENGINE.

**NHTSA ID Number:** 11033167

**Incident Date** October 9, 2017

**Consumer Location** LONG BEACH, CA

**Vehicle Identification Number** 5XYPG4A36GG****

**Summary of Complaint**

VEHICLE STALLED WHILE DRIVING WITH SPEED ON NORMANDIE AVE IN TORRANCE CALL TRIPLE FOR THEM TO TOW IT TO KIA DEALER. RECEIVED A CALLED FROM DEALER SAYING THE ENGINE BLOWN OUT. AT 50000 MILES. TECHNICIAN FROM KIA MENTIONED IT'S A RECALL.

**NHTSA ID Number:** 11447357

**Incident Date** December 22, 2021

**Consumer Location** HURRICANE, WV

**Vehicle Identification Number** 5XYPGDA34HG****

**Summary of Complaint**

THIS IS A EARLY 2017 BOUGHT IN AUGUST 2016 ON DECEMBER 22 2021, MY DAUGHTER AND TWO YOUNG GRANDSONS WERE TRAVELING WEST BOUND ON I68 JUST PAST CUMBERLAND MD. HER CAR LOST POWER AND SHE CALLED ME IMMEDIATELY AND I HEARD THE ENGINE RATTLING. I TOLD HER IMMEDIATELY TO PULL OVER AND TURN THE ENGINE OFF, I ASK HER IF SHE HAD A LOW OIL PRESSURE OR LOW OIL LIGHT SHE DIDN'T UNTIL ALL THE OIL LEAKED OUT. SHE HAD THE VEHICLE TOWED TO A KIA DEALER IN CUMBERLAND, MD WHERE HE TOOK A PICTURE OF A POP CAN SIZE HOLE IN THE BLOCK. SO YOU HAVE THE SAME PROBLEMS IN SOME 2017s. SHE HAS 115000.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILES ON THE VEHICLE. IF YOU ARE WONDERING WHY SHE CALLED ME, SHE WAS ON THE WAY TO MY HOME AND I WORKED AT TMMWV TEST CELLS AND LISTENED TO MANY ENGINES.

**NHTSA ID Number:** 11429604

**Incident Date** June 7, 2021

**Consumer Location** MARYVILLE, TN

**Vehicle Identification Number** 5XYPG4A31HG****

**Summary of Complaint**

The contact owns a 2017 Kia Sorento. The contact stated while driving approximately 60 MPH, the vehicle lost all motive and electrical functionality. The contact stated that several unknown warning lights were illuminated. The contact pulled over and the vehicle was towed to a local mechanic to be diagnosed. The contact was informed that the engine needed to be replaced. The vehicle was towed to a dealer but was not repaired. The manufacturer was informed of the failure and suggested that the vehicle be taken to the dealer for assistance. The failure mileage was approximately 102,000.

**NHTSA ID Number:** 11414076

**Incident Date** April 21, 2021

**Consumer Location** DOBSON, NC

**Vehicle Identification Number** 5XYPG4A39HG****

**Summary of Complaint**

I HAD MY KIA FOR 32 DAYS WHEN I WAS LEAVING THE DEALERSHIP FROM PICKING UP THE TAG FROM SOUTHEASTERN AUTO, THE CHECK ENGINE LIGHT CAME ON ALL OF A SUDDEN. WE WERE GOING DOWN A VERY CURVY HIGHWAY RUNNING 45 TO 50 MPH. MIND YOU, NO PROBLEM UNTIL THEN. WE MADE 5 MILES WHEN IT LOST POWER. IT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WOULDNT GO OVER 35MPH. WE CALLED THE DEALERSHIP AND WAS TOLD TO STOP AND TURN IT OFF AND BACK ON, AS IT MAY BE IN LIMP MODE. AFTER WE DID THAT WE WERE HEADED BACK TO THE DEALERSHIP WHEN IT COMPLETELY LOST ALL POWER, THEN IT SOUNDED LIKE GRINDED UP METAL AND SPIT IT OUT. THEN IT SHUT OFF AND WOULD NOT CRANK. WE WERE RIGHT ON THE ROAD, IN A CURVE THAT WAS UP HILL. WHERE TRAFFIC WAS VERY FLYING BOTH DIRECTIONS. IT WAS TERRIFYING WAITING FOR THE TOW TRUCK THE DEALERSHIP SENT. THEY SENT IT TO THEIR MECHANIC IN WILKESBORO, WHO DETERMINED IT THREW A ROD THREW THE MOTOR. NOW IT'S BEING TOWED TO A KIA DEALERSHIP WHERE THEY ARE SUPPOSED TO PUT A NEW MOTOR IN IT FOR $300BFROM

**NHTSA ID Number:** 11405925

**Incident Date** October 1, 2020

**Consumer Location** ALBANY, NY

**Vehicle Identification Number** 5XYPKDA55HG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2017 KIA SORENTO. THE CONTACT STATED WHILE DRIVING AT AN UNDISCLOSED SPEED, THE VEHICLE STARTED MAKING AN ABNORMAL SOUND. THERE WAS NO WARNING LIGHT ILLUMINATED. THE CONTACT ALSO STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT HAD TAKEN THE VEHICLE TO DESTINATION KIA (760 CENTRAL AVE, ALBANY, NY 12206) WHERE THE CONTACT WAS INFORMED THAT THE VEHICLE NEEDED TO BE TEST DRIVEN TO DETERMINE THE CAUSE OF THE FAILURE. UPON TEST DRIVING THE VEHICLE, THE CONTACT WAS INFORMED THAT THE ENGINE WAS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BLOWN AND THAT SHE WAS RESPONSIBLE FOR REPLACING THE ENGINE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE BUT OFFERED NO ASSISTANCE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 60,000.

**NHTSA ID Number:** 11403032

**Incident Date** March 4, 2021

**Consumer Location** BURLINGTON, VT

**Vehicle Identification Number** 5XYPGDA31HG****

**Summary of Complaint**

MY CAR DIED GOING 50MPH AND WAS LATER DETERMINED THAT THE ENGINE SEIZED. I BOUGHT THE CAR A YEAR PRIOR INSPECTED AND HAD THE OIL CHANGED. I ONLY OWNED THE CAR FOR A YEAR.

**NHTSA ID Number:** 11387522

**Incident Date** January 7, 2021

**Consumer Location** CLARENDON HILLS, IL

**Vehicle Identification Number** 5XYPG4A30HG****

**Summary of Complaint**

ENGINE LIGHT IS ON TRY TO DRIVE IT'S STOPPING AND IT'S A KNOCKING NOISE COMING FROM ENGINE

**NHTSA ID Number:** 11385812

**Incident Date** December 11, 2020

**Consumer Location** GRAND PRAIRIE, TX

**Vehicle Identification Number** 5XYPG4A37HG****

**Summary of Complaint**

WAS DRIVING DOWN THE STREET ENGINE STARTED TO MAKE LOUD

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NOISE AND STALLED COASTED TO A PARKING LOT. NOTICED SMOKE

GOT OUT TO FIND THE ENGINE ENGULFED IN FLAMES.

**NHTSA ID Number:** 11374335

**Incident Date** August 1, 2020

**Consumer Location** OAKLAND, CA

**Vehicle Identification Number** 5XYPH4A52HG****

**Summary of Complaint**

WHILE DRIVING ON THE FREEWAY AT APPROX. 70MPH THE SORENTO

LOST ALL ENGINE POWER AND SHUT DOWN. NO CHECK ENGINE OR

ANY OTHER WARNING LIGHT CAME ON. PRIOR TO THE SHUTDOWN

THERE WAS NO PERFORMANCE ISSUE WITH THE SORENTO, OR ANY

INDICATION THERE WAS AN ENGINE PROBLEM. DRIVER WAS ABLE TO

GET SORENTO TO THE SHOULDER. CAR RESTARTED BUT ONLY FOR 1/4

MILE AND SHUT DOWN AGAIN. COULDN'T BE RESTARTED. KIA SAID

NEEDED A FULL ENGINE REPLACEMENT, WOULDN'T HONOR

WARRANTY.

**NHTSA ID Number:** 11366774

**Incident Date** January 10, 2020

**Consumer Location** LAYTON, UT

**Vehicle Identification Number** 5XYPGDA55HG****

**Summary of Complaint**

I OWN A 2017 KIA SORENTO WITH 45,000 MILES ON IT. I HAVE TAKEN

MY CAR IN SEVERAL TIMES DUE TO THE CHECK ENGINE LIGHT

COMING ON AND ENGINE NOISES. WE WERE SENT HOME EVERY TIME

AND TOLD OUR CAR WAS GOOD TO GO. I WAS DRIVING ON THE

FREEWAY WHEN MY CAR SUDDENLY LOST POWER AND WENT LIMP,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ALMOST CAUSING AN ACCIDENT. WE ARE NOW BEING TOLD WE NEED A NEW ENGINE DUE TO SLUDGE. THEY ARE STATING IT WAS CAUSED BY LACK OF MAINTENANCE AND REFUSING TO HONOR THE WARRANTY. WE GET REGULAR OIL CHANGES AND THE LAST BEING BY THE DEALERSHIP THEMSELVES JUST WEEKS PRIOR. BUT BECAUSE WE DID 2 CHANGES THROUGH MY HUSBANDS COMPANY, THEY WON'T ACCEPT OUR PROOF OF MAINTENANCE. MY MAKE, MODEL AND YEAR HAS A CURRENT RECALL ON THEIR ENGINES BUT BECAUSE MINE IS A 3.3L AND NOT 2.0 OR 2.4, IT'S NOT COVERED. THIS IS LUDICROUS.

**HTSA ID Number:** 11363737

**Incident Date** July 17, 2020

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 5XYPGDA50HG****

**Summary of Complaint**

WHILE DRIVING (IN MOTION) THE VEHICLE, ON A CITY STREET, I IMMEDIATELY LOST POWER, COASTED TO CURB, TURNED VEHICLE OFF (ALTHOUGH ENGINE WAS NOT RUNNING). SEVERAL ATTEMPTS TO RESTART THE CAR HAVE BEEN TO NO AVAIL. PRIOR TO THIS EVENT, THE VEHICLE APPEARED TO BE WORKING GREAT WITH NO WARNING OR SENSOR LIGHTS. VEHICLE HAD TO BE PUSHED IN LOCAL HOTEL PARKING LOT. TOOK THE VEHICLE TO TWO VEHICLE REPAIR GARAGES, INCLUDING A KIA DEALER AND WAS TOLD THAT MY ENGINE HAD SEIZED (LOCKED) AND THAT I WOULD NEED ANOTHER ENGINE TO AFFECT REPAIR.

**NHTSA ID Number:** 11361232

**Incident Date** December 27, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

361

**Consumer Location** MANSFIELD, TX

**Vehicle Identification Number** 5XYPH4A57HG****

**Summary of Complaint**

THE ENGINE LIGHT CAME ON ON THE DASH BOARD AND THE ENGINE POWER WAS DECREASING. I EXITED THE HIGHWAY AND MADE IT TO A GROCERY STORE PARKING LOT WHEN THE ENGINE DIED. THE CAR WAS NO LONGER OPERATIONAL AND WAS TOWED TO KIA PATTERSON IN ARLINGTON, TX. THEY SAID THE ENGINE NEEDED TO BE REPLACED AND THAT IT WAS NOT UNDER WARRANTEE. I COST $7429.97 TO REPLACE THE ENGINE.

**NHTSA ID Number:** 11308800

**Incident Date** February 4, 2020

**Consumer Location** WALDEN, NY

**Vehicle Identification Number** 5XYPHDA5XHG****

**Summary of Complaint**

THE CAR STALLED WHILE I WAS DRIVING. NO WARNING LIGHTS (NO CHECK ENGINE LIGHT, TEMP, ETC.) OR WARNING. I PULLED OVER, TURNED IT OFF THEN BACK ON AND STARTED TO HEAR A LOW KNOCKING IN MOTOR. IT RAN FOR A FEW MILES, THEN STALLED AT A LIGHT. I TURNED OFF THEN BACK ON THEN MADE IT HOME. AT HOME MY HUSBAND CHECKED THE OIL AND IT LOOKED "MILKY". WHEN HE TRIED TO DRIVE IT TO THE KIA IT MADE A LOUD NOISE IN THE MOTOR AND DIED. WE TOWED IT TO KIA. KIA TELLS US THAT BECAUSE THE OIL IS ""MURKY" THEY WILL NOT UPHOLD THE 100,000 WARRANTY (UNDER 80,000 MILES ON THE CAR). WE BELIEVE THE CHANGE IN OIL IS DUE TO A DEFECT.

**NHTSA ID Number:** 11240835

**Incident Date** July 23, 2019

**Consumer Location** GARLAND, TX

**Vehicle Identification Number** 5XYPG4A56HG****

**Summary of Complaint**

BOUGHT THE CAR IN 2018 MARCH I HAVE A 2017 SORENTO. HAVE DONE REGULAR 5000 OIL CHANGES. KIA SAID IT WAS SLUDGE IN ENGINE, HOWEVER THERE ARE METAL SHAVING INSIDE THE THE OIL AND SLUDGE CAUSED BY CRANK SHAFT. AS OF NOW NO RECALL. OUT OF WARRANTY BY 5000 MILES. CURRENT SITUATION WAITING FOR "GOOD FAITH" HELP APPEAL. WAS DENIED STATING NOT MAINTAINING OIL CHANGES. GOT PROOF PROVIDED TO SERVICE DEPT AND WAITING FOR DECISION. THIS COULD HAVE GONE REAL WRONG. NO ENGINE WARNING LIGHT NO OIL LIGHTS EVER CAME ON. THANKFUL I WAS NOT DRIVING ON HIGHWAY( WITH BABY )AND ENGINE COULD HAVE SHUT DOWN. I HEARD KNOCKING AND TOOK IT DIRECTLY TO KIA.THEY KIA SERVICE DEPT ADVISED NOT TO DRIVE SO I LEFT IT THERE. I HAVE A RENTAL AND ITS BEEN A WEEK TODAY. STILL WAITING FOR ANSWER. THE WHOLE REASON BUYING THIS KIA WAS FOR A RELIABLE CAR FOR MY FAMILY. IT IS 2 YRS OLD NO REASON ENGINE FAILURE. MY PROBLEMS ARE SIMILIAR TO OTHER REPORTS I HAVE READ SO THERE IS A MAJOR ISSUE WITH KIA MOTORS.


**NHTSA ID Number:** 11223037

**Incident Date** May 10, 2019

**Consumer Location** OCEAN SPRINGS, MS

**Vehicle Identification Number** 5XYPG4A34HG****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

CHECK ENGINE LIGHT STARTED FLASHING AND ENGINE SPEED BECAME RESTRICTED. TOOK TO KIA DEALERSHIP AND SAID KIA AGREED TO REPLACE ENGINE UNDER WARRANTY. 2 MONTHS LATER IVE GOTTEN NO INFO FROM KIA AS TO WHEN TO EXPECT A NEW ENGINE. IT WAS 3 WEEKS THEN 6 WEEKS MAY BE AS LONG S 4 MONTHS

**NHTSA ID Number:** 11222678

**Incident Date** May 31, 2019

**Consumer Location** GAINESVILLE, VA

**Vehicle Identification Number** 5XYPGDA50HG****

**Summary of Complaint**

ENGINE IS SEVERELY SLUGGED AND THERE WAS NO WARNING EVER. FOUND OUT AFTER AN OIL CHANGED AT 67K AT JIFFY LUBE WHEN I TOOK IT TO THE OURISMAN KIA DEALER IN CHANTILLY, VA. THERE IS NO WARNING THAT ANY OF THIS SITUATION WAS STARTING TO HAPPEN EVEN AFTER A PREVIOUS OIL CHANGE AT KIA DEALER AT 58K MILES. THE DEALERSHIP DENIED MY CLAIM WITH THE 100K MILE WARRANTY BECAUSE I DON'T HAVE PROOF THAT I DID ALL 9 OIL CHANGES. THEY PROCEEDED TO TELL ME THAT I NEED A NEW ENGINE BUT THAT THEY ARE ON BACKORDER NATIONWIDE AND WHO KNOWS WHAT DATE TBD THAT WILL BECOME AVAILABLE. THE REPAIR SHOP I TOOK IT TO PIEDOMONT IN HAYMARKET, VA SAYS THEY THINK IT IS SOMETHING LIKE A YEAR BEFORE IT MIGHT BE AVAILABLE. SO IN THE MEAN TIME NO LOANER WAS EVER OFFERED TO ME AND NO I HAVE A UNUSABLE VEHICLE THAT I HAVE SUBMITTED A CLAIM FOR WITH GEICO. I DO NOT HAVE FUNDING FOR A NEW ENGINE AND THE FACT

364

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THAT THE KIA MOTOR COMPANY HAS NO ENGINE TO EVEN SUPPLY TO ME IS COMPLETELY UNACCEPTABLE PRACTICE FOR A BUSINESS. ALSO 1 YEAR AGO MY BATTERY JUST DIED ACCORDING TO THE KIA DEALER DUE TO A PARASITIC DRAIN. THAT SEEMS SUSPICIOUS TO ME SINCE THE VEHICLE WAS ONLY A YEAR OLD AND HAD TO BE REPLACED WITH ONE I BOUGHT AT WALMART. ALSO, THE FUSE FOR THE DRIVER SEAT CONTINUOUSLY BLOWS.

**NHTSA ID Number:** 11203574

**Incident Date** December 28, 2017

**Consumer Location** GLENDALE, AZ

**Vehicle Identification Number** 5XYPG4A30HG****

**Summary of Complaint**

RECEIVED A NOTICE FOR AN UPDATE TOOK THE VEHICLE IN FOR SERVICE BECAUSE WE WERE GOING TO CALIFORNIA FOR X-MAS AND WANTED TO MAKE SURE THAT MY CAR WAS IN GOOD WORKING ORDER. WHILE DRIVING THE VEHICLE IT WENT INTO LIMP MODE AND THE ENGINE WAS MAKING A KNOCKING NOISE THE VEHICLE STOPPED ALL TOGETHER ON THE INTERSTATE 10 GOING WEST BOUND. PLACED A CALL TO KIA AND ARRANGED FOR A TOW INTO THE NEAREST KIA DEALERSHIP FOR A LOANER SO WE COULD CONTINUE OUR TRIP. THIS HAPPENED ON DECEMBER 28, 2018 AND TO THIS DATE I STILL DO NOT HAVE MY CAR. IN THE BEGINNING THEY WERE WAITING FOR PART NUMBERS. THE PART NUMBERS WERE ISSUED ON 3/19/19 BUT THERE IS NOT AN ESTIMATED DELIVERY DATE.

**NHTSA ID Number:** 11180524

**Incident Date** February 2, 2019

CLASS ACTION COMPLAINT                                    Case No.

1    **Consumer Location** HEGINS, PA

2    **Vehicle Identification Number** 5XYPGDA5XHG****

3    **Summary of Complaint**

4    FEB. 2ND 2019 MY 2017 KIA SORENTO STALLED TWICE IN THE

5    DRIVEWAY. MY HUSBAND TOOK IT FOR A DRIVE AND IT MADE A

6    LOUD NOISE UPON ACCELERATION. HE SUSPECTED IT WAS THE

7    ENGINE AND IT WAS TOWED TO THE DEALER FEB 3RD. FEB 5TH THE

8    SERVICE DEPARTMENT FINALLY CALLED AND SAID THE ENGINE

9    FAILED AND WE WILL NEED A REPLACEMENT. HE STATED SINCE MY

10   HUSBAND DID THE OIL CHANGES AND DID NOT HAVE

11   DOCUMENTATION IT WOULD NOT BE COVERED UNDER WARRANTY.

12   MY HUSBAND ALWAYS DID OUR OIL CHANGES AND NEVER HAD THIS

13   PROBLEM. AN ENGINE SHOULD NOT FAIL IN LESS THAN 2 YEARS AND I

14   REALIZE THIS IS HAPPENING TO MANY KIAS. WE LEARNED OUR

15   LESSON THE HARD WAY AND WILL BE PAYING OUT OF POCKET FOR

16   REPAIRS. MY CAR HAS BEEN IN THE SHOP FOR 2 WEEKS NOW. THERE

17   IS NO ENGINES AVAILABLE IN THE US AND MAYBE THEY CAN GET

18   ONE FROM KOREA BUT SHIPPING TAKES A WEEK ONCE THEY FIND

19   ONE AND THE WORK WILL TAKE A WEEK. SO I'M PAYING FOR A CAR I

20   CAN'T DRIVE FOR AT LEAST 4 WEEKS. SO FRUSTRATING. I CALLED THE

21   SERVICE DEPARTMENT FEB 15TH TO CHECK ON THE STATUS OF

22   FINDING AN ENGINE FOR MY SORENTO, HE STATED HE WOULD CHECK

23   WITH THE PARTS DEPARTMENT AND CALL ME BACK ASAP. STILL

24   WAITING.

25

26   **NHTSA ID Number:** 11090815

27   **Incident Date** April 27, 2018

28   **Consumer Location** MORAINE, OH

366

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYPG4A34HG****

**Summary of Complaint**

WHILE DRIVING 70MPH ON HIGHWAY VEHICLE STARTED TO HAVE KNOCK IN ENGINE I PULLED OFF AT NEXT EXIT AND AS I WAS EXITING VEHICLE LOST POWER AND STOPPED. KNOW WARNING OR INSTRUMENT LIGHTS LIT UP BEFORE OR AFTER ENGINE FAILURE. VEHICLE ONLY HAS 10,100 MILES, LAST OIL CHANGE WAS AT 7,100 WITH RECOMMENDATION FOR OIL CHANGE AT 10,194 MILES. CALLED KIA CUSTOMER SERVICE AND THEY WERE RUDE AND NOT HELPFUL AT ALL.

**NHTSA ID Number:** 11003183

**Incident Date** July 5, 2017

**Consumer Location** PEPPERELL, MA

**Vehicle Identification Number** 5XYPKDA50HG****

**Summary of Complaint**

AFTER 650 MILES: MERGING ONTO A HIGHWAY: ENGINE RATTLED. ENGINE DIED. WE COASTED TO THE SHOULDER. WE STOPPED. I PUT THE VEHICLE IN PARK. SMOKE WAS COMING FROM UNDER THE HOOD. LOOKING UNDERNEATH, WE SAW THE CAR WAS ON FIRE. INITIALLY THE FIRE WAS UNDER THE ENGINE. WE GOT AWAY FROM THE CAR AND CALLED 911. THE FIRE DEPARTMENT CAME AND PUT IT OUT. BY THIS POINT IT BURNED THE FRONT 2/3 OF THE CAR. THE CAR GOT TOWED TO AN AUTOMOTIVE TOWING PLACE.

**NHTSA ID Number:** 11451545

**Incident Date** February 6, 2022

**Consumer Location** PARK FOREST, IL

367

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5XYPG4A36JG****

**Summary of Complaint**

02/06/2022 driving north bound on TX hwy 75 near McKinney, TX at the posted speed limited 70mph the engine suddenly quit running and the steering and brakes went out. There were no warning buzzers or lamps prior to the shut down. Traffic was light and with a lot of pumping of the brakes able to get onto the shoulder. Vehicle was towed to Kia of McKinney, TX. They stated engine bearing had gone bad, causing the engine to seize.

**NHTSA ID Number:** 11446439

**Incident Date** December 7, 2021

**Consumer Location** RAYMOND, MS

**Vehicle Identification Number** 5XYPG4A35JG****

**Summary of Complaint**

The contact owns a 2018 Kia Sorento. The contact stated that while driving approximately 65 MPH, a loud noise was suddenly present coming from the engine before the vehicle stalled. The vehicle was towed to the residence and was examined by an independent mechanic who diagnosed that the engine rod bearing had failed. The vehicle was not yet repaired. The local dealer was notified of the failure. The manufacture was not yet notified of the failure. The failure mileage was 65,000.

**NHTSA ID Number:** 11394557

**Incident Date** January 29, 2021

**Consumer Location** VERO BEACH, FL

**Vehicle Identification Number** 5XYPG4A35JG****

**Summary of Complaint**

DRIVING DOWN THE ROAD THE CAR MADE A TICKING NOISE AND THEN JUST SHUT OFF

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11324235

**Incident Date** February 8, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5XYPH4A53JG****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2018 KIA SORENTO. THE CONTACT STATED THAT WHILE HER SON WAS DRIVING APPROXIMATELY 60 MPH, THE VEHICLE SUDDENLY STALLED AND LOST ALL POWER. THE CONTACT STATED THAT SON CALLED HER AND INFORMED HER THAT THE VEHICLE WAS SMOKING. HE WAS ABLE TO PULL TO THE SIDE OF THE ROAD, UPON EXITING THE VEHICLE HE SAW FLAMES COMING FROM UNDER THE VEHICLE. THE CONTACT STATED THAT HE OPENED THE HOOD AND THE FLAMES IMMEDIATELY ENGULFED THE WHOLE VEHICLE. THE FIRE DEPARTMENT WAS CALLED AND EXTINGUISHED THE FIRE. A FIRE DEPARTMENT REPORT WAS MADE. THERE WERE NO INJURIES OR MEDICAL ASSISTANCE NEEDED. THE VEHICLE WAS TOWED AND TOTALED. THE CONTACT CONTACTED THE DEALER SUNTRUP KIA SOUTH (6263 S LINDBERGH BLVD, ST. LOUIS, MO 63123 PHONE: (314) 254-8955) WHO STATED THAT THEY WERE NOT LIABLE AND TO CONTACT KIA CONSUMER LINE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE A CASE WAS OPENED AS WELL AS AN INVESTIGATION WAS CONDUCTED. THE APPROXIMATE FAILURE MILEAGE WAS UNKNOWN.

**NHTSA ID Number:** 11217844

**Incident Date** June 1, 2019

**Consumer Location** CLOQUET, MN

369

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** N/A

**Summary of Complaint**

LEASED THE CAR IN MARCH AND BY END OF MAY IT WAS IDELING ROUGH AND CLICKING. GOT A MESSAGE ON MY SCREEN ENGINE CONTROL SYSTEM FAILURE AND A CHECK ENGINE LIGHT CAME ON. TOOK IT ONTO THE DEALER AND WITH LESS THAN 2900 MILES IT NEEDS A NEW ENGINE. NOW IT WILL BE ABOUT 3 MONTHS (THEY ARE BACKLOGGED) UNTIL I GET IT BACK!!

**NHTSA ID Number:** 11286356

**Incident Date** December 27, 2018

**Consumer Location** LOWELL, AR

**Vehicle Identification Number** KNAE45LC8J6****

**Summary of Complaint**

VEHICLE BEGAN EXPERIENCING LOSS OF POWER AND ENGINE KNOCKING. THIS GRADUALLY BECAME WORSE AND WOULD SUBSTANTIALLY LOSE ALL POWER UPON TAKEOFF AT INTERSECTIONS CAUSING FOR DANGEROUS AND LIFE-THREATENING SITUATIONS. KIA REPLACED THE ENGINE BUT THE ISSUE PERSISTS AND HAS GOTTEN WORSE. THEY REFUSE TO CORRECT THIS PROBLEM OR BUYBACK THE DEFECTIVE VEHICLE.

### 3. Defendants knew or should have known about the Engine Failure Defect given Defendants' pre-sale durability testing.

138. Defendants are experienced in the design and manufacture of consumer vehicles. As experienced manufacturers, Defendants conduct tests like pre-sale durability testing on incoming components, including the engine, to verify the parts are free from defects and align with Defendants' specifications.

370

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

139.   Kia conducts expansive presale durability testing on its vehicles to make sure they "endure over a long time without fault."[11] This presale testing includes seven different types of durability tests: (1) an item durability test; (2) a module durability test; (3) a Belgian road test; (4) a high-speed test; (5) a corrosion test; (6) a P/T test; and (7) a vehicle test. Kia conducts these tests in extreme weather conditions including coldness and heat.

140.   In addition, John Juriga, the Director of Powertrain at Kia in 2015, stated that Kia's validation testing is among the toughest in the automotive industry.[12] Among other things, this validation testing runs the engine at maximum throttle (the maximum speed the engine can operate under) while under full load "so we're stressing the components as much as possible and we run it virtually nonstop for 300 hours." After, Kia does an "overrun spec" where it runs it over spec for 10-20 hours to make sure it can survive past the red line limits in order to "make sure these products stay durable in the customers' hands."

141.   Moreover, Kia also uses "the most extreme and rigorous vehicle testing program ever devised by the company."[13] As part of this test, Kia stimulates stop-and-go driving repeated over several times to "put additional strain on the engine, transmission and HVAC systems and eliminate any possible flaws." In addition, at its Mojave Proving Grounds test site, Kia utilizes a "high-speed oval, gravel off-road tracks, high-vibration road surfaces, brake test facilities and different gradients" that "enable engineers to evaluate and refine the ride, handling, brakes and NVH of prototype and production vehicles."

---

[11] https://www.kia.com/fj/experience/innovation-story/performance.Theta.html (last visited April 1, 2022).

[12] https://www.youtube.com/watch?v=GNPB3RtHN2M (last visited March 30, 2022).

[13] https://www.thenewsmarket.com/global/kia-motors-corporation/death-valley-hot-weather-test-for-all-new-kia-sportage/s/bfe8a9b5-9786-4e73-a648-2970972d74f1 (last visited March 30, 2022).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

143.    On information and belief, Hyundai conducts durability testing on its vehicles that is similar to Kia's testing.[14]

**D. DESPITE KNOWLEDGE OF THE ENGINE FAILURE DEFECT, DEFENDANTS MARKETED THE CLASS VEHICLES AS SAFE, DURABLE, AND RELIABLE.**

142.    Defendants have long touted the safety and durability of their vehicles, as well as the performance of their engines, because they know safety and performance are material to consumers.

143.    On information and belief, Defendants marketed the Class Vehicles' safety, durability, and warranties throughout the Class Period. This is reflected by the

144.    sales brochures Defendants issued for various Class Vehicles, which point to vehicle, safety and also point to the purported power of their engines.

145.    Defendants marketed their vehicles to plaintiffs and putative Class Members as safe, reliable, and functional. Below are examples pulled from Defendants' vehicle brochures:

---

[14] *See, e.g.*, https://www.hyundai.news/eu/articles/press-releases/hail-rain-or-shine-hyundai-motors-extreme-weather-testing.html (last visited March 30, 2022).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**SAFETY IS GRACE UNDER PRESSURE. EXTREME PRESSURE.**

The true measure of a sports car may be this: How does it perform under pressure? In a critical moment, could its braking response, its traction and stability controls help you steer clear of trouble? Could they mean the difference between a close call, or a call to your insurance agent? The advanced safety engineering of the 2013 Genesis Coupe is designed to prepare you for such moments – before, during and after. The confidence you feel behind the wheel is the synthesis of technology and attention to detail that raises something as commonplace as seatbelts to an art form. Genesis Coupe's driver and front-passenger seatbelts are equipped with pretensioners that automatically tighten the belts in the event of a collision, helping to hold you in the proper position in case the front airbags deploy. When it comes to something as important as safety, a millimeter or a millisecond can make all the difference.

*Excerpt from 2013 Hyundai Genesis Brochure Touting Safety and Performance*

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

373

CLASS ACTION COMPLAINT                                    Case No.



*Excerpt from 2014 Kia Sorento Brochure Touting Safety and Performance*

CLASS ACTION COMPLAINT                                          Case No.







**TOP SAFETY RATING** Santa Fe Sport achieved the highest safety score – a 5-Star Overall Safety rating – from the National Highway Traffic Safety Administration.[6] Technologies like Vehicle Stability Management, Hillstart Assist and Downhill Brake Control are part of Santa Fe's standard safety engineering.[4]

**SMARTER STEERING** For a more personalized feel behind the wheel, Santa Fe Sport is the first CUV to feature Driver Selectable Steering Modes. It allows you to choose your preferred mode of power steering (Comfort, Normal, or a retuned and enhanced Sport mode) via a button on the steering wheel.

***Excerpt from 2015 Santa Fe Sport Brochure Touting Safety and Performance***

146.    On information and belief, Defendants' brochures for other class vehicles make similar claims about safety durability and or the technological prowess of the defective engine.

147.    On information and belief, Hyundai and Kia developed, created, and controlled all the advertising, marketing, and point-of-sale materials for their respective Class Vehicles. Therefore, Hyundai and Kia could and should have disclosed the Engine Defect to Plaintiffs and Class members in these materials.

**E.    DEFENDANTS' WARRANTY-RELATED PRACTICES**

**1.    HMA**

148.    HMA issued two relevant warranties with each Hyundai Class Vehicle: a "New Vehicle Limited Warranty," and a "Powertrain Warranty." Under the basic

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

New Vehicle Limited Warranty, HMA agreed to repair defects reported within the earlier of 5 years or 60,000 miles

149.    Under the Powertrain Warranty, HMA agreed to repair defects affecting various powertrain components through 10 years and 100,000 miles. Hyundai also advertises that it offers "America's Best Warranty." According to the Warranty and Consumer Information Manual, Powertrain Coverage Components include:

> Covers repair or replacement of powertrain components (i.e., selected engine and transmission/transaxle components), originally manufactured or installed by Hyundai that are defective in material or factory workmanship, under normal use and maintenance. Coverage applies to original owner only, effective with 2004 model year and newer model-year vehicles. On 1999-2003 model years, coverage applies to original owner and immediate family members (i.e., wife, husband, daughter, son, stepdaughter, stepson). Second and/or subsequent owners have powertrain components coverage under the 5-Year/60,000-Mile New Vehicle Limited Warranty. Excludes coverage for vehicles in commercial use (e.g., taxi, route delivery, delivery service, rental, etc.)[15]

150.    HMA instructs vehicle owners and lessees to bring their vehicles to a Hyundai dealership for the warranty repairs. Many owners and lessees have presented Hyundai Class Vehicles to Hyundai dealerships with complaints related to the engine Defect.

151.    HMA has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by representing that the cause of the Defect is the owner's failure to properly maintain the engine oil and/or engine oil level. This representation, however, is false as the engine is inherently defective.

152.    In addition, Hyundai has also evaded its warranty obligations by

[15] https://www.hyundaiusa.com/us/en/assurance/america-best-warranty (last visited Mar. 31, 2022).

376

CLASS ACTION COMPLAINT                                            Case No.

requiring consumers to produce the entire maintenance history of the Hyundai Class Vehicles, including a mandate that all oil changes be completed at a Hyundai dealership, before determining whether to make the necessary repairs under warranty. Hyundai, however, knows that the Defect in the Hyundai Class Vehicles' engines manifests even if the owner or lessee has followed Hyundai's oil change guidelines. Even if consumers produce their vehicles' maintenance history, Hyundai blames the Defect and engine failure on the consumer, refuses to cover the necessary repairs under warranty, and charges as much as $10,000 to repair the engine.

153.    In many instances, consumers have incurred and will continue to incur expenses for the diagnosis of the Defect, despite such Defect having been contained in the Hyundai Class Vehicles when manufactured by Defendants, the repair and replacement of the Lambda Engines, and the unnecessary and premature replacement of the connecting rods, crank shaft, oil pump, and other engine components.

154.    Furthermore, a number of Class Members who presented their Hyundai Class Vehicles to Hyundai dealerships because of issues related to the defective connecting rod bearings were denied warranty repairs and, instead, were informed that nothing was wrong with their vehicles. As a result, after expiration of the warranty period, Class Members are forced to pay costly repairs to correct the Defect.

**2.    Kia America, Inc.**

155.    Kia issued two relevant warranties with each Kia Class Vehicle: a "New Vehicle Limited Warranty," and a "Powertrain Warranty."

156.    Under the basic New Vehicle Limited Warranty, Kia agreed to repair defects reported within the earlier of 5 years or 60,000 miles.

157.    Under the Powertrain Warranty, Kia agreed to repair defects affecting various powertrain components through 10 years and 100,000 miles. According to

CLASS ACTION COMPLAINT

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the Warranty and Consumer Information Manual, Powertrain Coverage Components include:

> **In the Engine:** Cylinder block, cylinder head and all internal parts, timing gear, seals and gaskets, valve cover, flywheel, oil pump, water pump and turbo charger.
>
> **In the Transaxle:** Transmission case and all internal parts, torque converter, drive shafts, universal joints, front hubs, bearings, seals and gaskets.
>
> **In the Transmission**: Transmission case, transfer case, torque converter and all internal parts, seals, and gaskets.[16]

158.  Information regarding each of these warranties as well as vehicle specific information can be found at the following webpage: https://www.kia.com/us/en/warranty.

159.  Kia instructs vehicle owners and lessees to bring their vehicles to a Kia dealership for the warranty repairs. Many owners and lessees have presented Kia Class Vehicles to Kia dealerships with complaints related to the engine Defect.

160.  Kia has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by representing that the cause of the Defect is the owner's failure to properly maintain the engine oil and/or engine oil level. This representation, however, is false as the engine is inherently defective and will inevitably fail.

161.  In addition, Kia has also evaded its warranty obligations by requiring consumers to produce the entire maintenance history of the Kia Class Vehicles, including a mandate that all oil changes be completed at a Kia dealership, before

---

[16] *See, e.g.*, https://www.kia.com/us/content/dam/kia/us/en/images/warranty/manual/general-warranty-and-consumer-info/2020_warranty.pdf (last visited March 30, 2022).

378

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

determining whether to make the necessary repairs under warranty. Kia, however, knows that the Defect in the Kia Class Vehicles' engines manifests even if the owner or lessee has followed Kia's oil change guidelines. Even if consumers produce their vehicles' maintenance history, Kia blames the Defect and engine failure on the consumer, refuses to cover the necessary repairs under warranty, and sometimes charges more than $10,000 to repair/replace the engine.

162.    Kia also advertises that it offers "an industry-leading Kia 10-year or 100,000-mile warranty program."[17] With respect to the powertrain warranty, however, Kia publicizes the existence of 10 year/100,000-mile powertrain warranty but fails to mention that subsequent owners only receive powertrain warranty coverage for 5 years/60,000 miles. As such, subsequent owners are left to discover the limited warranty coverage after purchasing their vehicle. Kia's failure to cover repairs under the powertrain warranty between 5 years/60,000 miles and 10 years/100,000 miles is therefore unconscionable and the warranty reduction should be unenforceable.

163.    In many instances, consumers have incurred and will continue to incur expenses for the diagnosis of the Defect (despite such defect having been contained in the Kia Class Vehicles when manufactured by Defendants), the repair and replacement of the Lambda Engines, and the unnecessary and premature replacement of the connecting rods, crankshaft, oil pump, and other engine components.

164.    Furthermore, a number of Class Members who presented their Kia Class Vehicles to Kia dealerships because of issues related to the defective connecting rod bearings and insufficient engine oil lubrication channels were denied warranty repairs and, instead, were informed that nothing was wrong with their

---

[17] https://owners.kia.com/content/owners/en/service-page/warranty.html (last visited March 17, 2022).

379

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

vehicles. As a result, after expiration of the warranty period, Class Members are forced to pay costly repairs to correct the Defect.

## VII.   CLASS ALLEGATIONS

165.   Plaintiffs bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and/or 23(b)(3).

**Nationwide Class:** All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

166.   In the alternative to the Nationwide Class, and pursuant to Federal Rule of Civil Procedure 23(c)(5), Plaintiffs seek to represent the following state classes only in the event that the Court declines to certify the Nationwide Class above. Specifically, the state classes consist of the following:

**California:**
All persons or entities in California who are current or former owners and/or lessees of a Class Vehicle for primarily personal, family or household purposes, as defined by California Civil Code § 1791(a).

**Ohio:**
All persons or entities in Ohio who are current or former owners and/or lessees of a Class Vehicle.

**New Jersey Class:**
All persons or entities in New Jersey who are current or former owners and/or lessees of a Class Vehicle.

**Maryland:**
All persons or entities in Maryland who are current or former owners and/or lessees of a Class Vehicle.

167.   Together, the California Class, Ohio Class, New Jersey Class, Maryland Class, and the Nationwide Class shall be collectively referred to herein as

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                                Case No.

the "Class." Excluded from the Class are HMA, HMC, Kia, KC, their affiliates, employees, officers, and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Also excluded from the Class are new and used motor vehicle dealerships engaged in the business of buying, selling or dealing in motor vehicles. Plaintiffs reserve the right to modify, change, or expand the Class definitions based on discovery and further investigation.

168.    <u>Numerosity</u>: The Class is so numerous that joinder of all members is impracticable. While the exact number and identities of individual members of the Class are unknown at this time, such information being in the sole possession of Defendants and obtainable by Plaintiffs only through the discovery process, Plaintiffs believe, and on that basis allege, that thousands of Class Vehicles have been sold and leased in each of the states that are the subject of the Class.

169.    <u>Existence and Predominance of Common Questions of Fact and Law</u>: Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class Members. These common legal and factual questions include, but are not limited to, whether:

a.  The Class Vehicles were sold with a Defect;

b.  Defendants knew of the Defect but failed to disclose the problem and its consequences to their customers;

c.  A reasonable consumer would consider the Defect or its consequences to be material;

d.  Defendants have failed to provide free repairs as required by their New Vehicle Limited Warranty and/or Powertrain Warranty;

e.  The Defect is a safety defect;

f.  Defendants should be required to disclose the existence of the Defect; and

g.  Defendants' conduct violates the California Legal Remedies Act,

381

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

California Unfair Competition Law, and the other statutes asserted herein.

170. <u>Typicality</u>: All of Plaintiffs' claims are typical of the claims of the Class because Plaintiffs purchased Class Vehicles with the same engine defect, and defective engine, as did each member of the Class. Furthermore, Plaintiffs and all Members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of Defendants' wrongful conduct. Plaintiffs are advancing the same claims and legal theories on behalf of themselves and all absent Class Members.

171. <u>Adequacy</u>: Plaintiffs are adequate representatives because their interests do not conflict with the interests of the Class that they seek to represent, they have retained counsel competent and highly experienced in complex class action litigation, and they intend to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

172. <u>Superiority</u>: A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and Members of the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendants' conduct. It would be virtually impossible for Members of the Class individually to redress effectively the wrongs done to them. Even if the Members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, members of the Class can be readily identified and notified

382

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  based on, *inter alia*, Defendants' vehicle identification numbers, warranty claims,
2  registration records, and database of complaints.

3      173.   Defendants have acted, and refused to act, on grounds generally
4  applicable to the Class, thereby making appropriate final equitable relief with
5  respect to the Class as a whole.

6      174.   Members of the Class can be identified using objective criteria and
7  notice can be provided using the records of Defendants and their agents.

8              **VIII.  FIRST CAUSE OF ACTION**
9  **VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT**
10             **("CLRA") (Cal. Civ. Code § 1750, et seq.**

11      **(Brought By All Plaintiffs On Behalf of the Nationwide Class**
12      **and by the Wilson Plaintiffs on Behalf of the California Subclass)**

13      175.   Plaintiffs and the Class incorporate by reference each preceding and
14  succeeding paragraph as though fully set forth at length herein.

15      176.   Plaintiffs bring this claim on behalf of themselves and on behalf of the
16  Nationwide Class.

17      177.   Defendants are "persons" as that term is defined in California Civil
18  Code § 1761(c).

19      178.   Plaintiffs and the Class Members are "consumers" as that term is
20  defined in California Civil Code §1761(d).

21      179.   Defendants caused to be made or disseminated through California and
22  the United States, through advertising, marketing and other publications, statements
23  that were untrue or misleading, and which were known, or which by the exercise of
24  reasonable care should have been known to Defendants, to be untrue and
25  misleading, concerning the safety, reliability, functionality and durability of the
26  Class Vehicles, as well as the performance of their engines.

27      180.   Defendants engaged in unfair and deceptive acts in violation of the
28  CLRA by the practices described above, and by knowingly and intentionally

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

383

concealing from Plaintiffs and Class Members that the Class Vehicles suffer from the Defect (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

§1770 (a)(2) Misrepresenting the source, sponsorship, approval or certification of goods or services;

§1770 (a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

§1770 (a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

§1770 (a)(9) Advertising goods and services with the intent not to sell them as advertised.

181.    Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

182.    Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

183.    Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the

connecting rod bearings and risk of engine block puncture because:

  a. Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

  b. Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

  c. Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

  d. Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

184. In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

185. The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

186. On or about March 29, 2022 Plaintiffs provided Defendants with notice of their violations of the CLRA pursuant to California Civil Code § 1782(a)

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

concerning the defective nature of the Class Vehicles and their engines.

187.   At this stage Plaintiffs request only injunctive relief under the CLRA. Should Defendants fail to timely satisfy Plaintiffs' demand, Plaintiffs will amend their complaint to seek monetary damages under the CLRA.

188.   Plaintiffs' and the other Class Members' injuries were proximately caused by Defendants' fraudulent and deceptive business practices. Plaintiffs and the other Class Members seek injunctive relief under the CLRA.

## IX.   SECOND CAUSE OF ACTION
## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### (Cal. Bus. & Prof. Code § 17200)

### (Brought by All Plaintiffs On Behalf of the Nationwide Class
### and by the Wilson Plaintiffs on Behalf of the California Subclass)

189.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

190.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

191.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

192.   Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiffs and the Class Members that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Defendants should have disclosed this information because they were in a superior position to know the true facts related to the Defect, and Plaintiffs and Class Members could not reasonably be expected to learn or discover the true facts related to the Defect.

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

193.  The defective connecting rod bearings and risk of engine block puncture constitute a safety issue that triggered Defendants' duty to disclose the safety issue to consumers.

194.  These acts and practices have deceived Plaintiffs and are likely to deceive the public. In failing to disclose the Defect and suppressing other material facts from Plaintiffs and the Class Members, Defendants breached their duties to disclose these facts, violated the UCL, and caused injuries to Plaintiffs and the Class Members. The omissions and acts of concealment by Defendants pertained to information that was material to Plaintiffs and the Class Members, as it would have been to all reasonable consumers.

195.  The injuries suffered by Plaintiffs and the Class Members are greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that Plaintiffs and the Class Members should have reasonably avoided.

196.  Defendants' acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 et seq., and California Commercial Code § 2313.

197.  Plaintiffs and the other Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices.

198.  Plaintiffs seek to enjoin further unlawful, unfair and/or fraudulent acts or practices by Defendants, to obtain restitutionary disgorgement of all monies and revenues generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

## X.    THIRD CAUSE OF ACTION

### VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW

### (Cal. Bus. & Prof. Code § 17500, et seq.)

### (Brought By All Plaintiffs On Behalf of the Nationwide Class

387

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**and by the Wilson Plaintiffs on Behalf of the California Subclass)**

199.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

200.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

201.   California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

202.   Defendants caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading, concerning the safety, reliability, functionality and durability of the Class Vehicles, as well as the performance of their engines.

203.   Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

204.   Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

205.   Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the

388

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

connecting rod bearings and risk of engine block puncture because:

    a.  Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

    b.  Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

    c.  Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

    d.  Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

206.　In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

207.　The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

208.　Defendants have violated § 17500 because the misrepresentations and omissions regarding the safety, reliability, and functionality of their Class Vehicles

389

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  as set forth in this Complaint were material, untrue and misleading and likely to

2  deceive a reasonable consumer.

3      209.   In purchasing or leasing their Class Vehicles, Plaintiffs and the other

4  Class Members relied on the misrepresentations and/or omissions of Defendants

5  with respect to the safety and reliability of the Class Vehicles. Defendants'

6  representations were untrue and misleading because the Class Vehicles are

7  distributed with defective connecting rod bearings and insufficient engine oil

8  lubrication channels. Had Plaintiffs and the other Class Members known this, they

9  would not have purchased or leased their Class Vehicles and/or paid as much for

10 them. Accordingly, Plaintiffs and the other Class Members overpaid for their Class

11 Vehicles and did not receive the benefit of their bargain.

12     210.   All of the wrongful conduct alleged herein occurred, and continues to

13 occur, in the conduct of Defendants' businesses. Defendants' wrongful conduct is

14 part of a pattern or generalized course of conduct that is still perpetuated and

15 repeated, both in the state of California and nationwide.

16     211.   Plaintiffs, individually and on behalf of the other Class Members,

17 request that this Court enter such orders or judgments as may be necessary to enjoin

18 Defendants from continuing their untrue and misleading practices and to restore to

19 Plaintiffs and the other Class Members any money Defendants acquired by untrue or

20 misleading advertising or omissions, including restitution and/or restitutionary

21 disgorgement, and for such other relief set forth below.

22            **XI.    FOURTH CAUSE OF ACTION**

23            **VIOLATION OF THE SONG-BEVERLY ACT**

24            **BREACH OF IMPLIED WARRANTY**

25            **(Cal. Civ. Code §§ 1792, 1791.1, et seq.)**

26        **(Brought By All Plaintiffs On Behalf of the Nationwide Class**

27      **and by the Wilson Plaintiffs on Behalf of the California Subclass)**

28     212.   Plaintiffs and the Class incorporate by reference each preceding and

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    succeeding paragraph as though fully set forth at length herein.

2        213.    Plaintiffs bring this claim on behalf of themselves and on behalf of the

3    Nationwide Class.

4        214.    At all relevant times hereto, Defendants were the manufacturers,

5    distributors, warrantors, and/or sellers of the Class Vehicles. Defendants knew or

6    should have known of the specific use for which the Class Vehicles were purchased.

7        215.    Under the Song-Beverly Warranty Act each Class Vehicle was sold or

8    leased with an implied warranty that the Class Vehicles, and any parts thereof, were

9    merchantable and fit for the ordinary purposes for which they were sold or leased.

10       216.    The Class Vehicles, however, are not fit for their ordinary purpose

11   because the Class Vehicles and their engines suffered from the Defect, which was

12   present at the time of sale that causes the Class Vehicles to experience premature

13   and catastrophic engine failure.

14       217.    The Class Vehicles are not fit for the purpose of providing safe and

15   reliable transportation because of the Defect.

16       218.    Defendants' actions, as complained of herein, breached the implied

17   warranty that the Class Vehicles were of merchantable quality and fit for such use in

18   violation of California Civil Code §§ 1792 and 1791.1.

19       219.    Accordingly, Plaintiff and the Class are entitled to damages in an

20   amount to be determined at trial.

21                    **XII.   FIFTH CAUSE OF ACTION**

22   **VIOLATION OF OHIO'S CONSUMER SALES PRACTICES ACT ("CSPA")**

23                       **(O.R.C. § 1345.01, et seq.)**

24       **(Brought By Plaintiff Dorsel On Behalf of the Ohio Subclass)**

25       220.    Plaintiffs and the Class incorporate by reference each preceding and

26   succeeding paragraph as though fully set forth at length herein.

27       221.    Plaintiff Dorsel brings this claim on behalf of herself and on behalf of

28   the Ohio Subclass.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

222.    Defendants are "supplier[s]" within the meaning of Ohio Rev. Code § 1345.01(C) as Defendants are "sellers [...] or other person engaged in the business of effecting or soliciting consumer transactions, whether or not the person deals directly with the consumer."

223.    Plaintiff Dorsel and Class Members' purchases of the Class Vehicles qualify as "consumer transaction[s]" as they involve the "sale [...] of an item of goods [...] to an individual for purposes that are primarily personal, family, or household[.]" Ohio Rev. Code §1345.01(A).

224.    Ohio Rev. Code § 1345.02(B)(2) prohibits, inter alia, suppliers from representing (i) that goods have performance characteristics, uses, or benefits which they do not have (§1345.02 (B)(1)); (ii) that goods are of a particular standard, quality or grade if they are not (§1345.02 (B)(2)); and (iii) that goods have been supplied in accordance with a representation if they have not (§1345.02 (B)(5)).

225.    Defendants caused to be made or disseminated through Ohio and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading, concerning the safety, reliability, functionality and durability of the Class Vehicles, as well as the performance of their engines.

226.    Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

227.    Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

228.    Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the connecting rod bearings and risk of engine block puncture because:

392

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

a. Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

b. Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

c. Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

d. Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

229.   In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

230.   The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

231.   Further, Defendants' conduct was "unconscionable" pursuant to Ohio Rev. Code § 1345.03(A), which provides that "[n]o supplier shall commit an unconscionable act or practice in connection with a consumer transaction. Such an

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

unconscionable act or practice by a supplier violates this section whether it occurs before, during, or after the transaction."

232.    In determining whether an action is unconscionable, Ohio Rev. Code § 1345.03(B)(5) requires the court to consider "[w]hether the supplier required the consumer to enter into a consumer transaction on terms the supplier knew were substantially one-sided in favor of the supplier."

233.    Defendants failed to disclose and actively concealed from Plaintiff and the Ohio Class the nature and existence of the Defect, which rendered the transactions one-sided in favor of the Defendants.  For this reason, Defendants' conduct was unconscionable under Ohio Rev. Code § 1345.03(B)(5).

234.    Pursuant to Ohio Rev. Code § 1345.09(B), numerous Ohio state court decisions have put Hyundai and Kia on notice that their conduct as alleged herein constitutes a violation of the Ohio CSPA. These decisions include, but are not limited to, the following:

a.  *Mason v. Mercedes Benz USA, LLC* (OPIF #10002382);

b.  *State ex rel. Betty D. Montgomery v. Ford Motor Co.* (OPIF #10002123);

c.  *State ex rel. Betty D. Montgomery v. Bridgestone/Firestone, Inc.* (OPIF #10002025);

d.  *Borror v. MarineMax of Ohio*, No. OT-06-010, 2007 Ohio App. LEXIS 525 (Ohio Ct. App. Feb. 9, 2007) (OPIF #10002388);

e.  *Cranford v. Joseph Airport Toyota, Inc.* (OPIF #10001586);

f.  *Brinkman v. Mazda Motor of America, Inc.* (OPIF #10001427);

g.  *Mosley v. Performance Mitsubishi* aka *Automanage* (OPIF #10001326); and

h.  *Walls v. Harry Williams dba Butch's Auto Sales* (OPIF #10001524).

235.    In addition to the decisions above, Ohio Adm. Code §109-4-3-10 puts Defendants on notice because §109-4-3-10 states:

394

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

It shall be a deceptive act or practice in connection with a consumer transaction for a supplier to: (A) Make any representations, claims, or assertions of fact, whether orally or in writing, which would cause a reasonable consumer to believe such statements are true, unless, at the time such representations, claims, or assertions are made, the supplier possesses or relies upon a reasonable basis in fact such as factual, objective quantifiable, clinical or scientific data or other competent and reliable evidence which substantiates such representations, claims, or assertions of fact.

236.   Plaintiff Dorsel and the Ohio Subclass members reasonably relied on Defendants' misrepresentations and omissions due to the superior knowledge of Defendants.

237.   Plaintiff Dorsel and the Ohio Subclass members suffered injuries as a direct and proximate result of Defendants' violations of the Ohio CSPA in that they would have paid substantially less for Class Vehicles, had they known that Defendants would engage in the deceptive conduct alleged herein.

238.   As a direct and proximate result of Defendants' deceptive acts or practices alleged herein, Plaintiff Dorsel and the Ohio Subclass members suffered damage and under Ohio Rev. Code §1325.09 Plaintiff Dorsel and the Ohio Class seek injunctive relief, actual damages, treble damages, attorney's fees costs and any other just and proper relief available under the Ohio CSPA.

## XIII.  SIXTH CAUSE OF ACTION

### Violation Of The Ohio Deceptive Trade Practices Act

### (Ohio Rev. Code §4165.01 et seq.)

### (Brought By Plaintiff Dorsel On Behalf of the Ohio Subclass)

239.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

240.   Plaintiff Dorsel brings this claim on behalf of herself and on behalf of the Ohio Subclass.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

241.    Defendants, Plaintiff Dorsel, and the members of the Ohio Subclass are "persons" within the meaning of Ohio Rev. Code § 4165.01(D).

242.    Defendants committed the wrongful acts alleged herein in the course of its business within the meaning of Ohio Rev. Code § 4165.02(A).

243.    The Ohio Deceptive Trade Practices Act prohibits misrepresentations that goods have "sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have" or that goods "are of a particular standard, quality, or grade… if they are of another," or if a person "advertises goods or services with intent not to sell them as advertised." Ohio Rev. Code §4165.02(A)(7), (9), (11).

244.    Defendants caused to be made or disseminated through Ohio and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading, concerning the safety, reliability, functionality and durability of the Class Vehicles, as well as the performance of their engines.

245.    Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

246.    Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

247.    Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the connecting rod bearings and risk of engine block puncture because:

    a.  Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

    b.  Plaintiffs and the Class Members could not reasonably have been

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

    c.   Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

    d.   Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

248.   In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

249.   The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

250.   Defendants have violated the Ohio Deceptive Trade Practices Act by committing the misrepresentations and omissions alleged herein, including advertising and marketing the safety, reliability, functionality and durability of the Class Vehicles as well as the performance of their engines.

251.   Ms. Dorsel and the Ohio Subclass seek actual and punitive damages, attorneys' fees, costs, and any other just and proper relief under the Ohio Deceptive Trade Practices Act.

397

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

## XIV.  SEVENTH CAUSE OF ACTION

## BREACH OF EXPRESS WARRANTY UNDER OHIO LAW

### (Brought By Plaintiff Dorsel On Behalf of the Ohio Subclass)

252.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

253.   Plaintiff Dorsel brings this claim on behalf of herself and on behalf of the Ohio Subclass.

254.   Defendants are "sellers" and "merchants" under Ohio Rev. Code §1302.01(4)-(5).

255.   The Products were "goods" under Ohio Rev. Code § 1302.01(8).

256.   Defendants provided all purchasers and lessees of the Class Vehicles, including Plaintiffs and the Class members, with the express warranties alleged herein, which formed a part of the basis of the bargain. Accordingly, Defendants' warranties are express warranties under state law.

257.   The parts affected by the Defect, including the rotating assembly and engine block, were manufactured and distributed by Defendants in the Class Vehicles and are covered by the warranties Defendants provided to all purchasers and lessors of Class Vehicles.

258.   Defendants breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement with applicable warranty periods, and refusing to honor the warranties by providing repairs or replacements at no cost to Class members during the applicable warranty periods.

259.   Plaintiffs notified Defendants of the breach within a reasonable time, or were not required to do so because affording Defendants a reasonable opportunity to cure their breaches would have been futile. Defendants also knew about the Defect and yet chose to conceal it and to neglect their warranty obligations.

260.   As a direct and proximate cause of Defendants' breach, Plaintiffs and the Class members bought or leased Class Vehicles they otherwise would not have,

398

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and Class members also incurred and will continue to incur costs related to the diagnosis and repair of the Defect.

261.    Defendants' attempt to disclaim or limit these express warranties are unconscionable and unenforceable under the circumstances.

262.    Specifically, Defendants' warranty limitations are unenforceable because Defendants knowingly sold a defective product without informing consumers about the Defect.

263.    The time limits contained in Defendants' warranty period were also unconscionable and inadequate to protect Plaintiffs and Class members. Among other things, Plaintiffs and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendants. A gross disparity in formation and bargaining power existed between Defendants and the Class members, and Defendants knew or should have known that the Class Vehicles were defective at the time of sale and could fail well before the end of their useful lives.

264.    Plaintiff and the Ohio Class Members have been damaged in an amount to be determined at trial.

## XV.    EIGHTH CAUSE OF ACTION

### BREACH OF IMPLIED WARRANTY UNDER OHIO LAW

### (Brought By Plaintiff Dorsel On Behalf Of The Ohio Subclass)

265.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

266.    Plaintiff Dorsel brings this claim on behalf of herself and on behalf of the Ohio Subclass.

267.    Defendants are "sellers" and "merchants" under Ohio Rev. Code §1302.01(4)-(5). The Class Vehicles were "goods" under Ohio Rev. Code

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

§ 1302.01(8).

268.    All Class Vehicles are sold or leased with an implied warranty of merchantability.

269.    This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use (providing safe and reliable transportation) while the Class Vehicles were being operated.

270.    Contrary to the implied warranty, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the engine Defect and/or manufacture of the Lambda Engines.

271.    Plaintiff and the Ohio class members are entitled to damages in an amount to be determined at trial.

## XVI.  NINTH CAUSE OF ACTION

### VIOLATION OF THE NEW JERSEY CONSUMER FRAUD ACT

### (N.J. Stat. Ann. § 56:8-1, et seq.)

### (Brought By Plaintiff Meachum On Behalf Of The New Jersey Subclass)

272.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

273.    Plaintiff Meacham brings this cause of action on behalf of himself and on behalf of the New Jersey Subclass.

274.    Defendants, New Jersey Plaintiff, and the New Jersey Subclass Members "persons" within the meaning of the New Jersey Consumer Fraud Act ("New Jersey CFA"), N.J. Stat. Ann. §56:8-1(d).

275.    Defendants engaged in "sales" of "merchandise" within the meaning of N.J. Stat. Ann. § 56:8-1(c), (d).

400

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

276.    The New Jersey CFA makes unlawful "[t]he act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentations, or the knowing concealment, suppression or omission, in connection with the sale or advertisement of any merchandise or real estate, or with the subsequent performance of such person as aforesaid, whether or not any person has in fact been misled, deceived or damaged thereby," N.J. Stat. Ann. §56:8-2.

277.    Defendants caused to be made or disseminated through New Jersey and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading, concerning the safety, reliability, functionality and durability of the Class Vehicles, as well as the performance of their engines.

278.    Further, Defendants actively concealed and omitted material information about the Defect.

279.    Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the connecting rod bearings and risk of engine block puncture because:

280.    Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

281.    Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

282.    Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

283.    Defendants actively concealed the safety-related Defect and the

CLASS ACTION COMPLAINT                                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

284.    In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose the Defect.

285.    Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

286.    Had Plaintiff Meachum and the New Jersey Subclass known that the Class Vehicles would exhibit the Engine Defect, they would not have purchased or leased the Class Vehicles or would have paid less for them.

287.    Plaintiff Meachum and the New Jersey Subclass members suffered injury in fact to a legally protected interest.

288.    As a result of Defendants' conduct, Plaintiff Meachum and the New Jersey Subclass were harmed and suffered actual damages as a result of Defendants' misrepresentations and omissions with regard to their Class Vehicles' engines because they purchased vehicles which do not perform as advertised.

289.    Defendants' violations present a continuing risk to New Jersey Plaintiff and the New Jersey Subclass Members as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

290.    Pursuant to N.J. Stat. Ann. §56:8-19, Plaintiff Meachum and the New Jersey Subclass seek an order enjoining Defendants' unlawful conduct, actual damages, treble damages, attorneys' fees, costs, and any other just and proper relief available under the New Jersey CFA

## XVII. TENTH CAUSE OF ACTION

### BREACH OF EXPRESS WARRANTY UNDER NEW JERSEY LAW

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**(N.J. Stat. Ann. §§12A:2-313 and 2A-210)**

**(Brought By Plaintiff Meachum On Behalf Of The New Jersey Subclass)**

291.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

292.    Plaintiff Meachum brings this cause of action on his own behalf and on behalf of the New Jersey Subclass.

293.    Defendants are and were at all relevant times "merchants," "sellers," and "lessors" of the Class Vehicles under N.J. Stat. Ann. §§12A:2-104(1); 12A:2-103(1)(d) and 12A:2-103(1)(p).

294.    The Class Vehicles are and were at all relevant times "goods" within the meaning of N.J. Stat. Ann. §§12A:2-105(1) and 12A:2A-103(1)(h).

295.    Defendants provided all purchasers and lessees of the Class Vehicles with the express warranty described herein, which became a material part of the bargain.

296.    Defendants provided all purchasers and lessees of the Class Vehicles, including Plaintiffs and the Class members, with the express warranties alleged herein, which formed a part of the basis of the bargain. Accordingly, Defendants' warranties are express warranties under state law.

297.    The parts affected by the Defect, including the rotating assembly and engine block, were manufactured and distributed by Defendants in the Class Vehicles and are covered by the warranties Defendants provided to all purchasers and lessors of Class Vehicles.

298.    Defendants breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement with applicable warranty periods, and refusing to honor the warranties by providing repairs or replacements at no cost to Class members during the applicable warranty periods.

299.    Plaintiffs notified Defendants of the breach within a reasonable time, or were not required to do so because affording Defendants a reasonable opportunity to

1    cure their breaches would have been futile. Defendants also knew about the Defect

2    and yet chose to conceal it and to neglect their warranty obligations.

3        300.    As a direct and proximate cause of Defendants' breach, Plaintiffs and

4    the Class members bought or leased Class Vehicles they otherwise would not have,

5    overpaid for their vehicles, did not receive the benefit of their bargain, and their

6    Class Vehicles suffered a diminution in value. Plaintiffs and Class members also

7    incurred and will continue to incur costs related to the diagnosis and repair of the

8    Defect.

9        301.    Defendants' attempt to disclaim or limit these express warranties are

10   unconscionable and unenforceable under the circumstances.

11       302.    Specifically, Defendants' warranty limitations are unenforceable

12   because Defendants knowingly sold a defective product without informing

13   consumers about the Defect.

14       303.    The time limits contained in Defendants' warranty period were also

15   unconscionable and inadequate to protect Plaintiffs and Class members. Among

16   other things, Plaintiffs and Class members had no meaningful choice in determining

17   these time limitations, the terms of which unreasonably favored Defendants. A gross

18   disparity in formation and bargaining power existed between Defendants and the

19   Class members, and Defendants knew or should have known that the Class Vehicles

20   were defective at the time of sale and could fail well before the end of their useful

21   lives.

22       304.    As a direct and proximate result of Defendants' breach of express

23   warranties, New Jersey Plaintiff and the New Jersey Subclass Members have been

24   damaged in an amount to be determined at trial.

## XVIII.    ELEVENTH CAUSE OF ACTION
## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
## UNDER NEW JERSEY LAW
### (N.J. Stat. Ann. §§ 12A:2-314 and 2A-212)

404

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**(Brought By Plaintiff Meachum On Behalf Of The New Jersey Subclass)**

305.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

306.   Plaintiff Meachum brings this cause of action on his own behalf and on behalf of the New Jersey Subclass.

307.   Defendants are and were at all relevant times "merchants" with respect to motor vehicles under N.J. Stat. Ann. §12A:2-104(1) and "sellers" of motor vehicles under §2-103(1)(d).

308.   Defendants are and were at all relevant times "lessors" of motor vehicles under N.J. Stat. Ann. §12A:2A-103(1)(p).

309.   The Class Vehicles are and were at all relevant times "goods" within the meaning of N.J. Stat. Ann. §12A:2-105(1) and 2A-103(1)(h).

310.   A warranty that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law under N.J. Stat. Ann. §12A:2- 314 and 2A-212.

311.   This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use (providing safe and reliable transportation) while the Class Vehicles were being operated.

312.   Contrary to the implied warranty, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the engine Defect and/or manufacture of the Lambda Engines.

313.   As a result of Defendants' breach of the applicable implied warranties, Plaintiff Meachum and the New Jersey Subclass suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1   the Defect, Plaintiff Meachum and the New Jersey Subclass were harmed and

2   suffered actual damages, in that the Class Vehicles' engine components are likely to

3   fail before their expected useful life has run.

4      314.   Plaintiff Meachum has complied with all obligations under the

5   warranty, or otherwise have been excused from performance of said obligations as a

6   result of Defendants' conduct described herein.

7      315.   Plaintiff Meachum and the New Jersey Subclass were not required to

8   notify Defendants of the breach because that would have been futile.

9      316.   Defendants was also on notice of the Defect from the complaints and

10  service requests it received from Plaintiffs and the Class Members, from repairs

11  and/or replacements of the engines or components thereof, and through other

12  internal sources.

13     317.   As a direct and proximate result of Defendants' breach of the implied

14  warranty of merchantability, Plaintiff Meachum and the New Jersey Subclass have

15  been damaged in an amount to be proven at trial.

### XIX.  TWELFTH CAUSE OF ACTION

### VIOLATION OF THE MARYLAND CONSUMER PROTECTION ACT

### (Md. Code Ann., Com. Law §13-101 et seq.)

### (Brought By Plaintiff Koontz On Behalf of the Maryland Subclass)

20     318.   Plaintiffs and the Class incorporates by reference each preceding and

21  succeeding paragraph as though fully set forth at length herein.

22     319.   Plaintiff Koontz brings this claim on behalf of herself and on behalf of

23  the Maryland Class.

24     320.   Defendants, Ms. Koontz, and the Maryland Class are "persons" within

25  the meaning of Md. Code Com. Law §13-101(h).

26     321.   Defendants have engaged in unfair competition or unfair or deceptive

27  acts or practices in violation of Maryland Code Annotated, Commercial Law §13-

28  101, et seq.

CLASS ACTION COMPLAINT                                            Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

322.   In particular, Maryland law provides that:

Unfair or deceptive trade practices include any:

(1) False, falsely disparaging, or misleading oral or written statement, visual description, or other representation of any kind which has the capacity, tendency, or effect of deceiving or misleading consumers;

(2) Representations that: (i) Consumer goods, consumer realty, or consumer services have a sponsorship, approval, accessory, characteristic, ingredient, use, benefit, or quantity which they do not have; . . . or . . . (iv) Consumer goods, consumer realty, or consumer services are of a particular standard, quality, grade, style, or model which they are not;

(3) Failure to state a material fact if the failure deceives or tends to deceive; . .

(5) Advertisement or offer of consumer goods, consumer realty, or consumer services: (i) Without intent to sell, lease, or rent them as advertised or offered;

(9) Deception, fraud, false pretense, false premise, misrepresentation, or knowing concealment, suppression, or omission of any material fact with the intent that a consumer rely on the same in connection with: (i) The promotion or sale of any consumer goods, consumer realty, or consumer service . . . .

Md. Code Ann., Com. Law §13-301.

323.   Defendants caused to be made or disseminated through Maryland and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading, concerning the safety, reliability, functionality and durability of the Class Vehicles, as well as the performance of their engines. Specifically, Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

324.   Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the

407

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

connecting rod bearings and risk of engine block puncture because:

    a. Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

    b. Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines had the dangerous safety-related Defect until manifestation of the Defect;

    c. Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

    d. Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

325. In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

326. Defendants have engaged in unfair and deceptive trade practices, including representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that the Class Vehicles are of a particular standard and quality when they are not; advertising the Class Vehicles with the intent to not sell them as advertised; and otherwise engaging in conduct likely to deceive. Further, Defendants' acts and practices described herein offend established public policy because of the harm they cause to consumers outweighs any benefit associated with such practices, and because Defendants fraudulently

CLASS ACTION COMPLAINT          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1 | concealed the defective nature of the Class Vehicles from consumers.

2 | 327. The facts concealed or not disclosed by Defendants to Plaintiffs and the

3 | Class Members are material in that a reasonable consumer would have considered

4 | them to be important in deciding whether to purchase Defendants' Class Vehicles or

5 | pay a lesser price. Had Plaintiffs and the Class known about the defective nature of

6 | the Class Vehicles and their engines, they would not have purchased the Class

7 | Vehicles or would have paid less for them.

8 | 328. Pursuant to Md. Code Ann., Com. Law §13-301, Plaintiff Koontz and

9 | the Maryland Class Members are entitled to damages, declaratory judgment, and

10 | equitable relief, including restitutionary disgorgement of all profits accruing to

11 | Defendants because of their deceptive practices and an order requiring Defendants

12 | to adequately disclose and repair the Defect.

## XX.   THIRTEENTH CAUSE OF ACTION

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

## UNDER MARYLAND LAW

### (Md. Code Com. Law §§ 2-314 and 2A-212)

### (Brought By Plaintiff Koontz On Behalf of the Maryland Subclass)

18 | 329. Plaintiffs and the Class incorporates by reference each preceding and

19 | succeeding paragraph as though fully set forth at length herein.

20 | 330. Plaintiff Koontz brings this claim on behalf of herself and on behalf of

21 | the Maryland Class.

22 | 331. At all times Defendants were merchants and sellers under Md. Code

23 | Com. Law §2-104(1) and §2-103(1)(d), and lessors under Md. Code Com. Law

24 | §2A-103(1)(p).

25 | 332. The class vehicles are goods within the meaning of Md. Code Com.

26 | Law §§ 2-105(1) and 2a-103(1)(h).

27 | 333.  A warranty that the Class Vehicles were in merchantable condition and

28 | fit for the ordinary purpose for which vehicles are used is implied by law pursuant to

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Md. Code Com. Law §§2-314, and 2a-212.

334.   This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use (providing safe and reliable transportation) while the Class Vehicles were being operated.

335.   Contrary to the implied warranty, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the engine Defect and/or manufacture of the Lambda Engines.

336.   Plaintiff and the Maryland Class are entitled to damages in an amount to be determined at trial.

## XXI.  FOURTEENTH CAUSE OF ACTION
## BREACH OF EXPRESS WARRANTY UNDER MARYLAND LAW
### (Md. Code Com. Law §§2-313 and 2a-210)
### (Brought By Plaintiff Koontz On Behalf of the Maryland Subclass)

337.   Plaintiffs and the Class incorporates by reference each preceding and succeeding paragraph as though fully set forth at length herein.

338.   Plaintiff Koontz brings this claim on behalf of herself and on behalf of the Maryland Class.

339.   Defendants were at all times "merchants," "sellers," and "lessors" with respect to the Class Vehicles under Md. Code Com. Law §§2-104(1), 2-103(1)(d) and 2A-103(1)(p).

340.   The Class Vehicles are goods under Md. Code Com. Law §§2-105(1) and 2a-103(1)(h).

341.   Defendants provided all purchasers and lessees of the Class Vehicles, including Plaintiffs and the Class members, with the express warranties alleged

410

herein, which formed a part of the basis of the bargain. Accordingly, Defendants' warranties are express warranties under state law.

342.   The parts affected by the Defect, including the rotating assembly and engine block, were manufactured and distributed by Defendants in the Class Vehicles and are covered by the warranties Defendants provided to all purchasers and lessors of Class Vehicles.

343.   Defendants breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement with applicable warranty periods, and refusing to honor the warranties by providing repairs or replacements at no cost to Class members during the applicable warranty periods.

344.   Plaintiffs notified Defendants of the breach within a reasonable time, or were not required to do so because affording Defendants a reasonable opportunity to cure their breaches would have been futile. Defendants also knew about the Defect and yet chose to conceal it and to neglect their warranty obligations.

345.   As a direct and proximate cause of Defendants' breach, Plaintiffs and the Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and Class members also incurred and will continue to incur costs related to the diagnosis and repair of the Defect.

346.   Defendants' attempt to disclaim or limit these express warranties are unconscionable and unenforceable under the circumstances.

347.   Specifically, Defendants' warranty limitations are unenforceable because Defendants knowingly sold a defective product without informing consumers about the Defect.

348.   The time limits contained in Defendants' warranty period were also unconscionable and inadequate to protect Plaintiffs and Class members. Among other things, Plaintiffs and Class members had no meaningful choice in determining

411

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

these time limitations, the terms of which unreasonably favored Defendants. A gross disparity in formation and bargaining power existed between Defendants and the Class members, and Defendants knew or should have known that the Class Vehicles were defective at the time of sale and could fail well before the end of their useful lives.

349.   As a direct and proximate result of Defendants' breach of expressed warranties Plaintiff and the Maryland Class Members have been damaged in an amount to be determined at trial.

## XXII. FIFTEENTH CAUSE OF ACTION

## BREACH OF WRITTEN AND IMPLIED WARRANTIES UNDER THE MAGNUSON-MOSS WARRANTY ACT (15 U.S.C. §2301, et seq.)

### (Brought By All Plaintiffs On Behalf of the Nationwide Class)

350.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

351.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

352.   Plaintiffs and the Class are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

353.   Defendants are suppliers and warrantors within the meaning of 15 U.S.C. §§ 2301(4)-(5).

354.   The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

355.   Defendants' 5-year/60,000 mile Basic Warranty and 10- year/100,000 mile Powertrain Warranty are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

356.   Defendants breached the express warranties by:

a.  Providing a 5-year/60,000 miles Basic Warranty and a 10-
    year/100,000 miles Powertrain Warranty with the purchase or lease

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

of the Class Vehicles, thereby warranting to repair or replace any part defective in material or workmanship at no cost to the owner or lessee;

b. Selling and leasing Class Vehicles with engines that were defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and

c. Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the engine or any of its component parts in order to remedy the defective connecting rod bearings and insufficient engine oil lubrication channels.

357.    Plaintiffs and the other Class Members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

358.    Defendants' breach of the express warranties has deprived Plaintiffs and the other Class Members of the benefit of their bargain.

359.    The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25.00. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

360.    Defendants have been afforded a reasonable opportunity to cure their breach of the written warranties and/or Plaintiffs and the other Class Members were not required to do so because afforded Defendants a reasonable opportunity to cure their breach of written warranties would have been futile. Defendants were also on notice of the alleged Defect from the complaints and service requests it received from Class Members, as well as from their own warranty claims, customer complaint data, and/or parts sales data.

361.    The Magnuson-Moss Warranty Act further provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with an

413

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

implied warranty.  15 U.S.C. §2310(d)(1).

362.   Defendants provided Plaintiffs with an implied warranty of merchantability in connection with the purchase or lease of their Class Vehicles that is an "implied warranty" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(7).

363.   This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use (providing safe and reliable transportation) while the Class Vehicles were being operated.

364.   Contrary to the implied warranty, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the engine Defect and/or manufacture of the Lambda Engines.

365.   As a direct and proximate cause of Defendants' breach of their written and implied warranties, Plaintiffs and the other Class Members sustained damages and other losses in an amount to be determined at trial.

366.   Plaintiffs and the Class seek actual damages, consequential damages, diminution in value, costs, statutory attorney fees and/or other relief as deemed appropriate.

367.   Further, Plaintiffs and the Class are also entitled to equitable relief under 15 U.S.C. § 2310(d)(1). Based on Defendants' continuing failures to fix the known dangerous Defect, Plaintiffs seek a declaration that Defendants have not adequately implemented their recall commitments and requirements and general commitments to fix their failed processes, and injunctive relief in the form of judicial supervision over the recall process is warranted. Plaintiffs also seek the establishment of a Hyundai and Kia-funded program for Plaintiffs and Class

414

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

members to recover out of pocket costs incurred in attempting to rectify the Defect in their Class Vehicles.

## XXIII.    SIXTEENTH CAUSE OF ACTION

## FRAUDULENT CONCEALMENT UNDER THE COMMON LAW OF CALIFORNIA, NEW JERSEY, OHIO, AND MARYLAND

### (Brought By All Plaintiffs On Behalf of the Nationwide Class)

368.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

369.    Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

370.    Defendants intentionally concealed, suppressed, and omitted the material fact of the Defect in the Class Vehicles, specifically that the Class Vehicles had a manufacturing defect that could damage various engine components and result in sudden and catastrophic engine stalling, failure, and fire.

371.    Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

372.    Defendants knew that the Class Vehicles and Lambda Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

373.    Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the connecting rod bearings and risk of engine block puncture because:

a. Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

b. Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their

415

engines had the dangerous safety-related Defect until manifestation of the Defect;

c.  Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

d.  Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

374.  In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

375.  The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

376.  Defendants knew or should have known about the Defect before the Class Vehicles were sold due to (1) their involvement in the design, installation, calibration, manufacture, durability testing, and warranty service of vehicles with the engines, (2) their issuance of related recalls for similar issues in other vehicles, and (3) the myriad of relevant complaints about Class Vehicles submitted by consumers and received by Defendants directly, via online sources, and via NHTSA.

377.  Plaintiffs and the Class members did not know these facts that were concealed from them by Defendants. Moreover, as ordinary consumers, Plaintiff and

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

416

1    the Class members did not, and could not, unravel the deception on their own.

2        378.    Defendants concealed the truth about the Engine Defect, intending for

3    Plaintiffs and the Class to rely on their misrepresentations and omissions. Plaintiffs

4    and the Class members relied on Defendants' misrepresentations and omissions in

5    choosing to purchase or lease their Class Vehicles, believing them to be safe and

6    free from major engine defects, like the Defect.

7        379.    Plaintiffs and Class members were reasonable and justified in their

8    reliance on Defendants' representations about the Class Vehicles and omissions

9    about the Defect because Defendants are multinational automakers well-versed in

10   the design, manufacture, and service of automobiles.

11       380.    Defendants had a duty to disclose the Defect to Plaintiffs and Class

12   members because the true facts about the Defect were known and accessible only to

13   Defendants, and because Defendants knew these facts were not known to or

14   reasonably discoverable by Plaintiffs or the Class members unless and until the

15   Defect manifested in their personal vehicle. Additionally, the Defect is safety related

16   because it can damage various engine components and lead to engine stalls at high

17   speeds, and even catastrophic engine fires.

18       381.    Plaintiffs and the Class are entitled to damages in an amount to be

19   determined at trial.

**XXIV.      SEVENTEENTH CAUSE OF ACTION**

**BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING**

**UNDER THE COMMON LAW OF**

**CALIFORNIA, NEW JERSEY, OHIO, AND MARYLAND**

**(Brought By All Plaintiffs On Behalf of the Nationwide Class)**

25       382.    Plaintiffs and the Class incorporate by reference each preceding and

26   succeeding paragraph as though fully set forth at length herein.

27       383.    Plaintiffs bring this claim on behalf of themselves and on behalf of the

28   Nationwide Class or, alternatively, on behalf of the state subclasses.

417

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

384.   All contracts contain an implied covenant of good faith and fair dealing.  Plaintiffs did all or substantially all of the significant things required by the contract to be performed by them.

385.   The implied covenant of good faith and fair dealing is an independent duty and may be breached even if there is no breach of a contract's express terms.

386.   A contractual relationship existed between Plaintiffs and the Class and Defendants. As alleged herein, Defendants were the designers, manufacturers, distributors, and warrantors of the Class Vehicles. Defendants provided Plaintiffs with both an express warranty arising from Defendants' 5-year/60,000-mile Basic Warranties and 10-year/100,000-mile Powertrain Warranties, as well as an implied warranty of merchantability in connection with the purchase or lease of their Class Vehicles.

387.   Defendants did not act fairly and breached the covenant of good faith and fair dealing by, inter alia, failing to notify Plaintiffs and Class members of the Defect in the Class Vehicles, and failing to fully and properly repair this Defect, thereby depriving Plaintiffs and the Class of the benefits under the contract. As a result of Defendants' breach of their duty of good fair and fair dealing, Plaintiffs were monetarily damaged, suffering out of pocket costs related to the Defect, loss of use, and diminution of value in the Class Vehicles.

388.   Defendants acted in bad faith and/or with a malicious motive to deny Plaintiffs and Class members some benefit of the bargain originally intended by the parties, thereby causing them injuries in an amount to be determined at trial.

## XXV. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and members of the Class, respectfully request that this Court:

a. determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more Classes as defined above;

418

b.  appoint Plaintiffs as the representatives of the Classes and their counsel as Class counsel;

c.  award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiffs and the Class Members are entitled;

d.  award pre-judgment and post-judgment interest on such monetary relief;

e.  grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendants to repair, recall, and/or replace the Class vehicles and to extend the applicable warranties to a reasonable period of time, or, at a minimum, to provide Plaintiffs and Class Members with appropriate curative notice regarding the existence and cause of the engine Defect;

f.  award reasonable attorneys' fees and costs; and

g.  grant such further relief that this Court deems appropriate.

Dated: April 4, 2022                    NYE, STIRLING, HALE & MILLER, LLP

                                        By:    _/S/ Alison Bernal_
                                        Alison M. Bernal, Esq.
                                        alison@nshmlaw.com
                                        33 West Mission Street, Suite 201
                                        Santa Barbara, CA 93101
                                        Telephone: (805) 963-2345
                                        Facsimile: (805) 284-9590

                                        Matthew D. Schelkopf (*pro hac vice forthcoming*)
                                        Joseph B. Kenney
                                        **SAUDER SCHELKOPF**
                                        1109 Lancaster Avenue
                                        Berwyn, PA 19312
                                        Telephone: (610) 200-0581
                                        mds@sstriallawyers.com
                                        jbk@sstriallawyers.com

                                        Bonner Walsh (*pro hac vice forthcoming*)
                                        **WALSH PLLC**
                                        1561 Long Haul Road
                                        Grangeville. ID 83530

419

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  |  Telephone: (541) 359-2827
2  |  Facsimile: (866) 503-8206
   |  bonner@walshpllc.com
3  |
   |  Adam Gonnelli (*pro hac vice*
4  |  *forthcoming*)
   |  **LAW OFFICE OF ADAM R.**
5  |  **GONNELLI, L.L.C.**
   |  707 Alexander Road
6  |  Princeton, New Jersey 08540
   |  Telephone: (917) 541-7110
7  |  Facsimile: (315) 446-7521
   |  adam@arglawoffice.com
8  |
   |  *Attorneys for Plaintiffs and Putative*
9  |  *Class*

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

420

CLASS ACTION COMPLAINT                                    Case No.

# DEMAND FOR JURY TRIAL

Plaintiffs, on behalf of themselves and the putative class, hereby demand a trial by jury of all claims so triable.

Dated: April 4, 2022                    NYE, STIRLING, HALE & MILLER, LLP

By: _____/S/ Alison Bernal_____
Alison M. Bernal, Esq.
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
(805) 698-4242

Matthew D. Schelkopf (*pro hac vice forthcoming*)
Joseph B. Kenney
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner Walsh (*pro hac vice forthcoming*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Adam Gonnelli (*pro hac vice forthcoming*)
**LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
707 Alexander Road
Building 2, Suite 108
Princeton, NJ 08540
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

*Attorneys for Plaintiffs and Putative Class*

CLASS ACTION COMPLAINT                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101